Case 3:07-cv-02652-CRB   Document 4   Filed 05/21/2007   Page 1 of 2

LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
FORREST E. FANG (State Bar No. 122805)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:  (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendant
SBC COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE GLOVER,<br><br>   Plaintiff,<br><br>vs.<br><br>SBC COMMUNICATIONS, INC.,<br><br>   Defendants. | Case No. 07-02652 EMC<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE

1

# PROOF OF SERVICE

I declare:

I am a United States citizen and am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 100 Spear Street, Suite 600, San Francisco, California, 94105

On May 18, 2007, I served the document named below on the parties in this action as follows:

1. **NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE FOR TRIAL;**
2. **ECF REGISTRATION INFORMATION HANDOUT;**
3. **GUIDELINES FOR U.S. DISTRICT COURT FILINGS; and**
4. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES.**

__X__ (BY MAIL) I caused each and such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California. I am readily familiar with the practice for the collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

____ (BY PERSONAL SERVICE) I caused to be personally served each document listed above on the addressee (s) noted below.

____ (BY FACSIMILE) I caused to be sent via facsimile at the facsimile number listed below, a copy of each document to the addressee(s) noted below

____ (BY OVERNIGHT MAIL) I caused to be delivered to an overnight courier service each such envelope to the addressee noted below.

**Plaintiff's Counsel:**
Teresa S. Renaker, Esq.
Lewis, Feinberg, Lee, Renaker & Jackson, P.C.
1330 Broadway, Suite 1800
Oakland, California 94612
Fax:    (510) 839-7839

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on   May 18, 2007   , at San Francisco, California.

/s/ Nicole S. Block
Nicole S. Block

*Yvonne Glover v. SBC Communications, Inc.*
*United States District Court Case No. 07-02652 EMC*

2

PROOF OF SERVICE