LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
FORREST E. FANG (State Bar No. 122805)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
SBC COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE GLOVER,<br><br>    Plaintiff,<br><br>vs.<br><br>SBC COMMUNICATIONS, INC.,<br><br>    Defendants. | Case No. 07-02652 EMC<br><br>**STIPULATION TO EXTEND TIME RE FILING RESPONSIVE PLEADING AND/OR MOTIONS** |

WHEREAS, plaintiff YVONNE GLOVER ("plaintiff") and defendant SBC COMMUNICATIONS, INC. ("defendant") (collectively, the "Parties") agree to extend the time for defendant to file a responsive pleading (including, but not limited to, a motion to dismiss pursuant to FRCP Rule 12) for 30 days;

WHEREAS, defendant does not waive any right to assert the defense of lack of personal jurisdiction by entering into this stipulation.

IT IS HEREBY STIPULATED by and between the parties as follows:

1. The last day for defendant to file a responsive pleading to plaintiff's First Amended Complaint in the above-captioned action shall be extended by 30 days, from May 23, 2007 to June 22, 2007.

///

///

STIPULATION TO EXTEND TIME RE FILING RESPONSIVE PLEADING AND/OR MOTIONS

1

| | | |
|---|---|---|
| 1 | Dated: May 22, 2007 | LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. |
| 2 | | |
| 3 | | *[signature]* For Teresa S. Renaker |
| 4 | | TERESA S. RENAKER, ESQ.<br>Attorneys for Plaintiff |
| 5 | | YVONNE GLOVER |
| 6 | Dated: May ___, 2006 | LAFAYETTE & KUMAGAI LLP |
| 7 | | |
| 8 | | _____ |
| 9 | | SUSAN T. KUMAGAI<br>Attorneys for Defendant |
| 10 | | SBC COMMUNICATIONS, INC. |

11   N:\Documents\ATT\Glov\Pldg\Stip to Extend Time re Mos for E... ntnd and to Dismiss.doc

*[Left margin: LAFAYETTE & KUMAGAI LLP, ATTORNEYS AT LAW, 100 SPEAR STREET, SUITE 600, SAN FRANCISCO, CALIFORNIA 94105, (415) 357-4600, FAX (415) 357-4605]*

2

STIPULATION TO EXTEND TIME RE FILING RESPONSIVE PLEADING AND/OR MOTIONS

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May ___, 2007 | LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. |
| 3 | | |
| 4 | | TERESA S. RENAKER, ESQ. |
| | | Attorneys for Plaintiff |
| 5 | | YVONNE GLOVER |
| 6 | Dated: May 23, 2006 | LAFAYETTE & KUMAGAI LLP |
| 7 | | |
| 8 | | SUSAN T. KUMAGAI |
| 9 | | Attorneys for Defendant |
| | | SBC COMMUNICATIONS, INC. |
| 10 | | |
| 11 | N:\Documents\ATT\Glov\Pldg\Stip to Extend Time re Mos for Remand and to Dismiss.doc | |

2

STIPULATION TO EXTEND TIME RE FILING RESPONSIVE PLEADING AND/OR MOTIONS