UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE GLOVER,<br><br>      Plaintiff,<br><br>vs.<br><br>SBC COMMUNICATIONS, INC.,<br><br>      Defendants. | Case No.  07-02652 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: May 29, 2007         LAFAYETTE & KUMAGAI LLP

_____
Susan T. Kumagai
Counsel for Defendant

N:\Documents\ATT\Glov\Pldg\Declination re Magistrate Judge.doc

## CERTIFICATE OF SERVICE

    I certify that a copy of this document was served electronically on May 29, 2007, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

                                            /s/ SUSAN T. KUMAGAI

att\glov\pldg\remcrt.doc

*Yvonne Glover v. SBC Communications, Inc.*
*United States District Court Case No. 07-02652 EMC*

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605