**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

**June 4, 2007**

**CASE NUMBER:  CV 07-02652 EMC**
**CASE TITLE:  YVONNE GLOVER-v-SBC COMMUNICATIONS INC**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable CHARLES R. BREYER** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CRB** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 06/04/07

FOR THE EXECUTIVE COMMITTEE:

_____  
                                    Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects  
Log Book Noted                               Entered in Computer 06/04/07 MAB


CASE SYSTEMS ADMINISTRATOR:  
Copies to:  All Counsel                      Transferor CSA