**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE GLOVER, | No. C 07-02652 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| SBC COMMUNICATIONS INC, | |
| Defendant. / | |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, August 24, 2007 at 8:30 a.m. before the Honorable Charles R. Breyer. The initial case management scheduling order shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: June 4, 20070                              FOR THE COURT,

                                                   Richard W. Wieking, Clerk

                                                   By: _____
                                                        Barbara Espinoza
                                                        Courtroom Deputy