LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
FORREST E. FANG (State Bar No. 122805)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:  (415) 357-4600
Facsimile:  (415) 357-4605

Attorneys for Defendant
SBC COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE GLOVER,<br><br>        Plaintiff,<br><br>vs.<br><br>SBC COMMUNICATIONS, INC.,<br><br>        Defendants. | Case No. 07-02652 ~~LMC~~ CRB<br><br>**STIPULATION TO EXTEND TIME RE FILING RESPONSIVE PLEADING AND/OR MOTIONS** |

WHEREAS, plaintiff YVONNE GLOVER ("plaintiff") and defendant SBC COMMUNICATIONS, INC. ("defendant") (collectively, the "Parties") agree to extend the time for defendant to file a responsive pleading (including, but not limited to, a motion to dismiss pursuant to FRCP Rule 12) for 30 days;

WHEREAS, defendant does not waive any right to assert the defense of lack of personal jurisdiction by entering into this stipulation.

IT IS HEREBY STIPULATED by and between the parties as follows:

1.  The last day for defendant to file a responsive pleading to plaintiff's First Amended Complaint in the above-captioned action shall be extended by 30 days, from May 23, 2007 to June 22, 2007.

///

///

STIPULATION TO EXTEND TIME RE FILING RESPONSIVE PLEADING AND/OR MOTIONS

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | Dated: May 22, 2007 | LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. |
| 3 | | *(signature)* For Teresa S. Renaker |
| 4 | | TERESA S. RENAKER, ESQ. |
| 5 | | Attorneys for Plaintiff YVONNE GLOVER |
| 6 | Dated: May ___, 2006 | LAFAYETTE & KUMAGAI LLP |
| 7 | | |
| 8 | | _____ |
| 9 | | SUSAN T. KUMAGAI Attorneys for Defendant SBC COMMUNICATIONS, INC. |
| 10 | | |
| 11 | N:\Documents\ATT\Glov\Pldg\Stip to Extend Time re Mos for F... ntnd and to Dismiss.doc | |

**IT IS SO ORDERED**

*(signature)* Judge Charles R. Breyer

June 11, 2007

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

---

STIPULATION TO EXTEND TIME RE FILING RESPONSIVE PLEADING AND/OR MOTIONS

2

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

1
2  Dated:  May ___, 2007                    LEWIS, FEINBERG, LEE, RENAKER &
                                            JACKSON, P.C.
3
4                                           _____
                                            TERESA S. RENAKER, ESQ.
                                            Attorneys for Plaintiff
5                                           YVONNE GLOVER

6  Dated:  May 23, 2006                     LAFAYETTE & KUMAGAI LLP

7
8                                           _____
                                            SUSAN T. KUMAGAI
9                                           Attorneys for Defendant
                                            SBC COMMUNICATIONS, INC.
10
11  N:\Documents\ATT\Glov\Pldg\Stip to Extend Time re Mos for Remand and to Dismiss.doc
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                                                                    2
STIPULATION TO EXTEND TIME RE FILING RESPONSIVE PLEADING AND/OR
MOTIONS

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605