Teresa S. Renaker – CA State Bar No. 187800
Lindsay Nako – CA State Bar No. 239090
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
trenaker@lewisfeinberg.com
lnako@lewisfeinberg.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YVONNE GLOVER,<br><br>            Plaintiff,<br><br>    vs.<br><br>SBC COMMUNICATIONS, INC.,<br><br>            Defendant. | Case No. 07-02652-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**<br><br>Date:         July 20, 2007<br>Time:        10:00 a.m.<br>Courtroom: 8<br>Judge:       Hon. Charles R. Breyer |

Plaintiff's Motion to Remand came on regularly for hearing before this Court on July 20, 2007.  Having considered the parties' arguments, the Court hereby GRANTS Plaintiff's Motion because (1) Defendant SBC's Pacific Telesis Group Comprehensive Disability Benefits Plan was a "payroll practice" as defined in the Department of Labor's regulation, 29 C.F.R. § 2510.3-1(b), during Plaintiff's employment and not an "employee welfare benefit plan" within the meaning of ERISA § 3(1), 29 U.S.C. 1002(1), because Defendant funded the plan with corporate assets and paid short-term disability benefits in the same manner as normal compensation; and (2) Plaintiff's claims arise under California statutory and common law, and could not have been brought under the civil enforcement provisions of ERISA.  Therefore, the Court ORDERS that

///

///

1  this action be remanded to the Superior Court of California in and for the County of Contra
2  Costa.
3      IT IS SO ORDERED.
4
5  Dated: _____      _____
6                  CHARLES R. BREYER
7                  United States District Judge