LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
FORREST E. FANG (State Bar No. 122805)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:  (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendant
SBC COMMUNICATIONS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE GLOVER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SBC COMMUNICATIONS, INC.,<br><br>　　　　Defendants. | Case No. C07-02652 CRB<br><br>**DECLARATION OF FORREST E. FANG IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**<br><br>Date:　　　July 27, 2007<br>Time:　　　10:00 a.m.<br>Courtroom: 8<br>Judge:　　　Hon. Charles R. Breyer |

I, FORREST E. FANG, declare as follows:

1.   I make this declaration in support of the motion of defendant SBC Communications Inc. to dismiss plaintiff's First Amended Complaint ("Complaint") for lack of personal jurisdiction. I am an associate at the law firm of Lafayette & Kumagai LLP, attorneys of record for defendant SBC Communications Inc. in this action, and am admitted to practice law in good standing in this State and before this Court. I make this declaration of my own personal knowledge and could and would testify competently thereto under oath if called as a witness.

2.   Attached hereto as Exhibit "A," and incorporated herein by this reference, is a true and correct copy of Service of Process Transmittal from CT Corporation, accepting service of process for "SBC Communications Inc. (Former Name) (Domestic State: DE) AT&T Inc. (True Name)."

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of June 2007, at San Francisco, California.

_____
FORREST E. FANG

N:\Documents\ATT\Glov\Pldg\Mo to Dismiss\Fang decl.doc

### CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on June 22, 2007, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

/s/ SUSAN T. KUMAGAI

---

2

DECL. OF FORREST E. FANG IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS
Case No. C07-02652 CRB

# EXHIBIT A

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
04/18/2007
Log Number 512144311

**TO:** Stephanie Schmidt, Senior Paralegal
AT&T Inc.
175 East Houston Street, Room 4W20
San Antonio, TX, 78205

**RE:** **Process Served in Texas**

**FOR:** SBC Communications Inc. (Former Name) (Domestic State: DE)
AT&T Inc. (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Yvonne Glover, Pltf. vs. SBC Communications, Inc., Dft.. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Summons, Cover Sheet, First Amended Complaint, Attachments, Notices |
| **COURT/AGENCY:** | Superior Court, County of Contra Costa, CA Case # L0701818 |
| **NATURE OF ACTION:** | Employee Litigation - Breach of contract regarding Short Term Disability benefits - Determination for eligible benefits, and damages in excess of $25,000.00 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/18/2007 at 13:30 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days |
| **ATTORNEY(S) / SENDER(S):** | Lindsay E. Nako Lewis, Feinberg, Lee, Renaker & Jackson, P.C. 1330 Broadway, Suite 1800 Oakland, CA, 94612 510/839-6824 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 798655126699 Image SOP - Page(s): 20 Email Notification, Stephanie Schmidt SS5561@att.com Email Notification, Shoene Leaf sl8576@att.com |
| **SIGNED:** **PER:** **ADDRESS:** | C T Corporation System Beatrice Casarez 350 North St. Paul Street Dallas, TX, 75201 |
| **TELEPHONE:** | 214-932-3601 |

Page 1 of 1 / SD

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.