LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
FORREST E. FANG (State Bar No. 122805)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendant
SBC COMMUNICATIONS INC.
(AT&T INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE GLOVER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SBC COMMUNICATIONS, INC.,<br><br>　　　　　Defendants. | Case No.  C07-02652 CRB<br><br>**[proposed] ORDER DENYING<br>PLAINTIFF'S MOTION TO REMAND**<br><br>Date:　　　　　July 20, 2007<br>Time:　　　　　10:00 a.m.<br>Courtroom:　　8<br>Judge:　　　　Hon. Charles R. Breyer |

Plaintiff Yvonne Glover's ("plaintiff") Motion to Remand came on regularly for hearing and was heard on July 20, 2007, in Courtroom 8 of this Court, the Honorable Charles R. Breyer, presiding.

After fully considering the pleadings, documents and arguments of counsel, and GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED that plaintiff's Motion to Remand is denied.

DATED: _____, 2007

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
CHARLES R. BREYER
JUDGE, UNITED STATES DISTRICT COURT

ATT\Glov\Pldg\prop-ord- remand.doc

1