1  LAFAYETTE & KUMAGAI LLP
   GARY T. LAFAYETTE (State Bar No. 088666)
2  SUSAN T. KUMAGAI (State Bar No. 127667)
   FORREST E. FANG (State Bar No. 122805)
3  100 Spear Street, Suite 600
   San Francisco, California 94105
4  Telephone:   (415) 357-4600
   Facsimile:    (415) 357-4605
5
6  Attorneys for Defendant
   SBC COMMUNICATIONS INC.
7  (AT&T INC.)

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE GLOVER,<br><br>Plaintiff,<br><br>vs.<br><br>SBC COMMUNICATIONS INC.,<br><br>Defendants. | Case No.  C07-02652 CRB<br><br>**DEFENDANT SBC COMMUNICATIONS INC.'S MOTION TO RESCHEDULE HEARINGS ON PLAINTIFF'S MOTION TO REMAND AND ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION TO SAME DATE**<br><br>[Civil L.R. 7-11]<br><br>**Amended Complaint Filed:  April 17, 2007** |

DEFENDANT SBC COMMUNICATIONS INC.'S MOTION TO RESCHEDULE HEARINGS ON PLAINTIFF'S MOTION TO REMAND AND ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION TO SAME DATE

1

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

## I. INTRODUCTION

Pursuant to Local Rule 7-11, defendant SBC Communications Inc. ("defendant") respectfully requests that the Court reschedule the hearings on plaintiff's motion to remand and on defendant's motion to dismiss for lack of personal jurisdiction (presently set for July 20, 2007 at 10:00 a.m. and for July 27, 2007 at 10:00 a.m., respectively) for the same date (i.e, on July 27, 2007 or a convenient date for it thereafter), so that the Court may have the opportunity to address both motions at the same time[1].

Hearing both motions at the same time would further judicial economy.

Plaintiff would not stipulate to the relief requested, thus making necessary this motion.

## II. DISCUSSION

### A. The Two Underlying Motions.

Plaintiff Yvonne Glover ("Plaintiff") is a former employee of Pacific Bell Telephone Company, a company that was acquired by defendant SBC Communications, Inc. (whose real name is "AT&T Inc.") in 1997. Her action against defendant is based on the allegedly wrongful denial of disability benefits under an employee benefits plan. (See First Amended Complaint, ¶¶12, 14, 16-23.)

Plaintiff's underlying Complaint was filed in Contra Costa Superior Court on April 4, 2007. She amended her Complaint on or about April 18, 2007. On May 18, 2007, defendant removed the action to this Court based on federal question jurisdiction arising under ERISA.

On Friday, June 15, 2007, plaintiff filed electronically a motion to remand, based on the argument that the subject plan is allegedly exempt from ERISA as a "payroll practice." (Declaration of Forrest E. Fang in Support of Defendant SBC Communications, Inc's Motion To Reschedule Hearings ("Fang Decl."), ¶2.) Plaintiff's motion, based on the minimum 35-days' notice under Local Rule 7-2, is presently set for hearing on July 20, 2007.

On June 22, 2007, defendant filed a motion to dismiss based on the lack of personal jurisdiction. Defendant's motion is presently set for hearing on July 27, 2007.

---

[1] By making this request, defendant does not waive its objection based on the lack of personal jurisdiction over it in California. Defendant has raised such objection in its pending motion to dismiss.

2

DEFENDANT SBC COMMUNICATIONS INC.'S MOTION TO RESCHEDULE HEARINGS ON PLAINTIFF'S MOTION TO REMAND AND ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION TO SAME DATE

1    On June 26, 2007, defendant requested that plaintiff stipulate to having both motions heard at the same time. Plaintiff declined to do so. (Fang Decl., ¶3.)

### B.  Hearing Both Motions At The Same Time Would Further Judicial Economy.

Defendant submits that it would further judicial economy for plaintiff's motion to remand and for defendant's motion to dismiss to be heard at the same time. They are presently scheduled one week apart from one another, on July 20 and July 27, respectively. Defendant requests that the hearing on plaintiff's motion be continued to July 27 at 10:00 a.m., when defendant's motion is scheduled to be heard. Alternatively, defendant requests that both motions be rescheduled for a date convenient for the Court after July 27, 2007.

### IV.  CONCLUSION

For the reasons stated above, defendant SBC Communications Inc. (now known as "AT&T Inc.") respectfully requests that the Court reschedule the hearings on plaintiff's motion to remand and on defendant's motion to dismiss for the same time on July 27, 2007, or on a date convenient for the Court thereafter.

DATED: June 29, 2007                    LAFAYETTE & KUMAGAI LLP

/S/ FORREST E. FANG
FORREST E. FANG
Attorneys for Defendant
SBC COMMUNICATIONS INC.
(AT&T INC.)

### CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on June 29, 2007, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

/s/ FORREST E. FANG

---

DEFENDANT SBC COMMUNICATIONS INC.'S MOTION TO RESCHEDULE HEARINGS ON PLAINTIFF'S MOTION TO REMAND AND ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION TO SAME DATE

3