LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
FORREST E. FANG (State Bar No. 122805)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
SBC COMMUNICATIONS INC.
(AT&T INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE GLOVER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SBC COMMUNICATIONS INC.,<br><br>　　　　　Defendants. | Case No.  C07-02652 CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SBC COMMUNICATIONS INC.'S MOTION TO RESCHEDULE HEARINGS ON PLAINTIFF'S MOTION TO REMAND AND ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION TO SAME DATE**<br><br>[Civil L.R. 7-11]<br><br>**Amended Complaint Filed:  April 17, 2007** |

---

[PROPOSED] ORDER GRANTING DEFENDANT SBC COMMUNICATIONS INC.'S MOTION TO RESCHEDULE HEARINGS ON PLAINTIFF'S MOTION TO REMAND AND ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION TO SAME DATE

1

Having reviewed the papers and pleadings submitted by both parties, and good cause appearing therefore:

Defendant SBC Communications Inc.'s motion to reschedule hearing on plaintiff's motion to remand and defendant's motion to dismiss for lack of personal jurisdiction to the same date is GRANTED.  Plaintiff's motion to remand shall be rescheduled for hearing on _____ ___, 2007 at __:__ _.m. in Courtroom 8.  [Defendant's motion to dismiss shall be rescheduled for hearing on _____ ___, 2007 at __:__ _.m. in Courtroom 8.]

IT IS SO ORDERED.

Dated: _____, 2007

The Honorable Charles R. Breyer
United States District Court Judge

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was served electronically on June 29, 2007, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

/s/ FORREST E. FANG

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

[PROPOSED] ORDER GRANTING DEFENDANT SBC COMMUNICATIONS INC.'S MOTION TO RESCHEDULE HEARINGS ON PLAINTIFF'S MOTION TO REMAND AND ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION TO SAME DATE

2