LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
FORREST E. FANG (State Bar No. 122805)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:    (415) 357-4600
Facsimile:     (415) 357-4605

Attorneys for Defendant
SBC COMMUNICATIONS INC.
(AT&T INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE GLOVER,<br><br>          Plaintiff,<br><br>vs.<br><br>SBC COMMUNICATIONS INC.,<br><br>          Defendants. | Case No.  C07-02652 CRB<br><br>**DECLARATION OF FORREST E. FANG IN SUPPORT OF DEFENDANT SBC COMMUNICATIONS INC.'S MOTION TO RESCHEDULE HEARINGS ON PLAINTIFF'S MOTION TO REMAND AND ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION TO SAME DATE**<br><br>[Civil L.R. 7-11]<br><br>**Amended Complaint Filed:  April 17, 2007** |

I, Forrest E. Fang, hereby declare if called as a witness I could and would competently testify based upon personal knowledge as follows:

1.    I am an attorney licensed to practice in California and am admitted in the Northern District of California.  I am an associate in the firm of Lafayette & Kumagai LLP, attorneys of record for defendant SBC Communications Inc. (AT&T Inc.) in this action.

2.    On Friday, June 15, 2007, my office received, by e-filing, plaintiff's motion to remand in the above-entitled action.  Such motion was based on the argument that the employee benefits plan that is the subject of this action is allegedly exempt from ERISA as a "payroll

DECLARATION OF FORREST E. FANG IN SUPPORT OF DEFENDANT'S MOTION TO
RESCHEDULE HEARINGS ON PLAINTIFF'S MOTION TO REMAND AND ON
DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION TO
SAME DATE

1

1 practice."

2     3. On June 26, 2007, I spoke telephonically with plaintiff's counsel Teresa Renaker and Lindsay Nako and requested that they stipulate to rescheduling and continuing the hearings on plaintiff's motion to remand and on defendant's motion to dismiss for lack of personal jurisdiction to the same date. They declined to so stipulate.

I declare under penalty of perjury under federal laws and the laws of the State of California that the foregoing is true and correct. This declaration is executed on June 29, 2007, at San Francisco, California.

                                                                           /S/ FORREST E. FANG
                                                                           Forrest E. Fang

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on June 29, 2007, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

                                                                           /s/ FORREST E. FANG

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

2

DECLARATION OF FORREST E. FANG IN SUPPORT OF DEFENDANT'S MOTION TO RESCHEDULE HEARINGS ON PLAINTIFF'S MOTION TO REMAND AND ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION TO SAME DATE