1  Teresa S. Renaker - CA State Bar No. 187800
   Lindsay Nako - CA State Bar No. 239090
2  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
   1330 Broadway, Suite 1800
3  Oakland, CA 94612
   Telephone: (510) 839-6824
4  Facsimile: (510) 839-7839
   trenaker@lewisfeinberg.com
5  lnako@lewisfeinberg.com

6  *Attorneys for Plaintiff*

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                  SAN FRANCISCO DIVISION

10
   YVONNE GLOVER,                    )    Case No. 07-02652 CRB
11                                    )
              Plaintiff,              )    **[PROPOSED] ORDER DENYING**
12                                    )    **DEFENDANT'S MOTION TO**
       vs.                           )    **DISMISS FOR LACK OF PERSONAL**
13                                    )    **JURISDICTION**
   SBC COMMUNICATIONS, INC.,         )
14                                    )
              Defendant.             )    Date:        July 27, 2007
15                                    )    Time:        10:00 a.m.
                                     )    Courtroom:   8
16  _____ )    Judge:       Hon. Charles R. Breyer

17

18       Defendant's Motion to Dismiss for Lack of Personal Jurisdiction came on regularly for

19  hearing before this Court on July 27, 2007.

20       Having considered the parties' arguments, the Court hereby DENIES Defendant's Motion

21  because Defendant has established sufficient contacts with the State of California to warrant

22  personal jurisdiction.

23       IT IS SO ORDERED.

24

25  DATED: _____        _____
                                        JUDGE CHARLES R. BREYER
26                                      UNITED STATES DISTRICT COURT

27

28

[PROPOSED] ORDER DENYING DEF.'S MOTION TO DISMISS [CASE NO. 07-02652-CRB]    PAGE 1