**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **July 27, 2007**

**C-07-02652** **CRB**

**YVONNE GLOVER v. SBC COMMUNICATIONS INC**

Attorneys: Teresa Renaker ______ Gary Lafayette ______

Lindsay Nako ______ Forrest Fang ______

Deputy Clerk: **BARBARA ESPINOZA** ______ Reporter: **Debra Pas** ___

**PROCEEDINGS:** **RULING:**

1. P's Motion to Remand ______ Denied ______

2. D's Motion to Dismiss ______ Granted ______

3. ______ ______

**ORDERED AFTER HEARING:**

The Court grants motion to dismiss with leave to amend. The amended complaint to be filed within fourteen (14) days.

( ) ORDER TO BE PREPARED BY: Plntf _____ Deft _____ Court _____

( ) Referred to Magistrate Judge For: ______
( )By Court ( )Parties to approach Chief Magistrate in future

( ) CASE CONTINUED TO ______ for ______

Discovery Cut-Off ______ Expert Discovery Cut-Off ______

Plntf to Name Experts by ______ Deft to Name Experts by ______

P/T Conference Date ______ Trial Date ______ Set for ______ days
Type of Trial: ( )Jury ( )Court

Notes: ______