# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Glover,<br><br>                Plaintiff(s),<br><br>   v.<br><br>SBC Communications Inc.,<br><br>                Defendant(s). | 07-02652 CRB<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

    The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

    Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: August 8, 2007

                    RICHARD W. WIEKING
                    Clerk
                    by:   Timothy J. Smagacz

*/s/ Timothy Smagacz*
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-02652 CRB                          -2-

**PROOF OF SERVICE**

Case Name:      Glover v. SBC Communications Inc.

Case Number:    07-02652 CRB

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On August 8, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Lindsay Elizabeth Nako
>   Lewis, Feinberg, Lee, Renaker & Jackson, PC
>   1330 Broadway
>   Suite 1800
>   Oakland, CA 94612
>   lnako@lewisfeinberg.com
>
>   Teresa Susan Renaker
>   Lewis, Feinberg, Lee, Renaker & Jackson, P.C.
>   1330 Broadway
>   Suite 1800
>   Oakland, CA 94612
>   trenaker@lewisfeinberg.com
>
>   Gary T. Lafayette
>   Lafayette & Kumagai LLP
>   100 Spear Street
>   Suite 600
>   San Francisco, CA 94105
>   glafayette@lkclaw.com

Susan Tayeko Kumagai
Lafayette & Kumagai LLP
100 Spear Street
Suite 600
San Francisco, CA 94105
skumagai@lkclaw.com

Forrest Fang
Lafayette & Kumagai LLP
100 Spear Street, Suite 600
San Francisco, CA 94105
ffang@lkclaw.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 8, 2007 in San Francisco, California.

          RICHARD W. WIEKING
          Clerk
          by:    Timothy J. Smagacz

          */s/ Timothy Smagacz*
          ADR Administrative Assistant
          415-522-4205
          Tim_Smagacz@cand.uscourts.gov