1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE GLOVER,<br><br>     Plaintiff,<br><br>vs.<br><br>PACIFIC TELESIS GROUP COMPREHENSIVE DISABILITY BENEFIT PLAN,<br><br>     Defendants. | Case No. 07-02652 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO AMEND PLAINTIFF'S SECOND AMENDED COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE** |

WHEREAS, on August 9, 2007, plaintiff YVONNE GLOVER ("plaintiff") filed a Second Amended Complaint naming "Pacific Telesis Group Comprehensive Disability Benefit Plan" as the defendant in this action;

WHEREAS, the defendant Pacific Telesis Group Comprehensive Disability Benefit Plan contends that "AT&T Umbrella Benefit Plan No. 1" ("defendant") is the correct name for the defendant in this action instead of "Pacific Telesis Group Comprehensive Disability Benefit Plan;"

WHEREAS, AT&T Umbrella Benefit Plan No. 1 agrees that it will satisfy any judgment rendered in this lawsuit;

1

STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO AMEND PLAINTIFF'S SECOND
AMENDED COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 07-02652 CRB

1   WHEREAS, defendant and plaintiff (collectively referred to as the "Parties") agree that plaintiff may amend her Second Amended Complaint to name "AT&T Umbrella Benefit Plan No. 1" as the defendant instead, and in place, of "Pacific Telesis Group Comprehensive Disability Benefit Plan" by August 24, 2007;

WHEREAS, a Case Management Conference ("CMC") is presently scheduled for August 24, 2007, and the date for filing a Joint CMC Statement and Rule 26(f) Disclosures is August 15, 2007;

WHEREAS, the Parties agree that it is in the best interest of the Parties and judicial economy to continue the dates currently set for the CMC and the filing of the Joint CMC Statement and Rule 26(f) Disclosures in anticipation of the filing of a Third Amended Complaint;

WHEREAS, the Parties agree that the date set for the CMC should be continued to October 12, 2007, at 8:30 a.m. and the filing of the Joint CMC Statement and Rule 26(f) Disclosures should be continued October 3, 2007.

IT IS HEREBY STIPULATED by and between the Parties that:

1. Plaintiff be granted leave to file a Third Amended Complaint to name "AT&T Umbrella Benefit Plan No. 1" as the defendant in this action in place of "Pacific Telesis Group Comprehensive Disability Benefit Plan" by August 24, 2007;

2. The Case Management Conference be continued to from August 24, 2007 to October 12, 2007; and

3. The date for filing the Joint CMC Statement and Rule 26(f) Disclosures be continued from August 15, 2007, to October 3, 2007.

Dated: August 17, 2007   LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

　/s/ TERESA RENAKER
TERESA RENAKER
Attorneys for Plaintiff
YVONNE GLOVER

STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO AMEND PLAINTIFF'S SECOND AMENDED COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 07-02652 CRB

Dated:  August 17, 2007                                         LAFAYETTE & KUMAGAI LLP

                                                                  /s/ SUSAN T. KUMAGAI
                                                                SUSAN T. KUMAGAI
                                                                Attorneys for Defendant AT&T
                                                                UMBRELLA BENEFIT PLAN NO. 1

### ORDER

The foregoing stipulation having been entered and good cause appearing therefore,

IT IS SO ORDERED.

DATED:  August ___, 2007                                  CHARLES R. BREYER
                                                                JUDGE, UNITED STATES DISTRICT COURT

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

### CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on August 17, 2007, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

                                                                  /s/  SUSAN T. KUMAGAI
                                                                SUSAN T. KUMAGAI

Stip to Amend (Final).doc

3

STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO AMEND PLAINTIFF'S SECOND
AMENDED COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.  07-02652 CRB