LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
FORREST E. FANG (State Bar No. 122805)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
AT&T UMBRELLA BENEFIT
PLAN NO. 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE GLOVER,<br><br>           Plaintiff,<br><br>vs.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br><br>           Defendant. | Case No. 07-02652 CRB<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO THIRD AMENDED COMPLAINT** |

WHEREAS, plaintiff YVONNE GLOVER ("plaintiff") and defendant AT&T UMBRELLA BENEFIT PLAN NO. 1 ("defendant") (collectively, the "Parties") agree to extend the time for defendant to file a responsive pleading to plaintiff's Third Amended Complaint for 14 days.

IT IS HEREBY STIPULATED by and between the parties as follows:

1. The last day for defendant to file a responsive pleading to plaintiff's Third Amended Complaint in the above-captioned action shall be extended by 14 days, from September 13, 2007 to September 27, 2007.

Dated:   September 12, 2007            LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.


                                        __/s/ Lindsay Nako_____
                                        LINDSAY NAKO, ESQ.
                                        Attorneys for Plaintiff
                                        YVONNE GLOVER

Dated:   September 12, 2007                         LAFAYETTE & KUMAGAI LLP

                                                                                   /s/ Forrest Fang
FORREST E. FANG
Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN
NO. 1

N:\Documents\ATT\Glov\Pldg\Stip to Extend Time To File Responsive Pleading (TAC).doc

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

**CERTIFICATE OF SERVICE**

    I certify that a copy of this document was served electronically on September 12, 2007 on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

                                                                                  /s/ Forrest Fang
FORREST E. FANG

Sept. 14, 2007



LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO THIRD AMENDED COMPLAINT
Case No. 07-02652-CRB

2