Teresa Renaker - Cal. Bar No. 187800
Lindsay Nako - Cal. Bar No. 239090
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
trenaker@lewisfeinberg.com
lnako@lewisfeinberg.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| YVONNE GLOVER, | ) Case No. 07-02652-CRB |
| Plaintiff, | ) |
| | ) |
| vs. | ) **CERTIFICATION OF INTERESTED** |
| | ) **ENTITIES OR PERSONS** |
| AT&T UMBRELLA BENEFIT PLAN NO. 1, | ) |
| Defendant. | ) |
| | ) |

   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: October 11, 2007     Respectfully submitted,

           LEWIS, FEINBERG, LEE,
           RENAKER & JACKSON P.C.

      By:   /s/
         Lindsay Nako
         *Attorneys for Plaintiff*