LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
FORREST E. FANG (State Bar No. 122805)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
AT&T UMBRELLA BENEFIT
PLAN NO. 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE GLOVER,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br><br>    Defendant. | Case No.  07-02652 CRB<br><br>**DEFENDANT AT&T UMBRELLA BENEFIT PLAN NO. 1'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies as follows:

AT&T Inc. is the sponsor of defendant AT&T Umbrella Benefit Plan No. 1 which includes the Pacific Telesis Group Comprehensive Disability Benefits Plan (CDBP). AT&T Teleholdings, Inc., dba AT&T West is the Administrator of CDBP. AT&T Inc. is the corporate parent of AT&T Teleholdings, Inc.


Dated:   October 11, 2007                                 LAFAYETTE & KUMAGAI LLP


                                                          /s/*Susan T. Kumagai*
                                                          SUSAN T. KUMAGAI
                                                          Attorneys for Defendant
                                                          AT&T UMBRELLA BENEFIT PLAN
                                                          NO. 1

**CERTIFICATE OF SERVICE**

    I certify that a copy of this document was served electronically on October 11, 2007 on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

                                                /s/*Susan T. Kumagai*
                                                SUSAN T. KUMAGAI

N:\Documents\ATT\Glov\Pldg\cert-int 10-11-07.doc

**LAFAYETTE & KUMAGAI LLP**
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605