**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **October 12, 2007**

**C-07-02652CRB**

**YVONNE GLOVER v. SBC COMMUNICATIONS INC**

Attorneys:    Teresa Renaker                    Forrest Fang

              Lindsay Nako

Deputy Clerk: **BARBARA ESPINOZA**         Reporter: **N/A**

**PROCEEDINGS:**                                              **RULING:**

1. Initial Case Management Conference   -   Held

2. _____

3. _____

**ORDERED AFTER HEARING:**

Administrative Record to be produced by 10/19/07. The Court allows 10 interrogatories and denies request for admissions and request for production. Motion for Summary Judgment to be filed by 1/11/08

( ) ORDER TO BE PREPARED BY:   Plntf _____   Deft _____   Court _____

( ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO February 29, 2008 @ 10:00 a.m. for Motions for Summary Judgment

Discovery Cut-Off _____    Expert Discovery Cut-Off _____
Plntf to Name Experts by _____    Deft to Name Experts by _____
P/T Conference Date _____  Trial Date _____  Set for _____ days
                    Type of Trial: ( )Jury    ( )Court

Notes: _____