# EXHIBIT C

April 30, 2001

Ms. Jennings,

The processing of all claims and appeals for short term and long term disability for the PTG region has moved to Sedgwick effective April 9, 2001. As it was bargained that the PTG GEBC and PTG CRC will handle all claims and appeals under the PTG Comprehensive Disability Benefits Plan, those committees are being kept active. With concurrence from Legal, we are changing the official members to "titles" rather than names, and are designating titles at Sedgwick as well as SBC as voting members.

In addition, Margaret Cerrudo is replacing Joy Rick as a voting member of the SBC BPC due to Ms. Rick's impending job change.

Attached for your review is a comprehensive list of all committee members and covered plans. The changes being effected on this document and which require your approval are highlighted.

If you concur with these changes, please sign and date on the line below.

Approved:

Senior Executive Vice President-Human Resources

4-29-01
Date

April 30, 2001

The undersigned acting as Senior Executive Vice President – Human Resources, SBC Communications Inc., Executive Vice President – Human Resources, Ameritech Interactive Technologies, Inc., and Executive Vice President – Human Resources, Pacific Telesis Group, hereby appoints the following administrative committees/claims administrators or confirms previously appointed committees/claims administrators, appoints/confirms committee members, as applicable, and assigns/confirms administrative responsibilities as follows:

SBC BPC
Sue Colburn – Chairman
Sue Langston
Gary Oliver
Joy Rick - Del. eff. May 9, 2001
Margaret Cerrudo – Add eff. May 9, 2001
Ken Fenoglio

PTG GEBC –
Delete all members effective 4/9/01
Dawn Kopecky-Lewis
Colleen Demeritt
Karen Ward
Elizabeth Horan
Michael Trolley
Lisa Trevino
Melissa Finger
Kime Woodson

PTG CRC
Delete all members effective 4/9/01
James Beck - Chairman
Judy Karg
Carolyn Mullins
Dana Crews
Sue Crutcher
Karen Coleman

PTG GEBC – Add these members effective 4/9/01
Operations Manager (Sedgwick)
Business Unit Manager (Sedgwick)
STD Case Manager or a Medical Case Manager (Sedgwick)
Consultant - Health Related Services (SBC)
Consultant - Health Related Services (SBC)
Consultant - Health Related Services (SBC)

PTG CRC - Add these members effective 4/9/01
Manager, SBC Quality Review Unit (Sedgwick)
ERISA Specialist (Sedgwick)
Appeals Specialist (Sedgwick)
Clinical Appeals Specialist (Sedgwick)

PAGE 2

<u>EEAC – (Eligibility Enrollment Appeals Committee)</u>
Brad Hickman
Debbie Trammell
Kelly Frank
Norma Duncan
Wayne Blough
Belinda Rodriguez

**Plans/Claims Administrators**

| | |
|---|---|
| SBC Pension Benefit Plan<br>PTG Pension Plan<br>AIT Management Pension Plan<br>AIT Pension Plan<br>Employees' Pension Plan of AIT Publishing Ventures, Inc.<br>AIT Corporate Resource Supplemental Pension Plan<br>AIT Management Supplemental Pension Plan<br>AIT Supplemental Pension Plan<br>AIT Mid-Career Pension Plan | 1st level: KLG PriceWaterhouseCoopers<br>2nd level: SBC BPC |
| SBC Savings Plan for Salaried Employees<br>SBC Savings and Security Plan for NonSalaried Employees<br>SBC PAYSOP<br>PTG Employee Stock Ownership Plan<br>SBC Leave of Absence Policy<br>PTG Leave of Absence Policy<br>AIT Leave of Absence Policy<br>SBC Employee Assistance Policy<br>AIT Employee Assistance Policy<br>AIT Savings Plan for Salaried Employees<br>AIT Savings and Security Plan for NonSalaried Employees<br>Old Heritage Advertising & Publishers, Inc. Profit Sharing Plan<br>National Guardian Corporation Retirement Savings Plan | 1st level: SBC company 2nd line manager with responsibility for the plan<br>2nd level: SBC BPC |
| SBC Disability Income Plan | 1st level: CORE, Inc. for Southwestern Bell company employees<br>2nd level: CORE, Inc. for Southwestern Bell company employees<br>1st level: Sedgwick for PTG company employees<br>2nd level: Sedgwick for PTG company employees |
| SBC Disability Benefits Plan | 1st level: CORE, Inc. for Southwestern Bell company employees<br>2nd level: CORE, Inc. for Southwestern Bell company employees |
| PTG Comprehensive Disability Benefits Plan | 1st level: PTG GEBC for PTG company employees<br>2nd level: PTG CRC for PTG company employees |
| AIT Sickness and Accident Disability Benefit Plan | 1st level: Sedgwick<br>2nd level: Sedgwick |
| Ameritech Corporate Resource Severance Pay Plan | 1st level: Managing Director – Executive Compensation<br>2nd level: SBC BPC |
| Health & Welfare Plans - Appeals of Enrollment and Eligibility | 1st level: Hewitt<br>2nd level: SBC EEAC |

| | |
|---|---|
| Ameritech Management Employees' Severance Pay Plan<br>Ameritech Management Separation Benefit Plan<br>SBC Severance Pay Plan<br>Southwestern Bell Yellow Pages Management Severance Pay Plan<br>SWB TRI Management Severance Pay Plan<br>SBC Asset Management, Inc. Management Severance Pay Plan<br>SWBT Management Severance Pay Plan<br>PTG Severance Plan<br>Southwestern Bell Mobile Systems, Inc. Severance Pay Plan<br>PTG Separation Benefit Plans for Nonsalaried Nonrepresented Employees<br>Digital Graphics Advantage Severance Plan<br>SBC Communications Inc. Selective Severance Pay Plan<br>PTG Selective Severance Plan<br>SNET Management Severance Pay Plan<br>Southwestern Bell Messaging Services Inc. Severance Pay Plan | 1st level: Executive Director – HR Operations<br>2nd level: SBC BPC |