# EXHIBIT D



# summary of material modifications

Important Benefits Information

# Disability Plans

This summary of material modifications (SMM) is an update to the claims and appeals process provided in the summary plan description (SPD) for each of the following disability plans:

> SBC Disability Benefits Plan

> SBC Disability Income Plan

> PTG Comprehensive Disability Benefits Plan

> SNET Disability Benefits Plan

> Ameritech Sickness and Accident Disability Benefit Plan

> Ameritech Long Term Disability Plan

Please file this SMM behind the Disability tab of *Your Benefits Binder*.

## Claims and Appeals Process

When you make a claim for benefits under your company's disability benefits plan, the plan's Claims Administrator will notify you of the decision regarding your claim within 45 days of the date your claim is made. The Claims Administrator may extend this 45-day period for up to 30 days (plus an additional 30 days if needed) if it determines that special circumstances require more time to determine your claim. You will be notified within the initial 45-day period (and within the first 30-day extension period if an additional 30 days is needed) if additional time is needed and what special circumstances require the extra time. If extensions are required because the Claims Administrator needs additional information from you, you will have 45 days from the time of the Claims Administrator's notification to provide that information.

## Distribution

Distributed to management (nonbargained) and bargained-for employees of all SBC companies and participants on long-term disability

NIN: 28812



AR-000292          **Exhibit D**          DEF000292



You may treat your claim as denied if:

> You receive a written denial from the Claims Administrator; or

> You receive no reply from the Claims Administrator after 45 days; or

> The Claims Administrator has extended the time to reply by an additional 30 or 60 days and you receive no reply after the additional 30 or 60 days.

If you receive a written notice from the Claims Administrator that your claim is denied, the notice will contain:

> Specific reasons for the denial

> Specific reference to the plan provision upon which the denial is based

> A description of any additional information needed to make your claim acceptable and the reason the information is needed

> A description of the procedure by which you may appeal the denial to the plan's named fiduciary as provided in your denial letter

If your claim is denied or treated as denied, and you disagree with the decision, you may appeal the decision by filing a written request for review. You or someone authorized by you must make the request for review within 180 days of receipt of the denial notice or, if no notice is received, 180 days after the expiration of 45, 75 or 105 days, whichever is applicable. A written request for review should be sent directly to the appropriate named fiduciary as provided in your denial letter or, if you received no denial letter, to:

SBC Services, Inc.
Disability Plan
c/o Executive Director –
Workforce Effectiveness
P.O. Box 29690
San Antonio, TX 78229

If you or your authorized representative sends a written request for review of a denied claim, you or your representative has the right to:

> Send a written statement of the issues and any other comments, along with any new or additional evidence or materials in support of your appeal

> Request and examine documents that bear on your claim

> Review pertinent plan documents, which may be obtained by following the procedures provided in the section of your disability plan's SPD that describes your rights under the Employee Retirement Income Security Act of 1974, as amended (ERISA)

Unless you are notified in writing that more time is needed, a review and decision on your appeal must be made within 45 days after your appeal is received. If special circumstances require more time to consider your appeal, the named fiduciary may take an additional 45 days to reach a decision, but you must be notified in writing that there will be a delay. If you do not receive notice of the decision by the end of the 45- or 90-day period, the appeal is considered denied.

If your appeal is denied, it is final and not subject to further review by the named fiduciary. However, you may have further rights under ERISA, as provided in the section of your disability plan's SPD that describes those rights.

This SMM was written for easy readability. Therefore, it may contain generalizations and colloquialisms rather than precise legal terms. Also, this document only summarizes benefits, and individual situations may vary. For full details, including eligibility, you should consult the SPD for your disability plan, any accompanying SMMs or the official plan documents. In all cases, the official disability plan documents govern and are the final authority on the terms of the applicable plan; if there are any discrepancies between the information in this SMM and the applicable disability plan, the plan document will control. The SBC companies reserve the right to terminate or amend any and all of their employee benefits plans or programs. Benefits described in this document may be subject to collective bargaining Participation is neither a contract nor a guarantee of future employment. Please keep this SMM for future reference.

AR-000293                                                        DEF000293

*T*his Disability section describes how you can continue to receive income if you are unable to work because of an illness or injury. This protection comes in several forms, depending upon the length of your disability.

The Comprehensive Disability Benefits Plan includes Short-Term Disability Benefits (for up to 52 weeks), Long-Term Disability Benefits and vocational rehabilitation benefits.

These benefits are not available for your dependents. They are available to you only if you apply for benefits and you are certified as disabled by the appropriate committee or program.

This section also provides a brief description of benefits available to you from California State Disability Insurance and Workers' Compensation.

In This Section...

Comprehensive Disability Benefits Plan

Disability Protection . . . . . . . . . . . . . . . . . 1

Short-Term Disability . . . . . . . . . . . . . . . 3

Long-Term Disability . . . . . . . . . . . . . . . 10

Vocational Rehabilitation
Benefits. . . . . . . . . . . . . . . . . . . . . . . . . . 16

Information that applies to
all Disability Plan Benefits . . . . . . . . . . . 18

Short-Term Disability—
Questions most commonly asked . . . . . . . 19



PTG 2



DEF000294

## DISABILITY

### DISABILITY PROTECTION

Comprehensive Disability Benefits Plan . . . . . . . . . . . . . . . . . . . . . . . . 1

### SHORT-TERM DISABILITY BENEFIT

Who is eligible for this benefit? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

How much will your STD benefit be? . . . . . . . . . . . . . . . . . . . . . . . . . . 3

How does the STD benefit work? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

What if you know in advance that you will be disabled? . . . . . . . . . . . 5

How do you apply for STD benefits? . . . . . . . . . . . . . . . . . . . . . . . . . . 5

How do you file for Workers' Compensation benefits? . . . . . . . . . . . . . 5

How do you file for State Disability Insurance (SDI) benefits? . . . . . . . 6

What happens if you return to work and become disabled again? . . . . . 7

What happens if you are disabled for more than 52 weeks? . . . . . . . . . . 8

### LONG-TERM DISABILITY BENEFITS

Who is eligible for this benefit? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

How does the benefit work? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

How is disability defined? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

How much will your LTD benefits be? . . . . . . . . . . . . . . . . . . . . . . . . . 11



AR-000295    DEF000295

How do pension benefits affect LTD benefits? . . . . . . . . . . . . . . . 12

What types of disabilities are not covered? . . . . . . . . . . . . . . . . . 12

How do Workers' Compensation payments affect LTD benefits? . . . . . 12

How do you apply for LTD benefits? . . . . . . . . . . . . . . . . . . . . . 12

What happens to your other Company benefits
when your claim for LTD benefits is awarded? . . . . . . . . . . . . . . . 13

What happens to Company health benefits when entitlement to LTD
benefits or to a disability pension (if applicable) ends? . . . . . . . . . . . 14

What happens if you return to work from a Following Maximum
Disability (FMD) leave and become disabled again? . . . . . . . . . . . . . 15

Who is eligible for this benefit? . . . . . . . . . . . . . . . . . . . . . . . . 16

How do you apply for Vocational Rehabilitation benefits? . . . . . . . . . 16

How does the benefit work? . . . . . . . . . . . . . . . . . . . . . . . . . . 16

What types of expenses are not covered? . . . . . . . . . . . . . . . . . . . 17

Are there conditions under which comprehensive disability
benefits will not be paid? . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

What will happen to your STD benefits if you fail to
comply with the requirements of the Plan? . . . . . . . . . . . . . . . . . . 18

What happens to your disability coverage if you are no longer
employed by the Company? . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

DEF000296

'96

SHORT TERM DISABILITY BENEFITS QUESTIONS
MOST FREQUENTLY ASKED

How is a disability claim reported? . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

Is information available for me if I'm faced with going on benefits? . . . 19

How does DAP determine how long benefits should be authorized? . . . 19

Are there some conditions that do not qualify as disability? . . . . . . . . 19

Why are the disability periods provided by my
doctor and DAP sometimes different? . . . . . . . . . . . . . . . . . . . . . . . . 20

What can I do when there are differing opinions? . . . . . . . . . . . . . . . . 20

DAP sometimes questions the period of absence
recommended by an employee's doctor, even when the
doctor participates in the HCN or an HMO under
the Company's Medical Plan. Why? . . . . . . . . . . . . . . . . . . . . . . . . 21

How can DAP decide that I can come back to work without
seeing me and, many times, without discussing my case
with my treating physician? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Suppose my authorized disability period has ended,
but I can't drive safely because of medication or a cast.
How can I get to work? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

You mentioned modified duty. What is that? . . . . . . . . . . . . . . . . . . . . 22

Do I need to tell my doctor about modified duty? . . . . . . . . . . . . . . . . 22

How does DAP determine when my disability
benefits will be discontinued? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

What can I do if I don't agree with the discontinuance of benefits? . . . 23

Can I travel while on disability benefits? · · · · · · · · · · · · · · · · · · · · · · · · · 23

What are expected recovery periods for common
surgical procedures? · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 23

Expected Recovery Periods/Most Common
Surgical Procedures Chart · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 25

AR-000298

7÷iv

DEF000298

96

*Disability benefits...
an overview*

This chart summarizes key features of the Company's disability plan. Read the rest of the section for all the details.

## COMPREHENSIVE DISABILITY BENEFITS PLAN

| Income Protection Program | When you will be eligible to receive benefits | Income you can receive and how long benefits can be paid once your claim for benefits has been approved | | |
|---|---|---|---|---|
| Short-Term Disability (STD) Benefits<br><br>*(See page 7–7 for an explanation of STD relapse rules.)* | After seven calendar days of illness or injury that prevents you from doing your normal job (or another job assigned to you by the Company). You must apply for STD benefits as explained on page 7–5. | STD benefits, combined with other sources of income, including SDI or Workers' Compensation, equals 100% or 50% of your base pay, as shown in the following table: | | |
| | | Your Length of Service: | Weeks of 100% Pay: | Weeks of 50% Pay: |
| | | less than 2 years | 8 weeks | 44 weeks |
| | | 2 to 5 years | 10 weeks | 42 weeks |
| | | 5 to 15 years | 13 weeks | 39 weeks |
| | | 15 to 20 years | 26 weeks | 26 weeks |
| | | 20 to 25 years | 39 weeks | 13 weeks |
| | | 25 or more years | 52 weeks | — |
| State Disability Insurance (SDI) Benefits | If you are unable to work due to an illness or injury that is <u>not work-related</u>. | You may be eligible for SDI benefits so long as you are unable to work due to illness or injury. SDI benefits are combined with STD benefits to provide the income shown in the table above. | | |
| Workers' Compensation Benefits | If you are unable to work due to a <u>work-related</u> illness or injury. | You will continue to receive Workers' Compensation benefits as long as you are unable to work due to a work-related illness or injury. Workers' Compensation benefits are combined with STD benefits to provide income shown in the table above. | | |

COMPREHENSIVE DISABILITY BENEFITS PLAN

| Income Protection Program | When you will be eligible to receive benefits | Income you can receive and how long benefits can be paid once your claim for benefits has been approved |
|---|---|---|
| Long-Term Disability (LTD) Benefits<br><br>*(See page 7–15 of for an explanation of LTD benefits following a return to work from a FMD leave.)* | If you are certified as disabled beyond the 52 weeks covered by STD benefits, and you are unable to work at:<br><br>▪ any occupation for which you are qualified or may become qualified based on your education, training or experience; or<br><br>▪ any job that would pay you no more than 50% of your base pay at the time you became disabled. | LTD benefits, combined with other sources of income, including Social Security, Workers' Compensation, Company pension plan benefits actually paid, and state and federal disability benefits (other than Veterans' benefits), equal 50% of your base pay at the time your Long-Term Disability began.<br><br>LTD benefits will continue as long as you remain totally disabled or, if earlier:<br><br>▪ to age 65, if you became disabled prior to age 62<br><br>▪ for four years, if you became disabled at age 62 or older. |
| Social Security Disability Benefits | If you are totally and permanently disabled for six months; and you are unable to do any job for which you are reasonably qualified based on your education, training and experience. | You may be eligible for Social Security benefits as long as you remain disabled. LTD benefits are combined with your Social Security benefits to provide you with total income equal to 50% of your base pay at the time your disability began. |
| Vocational Rehabilitation Benefits | You may be eligible for Vocational Rehabilitation benefits if, while receiving STD or LTD benefits, the Company refers you to a licensed Vocational Rehabilitation Counselor for a vocational evaluation. | If you are a participant in a Company recommended vocational training program, the Company will pay up to a maximum of $20,000 in covered training expenses. You must complete the training within 24 months from the date the training begins. If you are eligible to receive Vocational Rehabilitation benefits under Workers' Compensation, you will not receive Vocational Rehabilitation benefits under the Plan. |

DEF000300

96

*Your Short-Term Disability benefits... designed to provide income for up to 52 weeks if you cannot work because of a disability resulting from either illness or injury.*

*S*hort-Term Disability (STD) benefit payments begin on the eighth calendar day you are absent from work due to an approved disability. How much you will receive depends on your regular salary and how long you have worked for the Company. You may receive benefits for up to 52 weeks as long as your disability is approved.

**Who is eligible for this benefit?**

You are eligible for this benefit on the date you begin work as an active employee.

Leased and occasional employees are not eligible for this benefit.

**How much will your STD benefit be?**

Your STD benefit is equal to full or half pay, based on your length of service at the time STD benefits begin. All STD benefits (both full pay and half pay) are integrated with any other income sources, including SDI and Workers' Compensation payments. This means that if the amount you receive from SDI or Workers' Compensation is not equal to your full or half pay based on your length of service as shown in the chart below, the STD benefit provides additional payments to bring your total disability income up to that level.

| If your length of service is: | You will receive full pay up to: | Then half pay up to: |
|---|---|---|
| less than 2 years | 8 weeks | 44 weeks |
| 2 years but less than 5 years | 10 weeks | 42 weeks |
| 5 years but less than 15 years | 13 weeks | 39 weeks |
| 15 years but less than 20 years | 26 weeks | 26 weeks |
| 20 years but less than 25 years | 39 weeks | 13 weeks |
| 25 years or more | 52 weeks | 0 weeks |

- For sales personnel of Pacific Bell Directory (other than commissioned management sales personnel), full pay means your base pay, plus your daily sales average, in effect immediately before the date STD benefits begin.

- For management sales/marketing personnel of the business market organizations of Pacific Bell, full pay means your base pay, plus your annual target sales incentive in effect immediately before the date STD benefits begin.

When you are disabled, you are generally eligible for:

- SDI (State Disability Insurance)* payments for a non job-related illness or injury
- Workers' Compensation payments for a job-related illness or injury.

SDI and/or Workers' Compensation payments are combined with your STD benefits to provide you total disability benefits equal to full pay or half pay, based on your length of service.

---

Here's an example to show you how your STD benefit works:

When Joan became disabled, she had five years of service and her weekly pay was $701.00. Since her disability was not job-related, Joan was eligible for SDI payments and STD benefits.

The Disability Assistance Program (DAP) certified Joan as disabled. SDI provided Joan with benefits of $336 per week and DAP provided Joan with benefits of $365 a week, bringing her total weekly benefit up to $701.00 (equal to full pay).

If Joan was still certified as disabled after 13 weeks, SDI would continue to provide $336 a week in benefits. The STD benefit would provide an additional $14.50 per week (bringing her weekly benefit to $350.50 (or half pay) for up to another 39 weeks.

---

You must apply for both STD benefits and SDI or Workers' Compensation benefits. You must provide adequate certification of your disability. The General Employees' Benefit Committee (GEBC) and DAP must agree you are disabled and under proper care.

* If you are employed outside California and State Disability benefits are not provided, the entire benefit is paid by the Company.

**You will be considered disabled only if you cannot do your normal job or another job assigned to you by the Company.**

If your disability keeps you from returning to your regular job or another available job within your Company, you may be required to go through vocational rehabilitation to remain eligible for continuing disability benefits.

**AR-000302**                    DEF000302            96

Under certain circumstances, you know in advance that you will be disabled. For example, you are scheduled to have surgery, or you are expecting a baby.

In these circumstances, you may request an unpaid departmental leave of absence of up to 30 days before your scheduled disability. This leave is not part of the STD benefit and must be processed by your department.

To request a departmental leave, notify your supervisor within a reasonable time in advance of the date you wish your leave to begin.

To apply for STD benefits, you must:

- Be seen by your doctor or health practitioner if you are absent from work due to illness or injury.

- Contact your supervisor.

- Contact DAP on the 4th calendar day (or the 1st day for immediate relapses) by calling:

  If your department is serviced by the Absence Management Group (AMG), call: 1-800-337-9200      (press: 6-1-1)

  For other departments,

    California employees call: 1-800-2000 DAP

    Nevada employees call: 1-415-904-7818

- Complete the claim for STD benefits form B0045/B0045P in its entirety and return it to DAP by mail/fax *within 10 calendar days from your first day of absence. Untimely receipt of this form by DAP will result in an incomplete paycheck.*

- *Complete your portion of the Medical Certificate (form B402/ B402P). Have your doctor or health practitioner complete the remaining portions, sign and return the form to DAP no later than 14 calendar days from your first day of absence.*

If you are injured on the job or become ill due to a job-related accident or injury, follow these steps:

- Report your injury or illness to your supervisor immediately. Your supervisor will provide you with a claim form (B386) within 24 hours.

- Complete the claim form and return it to your supervisor. Your supervisor will generally notify the Workers' Compensation Claims Administrator on the first day of a job-related injury or illness.

- To apply for STD benefits, refer to the previous page.

- The Workers' Compensation Administrator will direct you to a health-care professional. If prior to an injury you have a letter on file naming a pre-designated doctor to contact in such a situation, the Workers' Compensation Administrator will direct you to that physician. Follow his or her recommended treatment.

- If you have not predesignated a physician, the Workers' Compensation Administrator will direct your medical care for the first 30 days.

- STD benefits are reduced or offset by sums paid under Workers' Compensation laws. The Company takes credit for STD benefits against Workers' Compensation obligations, including permanent disability. Any money paid out under the Plan pertaining to the injury will be deducted from any permanent disability settlement or award.

If you have a non job-related illness or injury and you work in California you must follow these steps:

- See your health-care professional. After you notify DAP of your absence, DAP will mail you an SDI form to complete. (The SDI form is also available at your health-care professional's office and your local EDD office). After you have completed your portion, have your health-care professional fill out the form certifying that you are disabled and promptly mail it to the state Employment Development Department (EDD) at the address preprinted on the form.

- Provide additional information regarding your disability if requested by the state.

- File as soon as possible, but no later than 49 calendar days after your first day away from work.

- Contact DAP for help in filing for an appeal if the state denies your claim.

- Contact DAP for help in applying for a benefit advance if DAP has certified your disability and if you have received written notice that your SDI payment will be delayed, or if, through no fault of your own, your SDI payment is delayed for more than 16 days from the date you filed for benefits.

DEF000304    '96

*Within two weeks:*

Your STD benefits will begin again on the first day of your disability absence if:

▪ you have returned to work after receiving STD benefits and

▪ you are again disabled within two weeks.

Your previous absence will be counted in determining your STD benefit entitlement of either full pay or half pay and how long your benefits will be paid. ***The disability absences need not be for the same diagnosis.***

> For example:
>
> Don became disabled and was unable to work for six weeks. Since he had ten years of service, he was eligible for 13 weeks of full pay and 39 weeks of half pay. After the seven day waiting period (departmental time) Don received five weeks of full pay STD benefits. He returned to work and within two weeks was again disabled. Don's entitlement to STD benefits began on the first day of this disability absence. If he remained disabled, he was eligible for the remaining eight weeks of full pay and 39 weeks of half pay.

*After more than two weeks but less than 26 weeks:*

Your STD benefits will begin again on the eighth calendar day of your disability if:

▪ you return to work for more than two weeks but less than 26 continuous weeks and

▪ you again become disabled.

Your previous disability absence is counted in determining your benefit amount (either full pay or half pay) and how long you are entitled to receive STD benefits.

*After 26 weeks:*

Your STD benefits will begin on the eighth calendar day of your disability if you are again disabled after working 26 continuous weeks. You will be eligible for a full 52 weeks of STD benefits according to the chart shown on page 7–3.

*Long-Term Disability benefits:*
You may qualify for Long-Term Disability (LTD) benefits. A description of those benefits begins on page 7–10.

*Pension Plan:*
For nonsalaried employees:

If you have worked for the Company for 15 years or more, you may be eligible for a disability pension.

For salaried employees:

If your employment ends because you are disabled, you will receive the same pension benefit you would receive had your employment ended for any other reason.

Please see Tab 9 – Pension-Nonsalaried and Tab 10 – Pension-Salaried for details.

*Social Security benefits:*
You may qualify for Social Security benefits after six months of disability. Social Security benefits are not paid automatically. You must apply for them. In the fourth month of your disability, the DAP will mail you information which will help you apply. Your local Social Security office can give you more information. You will find their address and phone number listed in the telephone book under "United States Government." LTD benefits are integrated with the amount of Social Security benefits that you are eligible to receive.

*Following Maximum Disability Leave of Absence (FMD leave)*
You will be granted an unpaid leave of absence for up to one year if:

- you are still disabled after receiving 52 weeks of STD benefits and

- DAP determines that it is probable that you will be able to return to a job in the appropriate Company within one year.

The FMD leave is unpaid, but you may be eligible to receive LTD benefits and/or, if you are a nonsalaried employee, a disability pension while on this leave.

AR-000306          DEF00J306          96

| After 52 weeks of Short-Term Disability | |
|---|---|
| You may be eligible for: | You may also qualify for: |
| ▪ FMD leave | ▪ Social Security benefits |
| ▪ LTD benefits | ▪ vocational rehabilitation benefits |
| ▪ disability pension (for nonsalaried employees) | |
| ▪ cash balance benefit or accelerated transition benefit under the Cash Balance Pension Plan for Salaried Employees | |

AR-000307

DEF000307

*Your Long-Term Disability benefits... designed to continue a portion of your income if you are disabled beyond 52 weeks.*

*L*ong-Term Disability (LTD) benefit payments begin when your STD benefits end, and continue until you are no longer disabled, you die or you receive benefits for the maximum period of time. How much you will get depends on your monthly earnings and what other benefits are available to you.

You are eligible for this benefit if you are an active employee and are certified as disabled beyond 52 weeks.

Leased and occasional employees are not eligible for this benefit.

If you are certified as disabled beyond the 52 weeks covered by your STD benefits, LTD benefits may continue until the first of the following events occurs:

- you are no longer disabled
- you die
- you receive LTD benefits for the maximum period of time as shown on the following chart:

| Your Age When You First Became Disabled | Long-Term Disability Benefits Will Continue: |
|---|---|
| 61 or younger | to age 65 |
| 62 or older | for 4 years |

DAP will work with the LTD Claims Administrator to certify your disability for the initial 12 months. After that, your disability must be recertified by the LTD Claims Administrator each year in order for your benefits to be continued.

To be considered disabled and eligible for LTD benefits:

- you must be unable to work at any occupation for which you are qualified or for which you may become qualified by your education, training or experience
- you must be unable to work at any job other than one that pays no more than half of your base pay at the time you become disabled.

You will be considered disabled while you are following a vocational rehabilitation program to become qualified for employment.

DEF000308

96

Your monthly LTD benefit is equal to 50% of your full pay, less other income sources, as listed below. Full pay means your base pay as recorded on Company records. For sales personnel of Pacific Bell Directory (other than commissioned management sales personnel), full pay means your base pay plus your daily sales average, in effect immediately before the date LTD benefits begin.

If, after becoming disabled, you take a job that pays less than 50% of your full pay, or if you are working as part of an approved vocational rehabilitation plan, your earnings, when combined with your LTD benefits and other income sources, may equal no more than 75% of your full pay.

**LTD benefits, combined with other income sources, equal 50% of your full pay, as defined above. Other income sources are listed below.**

Other income sources are:

- disability benefits awarded by Social Security
- primary old-age benefits from Social Security
- Workers' Compensation benefits
- State Disability Insurance (SDI)
- any other benefits (except Veterans' benefits)
- pensions (including Disability Pension benefits, if applicable), but only from the date that such benefits are actually paid under Pacific Telesis Group plans.

---

For example:

Bob's full pay plus differentials, at the time he becomes disabled, is $2,000 a month. His LTD benefit is equal to 50% of $2,000 (or $1,000), less any other benefits to which he is entitled. So, if he receives a $500 monthly Social Security benefit, his LTD benefits would be $500. ($1,000 less his $500 Social Security benefit equals $500.) His total benefit from both sources is $1,000 a month.

---



Once your Social Security benefit and your pension benefit are determined, they remain constant for LTD benefit purposes. Any later increases in your Social Security benefit or your pension benefit will not decrease the amount of your LTD benefits.

If you are eligible and apply for pension benefits (including a Disability Pension, if applicable), your pension benefit, to the extent paid to you, will be subtracted from your LTD payments. (If you elect a cashout, the equivalent monthly amount will be calculated and used as the factor for integration with LTD payments.)

**If you are eligible but elect to defer applying for any applicable pension benefit, your LTD payments will not be reduced by any pension benefits you are entitled to until such time as you apply for and are actually paid the pension benefit.**

You cannot receive LTD benefits if the disability is caused or contributed to by:

- your commission of a felony
- military service occurring after you become covered by the plan
- war, or any act of war, declared or undeclared, or any hazard of war occurring after you become covered by the plan
- active participation in a riot, insurrection, rebellion or civil commotion
- intentionally self-inflicted injury while sane or insane.

LTD payments are reduced or fully offset by sums paid under Workers' Compensation laws. The Company takes credit for LTD payments against Workers' Compensation obligations, including permanent disability. Any money paid out under the LTD plan pertaining to the injury will be deducted from any temporary or permanent disability payments, settlements or awards.

You must file an application form for LTD benefits with the LTD Claims Administrator no later than 90 days after the end of the 52-week period for which STD benefits are payable. DAP will send you an application, generally during the ninth month of your STD period. *You must also apply for Social Security benefits to be assured you receive all the benefits you're entitled to.*

You and your physician must complete the application to receive any benefits.

AR-000310

DEF000310

'96

LONG-TERM
DISABILITY

The LTD Claims Administrator may require you to submit to medical,
psychiatric or psychological examinations by a health-care or vocational
rehabilitation professional selected by the Administrator.

Salaried and nonsalaried employees will continue to receive Basic and
Supplemental Group Life Insurance (SLIP)—at no cost to you—for a
period of time that is determined by your length of service with the
Company as shown below:

| If years of service are: | Basic and SLIP coverage continues for: |
|---|---|
| under 5 years | 1 year |
| 5 but under 10 years | 2 years |
| 10 but under 15 years | 3 years |

Life insurance coverage—after the specified period of time shown
above—and your eligibility for Medical, Dental and Vision benefits are
described in the following chart:

| Employee Category | Medical | Dental | Vision | Basic Life | SLIP |
|---|---|---|---|---|---|
| Nonsalaried Employee Not Eligible for Service or Disability Pension | Yes | No | No | No | No |
| Nonsalaried Employee Eligible for Service or Disability Pension | Yes | Yes | No | Yes | Yes* |
| Salaried Employee with Less than 65 Age and Service Points | Yes | No | No | No | No |
| Salaried Employee with 65 to 74 Age and Service Points, at least 10 Years of Service and Terminated between March 22, 1996 and January 1, 2000 | Yes | Yes | No | No | No |
| Salaried Employee with 75 or More Age and Service Points, and at least 10 Years of Service | Yes | Yes | No | Yes | Yes* |

*SLIP coverage continues if you pay the premiums.



Medical coverage for you and your enrolled dependents will continue as long as you continue to receive LTD benefits and make any required contributions for coverage.

If the chart above indicates that you are not eligible for Company-sponsored dental or vision coverage, you and your dependents may be eligible for continue coverage under COBRA. Information about COBRA coverage can be found in Tab 13 – Important Information.

If the chart above indicates that you are not eligible for life insurance, you may convert your Basic Life and SLIP coverage to an individual policy.

Eligibility for LTD and medical benefits are linked. As long as you are certified to receive LTD benefits, you are eligible to receive medical benefits (but not dental). Should certification for LTD benefits end, eligibility to receive medical coverage also ends.

If you are eligible for a disability pension, you are also eligible for medical and dental benefits, under the following conditions:

- If your eligibility for a disability pension ends prior to your reaching age 65, your eligibility for medical and dental coverage also ends.

- If you are receiving a disability pension at the time you reach age 65, the disability pension will convert to a service pension, which includes eligibility for medical and dental coverage. (If applicable, you may be required to contribute toward the cost of the premiums for such coverage.)

- If you are a nonsalaried employee and eligible for a service pension, or if you are a salaried employee with 75 or more age and service points with at least 10 years of service, you are eligible to receive medical and dental coverage.

AR-000312

DEF000312

'96

**What happens if you return to work from a Following Maximum Disability (FMD) leave and become disabled again?**

You are only allowed one FMD leave, so if you return to work from an FMD leave and become disabled again, you will not be entitled to another FMD leave.

However, you may be entitled to either STD or LTD benefits at the time you become disabled. Your entitlement to disability benefits depends upon how long you had returned to work—on a continuous basis—from your FMD leave before becoming disabled again, as explained in the chart below:

| DISABILITY BENEFITS FOLLOWING RETURN TO WORK FROM FMD LEAVE | |
| --- | --- |
| Back to work for: | Disability benefits entitlement is: |
| 26 continuous weeks or more | STD benefits up to 52 weeks (remain on active payroll) |
| less than 26 continuous weeks (but more than 14 days) | No STD entitlement<br><br>Departmental pay for first 7 consecutive days of illness<br><br>If authorized for LTD*, benefits begin on 8th day of absence, concurrent with termination from the active payroll |
| 1 day, but less than 14 days | No STD entitlement<br><br>If authorized for LTD*, benefits begin on the first day of absence, concurrent with termination from the active payroll |

\* *Note: You must file a claim for LTD benefits no later than 90 days from the date you become disabled. DAP certifies the first year of LTD.*

VOCATIONAL
REHABILITATION

Case 3:07-cv-02652-CRB    Document 42-5    Filed 01/11/2008    Page 24 of 33

Total Vocational Rehabilitation
Benefit Pays a portion of the cost
of retraining so you can return to
work.

U nder the Vocational Rehabilitation benefit, a program may be
developed to train you for new employment. In that event. Plan
approved rehabilitation training program expenses will be paid up to
$20,000 by the Company.

You are eligible for this benefit on the date you begin work if you are
an active employee. Leased and occasional employees are not eligible
for this benefit.

You will generally be notified in writing if you have been selected for
Vocational Rehabilitation benefits and will be advised on how you
receive them. It is also possible to apply in writing to the GEBC.

**If you are eligible to receive Vocational Rehabilitation benefits
under Workers' Compensation, you will not receive Vocational
Rehabilitation benefits under this plan.**

If your disability keeps you from returning to your regular job or
another available job within your Company, you may be required to
participate in a Vocational Rehabilitation program to remain eligible
for continuing disability benefits.

A Vocational Rehabilitation training program will be developed by a
Vocational Rehabilitation agency or counselor. This training will be
tailored to your abilities, skills and interests.

You must complete your Vocational Rehabilitation program within
24 months from the date you begin in order for program expenses to
be covered.

The following types of expenses are covered:

- Vocational Rehabilitation evaluation counseling and job-
  placement services
- on-the-job training expenses
- licenses or certificates
- training facility tuition
- books and educational supplies
- required tools and equipment
- certain transportation and relocation expenses
- reasonable child care cost if required for participation
- required clothing.

AR-000314

DEF000314

96

Some types of expenses not covered are:

- capital investment for a self-employment rehabilitation plan
- capital tool and equipment expenses
- normal commuting expenses.

In addition, any Vocational Rehabilitation benefits received under the Plan will be credited against any Vocational Rehabilitation obligation under Workers' Compensation laws.

Yes. If you do not get proper medical, psychiatric or psychological treatment for the condition which causes your disability, benefits will not be paid.

Also, if you refuse or fail to attempt to become qualified for employment in accordance with approved vocational rehabilitation programs, benefits will be discontinued.

Finally, if you refuse to cooperate in a medical, psychiatric or psychological examination or fail to make yourself available for an examination as directed by GEBC, DAP, or the LTD Claims Administrator, benefits will be discontinued.

If you refuse to cooperate in a medical, psychiatric or psychological evaluation as directed by the Workers' Compensation Claims Administrator, Workers' Compensation benefits may be discontinued.

Failure to comply may result in the discontinuance of STD benefits and the loss of benefit entitlement for each day you are not in compliance until you either become compliant, return to work, exhaust your STD benefit entitlement, or are placed on a leave of absence.

These days cannot be recovered.

If you are no longer employed by the Company and you are not receiving Plan benefits when your employment ends, your coverage ends. You cannot continue Plan coverage under COBRA or through any form of self-payment.

DEF000316        '96

*...DAP responds to frequently asked calls from employees who have questions about STD benefits.*

*T*o further inform you about the plan, we've gathered the most commonly asked questions and put together the answers on the following pages. As you'll find, most of the questions refer to the "case management" process. Each short-term disability case is overseen by a DAP case manager who manages the case throughout the period of disability.

See page 7–5.

Yes, information is available on pages 7–1 through 7–15. In addition, you will receive a DAP package after your disability case is reported. If you have a work-related illness or injury the Workers' Compensation Claims Administrator will provide you with a Workers' Compensation package after your injury is reported.

No two cases are alike, so each case must be evaluated individually. The actual decision is based on the total clinical picture presented through the medical information provided by your treating health practitioner and any other health practioner reviewing your case.

Some employees think disability authorization has something to do with your net credited service, but this is not the case. Disability authorization is based on the individual employee's medical condition as determined by the medical information provided to DAP.

*The amount of full pay or half pay you may receive is based on service.* In other words, the longer you've worked for the Company, the longer you receive full pay instead of half pay. But your medical condition is what determines whether you qualify for benefits in the first place.

There are a number of conditions that, generally speaking, don't require more than 7 calendar days absence from work. Here are some examples:

- Fatigue
- Stress–personal or work-related
- Breast biopsy (benign)
- Dilation and curettage (D&C)
- Dizziness
- Flu/cold
- Tooth extractions

- Laparoscopic abdominal surgery (including appendectomy, gallbladder [cholecystectomy], tubal ligation, pelvic adhesions, laparoscopic hernia repair)
- Miscarriage
- Abortion

- Sore throat
- Stomach flu
- Headache/migraines
- Acute hemorrhoids
- Kidney stones

- Gum surgery (periodontal)
- TMJ syndrome
- Vasectomy
- Normal pregnancies prior to delivery

In the above cases and those on page 7–19, STD benefits will <u>not</u> be authorized by DAP unless review of the medical evidence submitted by your health practitioner supports disability.

STD benefits are designed to provide benefits only if you are disabled from all work; benefits are not paid if you can perform available modified duty. Therefore, when determining the length of a disability period, DAP looks not only at your medical diagnosis, but also at functions you could perform either on your own job or in a temporary position while continuing to recover.

For example, suppose you are an outside plant technician and you have a broken leg. Your doctor may suggest a recovery period based on his/her knowledge that you cannot climb poles until the leg is fully healed. DAP, on the other hand, might determine that you are able to perform modified duty and will make the necessary arrangements with your department for an earlier return date.

(See "Modified Duty" on page 7–22 for more information).

DAP does not require that you return to work; the decision is yours. But you need to consider your options.

You can submit additional medical information to substantiate your continued disability. If you do submit additional information, stress to your doctor the need for the medical report to support a disability. Often, a doctor believes disability is warranted but is unaware of the information needed to substantiate that disability in the DAP evaluation. Many doctors, for instance, believe a diagnosis is sufficient to determine disability, but it isn't. Clinical examination findings are necessary to support the diagnosis.

To make the case for disability, medical reports should answer the following questions, among others:

- What abnormalities or deficiencies exist?
- What treatment is being given?

AR-000318

DEF000318

96

SHORT-TERM DISABILITY —
QUESTIONS MOST COMMONLY ASKED

■ Have complications developed?

■ What function is available despite the impairment?

■ How is the impairment affecting other areas of the employee's life?

If your physician is unaware of the information needed, DAP will be happy to provide assistance.

If the additional medical information does not substantiate disability, you have other options. You may be allowed by your department to take unpaid absence time if you choose to remain off work after your benefits are discontinued. In addition, you may appeal your case to the Employees' Benefit Claims Review Committee as explained in Tab 13 – Important Information, pages 13–1 and 13–3.

**You may be entitled to continuing Workers' Compensation benefits when your STD benefits end. The Workers' Compensation Claims Administrator will make this determination.**

It's important to understand the role of your doctor. As a member of the network, he/she does not act on behalf of the Company, but merely has agreed to accept negotiated fees for specific services provided to Company employees. Your doctor's function is to diagnose and treat your illness. However, your eligibility to receive STD benefits must be determined by DAP.

A physician's history and physical exam is like an architect's blueprint. The blueprint permits a builder to clearly visualize the details of a building that exists only in the imagination of the architect; likewise, a good medical report should create for other health practioners a mental reproduction of your physical well-being.

Like DAP, your treating practioner must use this "blueprint" when he/she evaluates you. The average doctor sees literally hundreds of people between visits of an individual patient, and only by using the same techniques that DAP uses can the doctor determine your condition.

It also helps to understand the roles of both treating practioner and practioner consultant in the disability review process. Your treating practioner's primary responsibility is to diagnose and treat your illness, something that cannot be done at a distance. He/she also must record information, both subjective and objective, and send it to DAP.



A practioner consultant then interprets that information. Just as your doctor is trained and experienced at diagnosing and treating diseases, the consultant and case managers are trained and experienced at evaluating disabilities.

Transportation to work is always your responsibility. If you have car trouble, a suspended license or other factors which affect your ability to drive, you must make other arrangements to get to work. Likewise, the Company does not assume responsibility for your transportation if you have been on disability.

Temporary modified duty allows you to return to work even though you may not be able to perform all of the essential functions of your regular job. It is, however, based on your physical and medical limitations.

For example, if you strain your back, you may need to avoid lifting and climbing for a few days. Temporary modified duty could include answering telephones at a desk or driving a vehicle or it could involve partial-day work.

Or take the example of a heart attack, a condition that varies in its disabling effects. Clinical findings determine whether or not "impairment" exists, and these findings should be reported by your treating physician on your medical report. Your case is evaluated on the basis of your medical information to determine whether the whole clinical picture supports your ability to work full or modified duty.

Because patients' physical conditions can vary so much with this diagnosis, the level or intensity of temporary modified duty will be reviewed by the Plan's medical consultant, who is familiar with Company jobs. This review helps assure a safe and appropriate return to work.

If you are approved for modified duty, DAP will advise your supervisor of your specific job restrictions. If those duties are different from what you expect, or if you need to clarify them, talk to your supervisor. Your supervisor will advise you if your restrictions can be accommodated.

DAP case managers and health practioner consultants take modified duty into account when determining how long an employee should receive disability benefits. So it's important to make sure your doctor knows that modified duty is usually available. Otherwise, the doctor

could assume that you need to be off work until you're able to meet all the demands of your regular job and might tell you to stay home longer than necessary.

If the medical information submitted by your treating physician does not indicate that you are disabled from *all duty* (i.e., you can perform modified duty), your benefits may be discontinued.

If your claim is denied by the GEBC, you may appeal the decision to the Employees' Benefit Claims Review Committee as explained in Tab 13 – Important Information, pages 13–1 and 13–3.

Travel generally is not compatible with a disability absence. The basic requirement for STD benefits is the inability to perform regular or modified job duties. Your activity while on disability benefits should be consistent with your disability. Travelling while disabled could aggravate your impairment, interrupt medical treatment and increase the length of your absence.

DAP recognizes, however, that some employees may need to travel while on disability status (e.g., those who live alone and need to travel to another city to be cared for by relatives). Therefore, each request to travel is evaluated individually by your DAP case manager. The usual practice is to grant permission when a "demonstrated need", such as that described above, has been established, and when the travel would not interfere with your care and most rapid recovery. Traveling for pleasure does not meet the requirement of a "demonstrated need".

If you need to travel while on disability benefits, contact your DAP case manager who is authorized to grant or deny permission to travel.

Contact the Workers' Compensation Claims Administrator to determine if you may travel while receiving Workers' Compensation benefits.

Recuperation from surgery varies among individuals, because every case is different. When an employee has surgery or a serious illness, it is DAP's responsibility to evaluate the case based on medical information and to determine whether the employee is disabled from performing work.

A number of surgeries are "routine" procedures and have generally standard recovery periods. Based on data from past cases in DAP and


96

AR-000321

DEF000321

national guidelines, the most common surgical procedures and the expected recovery periods associated with each are listed in a chart on page 7–25. Keep in mind that all cases are different, and each one is evaluated individually according to available medical information. These recovery periods are not necessarily for return to full duty— temporary modified duty may be provided by your department when applicable.

Only the most common procedures are listed in this section. There are many other procedures, but because of variation in treatment methods, it is not practical to list them all.

The expected recovery periods for the standard procedures are listed in the chart to provide consistency in managing STD cases. Doctors' practice patterns vary and one doctor might recommend a 10-week recovery for a bunionectomy for example, while another recommends only four weeks.

Expected recovery periods are always subject to change because changes in medical technology affect case evaluations. For example, recovery from gall bladder surgery used to take about six weeks. Now, with the use of laparoscopic surgery, recovery usually takes no more than one week.

When two procedures are performed simultaneously, such as a hysterectomy and appendectomy, the healing time or expected recovery period also would be simultaneous. This means the recovery time for a hysterectomy and appendectomy performed at the same time would be six weeks, since the recovery period for an appendectomy would occur simultaneously with the six weeks recovery from the hysterectomy. Because two procedures were performed does not necessarily mean an extended recovery period.

When a range of expected recovery periods is indicated—for instance two to four weeks for arthroscopic knee surgery—you are not automatically allowed the maximum number of weeks for recovery for STD benefits. Each case is evaluated based on the factors involved, such as what procedure was used and how involved the surgery was. As in any disability case, this determination is based on a review of all the available medical information. In other words, you are not expected to take the full guideline period if you are capable of resuming work sooner.

AR-000322

DEF000322

'96

SHORT TERM DISABILITY
QUESTIONS MOST COMMONLY ASKED

---

### Expected Recovery Periods*
### Most Common Surgical Procedures
(Recovery periods may be subject to change)

Delivery (Childbirth)

    Vaginal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . up to 6 weeks

    Cesarean . . . . . . . . . . . . . . . . . . . . . . . . . . . . . up to 8 weeks

Hysterectomy

    Total Abdominal . . . . . . . . . . . . . . . . . . . . . . up to 6 weeks

    Vaginal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . up to 6 weeks

Cholestectomy (gall bladder removal)

    Laparoscopic . . . . . . . . . . . . . . . . . . . . . . . . . up to 1 week

    "Regular" Incision . . . . . . . . . . . . . . . . . . . . . up to 6 weeks

Exploratory Laparotomy

    (abdominal surgery) . . . . . . . . . . . . . . . . . . . up to 6 weeks

Carpal Tunnel Release . . . . . . . . . . . . . . . . . . . . . up to 4 weeks

Appendectomy . . . . . . . . . . . . . . . . . . . . . . . . . . . up to 2 weeks

Septoplasty (nose surgery) . . . . . . . . . . . . . . . . . up to 2 weeks

Bunionectomy . . . . . . . . . . . . . . . . . . . . . . . . . . . up to 6 weeks

Arthroscopic knee surgery (simple) . . . . . . . . . . . . up to 2 weeks

Arthroscopic knee surgery (with repair) . . . . . . . . . . up to 4 weeks

---

*\* Expected recovery periods are based on national guidelines and past data and may vary in individual cases. The expected recovery periods listed above are recovery periods beginning the day of surgery and usually include the seven-day incidental absence.*