LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
FORREST E. FANG (State Bar No. 122805)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE GLOVER,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br><br>    Defendant. | Case No. C07-02652 CRB<br><br>**MANUAL FILING NOTIFICATION OF ADMINISTRATIVE RECORD**<br><br>[Fed. R. Civ. P. 56]<br><br>Date:  February 29, 2008<br>Time:  10:00 a.m.<br>Courtroom: 8<br>Judge: Hon. Charles R. Breyer |

Regarding:    NOTICE OF SUBMISSION OF ADMINISTRATIVE RECORD RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

This filing is in paper or physical form only, and is being maintained in the case file in the clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly form the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

DATED: January 11, 2008         LAFAYETTE & KUMAGAI LLP


                                /s/Susan T. Kumagai
                                SUSAN T. KUMAGAI
                                Attorneys for Defendant
                                AT&T UMBRELLA BENEFIT PLAN NO. 1

1

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on January 11, 2008, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

/s/Susan T. Kumagai

N:\Documents\ATT\Glov\Pldg\Mo For Summary Judgment\Manual Filing Notification.doc

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

MANUAL FILING NOTIFICATION
(Case No. C07-02652 CRB)

2

# PROOF OF SERVICE OF MANUALLY FILED DOCUMENT

I declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 100 Spear Street, Suite 600, San Francisco, California, 94105.

On January 11, 2008, I served the document named below on the parties in this action as follows:

**NOTICE OF SUBMISSION OF ADMINISTRATIVE RECORD RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

____ (BY MAIL) I caused each and such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California. I am readily familiar with the practice for the collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

  X   (BY PERSONAL SERVICE) I caused to be personally served each document listed above on the addressee (s) noted below.

____ (BY FACSIMILE) I caused to be sent via facsimile at the facsimile number listed below, a copy of each document to the addressee(s) noted below

____ (BY OVERNIGHT MAIL) I caused to be delivered to an overnight courier service each such envelope to the addressee noted below.

> Teresa S. Renaker, Esq. SBN 187800
> Lindsay E. Nako, Esq. SBN 239090
> Lewis, Feinberg, Lee, Renaker & Jackson, P.C.
> 1330 Broadway, Suite 1800
> Oakland, California 94612
>
> *Attorneys for Plaintiff Yvonne Glover*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on   January 11, 2008   , at San Francisco, California.

*/s/ Linda L. Rich*
Linda L. Rich