Teresa S. Renaker – CA State Bar No. 187800
Lindsay Nako – CA State Bar No. 239090
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
trenaker@lewisfeinberg.com
lnako@lewisfeinberg.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YVONNE GLOVER,<br><br>           Plaintiff,<br><br>vs.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br><br>           Defendant. | Case No. 07-02652-CRB<br><br>**DECLARATION OF LINDSAY NAKO IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:        February 29, 2008<br>Time:        10:00 a.m.<br>Courtroom:  8<br>Judge:       Hon. Charles R. Breyer |

I, Lindsay Nako, declare as follows:

1. I am an attorney with Lewis, Feinberg, Lee, Renaker & Jackson, P.C., which is counsel for Plaintiff Yvonne Glover in this action.  I have personal knowledge of the facts contained in this declaration and, if called to testify, will testify as set forth below.

2. Attached hereto as Exhibit 1 (P00173 - P00447) is a copy of Plaintiff's supplemental request for review of the denial of her short-term disability benefits which was provided to Defendant in Plaintiff's initial disclosures and by letter on May 20, 2005.  All personal data identifiers in Exhibit 1 have been redacted pursuant to General Order No. 53.

3. Attached hereto as Exhibit 2 (P00809 - P00811) is a copy of the letter dated

1    September 21, 2005, sent from the SBC Medical Absence Accommodations and
2    Resource Team to Teresa S. Renaker, which was provided to Defendant in
3    Plaintiff's initial disclosures.

4.   Attached hereto as Exhibit 3 (DEF000287 - DEF000291) is a copy of the April 30, 2001, amendment to the Pacific Telesis Group Comprehensive Disability Benefit Plan, provided to Plaintiff by Defendant in its initial disclosures.

5.   Attached hereto as Exhibit 4 (DEF000053 - DEF000057) is a copy of the September 15, 2005, medical review report prepared by Jeffrey N. Been, M.D., provided to Plaintiff by Defendant in its initial disclosures. All personal data identifiers in Exhibit 4 have been redacted pursuant to General Order No. 53.

6.   Attached hereto as Exhibit 5 (DEF000062 - DEF000066) is a copy of the September 15, 2005, medical review report prepared by Joseph J. Jares, III, M.D., provided to Plaintiff by Defendant in its initial disclosures. All personal data identifiers in Exhibit 5 have been redacted pursuant to General Order No. 53.

7.   Attached hereto as Exhibit 6 (DEF000058 - DEF000061) is a copy of the September 15, 2005, medical review report prepared by Scott Dailey, MA, CCC-SLP, provided to Plaintiff by Defendant in its initial disclosures. All personal data identifiers in Exhibit 6 have been redacted pursuant to General Order No. 53.

8.   Attached hereto as Exhibit 7 (DEF000352 - DEF000503) is a copy of the Agreement for Administration of Disability Claims under SBC Disability Plans and Administration of SBC's Job Accommodation Process Between Sedgwick Claims Management Services, Inc., and SBC Communications, Agreement No. 0018118, and all amendments, provided to Plaintiff by Defendant in its initial disclosures.

9.   Attached hereto as Exhibit 8 is a copy of Defendant's Amended Response to Plaintiff's First Set of Interrogatories, Interrogatory Number 1, received by this office on January 8, 2008.

10.  Attached hereto as Exhibit 9 is a copy of Defendant's Responses to Plaintiff's

1    First Set of Interrogatories, received by this office on December 21, 2007.

2    I declare under penalty of perjury that the foregoing is true and correct. Executed this

3    11th day of January, 2008, at Oakland, California.

4

5                                    /s/
                                Lindsay Nako