# EXHIBIT 1

PART 3

# HEAD AND NECK FUNCTION LABORATORY
## EAST BAY CLINIC

2160 APPIAN WAY, SUITE 202
PINOLE, CALIFORNIA 94564
415/724-6662

K. IZDEBSKI, M.A., F.K., Ph.D., C.C.C.
SPEECH PATHOLOGY & PHYSIOLOGY
SWALLOWING DISORDERS

September 7, 1990

Raul Cruz, M.D.
Otolaryngology
Kaiser Permanente
280 West MacArthur Blvd.
Oakland, CA  94611

Re: GLOVER, YVONNE
  K.M.R. # 1111397

Dear Raul:

Upon your kind referral I began on 9-7-90, voice therapy for the above captioned patient a 34 y.o. black female, with history of persistent dysphonia, of sudden onset. The dysphonia appears to conversion nonorganic dysphonia. Following 1 1/2 hours of treatment glimpses of normative sustained phonations were achieved. Patient was also able to extend this into very short segments of continuous speech. On 9-7-90 I also repeated an attempt to evaluate her glottic functions since the evaluation of August 30, 1990 failed. I succeeded today and I found no evidence of any lesions. Adductory and abductory activity occurred, and phonatory wave was present bilaterally. Phonation is disturbed primarily by discoordinated movement of the glottic, supraglottic, laryngeal, respiratory and or motor activities.

Subsequenctly she was seen for three therapy sessions. Each consisted of voice treatment with biofeedback monitoring. Minor gains were achieved, and disorganized phonation and speech continues to predominate. Patient is at times reluctant, somewhat hostile and cries or gets upset easily. She however shows no reluctence to attend the treatment and shows up for appointments on time.

As of today (9-14-90) she is able to produce normative sustained phonation for about 10 seconds, but has substantial difficulties with consistent repetition of clear phonatory voice, and extension of this fluency into connected speech. She has advanced however to single bisyllabic words as of now.

She is scheduled for additional visits on weekly or twice weekly basis for additional 6 weeks. Because of her difficulty to carry out corrective maneuvers during therapy, prognosis is guarded, and lengthy treatment cannot be ruled out at this time. Possible psychologic/psychiatric consultation maybe indicative if she fails to achieve her therapy goals and remains hostile during treatment. Patient also reports substantial financial difficulties, and in the past I have supplied her twice with money for transportation.

P00261

Page 2
GLOVER, YVONNE

    Once again thank you very much for allowing me to partake in treatment of this interesting dysphonic case.

Very truly yours,

Dr. K. Izdebski
Speech Pathologist
(Signed in absence to avoid delay)


KI:ml

P00262

**KAISER PERMANENTE**

Glover, Yvonne
1111397

## OUTPATIENT SPEECH PATHOLOGY SERVICES

IMPRINT AREA

**CONFIDENTIAL**

PATIENT NAME                                    MR #

DATE OF BIRTH                AGE                 EVALUATION DATE  7/27/00

REFERRING PHYSICIAN  Hyberger         DEPARTMENT  HNS   SRF

REASON FOR REFERRAL
PRESENTING CONCERN   dysphonia/dystonia  Klonopin  qid  beginning summer
                     Estrogen patch

last worked 6/22/99.          (2)nd c/o sharp pain
KNOWN VOCAL ABUSE/MISUSE                                neck mus

- ☐ Coughing          ☐ Shouting          ☐ Smoking        ☐ Loud Voice
- ☐ Hard Glottal Attack ☐ Throat Clearing  ☐ High Pitch     ☐ Low Pitch

**VOICE ANALYSIS**

Easter Seal
(Robyn

Average Fundamental Frequency   (Monologue) _____   (Reading) _____

Optimal Frequency Range _____ to _____

Average Intensity Level   (Monologue) _____   (Reading) _____    @tx: lingu

S/Z Ratio _____ Maximum phonation time _____  VOT recording _____   - mand
                                                                            - laryng

Musculoskeletal Tension Test + / 

Frequency Range _____ to _____   Intensity Range _____ to   (2 mon

Perturbation _____ at _____ Hz during _____

**VOICE QUALITY**

- ☐ Breathy          ☑ Hoarse          ☑ Strident        ☐ Glottal Fry   ☐ Aphonic
- ☐ Phonation Breaks ☐ Pitch Breaks    ☑ Excessive Tension ☐ Diplophonia ☐ Laryngeal Spasms

**VOICE SEVERITY**

☐ Mild     ☑ Moderate     ☑ Severe     ☐ WNL

CURRENT EMOTIONAL/PSYCHOLOGICAL EVENTS POTENTIALLY RELATED TO VOICE:

**RESPIRATION:**                     c/o SOB

- ☐ Audible Breathing  ☐ Irregular Pattern   ☐ Difficulty Sustaining Expiration
- ☐ Speaks on Residual Air ☐ Restrained Expiration   E. Seal (3mos)

**HEARING**                RECOMMENDATIONS

☐ WNL   ☐ Failed Screening      ☐ Voice Therapy _____ x/week for _____ weeks

PROGNOSIS  guarded

TREATMENT PLAN   Cont. c̄ voice tx E. Seal

CLINICIAN   J Baldwin

07082 (6-94)

P00263

# ROBERT E. LIEBERSON, M.D., F.A.C.S. AND ASSOCIATES

**BOARD CERTIFIED IN NEUROSURGERY**

**SPECIALIZING IN SPINE**

**GENERAL NEUROSURGERY**

**OCCUPATIONAL MEDICINE**

**PAIN MANAGEMENT**

**CERVICAL & LUMBAR DISC MICROSURGERY**

**SPINAL RECONSTRUCTION**

**PERIPHERAL NERVE AND CARPAL TUNNEL SURGERY**

**PAIN BLOCKS**

**ELECTRODIAGNOSTIC MEDICINE (EMG/NCS)**

**MEDICAL ACUPUNCTURE**

**MEDICAL LEGAL EXAMINATIONS**

.00 COUNTRY DRIVE
ITE 100
EMONT, CA  94536
L: (510) 494-5700
X: (510) 494-5710

79 STONERIDGE DRIVE
TE A
EASANTON, CA 94588
: (925) 461-9200
: (925) 461-9210



February 27, 2003


Wade Alton
Helmsman Management
P.O. Box 29101
Glendale, CA  94209


Regarding:          YVONNE GLOVER       ┌─────────────────────┐
Date of Birth:                          │ REDACTED PURSUANT   │
Soc. Sec. No.:                          │ TO GENERAL ORDER NO. 53 │
Employer:           SBC TELECOMMUNICATIONS └─────────────────┘
Date of Injury:     07/19/02
Claim Number:       648322402


## NEUROSURGICAL CONSULTATION


Dear Mr. Alton:


Yvonne Glover was seen today in neurosurgical consultation. She was seen at the kind request of Dr. Shaw and pursuant to the authorization of the carrier. She came with radiographs, which were reviewed before the visit.

The patient is a 47-year-old woman who states that she was well with regard to the neck and upper extremities prior to an occupational injury of July of 2002. At that point, she was picking up a chair. Apparently, when she lifted the chair, she had the very sudden onset of very severe neck and right arm pain.

Since that time, in spite of rest, analgesics, and physical therapy, complaints have not improved. She still describes agonizingly severe pain extending from her neck to the fingers of her right arm.

According to the patient, she has recently had an MRI. Surgery was discussed. She comes here for an additional opinion.

The past medical history is otherwise reportedly remarkable for some kind of a dystonia. The patient states that suddenly a few years ago, she began to have difficulty annunciating words. She states that she initially was diagnosed as having a dysphonia. She states that she saw a series of neurologists, eventually coming under the care of a Kaiser doctor in San Rafael. She states that a more generalized dystonia was diagnosed. Apparently, she has not received much of by of treatment with the exception of Klonopin.

The past medical history is otherwise unremarkable and the patient denies diabetes, hypertension, tuberculosis, hepatitis or bleeding dyscrasias and has no heart, lung, liver or kidney complaints.

The examination shows a fit-appearing woman who does have a spastic type of speech pattern. She is bright, alert and oriented. The cranial nerves are otherwise intact. The upper extremities are very difficult to test. There is numbness in the C6 distribution on the right. I am unable to test strength because of the severity. Pain reflexes appear to be symmetric, but I am unsure.

The patient's plain films of the neck show significant multilevel degenerative disease. An MRI of the right wrist is unremarkable. The MRI scan of the neck, unfortunately, was the only study that did not arrive at my office.

An EMG was reported as failing to show evidence of a focal peripheral neuropathy, but did show a right C6 cervical radiculopathy.

## IMPRESSION/PLAN:

The patient's complaints are severe and are consistent with a C6 level lesion, at least based on the numbness and the EMG. I have asked her to return in a week or two and to personally hand carry her MRI for the next visit. She is not permanent and stationary. She may continue working with restrictions. I am not sure what restrictions were previously imposed, but I believe that she probably should avoid lifting more than five pounds, performing any overhead work, or using the hands repetitively or forcefully.

I hope the above is helpful.  If there are additional questions, please feel free to call.  I will communicate again as soon as I have seen the patient and films once more.

MANDATORY INDUSTRIAL INSURANCE COMPLIANCE STATEMENT

"I have not violated Labor Code Section 139.93 and the contents of this report and bill are true and correct to the best of my knowledge. This statement is made under penalty of perjury.  Date of Report February 27, 2003.  Signed this 5th day of March 2003, in Alameda County, California.

Sincerely,

Robert E. Lieberson, M.D., F.A.C.S.
Diplomate American Board of Neurological Surgeons

REL:bja
fremont/d: 02/27/03  t: 03/05/03 Job #4715

cc:

    Ms. Yvonne Glover
    1211 Russell St.
    Berkeley, CA 94702

    Alan Shaw, M.D.
    U.S. Healthworks
    2850 7th Street, Suite 100
    Berkeley, CA  94710

    Rosa Moran, Esq.
    600 21st Street
    Oakland, CA  94612

P00266

REDACTED PURSUANT
TO GENERAL ORDER NO. 53

STATE OF CALIFORNIA
Division of Workers' Compensation

US HealthWorks
SBC/INJURIES-ALL        75264        **PRIMARY TREATING PHYSICIAN'S PROGRESS REPORT (PR-2)**

DOS:10/03/02 DOI: 7/19/02 DOB:
Pa
SS   Patient: Glover, Yvonne
En   Case # : 110-006784 Ref  # : 153orange

___ M.I. ____ Date of Exam: _____ Inc.#: ____
Date of Inury _____ Claim# ____
_____ Tel: _____ Fax: ____

Claims Administrator _____    _____ Tel: _____ Fax: ____

**REASON FOR SUBMITTING REPORT** (Check all that apply. If any box aside from "Other" applies, this report qualifies as mandatory.)
☐ Significant change in patient condition      ☑ Need for referral or consultation      ☐ Info. requested by: ____
☐ Significant change in work status           ☐ Need for surgery or hospitalization    ☐ Discharged
☐ Significant change in treatment plan         ☐ Periodic Report (45 days after last report)  ☐ Other: ____

**PATIENT STATUS** Since the last exam this patient's condition has:
☐ Improved as expected        ☐ improved, but slower than expected       ☑ not improved significantly
☐ worsened                    ☐ reached plateau and no further improvement is expected   ☐ been determined to be non-work related

**SUBJECTIVE COMPLAINTS** (Document and describe significant complaints if this report qualifies as mandatory.)

② wrist pain persists

**OBJECTIVE FINDINGS** (Document significant exam findings, lab, imaging, and other diagnostic testing if this report qualifies as mandatory.)

MRI ⊖ for TFC tear, does show a ganglion
+ inflammation of median nerve

**DIAGNOSES** (Include ICD-9 code, if possible)

**TREATMENT**
☑ Office Visit / Injury Treatment::   ☐ Start / ☐ Continue P. Therapy: ____ times / week for ____ weeks ☐ Other ____
☐ Medications / Supplies Dispensed ____
☑ Consultation / ☐ Referral    ☐ Requested / ☐ Pending. Specialty __Dr. Lee - Hand__  ☐ Work status to be determined by specialist.
Estimated length of treatment: ____ now _____ weeks
**WORK STATUS**    ☐ First Aid Care               Consult. possible treat
☐ Return / ☐ Continue to work without restrictions.
☐ Off the balance of this shift only. Then RTW on ☐ Full / ☐ Modified duty.   ☐ Re-evaluate work status before next shift.
☐ Off work. Estimated period of total temporary disability _____ days.
☑ Return to work as of __12/3/07__ with the restrictions indicated below.   Estimated duration of modified duty is ____ days.
( ) No work near moving machinery                                    ( ) Sit down job
( ) No / (✓) Limited use of ____ hand    to ____ hrs/day             ( ) Must wear ☐ Splint ☐ Immobilizer ☐ Back support ☐ Cage
( ) No / ( ) Limited standing or walking  to ____ hrs/day                       ☐ Other ____
( ) No / ( ) Limited overhead work        to ____ hrs/day             ( ) Must keep _____ elevated
( ) No / ( ) Limited stooping and bending to ____ hrs/day             ( ) Keep wound\bandage clean and dry
( ) No / ( ) Limited kneeling or squatting to ____ hrs/day            ( ) Must take a ____ - minute stretch break every ____ minutes from
( ) No / ( ) Limited Lift:: ☐ Pull ☐ Push                                    ☐ Keyboard / ( ) ____
       Up to: ☐ 10 lbs ☐ 25 lbs ☐ 50 lbs ☐ ____ lbs               ( ) Other ____
( ) No climbing
☐ Medical status was discussed with employer representative.
                IF NO MODIFIED WORK IS AVAILABLE AT PLACE OF WORK, EMPLOYEE SHOULD BE OFF WORK.
**DISCHARGE STATUS** ☐ Patient discharged from care effective this date. ☐ NON-INDUSTRIAL Patient instructed to see physician at own expense.
**PERMANENT AND STATIONARY** ☐ No ☐ Yes  as of _____ with/ ☐ without permanent work restrictions or ratable factors of
                                    permanent disability. Therefore, there is no need for future medical care.

**PRIMARY TREATING PHYSICIAN**
I declare under penalty of perjury that this report is true and correct to the best of my knowledge and that I have not violated Labor Code § 139.3.
Name: __Jacky Man__    Cal. Lic # ____    Date of Exam __12/3/02__
Specialty: _____    Signature (Original) _____
Executed at: U.S. HealthWorks / Berkeley, 2850 Seventh Street, Suite 100, Berkeley, CA 94710 Tel: (510) 845-5170 • Fax: (510) 845-0486

YOUR NEXT APPOINTMENT WITH THE DOCTOR IS: _July_    YOUR NEXT APPOINTMENT FOR PHYSICAL THERAPY IS:
☐ MON ☐ TUE ☐ WED ☐ THUR ☐ FRI ☐ SAT      ☐ MON ☐ TUE ☐ WED ☐ THUR ☐ FRI ☐ SAT
DATE: _____ TIME: _____ Before / After Shift    DATE: _____ TIME: _____ Before / After Shift
PLEASE CALL IN ADVANCE IF YOU WILL BE UNABLE TO KEEP THIS APPOINTMENT.    PLEASE CALL IN ADVANCE IF YOU WILL BE UNABLE TO KEEP THIS APPOINTMENT.

# DOCTOR'S FIRST REPORT OF OCCUPATIONAL ILLNESS OR INJURY

| | |
|---|---|
| **2. EMPLOYER** SBC/INJURIES-ALL | **1. INSURER** HELMSMAN MANAGEMENT SERVI |
| **3. Street Address** 2600 CAMINO RAMON <br> **City, State, Zip** SAN RAMON    CA 94583 | **Street Address** P.O. BOX 29092 <br> **City, State, Zip** GLENDALE    CA 91209 |
| **4. Business Type** | **Claim #** |

| PLEASE DO NOT USE THIS COLUMN |
|---|
| Case No. |
| Industry |
| County |
| Age |
| Hazard |
| Disease |
| Hospitalization |
| Occupation |
| Return Date Code |

*REDACTED PURSUANT TO GENERAL ORDER NO. 53*

**5. PATIENT NAME (First, Middle, Last)**
Glover, Yvonne

**6. Sex** ☐ Male ☒ Female

**7. Date of Birth**

**8. Address: No. and Street City**
1211 Russell st        Berkeley        **Zip** 94702

**9. Telephone Number** (510) 843-1539

**10. Occupation (Specific Job Title)**
staff assoc

**11. Social Security Number**

**12. Injured at:**    City              County
2600 CAMINO RAMON    SAN RAMON    ALAMEDA

**13. Date and hour of injury or onset of illness**    11/06/02    2:00 PM

**14. Date last worked    Mo. Day Yr.**    11/07/02

**15. Date and hour of first examination or treatment**    11/07/02    5:00 PM

**16. Have you (or your office) previously treated patient?** ☐ Yes ☒ No

**17. PATIENT, PLEASE DESCRIBE HOW THE ACCIDENT OR EXPOSURE HAPPENED (Be specific)**
153 ORANGE/ Robert Wagner, M.D./kr
Patient states, "Was working at desk and computer. Lifted chair to move back to my desk and pulled shoulder. Not ergonomic and you have to pick up and scoot chair to move."

**18./19./20. SUBJECTIVE COMPLAINTS/OBJECTIVE FINDINGS/DIAGNOSIS**    Chemical or toxic compounds involved? ☐ Yes ☒ No
Allergies: Talwin, Erythromycin. Meds: Muscle relaxers. Last Tetanus: Unknown.
BP: 120/70, P: 74, R: 12, T: 98.4

HISTORY AND COMPLAINTS: Patient picked up her chair that she says is ergonomically incorrect and experienced sudden onset of severe neck pain yesterday. Got worse overnight and today. Complains of severe pain, radiating to bilateral arms with tingling to fingers.

EXAMINATION: Neck- Loss of lordosis. Neck is stiff with slinting.  Tender trapezius and lower cervical spine. Decreased range of motion.
Normal posture and gait.  No erythema, ecchymosis, scars, masses, swelling, or deformities.  No superior nuchal ligament tenderness.  No swelling or lumps in the supraclavicular fossa. No weakness. Normal sensation and DTRs.

DIAGNOSIS: Cervical strain; possible radiculitis.

Diagnosis: 847.0    STRAIN/CERVICAL                    723.4    RADICULOPATHY /CERVICAL

X-ray and laboratory results (state if none or pending)    Deferred xrays until next visit.

| **21. Findings consistent with patient's statement?** ☒ Yes ☐ No | **22. Other condition that will impede recovery** ☐ Yes ☒ No | **Explain:** |
|---|---|---|

**23. TREATMENT RENDERED**
Comprehensive examination, history and evaluation were performed on the injured body part.  Pertinent orthopedic and neurological testing were performed.  Patient to use own Vicodin and NSAIDs. Cold pack dispensed with instructions.  Dispensed a cervical pillow. Patient given after care instructions.  Patient informed about work restrictions and the expected progression of the injury.
Work status: Off balance of shift. Next shift- Limit overhead work.  Limit lift/push/pull to 10#.

**24. If further treatment required, specify treatment.**    Return to clinic 11/11/02.

**25. If hospitalized as Inpatient, give hospital name and location.**

**Estimated Days** 4
**Date Admitted**    **Estimated stay**

**26. WORK STATUS  Is patient able to perform usual work?** ☐ Yes ☒ No  If no, extended return date to:
Regular Work        Mod Work 11/08/02        **Specify Restrictions:** See above.

P00268

**Doctor's Signature**
**Name and Degree** WAGNER, ROBERT
**Address** 2850 SEVENTH STREET, STE # 100  BERKELEY  CA  94710

**CA License** A14235
**IRS Number** 95-4643269
**Phone Number** (510) 845-5170

ANY PERSON WHO MAKES OR CAUSES TO BE MADE ANY KNOWINGLY FALSE OR FRAUDULENT MATERIAL STATEMENT OR MATERIAL REPRESENTATION FOR THE PURPOSE OF OBTAINING OR DENYING WORKERS COMPENSATION BENEFITS OR PAYMENTS IS GUILTY OF A FELONY.

# EMERYVILLE OPEN MRI

*A RadNet Center*

6001 Shellmound Street, Suite 130
Emeryville, California 94608                              Open Magnetic Resonance Imaging
Phone: (510) 601-7979  Fax: (510) 420-3484

Patient Name:   **Yvonne Glover**                              Date: 1-6-03

Date of Birth:   REDACTED PURSUANT TO
                 GENERAL ORDER NO. 53

Patient ID:   **7239**                              Referred By: A. SooHoo, M.D.

## Magnetic Resonance Imaging of the Cervical Spine

**Indications:**   Neck pain radiating to the right arm with numbness. Fell in November 2002.

**Technique:**   The quadrature spine coil provided the following: (1) Sagittal SE T1-weighted; (2) Sagittal FSE T2-weighted; (3) Transaxial 2D gradient echo T2*weighted. (Hitachi Airis II).

**Comparison:**   None available.

**Findings:**   There is straightening of the natural lordosis of the cervical spine. Normal alignment of the vertebral bodies of the cervical spine without fracture or subluxation. Disc spaces and vertebral body heights are maintained. Bone marrow signal is normal. Visualized spinal cord demonstrates normal signal and morphology. On axial sequences at C2-3 and C3-4, there is no significant posterior disc bulge or herniation identified. Neural foramina are patent bilaterally. No spinal canal stenosis.

At C4-5, there is focal central posterior disc herniation with impression on the ventral aspect of the thecal sac and spinal cord. This disc herniation measures approximately 3-4 mm AP x 7-8 mm transversely. Exit neural foramina are patent bilaterally.

At C5-6, there is a small central posterior disc bulge/protrusion with slight impression on the ventral aspect of the thecal sac. No spinal canal or neural foraminal stenosis.

At C6-7 and C7-T1, there is no significant posterior disc bulge or herniation identified. Neural foramina are patent bilaterally. No spinal canal stenosis.

**Impression:**

1.   Focal central posterior disc herniation at C4-5, as described above.
2.   Small focus of central posterior disc bulge/protrusion at C5-6 with slight impression on the ventral aspect of the thecal sac.
3.   No neural foraminal stenosis identified at the imaged levels of the cervical spine.

CC: One Call Med

Stuart Mansfield, M.D./ss





**WARBRITTON & ASSOCIATES**
**Jill L. Harrell, M.D.**
Orthopaedic Surgeon
**Board Eligible, American Board**
**of Orthopaedic Surgery**
350 - 30th Street, Suite 530
**Oakland, California  94609**
**510-839-5564**
**510-839-1692**

March 17, 2003

Wade Altom
Helmsman Management Services
P.O. Box 29092
Glendale, California  91209-9092

Regarding:          Yvonne Glover
Claim #:            WC648-310990 and WC648-322402
WCAB #:             N/A
Employer:           SBC Pacific Bell
Job Title:          Staff Associate
Date of Injury:     July 19, 2002 and Cumulative Trauma November 6, 2002

Dear Mr. Altom:

I had the opportunity to meet and evaluate Ms. Yvonne Glover in my Oakland office on March 14, 2003.  As you know, she is a forty-six-year-old female who has been employed as a staff associate for SBC Pacific Bell since November of 1989.  It was while she was working in this capacity on July 19, 2002 when she emptied a box of paper and felt a pop in her wrist.  She has since then been treated conservatively for a wrist ganglion cyst.

On November 6, 2002 Ms. Glover filed accumulative claim for her neck, shoulders and back.  She states that she uses a chair that does not have rollers on it and therefore continually had to lift her chair from place to place during the course of the day.  She started experiencing pain in her neck, back and shoulders secondary to constantly dragging her chair from place to place.

On November 14, 2002 Ms. Glover sustained an injury to her neck, shoulders, upper extremities and back when she was shown how to use a new ergonomic chair.  When pulling up on a lever, the chair ejected her onto the floor.

Ms. Glover has been treated by Dr. Jamasbi for her various injuries, as well as Dr. Kendrick Lee.  Ms. Glover was originally on total temporary disability but has since returned to her usual and customary job duties.  More recently, Ms. Glover was referred to Dr. Robert Lieberson for surgical consult for a C6 radiculopathy on the right.

P00270

Re: Yvonne Glover
March 17, 2003
Page 2

Ms. Glover's medical history is also significant for a dystonia/dysphonia which, according to the patient, left her without the ability to speak for a period of time. Once she regained use of her voice, she has had difficulty articulating words and now has a dystonic speech pattern.

Ms. Glover states that she has received an injection to her right neck and possibly a cervical epidural steroid injection.

## PRESENT COMPLAINTS

Ms. Glover complains of right hand numbness and stabbing pain. She also experiences hyperesthesias and feels like her hand is being cut. She also experiences a vibratory sensation in her right hand. These sensations are increased particularly with lifting something and overhead activities. The pain is best relieved with medications.

The patient also complains of a "pressure-like" pain in her neck. She particularly has pain when she turns her neck to the right, worse than the left. If she turns her neck the "wrong way", the pain extends into her right hand. She has particular pain when forward flexing at the neck and this elicits tingling in her right fingers.

## PAST MEDICAL HISTORY

Ms. Glover was involved in a motor vehicle accident, ten years ago. She's had no broken bones, operations or hospitalizations. She is allergic to x-ray dye, prednisone, Talwin and erythromycin

Upon review of systems, Ms. Glover states the history of dystonia as mentioned above. The patient denies any other medical problems, including asthma, diabetes, hypertension, cardiac abnormalities, peptic ulcer disease or seizures.

## PHYSICAL EXAMINATION

On physical examination, Ms. Glover is a pleasant cooperative woman who appears her stated age of forty-six.

Forward flexion is approximately 30 percent of normal with pain into the right upper extremity. Extension is 80 percent of normal. Lateral rotation is 80 percent normal to the left, 75 percent of normal to the right with slight pain.

Re:  Yvonne Glover
March 17, 2003
Page 3

There is significant tenderness to palpation at the right trapezius and great occipital area of the neck.  There is also tenderness at the midline at approximately C6-7.  There is only minimal tenderness to palpation at the rhomboids.

On shoulder exam, abduction is 160 degrees bilaterally.  Forward flexion is 160 degrees bilaterally.  This range of motion gives a "pull" sensation in the neck.  Internal and external rotation of the shoulders is full and equal bilaterally.  Biceps strength is five out of five on the left, four out of five on the right.  Triceps strength is four out of five bilaterally.

At the wrists, volar flexion is five out of five on the left, four out of five on the right. Dorsiflexion is minus five out of five on the left, four out of five on the right.  Motor strength testing of the upper extremities may be decreased secondary to pain.

Grip strength as measured in kilograms,  right over left, was as follows:

0/8
0/0
0/2

The patient states she experiences tingling in her hand and her fingertips with use of the dynamometer.

The patient states that she experiences decreased sensation at all fingers on her right hand.

## DIAGNOSTIC STUDIES

There are no radiographs available for my review today.

The patient states that she has in her possession the MRI of her cervical spine. She will bring this at her next visit.

The patient also states she has undergone EMG study of her bilateral upper extremities, performed by Dr. Botts. I do not have this study available for my review today.

## ASSESSMENT AND PLAN

Ms. Glover  certainly presents with a likely history of cervical spondylosis with probable

Re: Yvonne Glover
March 17, 2003
Page 4

right upper extremity radiculopathy. At this point in time, I am ordering radiographs of her neck and requesting medical records, including the EMG study of her bilateral upper extremities. The patient also states that she can bring the cervical spine MRI at her next visit.

Until I am in receipt of these studies, I am placing Ms. Glover on modified duty, to preclude overhead activity and no lifting greater than five pounds. I am also restricting her computer time to no longer than thirty minutes at a time with a ten minute break.

Ms. Glover will return in two weeks for orthopaedic followup, so that I may review these diagnostic studies and proceed with her treatment.

I declare under penalty of perjury that the information contained in this report and its attachments, if any, is true and correct to the best of my knowledge and belief, except as to information that I have indicated I received from others. As to that information, I declare under penalty of perjury that the information accurately describes the information provided to me and, except as noted herein, that I believe it to be true. In addition, I declare under penalty of perjury that I have not violated Section 139.3 in any way. Pursuant to Subsection 4628 of the Labor code and Rule 10606 of the Rules of Practice and Procedure of the Appeals Board, the following disclosure is made: Unless otherwise indicated in the first paragraph of this report, the physician signing this report took the complete history directly from the patient and conducted the appropriate examination, reviewed and summarized the medical records, and composed and drafted the conclusions of this report. The formulation, conclusions and recommendations contained in this report are solely those of the signatory physician.

Respectfully yours,

Jill Harrell, M.D.
Orthopaedic Surgeon
Board Eligible, American Board of Orthopaedic Surgery

JLH/lb

Executed on ____4·15·03____ in the County of Alameda

cc:    Rosa Moran
       Attorney at Law
       600 - 21st Street
       Oakland, California 94612

P00273

**John D. Warbritton III, M.D. & Associates**
350 30th Street, Suite 530  Oakland, California 94609
Ph 510-839-5564  Fax 510-839-1692

Patient Name ___ Yvonne Glover _____  SSN# _____

Diagnosis ___ 721. _____

May return to work ___ _____

Date of Disability _____

Limitations ___ Off work  3/31/03 → 4/18/03 — Emg (?) _____

_____  4/1/03

Physician / Representative Signature          Date

_____

Physician / Representative Printed

P00274

## REQUESTED SUPPLEMENTAL REPORT

At the request of applicant's counsel, I have reviewed my treatment reports and other medical records so as to address the disputed issue of whether permanent disability exists in this case. With reasonable medical probability, and based upon records review, subjective factors and objective findings, I am able to state that:

     X  _____ residual permanent disability exists in this case

        _____ residual permanent disability does not exist in this case.

I declare under penalty of perjury that this report is true and correct to the best of my knowledge and that I have not violated Labor Code § 139.3.

_____                    4·26·04
      Treating  Physician                                                 Date

# EMERYVILLE OPEN MRI
6001 SHELLMOUND STREET, #130
EMERYVILLE, CA 94608
Telephone (510)601-7979 / Fax (510)420-3484



GLOVER, YVONNE
MRN:000770752
DOB:                Sex F

| REDACTED PURSUANT TO |
| GENERAL ORDER NO. 53 |

WARBRITTON, JOHN
350 30TH STREET #530
OAKLAND, CA 94609
Fax#: (510)839-1692

**Date of Service: 05/24/2004**
**Exam: WORKCOMP MRI CERVICAL SPINE WITHOUT CONTRAST**

CLINICAL DATA: Progressive neck pain. Rule out worsening disk protrusion. The patient reports she fell November 6, 2002, developing neck pain radiating to the right.

COMPARISON:   MRI of the cervical spine, 01/06/03.

EXAMINATION:   MRI OF THE CERVICAL SPINE, WITHOUT CONTRAST

TECHNIQUE:   The examination was performed on the Hitachi Airis II Open MRI. (1) T1 sagittal SE; (2) T2 sagittal FSE; (3) T2 axial GRE.

FINDINGS:   The normal cervical lordosis is reversed at C4-5.

C2-3:  The disk is mildly desiccated without protrusion. The central spinal canal and neural foramina appear normal.

C3-4:  There is a small, central, non-compressive disk protrusion without lateralization. Central spinal canal and neural foramina are normal.

C4-5:  There is a persistent central disk protrusion extending 4 mm posteriorly, indenting the cord in the midline. There is no evidence of developing lateralization or central spinal stenosis. Diameters of neural foramina appear normal.

C5-6:  The broad-based central disk protrusion has not changed significantly since the earlier study. There is no evidence of developing cord impingement or lateralization. The diameters of the neural foramina remain normal.

C6-7, C7-T1:  There is no evidence of developing disk protrusion. The diameters of the central spinal canal and neural foramina appear normal.

The cervicomedullary junction is normal. Despite the C4-5 cord impingement, intramedullary signal remains normal from the foramen magnum to T3.

IMPRESSION:

Cervical spondylosis with reversal of the normal lordosis.

Central disk protrusions - C3-4 through C5-6 with C4-5 cord impingement. Mild progression since 01/06/03.

**End of diagnostic report for accession:** 2623403

# EMERYVILLE OPEN MRI
6001 SHELLMOUND STREET, #130
EMERYVILLE, CA 94608
Telephone (510)601-7979 / Fax (510)420-3484

**GLOVER, YVONNE**
**MRN: 000770752**
**DOB:** **Sex F**

REDACTED PURSUANT
TO GENERAL ORDER NO. 53

WARBRITTON, JOHN
350 30TH STREET #530
OAKLAND, CA 94609
Fax#: (510)839-1692

**Date of Service: 05/24/2004**
**Exam:** WORKCOMP MRI CERVICAL SPINE WITHOUT CONTRAST

**Dictated By:**       Philip Rich MD
**Transcribed By:**    Vanessa Perrault 05/25/2004
**Signed By:**         Philip Rich 05/25/2004

## John D. Warbritton III, M.D. & Associates
350 30th Street, Suite 530  Oakland, California 94609
Ph 510-839-5564  Fax 510-839-1692

Patient Name _____ _Yvonne Glover_____ SSN# _____

Diagnosis _____ _721._____

May return to work _____ _Now_____

Date of Disability _____ _Pt off work 10/23/03, 10/29/03_____

Limitations _____

_No Keyboard more than 2 hrs/8⁰ shift_____

_____ _signature_____ _10/24/03_

**Physician / Representative Signature**          **Date**

_____

**Physician / Representative Printed**

P00278

## SBC MEDICAL ABSENCE AND ACCOMMODATION RESOURCE TEAM
### INITIAL PHYSICIAN STATEMENT

| EMPLOYEE NAME: | Yvonne D. Glover | CLAIM #: | A325033343-06 | DATE: | July 7, 2004 |
|---|---|---|---|---|---|
| DATE OF BIRTH: | | SOCIAL SECURITY #: | | MEDICAL RECORDS #: | |

Please answer all of the questions below regarding the health status and treatment of the above-mentioned patient.  This information is required to assist in the initial determination of Disability/Worker's Compensation wage replacement benefits.  Additional medical documentation may be requested in the event that the documentation requested below is incomplete, insufficient or clarification is needed.  In the event that your patient has not recovered sufficiently to resume his/her job duties with or without reasonable accommodation medical records will need to be provided by this office.  SBC has a transitional work program intended to assist employees with the transition from temporary restrictions and/or functional limitations back to full productivity.

1. Diagnosis current and contributing (with corresponding ICD9 if available):

   *C. Spine Strain, Spondylosis, AN*

2. Symptoms and concerns reported by the patient:

   *Pain @ Neck; pain and Tingling → LF/RF*

3. Observed clinical findings:

   *↓ ROM; Tenderness to Palpation @ Neck*

4. Dates and description of treatment during the past three months (include dates and results of most recent diagnostic tests):

   *CES*

5. Current plan of treatment  (include dates of future diagnostic tests and evaluations and/or surgery):

   *Eval by 2° opinion spine specialist*

6. Is the above-described plan of treatment expected to improve the patient's physical or cognitive functioning?   If yes, in what time frame?

   *Yes: p̄ surgical reevaluation → determine PT vs surgery*

7. Please identify other treatment providers and/or referrals to specialists:

   *Kevin Booth MD*
   *Michael Park, MD*

8. Are there current functional restrictions?  If yes, what are they and what is the anticipated duration of the restrictions?

   *Yes: 4°/day; ½ time Keyboard*

9. Next follow-up appointment:     Appointment Date  8/28/04     Appointment Time_____

10. Additional Comments:

Physician Name: _Harper_     Degree: _MD_   Specialty: _Ortho_

Address  _350 30th St  Ste 530_     Telephone Number: (510) 839 5564   Date: 7·12·04
         _Oakland  Ca  94609_

The decision regarding eligibility to receive wage replacement benefits is solely the responsibility of the claims administrator.  To expedite the receipt of the medical records, a secure fax machine is available.  The records may be faxed to (866) 581-9059.  Otherwise records may be mailed to:

**SBC Medical Absence and Accommodation Resource Team**
**P.O. Box 630447**
**Irving, TX 75063-0447**

Immediate Release – initial  California.doc

P00279

WARBRITTON & ASSOCIATES
Jill L. Harrell, M.D.
Orthopaedic Surgeon
Board Eligible, American Board
of Orthopaedic Surgery
350 - 30th Street, Suite 530
Oakland, California 94609
510-839-5564
510-839-1692

October 28, 2004

Claims Adjuster
Helmsman Management
P.O. Box 29092
Glendale, California 91209

Regarding:          Yvonne Glover
Claim #:            WC648-310990 and
                    WC648-322402
WCAB #:             Unassigned
Employer:           SBC Pacific Bell
Job Title:          Staff Associate
Date of Injury:     July 19, 2002 and
                    Cumulative Trauma November 6, 2002

## PERMANENT AND STATIONARY REPORT

Dear Claims Adjuster:

     Ms. Yvonne Glover returned to my office for orthopaedic consultation today, October 26, 2004. As you know, Ms. Glover has received an extensive and comprehensive course of conservative medical treatment. Accordingly, it is my opinion that the patient has reached a point of maximal medical improvement, and as such, to follow will be the requested treating physician's Permanent and Stationary Disability Rating Report as mandated by the labor code referable to the 2002 industrial injuries.

     Residual disability is largely due to chronic soft tissue musculoligamentous strain of the cervical spine, overlying cervical spondylosis and disc protrusion, central, at C5-6.

Re: Yvonne Glover
Permanent and Stationary Report
October 28, 2004
Page 2

## FACTORS OF DISABILITY

Subjective factors of disability in regard to the cervical spine include constant minimal pain increasing to slight on a frequent basis with range of motion of the cervical spine and neck, lifting and pushing and pulling activities. The pain increases to moderate with repetitive work at or above shoulder level, heavy lifting and forceful pushing and pulling activities. She also experiences moderate pain with prolonged forward flexion of the neck and prolonged work at a keyboard.

The patient also experiences occasional bilateral upper extremity pain and parasthesias, left greater than right, at the anterior shoulder. She also experiences numbness, right greater than left at the long finger ringer finger and small finger.

## PHYSICAL EXAMINATION

On physical examination of the cervical spine, forward flexion is 75 percent of normal. Extension is 80 percent of normal, which gives "relief". Lateral rotation is 80 percent of normal bilaterally. Lateral bending is 50 percent of normal to the left, 75 percent of normal to the right. Range of motion of the neck is associated with minimal to slight pain at terminal range.

There is tenderness to palpation at the trapezius musculature of the left neck/shoulder. There is also tenderness to palpation at the cervical spine, midline at approximately C5-C7.

Upon neurologic examination of the upper extremities, deep tendon reflexes are +2 throughout the upper extremities. Sensation is normal throughout the upper extremities.

Grip strength as measured in kilograms, right over left, was as follows:

14/8
8/10
14/11

## DIAGNOSTIC STUDIES

MRI of the cervical spine shows a central disc protrusion at C5-6.

EMG/nerve conduction studies of the bilateral upper extremities were normal, as far as these tests could be performed.

Re: Yvonne Glover
Permanent and Stationary Report
October 28, 2004
Page 3

## DISABILITY STATUS

Taking into consideration the history according to the patient, including subjective complaints, radiologic findings, physical examination findings and my review of the medical records, it is my opinion that based upon reasonable medical probability, that from an orthopaedic standpoint, Ms. Glover currently experiences a disability referable to the cervical spine which precludes heavy lifting, forceful pushing and pulling activities and repetitive work at or above shoulder level. She is also precluded from prolonged forward flexion of the neck and prolonged keyboarding.

## OCCUPATIONAL STATUS

Ms. Glover is unable to return to her usual and customary job duties with the prolonged forward flexion of the cervical spine and prolonged keyboarding. Accordingly, she is a qualified injured worker and is eligible for vocational rehabilitation services.

## CAUSATION AND APPORTIONMENT

The cause of present symptomatology is secondary to the specific cumulative trauma Ms. Glover sustained while performing her usual and customary job duties at Pacific Bell.

There is no cause for apportionment to pre-existing or non-industrial disease. Specifically in compliance with labor code 4663, I have reviewed the medical records and interviewed the patient and I find no apportionment to pre-existing causation.

## FUTURE MEDICAL TREATMENT INDICATED

Ongoing medical treatment is reasonable and appropriate in this case.

Ms. Glover experiences considerable residual symptomatology at her cervical spine and will require physical therapy on an intermittent basis. Short courses of physical therapy should be provided on an industrial basis.

Ms. Glover experiences increasing pain with acupuncture and several epidural steroid injections and therefore, these are not necessarily indicated.

Anti-inflammatory and pain medications should be provided on an industrial basis as deemed appropriate by her primary treating physician.

Re: Yvonne Glover
Permanent and Stationary Report
October 28, 2004
Page 4

If in the future, Ms. Glover experiences progression of her upper extremity symptoms, then she should be provided with a followup MRI of her cervical spine and surgical evaluation. If she is found to be a reasonable surgical candidate, then anterior cervical decompression and fusion of C5-6 should be provided on an industrial basis.

Thank you for referring Ms. Yvonne Glover to my office for orthopaedic consultation. This report was prepared by me in its entirety. All medical records have been personally reviewed.

I declare under penalty of perjury that the information contained in this report and its attachments, if any, is true and correct to the best of my knowledge and belief, except as to information that I have indicated I received from others. As to that information, I declare under penalty of perjury that the information accurately describes the information provided to me and, except as noted herein, that I believe it to be true. In addition, I declare under penalty of perjury that I have not violated Section 139.3 in any way. Pursuant to Subsection 4628 of the Labor code and Rule 10606 of the Rules of Practice and Procedure of the Appeals Board, the following disclosure is made: Unless otherwise indicated in the first paragraph of this report, the physician signing this report took the complete history directly from the patient and conducted the appropriate examination, reviewed and summarized the medical records, and composed and drafted the conclusions of this report. The formulation, conclusions and recommendations contained in this report are solely those of the signatory physician.

This report has been billed as a 99243, 99358 x four and a 99080 because forty minutes were spent during face to face interview and examination of the patient. An additional forty-five minutes have been spent reviewing the medical records and diagnostic studies. Forty-five minutes have been spent preparing this medicolegal report.

Again, thank you for your courtesy and consideration of your referral. If you have any further questions, please do not hesitate to write or call.

Respectfully yours,

Jill Harrell, M.D.
Orthopaedic Surgeon
Board Eligible, American Board of Orthopaedic Surgery

JLH/lb

Executed on _____ in the County of Alameda.

cc:    Rosa Moran
       Attorney at Law
       600 - 21st Street
       Oakland, California  94612

11/09/2004  2:21PM

## SBC MEDICAL ABSENCE AND ACCOMMODATION RESOURCE TEAM
### INITIAL PHYSICIAN STATEMENT

**EMPLOYEE NAME:** Yvonne D Glover          **CLAIM #:** A325033343-07          **DATE:** November 2, 2004

**DATE OF BIRTH:** REDACTED PURSUANT TO GENERAL ORDER NO. 53          **SOCIAL SECURITY #:** _____          **MEDICAL RECORDS #:** _____

Please answer all of the questions below regarding the health status and treatment of the above-mentioned patient. This information is required to assist in the initial determination of Disability/Worker's Compensation wage replacement benefits. Additional medical documentation may be requested in the event that the documentation requested below is incomplete, insufficient or clarification is needed. In the event that your patient has not recovered sufficiently to resume his/her job duties with or without reasonable accommodation medical records will need to be provided by this office. SBC has a transitional work program intended to assist employees with the transition from temporary restrictions and/or functional limitations back to full productivity.

1. **Diagnosis current and contributing (with corresponding ICD9 if available):**

   721.0
   847.0

2. **Symptoms and concerns reported by the patient:**

   Severe pain @ Neck; ® arm.

3. **Observed clinical findings:**

   pain and ↓ range of motion C-spine.
   MRI : Disc Protrusion L-spine

4. **Dates and description of treatment during the past three months (include dates and results of most recent diagnostic tests):**

   Dr. visits monthly
   pain meds

5. **Current plan of treatment (include dates of future diagnostic tests and evaluations and/or surgery):**

   P+S as of 10/26/04

6. **Is the above-described plan of treatment expected to improve the patient's physical or cognitive functioning?  If yes, in what time frame?**

   N/A

7. **Please identify other treatment providers and/or referrals to specialists:**

   N/A

8. **Are there current functional restrictions?  If yes, what are they and what is the anticipated duration of the restrictions?**

   Yes. permanent restriction

9. **Next follow-up appointment:**  Appointment Date 1/18/05  Appointment Time _____

10. **Additional Comments:** X

**Physician Name:** Harrell          **Degree:** MD          **Specialty:** Ortho

**Address:** 300 30th St Ste 570          **Telephone Number:** (510) 835-5564          **Date:** 11/9/04
Oakland Ca
94602

The decision regarding eligibility to receive wage replacement benefits is solely the responsibility of the claims administrator. To expedite the receipt of the medical records, a secure fax machine is available. The records may be faxed to (866) 581-9059. Otherwise records may be mailed to:

**SBC Medical Absence and Accommodation Resource Team**
**P.O. Box 630447**
**Irving, TX 75063-0447**

Successive Relapse No CP - initial - California

# John D. Warbritton III, M.D. & Associates

350 30th Street
Oakland, California 94609

Phone:  510-839-5564
Fax:    510-839-1692

John Warbaritton III, M.D., Director
Jill Harrell, M.D., Associate
AJ Benham, N.P., Associate
Loland Lowe, Ph.D., Associate
Sharon L. Mitchell, Pharm.D., Associate

July 31, 2003

John Warbritton III, M.D.
350 30th Street
Oakland, CA 94609
510-839-5564

Re:    Yvonne Glover
       1211 Russell St
       Berkeley, CA 94702
       (775) 250-8592

REDACTED PURSUANT
TO GENERAL ORDER NO. 53

       Emp:  Pacific Bell
       Claim #:   WC648310998
       DOI:  11/6/02

| Doctor's Time | |
| --- | --- |
| Time Required to Produce this Report: | 180 Min. |
| Face to face: | 90 Min |
| Review: Prep/dict/edit: | 90 Min |

Dear Dr. Warbritton:

Thank you for asking me to evaluate Ms. Glover for pharmacological pain management consultation and evaluation. Ms. Glover is a 46-year-old female with chief complaints of pain in her neck, right wrist and right arm. She reports increased pain lately possibly correlated with repetitive task at work. Patient was referred to me in this office for medication review. She experienced severe stomach cramping which occurred around the time she received acupuncture treatment and started acupuncture "pills and tea." That day she was evaluated at Kaiser and provided Flexeril which controlled the cramping after two days. After starting Flexeril she complains of her breath smelling like "dogfood" and says she's currently not taking Flexeril because she hasn't had recurrent GI problems and this side effect became intolerable when she took the medicine up to six times per day.

## History of Present Illness:

Ms. Glover was employed as a staff associate by Pacific Bell since 1989. While adjusting her seat at work, she pushed the wrong lever and was catapulted from her chair to the floor hitting

Yvonne Glover                                                                        1

her left knee on the floor and catching herself with the right arm. She was evaluated and treated by Dr. Shuhu at Healthworks for right arm pain and provided medications for pain plus an injection in the right neck but this didn't help per patient report. She received a surgical consult from Dr. Robert Lieberson who diagnosed C6-radiculopathy on the right and gave her Norco and Soma. Dr. Jamasbi later performed a cervical epidural pain which eliminated pain, but numbness and tingling persisted in the right fingers. Patient was referred to Dr. Harrell for orthopedic evaluation and consideration of further treatment. She's received physical therapy, medication and acupuncture and is referred for medication review because of a history of fainting possibly due to medication and evaluation of medication side effects.

**Clinical Findings:**
Pain level is 10/10 without medicine. With medication, pain level decreases to a level of 6-710 which is tolerable to her. She complains about numbness and tingling in the right in the arm that worsens with increased activities as work—recently validating calendars, doing a lot of paperwork and computerwork. She's been having increased pain in the neck from keeping her neck down for long periods of time.
Pain decreases with: medications, rest, walking, heat, physical therapy, TENS
Pain increases with: repetitive movements

**Review of Systems:**

| | |
|---|---|
| Head: | headaches post-injury, diminished now |
| Ears: | none |
| Eyes: | none |
| Nose: | none |
| Throat: | none |
| Thyroid: | none |
| Lungs: | none |
| Heart: | none |
| Renal: | none |
| Card Vasc: | none |
| Neuro: | dystonia/dysphonia diagnosed in 1990—takes clonazepam for this condition |
| Psych: | none |
| Bowel: | none |
| Abdomen: | none |
| GU: | none |
| Musc Skeletal: | none |
| Endocrine: | none |
| Derm: | none |
| Infect Dzs: | none |
| Child Dzs: | usual |
| Other: | none |

Yvonne Glover

2

P00286

**Allergies:**

| | |
|---|---|
| Drugs: | contrast dye→shock, prozac→nightmares, prednisone--?, Talwin→visual changes, erythromycin→hives, orange-colored urine |
| Foods: | citrus→pruritis |

**Social History:**

| | |
|---|---|
| Place of Birth: | Oakland |
| Marital Status: | separated |
| Children: | one child |
| Education: | some college classes |

**Habits:**

| | |
|---|---|
| Cigarettes: | 2-5 cigarettes per day |
| EtOH: | one social drink occasionally |
| Cocaine: | none |
| Marijuana: | years ago |
| LSD: | none |
| Others: | none |

**Medications tried:**

Valium 5 mg, one tablet tid if needed for spasms per Dr. Shun--didn't help
Cyclobenzaprine 10 mg, one tablet three times daily when needed per Dr. Lo for cramping, caused bad breath
Vicodin→didn't help
Soma→helps
Norco→helps
Feldene→burning stomach
Zantac→vomiting

**Medications:**

1. Clonopin 0.5 mg, one tablet two to three times daily per Kaiser--dystonia
2. Norco 10/325, one tablet every 4-6 hours if needed for pain #60
3. Soma 350 mg, one tablet twice daily #60
4. Excedrin prn headache

No OTC, herbals, dietary supplements,

**Impression:**

Patient with repetitive stress injury, chronic neck and right arm pain. Pain is well-controlled with pharmacological pain regimen. Patient is informed of possible side-effects from medications as well as the potential of opiate dependency when opiates are used chronically. Continue Flexeril per Kaiser on an as needed basis to minimize side effects described above and discuss with PMD at Kaiser. I have instructed the patient never to drive, operate heavy machinery and perform

Yvonne Glover

3

activities requiring coordination and alertness while taking her medications. I will continue to monitor the patient for pharmacological pain management while she remains in your orthopedic care.

**Plan:**

1. Clonopin 0.5 mg, one tablet two to three times daily per Kaiser--dystonia
2. **Norco 10/325, one tablet every 4-6 hours if needed for pain #60**
3. **Soma 350 mg, one tablet twice daily #60**
4. Start Flexeril 10 mg, one tablet at bedtime if needed for muscle tightness per Kaiser #60
5. **Follow-up in four weeks**

**Patient Education:**

Significant amount of time is spent in educating the patient in the goals and principles of pain management and chronic pain control.

The emphasis of pain management is not pain elimination, but pain control and prevention. The patient's expectation should be increased function while the pain is being controlled by pharmacological therapy. Total pain elimination and returning to pre-injury function without pharmacological intervention is not a realistic or achievable goal. However, returning and or modified returning of function with the pharmacological control of pain is the primary aim of pharmacological pain management. Eventual withdrawal from all pharmacological agents when the pain resolves is also one of the goals of pain management. Chronic pain management will require the patient to take medication on a scheduled basis for pain prevention rather than take analgesics when the pain returns.

The analgesics used for the controlling of chronic pain should always be taken on a scheduled basis. The traditional as needed dosing of analgesics should not be used for the management of chronic pain, because traditional analgesic is dosed only when the pain has returned, and that is not what we need in the management of chronic pain. Chronic pain should always be prevented and treated before the pain returns. In most cases, pain prevention requires much less analgesics than pain treatment after the pain has returned. Therefore it is extremely important that the patient takes the medications on a regularly scheduled basis.

Yvonne Glover

4

P00288

NOTE: The patient's past medical history, occupational history, history of injury, subjective complaints, and all other aspects of the history were taken by me personally. The physical assessment and report were completed by me personally, without assistance.

DOCTORS'S TIME: Please note that "face-to-face time" as listed on the front page of this report includes the time I spent taking the patient's history, and limited physical assessment of the patient. The time listed as "face-to-face" does not include the time I took to review diagnostic studies or medical records and does not include the time I took to dictate or edit the report. Nor does "face-to-face" time include any time I spent reading, consulting, or doing research in order to complete this report.

Sincerely,

Sharon L. Mitchell, Pharm.D.
Pharmacist Specialist, Pain Management

Yvonne Glover

5

```
==============================================================
Claim Number : A325033343-0001-07                Date Loss : 11/19/2003
Client       : 1632      - SBC Communications, Inc.
Account      : 16320510  - F9 -Pacific Bell Telephone Company
Unit         : F9305     - PB/NB BCS
Claimant     : GLOVER, YVONNE D
==============================================================
```

```
|-------------------------- Note --------------------------
|
Event/Clmnt/Claim   Date       Tp Examiner
-----------------   ---------- --  ------------
A325033343-0001-07 01/27/2005 ST AARCHER
                              Closed file sent to Irving Office per request
                              dtd 1/27/05.
                              [Time Note Created : 2:49 PM ]
--------------------------------------------------------------
A325033343-0001-07 01/24/2005 MD EZMARTIN
                              Fax rcvd from Lewis feinberg attney 1/24/05
                              fwded to erisa specialist 330
                              [Time Note Created : 5:05 PM ]
--------------------------------------------------------------
A325033343-0001-07 01/20/2005 PO HLASSER
                              646-Field Case Management Fee payment was made
                              on this Denied claim.  User Overrode warning on
                              payments made to Denied claim.
                              **** NOTE CREATED BY: SYS ****
                              [Time Note Created : 4:10 PM ]
--------------------------------------------------------------
A325033343-0001-07 01/19/2005 ER LAKHENAS
                              Upheld denial letter sent cert and reg mail to
                              ee and cc to file.  7003 1680 0005 4064 3944
                              [Time Note Created : 3:38 PM ]
--------------------------------------------------------------
A325033343-0001-07 01/19/2005 ER HLASSER
                              closed claim
                              [Time Note Created : 3:13 PM ]
--------------------------------------------------------------
A325033343-0001-07 01/19/2005 ER HLASSER
                              email to CN:

                              APPEAL DISABILITY BENEFIT DENIAL NOTICE
                              01/19/2005

                              ATTENTION: SYLVIA E ALVERA
                               RC: V0GG4C000

                              Employee Name: YVONNE D. GLOVER
                                Employee SSN:
                              Employee Job Title: STAFF ASSOCIATE [CWA09]
                                Employee NCS Date: 11/05/1989
                              SMAART Claim #: A325033343-0001-07
                                Plan: PTG CDBP
                              First Day Absent: 10/26/2004
                                First Day of Disability: 11/03/04
                              CLAIM STATUS
                              ¢ Disability Benefits Approved from
                              through

                              ¢ Disability Benefits Denied (if appropriate)
```

REDACTED PURSUANT TO GENERAL ORDER NO. 53

P00290

```
=================================================================
Claim Number : A325033343-0001-07                  Date Loss : 11/19/2003
Client       : 1632       - SBC Communications, Inc.
Account      : 16320510  - F9 -Pacific Bell Telephone Company
Unit         : F9305      - PB/NB BCS
Claimant     : GLOVER, YVONNE D
=================================================================
```

```
------------------------------ NOTES ------------------------------
```

```
Event/Clmnt/Claim  Date        Tp Examiner
-----------------  ----------  -- --------------------------------
```

from 11/03/04 through return to work

¢ Date claimant contacted regarding the denial: 01/19/05

OTHER IMPORTANT INFORMATION
¢ Supervisor Contact Information - Notices are automatically generated and sent to the employee's supervisor as listed in Webphone. If you do not handle disability issues for this employee, please forward to the appropriate person. If Webphone is incorrect, update with the correct supervisory information.
¢ Disability Resources
o Contact SMAART at 1-866-276-2278 or reply to this notice if you have questions regarding the information provided.
o SBC Disability Status Web site: http://hrweb01.sbc.com/disability/index.cfm
¢ Time Reporting - For additional information on disability time reporting visit http://eLink.sbc.com. It is important that you verify your employee's time reporting once you receive this notice to ensure pay accuracy.
¢ Denied Disability Process - For additional information in managing an employee's absence in the event that s/he is denied disability the supervisor may refer to the Denied Disability Process which is located on the Attendance Management web site (http://hrweb01.sbc.com/attmgmt/login.asp) and the HR Reference Portal (https://ebiz2.sbc.com/hrgrefportal/). It is recommended that you consult with Human Resources, Labor Relations, and Legal prior to making employment decisions for an employee who has been denied disability benefits.

PLAN KEY

Disability Plan Name         Acronym
SBC Disability Income Plan        SBC DIP (60)
SBC Disability Income Plan        SBC DIP (50)
SBC Disability Benefits Plan      SBC DBP
SNET Disability Benefits Plan     SNET DBP
Ameritech Sickness and Accident Disability
Benefit Plan         AIT SADBP
Ameritech Long Term Disability Plan          AIT LTD

```
========================================================================
Claim Number : A325033343-0001-07                    Date Loss : 11/19/2003
Client     : 1632      - SBC Communications, Inc.
Account    : 16320510  - F9 -Pacific Bell Telephone Company
Unit       : F9305     - PB/NB BCS
Claimant   : GLOVER, YVONNE D
========================================================================
```

```
---------------------------------- NOTES ----------------------------------
```

```
Event/Clmnt/Claim  Date      Tp Examiner
-----------------  --------- -- ------------------------------------------
```

                              Pacific Telesis Group Comprehensive Disability
                              Benefits Plan     PTG CDBP
                              Southwestern Bell Corporation Sickness and
                              Accident Disability Benefit Plan  SBC SADBP
                              Pacific Telesis Group Sickness and Accident
                              Disability Benefit Plan   PTG SADBP

                              RESTRICTED PROPRIETARY INFORMATION


                              sa2728@sbc.com


                              [Time Note Created : 3:09 PM ]
```
----------------------------------------------------------------------
```
A325033343-0001-07 01/19/2005  ER HLASSER
                              letter to EE prepared for mailing
                              [Time Note Created : 3:02 PM ]
```
----------------------------------------------------------------------
```
A325033343-0001-07 01/19/2005  ER HLASSER
                              called 775-250-8592 informed EE that denial
                              upheld letter to come, has right to sue under
                              ERISA
                              [Time Note Created : 3:02 PM ]
```
----------------------------------------------------------------------
```
A325033343-0001-07 01/19/2005  ER HLASSER
                              called 510 843-1539- woman answered AS
                              introduced self & then line terminated
                              [Time Note Created : 3:00 PM ]
```
----------------------------------------------------------------------
```
A325033343-0001-07 01/19/2005  ER HLASSER
                              January 19, 2005



                              Yvonne Glover
                              1211 Russell St.
                              Berkley, CA 94702


                              Re:     Pacific Telesis Group's Comprehensive
                              Disability Benefits Plan (CDPB)
                              Claim Number:  A325033343-07

                              Dear Ms. Glover

                              The SMAART Quality Review Unit reviewed
```

```
========================================================================
Claim Number : A325033343-0001-07                    Date Loss : 11/19/2003
Client       : 1632        - SBC Communications, Inc.
Account      : 16320510 - F9 -Pacific Bell Telephone Company
Unit         : F9305      - PB/NB BCS
Claimant     : GLOVER, YVONNE D
========================================================================


-------------------------------- NOTES --------------------------------

Event/Clmnt/Claim  Date      Tp Examiner
------------------  --------  -- --------------------------------------
```

                         submitted material and information regarding
                         the denial of short-term disability benefits by
                         the SBC Medical Absence Accommodations and
                         Resource Team (SMAART), for our claim with
                         first date absent of October 27, 2004. After
                         this review, the Unit determined to uphold the
                         denial of benefits based on the following:

                         The Short Term Disability Plan provides in
                         Section 2 Paragraph 2.1 that "Short Term
                         Disability" shall mean a sickness, injury or
                         other medical, psychiatric, or psychological
                         condition, which prevents an Employee from
                         engaging in his or her normal occupation or
                         employment with the Participating Company, or
                         such other occupation or employment as he or
                         she is assigned in accordance with the
                         Participating Company's normal practices."

                         The Unit and the independent physician advisor,
                         a specialist in orthopedic surgery, reviewed
                         all of the medical information contained in
                         your file and submitted during your appeal. The
                         medical information included documentation for
                         the period of October 28, 2004 through November
                         9, 2004 from Jill Harrell, M.D.

                         The medical information provided for the
                         denial/ appeal period did not contain
                         sufficient clinical findings to substantiate a
                         disabling condition.

                         The medical information indicated that you had
                         complaints of pain with range of motion of the
                         cervical spine and neck. You reported that the
                         pain increases with repetitive work at the
                         shoulder level, heavy lifting and forceful
                         pushing and pulling activities. You also
                         indicated that you experience moderate pain
                         with prolonged work at a keyboard. Your
                         treating physician recommended that you remain
                         off work; disability is due to chronic soft
                         tissue strain of the cervical spine overlying
                         cervical spondylosis and disc protrusion.

                         The independent physician advisor noted that
                         physical examination findings indicated limited
                         range of motion of the cervical spine without

P00293

```
==================================================================
Claim Number : A325033343-0001-07                    Date Loss : 11/19/2003
Client       : 1632      - SBC Communications, Inc.
Account      : 16320510 - F9 -Pacific Bell Telephone Company
Unit         : F9305     - PB/NB BCS
Claimant     : GLOVER, YVONNE D
==================================================================
```

```
------------------------------- NOTES ----------------------------------

Event/Clmnt/Claim   Date        Tp Examiner
-----------------   ----------  -- ------------------------------------
```

neurological upper extremity findings. There
was a reference to magnetic resonance image
evidence of central disc herniation at C5-6 and
normal electro diagnostic studies. However,
the documentation did not provide evidence of
neurological deficit, disuse muscle atrophy or
clear loss of function. The diagnostic reports
are not documented to show any discreet neural
impingement. The independent physician advisor
attempted to conduct a teleconference with Dr.
Harrell however the teleconference was not
conducted due to Dr. Harrell's unavailability.
The opinion of the independent physician
advisor was that the information provided did
not support disability during the appeal/
denial period.

Although some findings are referenced, none are
documented to be so severe as to prevent your
from performing the job duties of Staff
Associate with or without reasonable
accommodations from November 3, 2004 to your
return to work.

Under the terms of the Pacific Telesis Group's
Comprehensive Disability Benefits Plan, the
decision of the Unit is final. You have the
right to bring suit under Section 502(a) of the
Employee Retirement Income Security Act of 1974
after there has been full exhaustion of your
appeal rights as enumerated in your plan's
claim procedures and those rights have been
exercised and the Plan benefit's requested by
said claimant in such appeal have been denied
in whole or in part by your employer.  You
shall be provided, upon written request and
free of charge, reasonable access to, and
copies of, all documents, records, and other
information relevant to your claim benefits.

If you have any questions regarding the
information contained in this letter, you may
contact the SMAART Quality Review Unit at
1-866-276-2278


            Sincerely,

P00294

```
=================================================================
Claim Number : A325033343-0001-07                    Date Loss : 11/19/2003
Client       : 1632        - SBC Communications, Inc.
Account      : 16320510    - F9 -Pacific Bell Telephone Company
Unit         : F9305       - PB/NB BCS
Claimant     : GLOVER, YVONNE D
=================================================================
```

---------------------------------- NOTES ---------------------------------

```
Event/Clmnt/Claim   Date       Tp Examiner
-----------------   ---------- -- ----------------------------------------
```

Heidi Lasser
Appeals Specialist
SMAART Quality Review Unit

[Time Note Created : 2:58 PM ]

---

A325033343-0001-07 01/19/2005 SR CREINHAR
Appeal determination and letter reviewed and
approved.  Letter returned to AS for
processing.  Decision timely.
[Time Note Created : 8:18 AM ]

---

A325033343-0001-07 01/19/2005 ER HLASSER
letter to EE prepared for review
[Time Note Created : 7:11 AM ]

---

A325033343-0001-07 01/18/2005 BA HLASSER
BU 11/03/04- rtw
[Time Note Created : 2:34 PM ]

---

A325033343-0001-07 01/18/2005 ER HLASSER
Appeal determination

Upheld

Per IPA report, as noted beloe, medical
information did not support disability for
appeal/ denial period
[Time Note Created : 2:34 PM ]

---

A325033343-0001-07 01/18/2005 MD HLASSER
IPA report rec'd 01/18/05 via fax from
insurance appeals

review of report:

William D. Abraham MD ( ortho) concludes

Not diabled from her regular job from 11/03/04-
present

EE is documented to have a central disc
protrusion at C5-6 level but there  is no
indication of any cord compression.
Electrodiagnostic studies were noted to be

```
=======================================================================
Claim Number : A325033343-0001-07                    Date Loss : 11/19/2003
Client      : 1632       - SBC Communications, Inc.
Account     : 16320510   - F9 -Pacific Bell Telephone Company
Unit        : F9305      - PB/NB BCS
Claimant    : GLOVER, YVONNE D
=======================================================================
```

---------------------------- NOTES -----------------------------------

```
Event/Clmnt/Claim  Date        Tp Examiner
------------------ ----------- -- ----------------------------------
```

```
                               normal EE  offers subjective complaints of pain
                               & examination noted decreased cervical ranoge
                               of motion However physical examination does not
                               reveal any objective findings of neurologic
                               deficit to prevent her from functioning  within
                               a sedentary level of physcial demans. There EE
                               can work a full day during the above time
                               period & does not require working  4 hr days.

                               complete report in file



                               [Time Note Created : 2:31 PM ]
```
-----------------------------------------------------------------------
```
A325033343-0001-07 01/18/2005 MD NADAMS
                               Rec'd IPA from NMR 1/18
                               [Time Note Created :11:27 AM ]
```
-----------------------------------------------------------------------
```
A325033343-0001-07 01/14/2005 CN MPOLK
                               EE's Attn Mgr called to check the status of
                               claim advised Attn Mgr of the status of claim
                               end of call. 10:04 AM
                               [Time Note Created :10:04 AM ]
```
-----------------------------------------------------------------------
```
A325033343-0001-07 01/13/2005 ER HLASSER
                               confirmation of IPA referral rec'd from NMR -
                               est completion 01/18/05
                               [Time Note Created : 9:51 AM ]
```
-----------------------------------------------------------------------
```
A325033343-0001-07 01/12/2005 ER HLASSER
                               original copy of Appeal req w/ attachments
                               rec'd - no new informaiton
                               [Time Note Created :12:31 PM ]
```
-----------------------------------------------------------------------
```
A325033343-0001-07 01/12/2005 ER HLASSER
                               file to IPA
                               [Time Note Created :12:01 PM ]
```
-----------------------------------------------------------------------
```
A325033343-0001-07 01/12/2005 AP HLASSER
                               IPA Action Plan:
                               Send file for IPA
                               Review IPA report & make final claim
                               determination
                               [Time Note Created :11:48 AM ]
```
-----------------------------------------------------------------------
```
A325033343-0001-07 01/12/2005 ER HLASSER
                               called EE explained appeal process, final
```

P00296

```
Date: 01/28/2005 10:40am     User: dongayo          Page:    8
=============================================================================
Claim Number : A325033343-0001-07                   Date Loss : 11/19/2003
Client       : 1632       - SBC Communications, Inc.
Account      : 16320510   - F9 -Pacific Bell Telephone Company
Unit         : F9305      - PB/NB BCS
Claimant     : GLOVER, YVONNE D
=============================================================================

--------------------------------- NOTES ---------------------------------


Event/Clmnt/Claim  Date      Tp Examiner
-----------------  -------   -- ---------------------------------------------

                           decision, if not overturned can sue under
                           ERISA, decision in 45 days additional medical
                           by 01/25/05 reviewed contents of file confirmed
                           no additional to come, informed EE that once
                           decision made cannot add info EE VU informed EE
                           will have file reviewed by IPA & AS will
                           contact when appeal decision made
                           [Time Note Created :11:47 AM ]
-----------------------------------------------------------------------------
A325033343-0001-07 01/12/2005 ER HLASSER
                           reviewed file

                           EE is a 46 yo staff associate off work due to
                           cervical spine strain, cervical spondylosis &
                           disc protrusion C5-6, EE was working 4 hr days
                           & then was off work completely as of 10/27/04.
                           According to CN job duties involve: Sitting at
                           keyboard light typing, stapling, transcribing
                           data from attendance calendars into database.
                           [Time Note Created :11:39 AM ]
-----------------------------------------------------------------------------
A325033343-0001-07 01/12/2005 ST DBRIGHT
                           letter rcv'd from the irving office 01/12/05.
                           [Time Note Created :11:15 AM ]
-----------------------------------------------------------------------------
A325033343-0001-07 01/11/2005 ER HLASSER
                           file with appeal req rec'd by AS
                           [Time Note Created : 2:16 PM ]
-----------------------------------------------------------------------------
A325033343-0001-07 01/11/2005 ST DBRIGHT
                           file rcv'd from the irving office 1/11/05.
                           [Time Note Created :11:14 AM ]
-----------------------------------------------------------------------------
A325033343-0001-07 01/10/2005 ER DONGAYO
                           acknowledgement ltr sent 1/10/05
                           file w/appeal, acknowledgement ltrs fwd to AS
                           [Time Note Created :11:14 AM ]
-----------------------------------------------------------------------------
A325033343-0001-07 01/10/2005 ER EMARQUEZ
                           File fwded to D Ongayo
                           [Time Note Created : 9:18 AM ]
-----------------------------------------------------------------------------
A325033343-0001-07 01/10/2005 EM SYS
                           Subject: DISABILITY APPEAL NOTICE - YVONNE D
                           GLOVER Attention:SYLVIA E ALVERA
                           Attachments:glover.doc
                           **** NOTE CREATED BY: dongayo ****
                           [Time Note Created : 8:43 AM ]
-----------------------------------------------------------------------------
```

P00297

A325033343-0001-07 01/10/2005 ER HLASSER
EE status change per HR input 01/09/05- LOA
[Time Note Created : 7:22 AM ]

--------------------------------------------------------

A325033343-0001-07 01/07/2005 CI AVANDEVO
Examiner change: From: jfenness  To:  hlasser
**** NOTE CREATED BY: SYS ****
[Time Note Created : 2:29 PM ]

--------------------------------------------------------

A325033343-0001-07 01/07/2005 ER AVANDEVO
Triaged and assigned to AS by MCM:
Dx-chronic soft tissue musculoligamentous
strain of the cervical spine, cervical
spondylosis and disc protrusion at C5-6
[Time Note Created : 2:29 PM ]

--------------------------------------------------------

A325033343-0001-07 01/07/2005 ER DONGAYO
appeal request rcvd w/meds
file requested 01/07/05
[Time Note Created :11:47 AM ]

--------------------------------------------------------

A325033343-0001-07 12/23/2004 CK CCASTILL
med after denial letter sent to ee along with
appeal packet, copy file
[Time Note Created : 5:04 PM ]

--------------------------------------------------------

A325033343-0001-07 12/22/2004 MD JFENNESS
Medical Review:

Fax received on 12/17/04 from Dr. Harrell,
permanent and stationary report dated 10/28/04

Summary:
S: constant minimal pain increasing to slight
on a frequent basis with ROM of the cervical
spine and neck, lifting, pushing and pulling
activities, pain increases with repetitive
work, also experiences occasional bilateral UE
pain and parasthesias left greater than right
at the anterior shoulder. Has numbness right
greater than left at the long finger, ring
finger and small finger
O: cervical spine forward flexion 75 % of
normal, extension 80% of normal, which gives
relief, lateral rotation 80% of normal
bilaterally, lateral bending 50% of normal to
the left, 75% to the right, ROM of neck is
associated with minimal to slight pain at
terminal range, tenderness to palp at trapezius
muscles of left neck, shoulder and cervical
spine, neuro exam of UE: DTR +2, sensation is
normal, grip R 14/8/14, L 8/10/11, MRI shows
central disc protrusion at C5-6, EMG is normal
A: none listed
P: unable to do usual and customary job duties
with the prolonged forward flexion of the
cervical spine and prolonged keyboarding

DDG: 727.0 Tenosynovitis 1-3-7 days, 847.0
Cervical sprain/strain 1-1-7 days, medical does
not support established DDG

```
=============================================================
Claim Number : A325033343-0001-07                  Date Loss : 11/19/2003
Client       : 1632      - SBC Communications, Inc.
Account      : 16320510  - F9 -Pacific Bell Telephone Company
Unit         : F9305     - PB/NB BCS
Claimant     : GLOVER, YVONNE D
=============================================================
```

-------------------------- NOTES ------------------------------------

```
Event/Clmnt/Claim   Date       Tp Examiner
-----------------   --------   -- ----------------------------------
```

                              MAP: Review for exam findings, treatment plan,
                              reasonable R&L, ERTW, Consider referral to PA
                              or RTWS as needed.

                              Rationale: Based on the information provided EE
                              does have limited function and would not be
                              able to work without reasonable R&L, dept was
                              provided modified work to EE prior to FDA and
                              it continues to be available, unable to
                              overturn denial.
                              [Time Note Created : 5:00 PM ]
--------------------------------------------------------------------
A325033343-0001-07 12/17/2004 MD EZMARTIN
                              Fax rcvd from EE 12/17/04 104
                              [Time Note Created : 2:45 PM ]
--------------------------------------------------------------------
A325033343-0001-07 12/17/2004 CM JFENNESS
                              spoke with EE who called to verify the fax
                              number for her to send medical records to CM
                              for review.
                              [Time Note Created :10:22 AM ]
--------------------------------------------------------------------
A325033343-0001-07 12/17/2004 CM KADAMS
                              EE c/i to spk w/ CM, trxfd.
                              [Time Note Created :10:20 AM ]
--------------------------------------------------------------------
A325033343-0001-07 11/24/2004 DN JFENNESS
                              November 23, 2004

                              Yvonne D. Glover
                              1211 Russell Street
                              Berkeley, CA 94702

                              Re:      Pacific Telesis Group Comprehensive
                              Disability Benefits Plan (CDBP)
                              Claim Number: A325033343-07

                              Dear Ms. Glover:

                              Please be advised that after a careful and
                              thorough review of your request for payment of
                              short term disability benefits under the
                              Pacific Telesis Group Comprehensive Disability
                              Benefits Plan (CDBP), it has been determined
                              that your claim does not qualify for payment.
                              As a result, benefits are denied effective
                              11/03/04 through the date you return to work.
```

```
Claim Number : A325033343-0001-07                    Date Loss : 11/19/2003
Client       : 1632      - SBC Communications, Inc.
Account      : 16320510  - F9 -Pacific Bell Telephone Company
Unit         : F9305     - PB/NB BCS
Claimant     : GLOVER, YVONNE D
```
===============================================================================

------------------------------------ NOTES ------------------------------------

```
Event/Clmnt/Claim  Date      Tp Examiner
------------------ --------- -- ------------------------------------------------
```

Section 2 of the CDBP defines "short term
disability" as follows:

"'Short Term Disability' shall mean a sickness,
injury, or other medical, psychiatric, or
psychological condition, which prevents an
Employee from engaging in his or her normal
occupation or employment with the Participating
Company, or such other occupation or employment
as he or she is assigned in accordance with the
Participating Company's normal practices."

Our determination to deny benefits is based on
a review of medical documentation provided by
Dr. Harrell on 11/09/04 which contained an
initial physicians statement form.  This
information indicated that you had complaints
of severe pain in the neck and bilateral arms.
The exam findings noted that you had decreased
range of motion of the cervical spine and an
MRI report of the lumbar spine which showed a
disc protrusion.  The treatment plan noted that
you were considered permanent and stationary as
of 10/26/04 and had permanent restrictions and
limitations.

On 11/11/04 a call was placed to Dr. Harrell's
office to check his/her availability for a
telephonic consultation with the SMAART
physician advisor, a message was left asking
for a return call within 24 hours.  A return
call was not received, therefore, no additional
information could be provided by the treating
provider at this point.  After review of the
medical documentation received to support your
claim, and an additional review by a SMAART
physician advisor, it was determined that the
medical information submitted contains
insufficient observable documentation to
support an off work status.

In order to determine ongoing disability,
SMAART will need clear medical evidence that
supports a severe functional impairment or
limitation that would give credence to your
functional inability to perform your job with
or without reasonable work restrictions.  This
information may be included in the following:

```
===============================================================================
Claim Number : A325033343-0001-07                        Date Loss : 11/19/2003
Client      : 1632      - SBC Communications, Inc.
Account     : 16320510  - F9 -Pacific Bell Telephone Company
Unit        : F9305     - PB/NB BCS
Claimant    : GLOVER, YVONNE D
===============================================================================


------------------------------ NOTES -----------------------------------------
--------------------------------------------------------------------------------
Event/Clmnt/Claim  Date       Tp Examiner
-----------------  ---------  --  -----------------------------------------------
```

                    chart or progress notes, specialist's
                    evaluations, physical therapy notes, diagnostic
                    test results, operative report (s), or any
                    other medical information you feel supports
                    your inability to work.

                    Clinical information does not document a
                    severity of your condition(s) that supports
                    your inability to perform your occupation as a
                    Staff Associate from 11/03/04 through the date
                    you return to work.

                    Any disability benefits received for the period
                    of 11/03/04 through the date you return to
                    work, will need to be repaid.  You will be
                    contacted by Payroll and/or its representative
                    to discuss repayment of disability benefits
                    received.

                    If you disagree with our determination, you or
                    your authorized representative may appeal the
                    determination by submitting a written appeal
                    within 180 days after you receive this denial
                    notice.  Enclosed is a copy of the appeal
                    procedure and the appeal form.  In your appeal,
                    please state the reason(s) you believe your
                    claim should not be denied.  You may also
                    submit additional medical or vocational
                    information, and any facts, data, questions or
                    comments you deem appropriate for us to give
                    your appeal proper consideration.  Your appeal
                    and supporting documentation should be
                    submitted to:

                    Quality Review Unit
                    P.O. Box 630528
                    Irving, TX 75063
                    Fax: 1-866-581-9059

                    You shall be provided, upon written request and
                    free of charge, reasonable access to, and
                    copies of, all documents, records, and other
                    information relevant to your claim for
                    benefits.

                    You have a right to bring a lawsuit against the
                    CDBP under Section 502(a) of the Employee
                    Retirement Income Security Act of 1974 (ERISA)

========================================================================
Claim Number : A325033343-0001-07                    Date Loss : 11/19/2003
Client       : 1632      - SBC Communications, Inc.
Account      : F9 -Pacific Bell Telephone Company
Account      : 16320510  - F9 -Pacific Bell Telephone Company
Unit         : F9305     - PB/NB BCS
Claimant     : GLOVER, YVONNE D
========================================================================

---------------------------------- NOTES ------------------------------------

Event/Clmnt/Claim  Date       Tp Examiner
-----------------  ---------- -- ------------------------------------------

                              for denied benefits you believe are due to you,
                              but only after you complete the appeal process
                              as enumerated in the enclosed appeal procedures
                              and in the CDBP's claim procedures, and your
                              appeal has been denied.

                              Please contact your supervisor to discuss
                              alternate methods to cover this period of time
                              off and to cover future time off, if you will
                              remain out of the workplace.

                              Questions regarding your appeal may be referred
                              to the SMAART Quality Review Unit at
                              1-866-BSMAART (1-866-276-2278).

                              Sincerely,

                              Jennifer Fennessy
                              Disability Specialist
                              SBC Medical Absence and Accommodations Resource
                              Team (SMAART)
                              [Time Note Created : 8:58 AM ]
------------------------------------------------------------------------------
A325033343-0001-07 11/23/2004 CK SMERCADO
                              Denial letter sent cert/reg w/appeal packet to
                              EE CC tp CM for file.
                              CERT # 7003 2260 0002 4564 0863
                              [Time Note Created :11:09 AM ]
------------------------------------------------------------------------------
A325033343-0001-07 11/22/2004 SR KANDERSO
                              AUm reviewed denial letter and routed to the ca
                              for processing.
                              [Time Note Created : 5:41 PM ]
------------------------------------------------------------------------------
A325033343-0001-07 11/22/2004 DN JFENNESS
                              denial letter to ABUM for review.
                              [Time Note Created :12:17 PM ]
------------------------------------------------------------------------------
A325033343-0001-07 11/22/2004 EM SYS
                              To: 'sa2728@sbc.com';
                              'jeremy.lau@libertymutual.com'
                              Subject:DISABILITY DENIAL NOTICE - YVONNE D
                              GLOVER Attention:SYLVIA E ALVERA
                              Attachments:DISABILITY DENIAL NOTICE YVONNE D
                              GLOVER07.doc
                              **** NOTE CREATED BY: jfenness ****
                              [Time Note Created :12:10 PM ]
------------------------------------------------------------------------------
A325033343-0001-07 11/22/2004 CM JFENNESS

I explained the reason for the denial decision to the EE (medical does not support disability) and advised the EE to submit documentation from the treating provider explaining why she is not able to perform the essential duties of her occupation and what her functional impairment is as it relates to her diagnosis.  I also explained that current exam findings have not been received and should be provided with the appeal request.  I advised the EE that it is very important that she contact her supervisor in the event that she chooses not to return to work.

I explained the following ERISA rights to the EE.
As a next step in having your claim re-evaluated, you have the option of gathering all of your medical records from all of your treatment providers and forwarding these records with a request for an appeal to SMAART.  If the medical information is forwarded without a request for an appeal and I need clarification or otherwise can not overturn all of the denied time, I will return the medical information to you with an "Appeal Request" form.  You again have the option of returning those medical records to SMAART with a request for an appeal.  If you want to file an appeal, it must be faxed or postmarked within 180 days of your receipt of the denial letter.  Complete the "Appeal Request" form (provided with the denial letter and provided again with the returned medical information) or write a letter specifically requesting an appeal.  Either document requires a date and a signature. It is very important to review the appeal instructions, to gather all medical records pertinent to your medical condition and to submit these records with your request for an appeal for consideration, since there is only one opportunity to appeal denied benefits.
[Time Note Created :12:04 PM ]
--------------------------------------------------------------
A325033343-0001-07  11/18/2004  AP JFENNESS
                    Claim Status:  Open Denied

                    Notify EE of denial
                    Write and send denial letter
                    Send email to supv.  and w/c adj.
                    F/U for updated medical
                    Review for RTW with or with out restrictions
                    Refer to PA or RTWS as needed
                    [Time Note Created : 2:59 PM ]
--------------------------------------------------------------
A325033343-0001-07  11/18/2004  BA JFENNESS
                    claim status: open denied

                    BU: 11/03/04 to RTW, medical does not support
                    SDI offset:  $559.00/weekly

                    [Time Note Created : 2:58 PM ]
--------------------------------------------------------------

P00303

PA review Complete:

Summary:
Reasonable restrictions cannot be determined based on medical information provided. History and specific assessment by AP or through FCE is needed.
Claimant's functionality and therefore appropriate restrictions cannot be determined based on medical notes provided.

DDG: 727.0 Tenosynovitis 1-3-7 days, 847.0 Cervical sprain/strain 1-1-7 days, medical does not support established DDG

MAP: Review for exam findings, treatment plan, reasonable R&L, ERTW, Consider referral to PA or RTWS as needed.

Rationale: Based on the information provided EE has been given permanent R&L however the findings listed are minimal and do not support.
[Time Note Created : 2:56 PM ]

------------------------------------------------------------

A325033343-0001-07 11/17/2004 EM SYS
Subject: PA review complete for Yvonne Glover
Addressee(s) Fennessy, Jennifer
Body:


Alexis Shelton
Physcian Advisor Process Coordinator
Sedgwick Claims Management Services, Inc.
Phone: 469-417-6075
Fax: 469-417-6030
E-mail: ashelton@SedgwickCMS.com
Attachments:
None
**** NOTE CREATED BY: ashelton ****
[Time Note Created : 3:34 PM ]

------------------------------------------------------------

A325033343-0001-07 11/17/2004 TP ROBERTP


Physician Advisor Review:

Date file reviewed:        11/16/04

Treatment provider(s) name:       Dr. Harrell

Date call made to treatment provider(s):          File
review only

Medical findings as provided by the treating provider:

S: severe pain in neck and bilateral arms
O: pain and decreased ROM c-spine, MRI: disc protrusion L/S
A: 727.0, 847.0
P: permanent R&L, P&S as of 10/26/04

```
==========================================================================
Claim Number : A325033343-0001-07                      Date Loss : 11/19/2003
Client       : 1632        - SBC Communications, Inc.
Account      : 16320510  - F9 -Pacific Bell Telephone Company
Unit         : F9305      - PB/NB BCS
Claimant     : GLOVER, YVONNE D
==========================================================================
```

```
------------------------------ NOTES ------------------------------
```

```
Event/Clmnt/Claim  Date      Tp Examiner
------------------ ---------- -- ------------------------------------------
```

Estimated return-to-work date:    unknown

PA rationale:
Patient is a 47 year old female staff associate
(sedentary) with neck and arm pain who has been
out of work since 10/27/04.  Previously she was
working only 4 hours per day (since 7/2/04).
Physical exam from 11/9/04 indicated tenderness
and decreased ROM of the C-spine.  No
neurological exam is provided.  MRI of unknown
date is indicated as showing "disc protrusion"
but level of disc abnormality and other
findings such as foraminal narrowing, nerve
root compression etc. are not addressed.
Patient's functional status is not addressed in
notes provided.  Previous and ongoing treatment
plans are not provided.

Complications or co-morbidities that effect
recovery and return to work:
None known

Assessment of functionality:
Unknown based on medical notes provided.

Reasonable and specific restrictions, including
duration and anticipated medical milestones:
Reasonable restrictions cannot be determined
based on medical information provided.  History
and specific assessment by AP or through FCE is
needed.

Prognosis:
Fair

Answers to case manager questions:
Claimant's functionality and therefore
appropriate restrictions cannot be determined
based on medical notes provided.

Jacqueline E. Hess, MD
IM/OM
 Created by (robertp) Robert Porter, M.D. (via
JurisWeb)
[Time Note Created : 2:46 PM ]
```
```
---------------------------------------------------------------------------
A325033343-0001-07 11/15/2004 SR KANDERSO
```

Supervisor review complete. The ee has been working restricted duty over a period of time, but is now of work due to reported flair up. Claim has been referred to PA to address whether off work is medically substantiated based on medical rcvd. DS is following up on r&l's that were noted as P&S, however, no specific r&l's were noted. DS will need to pursue specifics, employer is able to accommodate. Screens are current, offset entered. Make timely decision and communicate with WC.
[Time Note Created : 1:38 PM ]

---

A325033343-0001-07 11/15/2004 TP ASHELTON
File rec'd for PA review, file forwarded to PA for file review only
[Time Note Created : 1:12 PM ]

---

A325033343-0001-07 11/12/2004 TP JFENNESS
NO RTC from MD, file sent for review only.

This is a 47 year old female, staff associate who has been off work since 10/27/04 due to severe pain in neck and bilateral arms, the exam findings note: pain and decreased ROM c-spine, MRI: disc protrusion L/S.  The treatment plan states the EE has permanent R&L and is P&S as of 10/26/04.  There were no specific R&L provided.  It should also be noted that she has been working 4 hour days since 07/02/04, department is still willing to accommodate R&L however MD has not provided specifics.

Please review this file and advise "    What are the claimant's restrictions to due a limitation in functioning from 10/27/04 ongoing?
(Example: Gradual return to work: 4 hours/day for 2 weeks then return to work full duty)
[Time Note Created : 5:13 PM ]

---

A325033343-0001-07 11/12/2004 HR JFENNESS
HR Status Change Addressed, Current Status: Disability
[Time Note Created :10:25 AM ]

---

A325033343-0001-07 11/11/2004 TP JFENNESS
call placed to Dr. Harrell office 510-839-5564 to request additional findings and EE R&L, office was closed at first attempt for lunch, on 2nd attempt message was left asking for RTC within 24 hours with additional information or MD availability for a telephonic consult with SMAART PA.
[Time Note Created : 4:28 PM ]

---

A325033343-0001-07 11/11/2004 MD JFENNESS
Medical Review:

fax received on 11/09/04 from Dr. Harrell, IPS form dated 11/09/04

```
====================================================================
Claim Number : A325033343-0001-07                   Date Loss : 11/19/2003
Client       : 1632      - SBC Communications, Inc.
Account      : 16320510  - F9 -Pacific Bell Telephone Company
Unit         : F9305     - PB/NB BCS
Claimant     : GLOVER, YVONNE D
====================================================================
```

------------------------------ NOTES ------------------------------

```
Event/Clmnt/Claim  Date       Tp Examiner
-----------------  ---------- -- -----------------------------------
```

Summary:
S: severe pain in neck and bilateral arms
O: pain and decreased ROM c-spine, MRI: disc
protrusion L/S
A: 727.0, 847.0
P: permanent R&L, P&S as of 10/26/04

DDG: 727.0 Tenosynovitis 1-3-7 days, 847.0
Cervical sprain/strain 1-1-7 days, medical
supports established DDG

MAP: Refer to PA

Rationale: Based on the information provided EE
has been given permanent R&L however the
findings listed are minimal and do not support.
[Time Note Created : 4:27 PM ]

------------------------------------------------------------------
A325033343-0001-07 11/10/2004 CM JFENNESS
spoke with EE and went over claim information,
EE stated she was medicated and her wrist hurt
very badly that is why she is not currently
working.  She is to see the doctor again the
middle of December.
[Time Note Created :10:56 AM ]

------------------------------------------------------------------
A325033343-0001-07 11/10/2004 IT TAMIKOR
Created at 11/10/2004 10:39 AM

Spoke with:  ee/ 775-250-8592
Job Title: staff associate
Job Duties: sitting/ talking / typing
Job Classification: sedentary
Schedule/ Hours: m-f 8-5

Skip this section if diagnosis is mental health
Is this a work-related illness/injury?  yes
Has or will a w/c claim be filed for this
illness/ injury? yes
If yes, claim #.   wc648310990.

For Kaiser Patients
Medical Records number: 1111397

To better manage the length of time in which
you may be approved disability benefits I will
need to obtain your height and weight.  This

```
================================================================
Claim Number : A325033343-0001-07              Date Loss : 11/19/2003
Client     : 1632      - SBC Communications, Inc.
Account    : 16320510  - F9 -Pacific Bell Telephone Company
Unit       : F9305     - PB/NB BCS
Claimant   : GLOVER, YVONNE D
================================================================
```

```
------------------------------- NOTES -------------------------------
```

| Event/Clmnt/Claim | Date | Tp Examiner |
| --- | --- | --- |

```
------------------ ---------- -- ------------------------------------
```

information is needed as it may impact your
recovery period and will be used in conjunction
with other medical documentation received from
your treatment provider to determine the period
of disability benefits.


General Diagnosis
S: top of torso; can't move neck, muscle
spasms, wrist hurt (both)
O:   yes/unknown
Height: 4'11
Weight: unknown
Dx:  herniated disc in neck
Tx: unknown
(If hospitalized, get discharge date)
FOV:   10-26-04
NOV: 12-04/ unknown
LOV: 10-26-04
ERTW: unknown
What part(s) of your job are you are able to
do? none
What changes to your workspace or job duties
could be made that would enable you to perform
part or your entire job? none

You will need a pen and paper to write, as I
explain SBC's disability policies and
procedures to you.

Sickness disability benefits begin with the 8th
calendar day of absence.
You're FDA:  10-27-04
You're FDD:  11-03-04

SBC Telecom, SBC Operations, Pacific Bell,
Nevada Bell, & Southwestern
Skip conditional pay explanation, there is no
conditional pay for these EE's.

Check conditional pay tree for all other
groups.



As an employee with:
14+  Years of Service,
You are eligible to receive:

```
=========================================================================
Claim Number : A325033343-0001-07                    Date Loss : 11/19/2003
Client       : 1632      - SBC Communications, Inc.
Account      : 16320510  - F9 -Pacific Bell Telephone Company
Unit         : F9305     - PB/NB BCS
Claimant     : GLOVER, YVONNE D
=========================================================================


----------------------------------- NOTES -----------------------------------

Event/Clmnt/Claim  Date       Tp Examiner
-----------------  ---------- -- ------------------------------------------
```

26 Weeks at your full pay and
26 Weeks at 50% of your pay:
Totaling 52 weeks of benefits as long as your
benefits remain approved.

For Successive Relapses Only
Because you have been on disability with in the
last 13 or 26 weeks, your available disability
benefit continues from what remained after your
last disability claim.
Your partial pay begins on:  10-05-04
as long as your benefits remain approved.

State Disability or Workers' Compensation
benefits may offset your disability claim.
Please call the state to apply for any
potential benefits:
" 800-480-3287 for California

Your case manager will contact you and your
provider within 24 business hours to obtain the
necessary medical information.  SMAART may
require copies of your medical records,
specifically regarding the days of this period
of absence.  Therefore, it is very important
that you sign a Release of Information at your
doctor's office to assist the Case Manager in
obtaining the necessary information to make a
determination.

These records may include, but are not limited
to:
Delete what is not applicable and add what is
appropriate but not listed
" Office notes/ Treatment notes
" Lab results/ X-rays results
" Hospital discharge summary
" Treatment Plan
" Physical therapy notes

Time off due to an approved disability runs
concurrent with FMLA time, if you are eligible
and entitled to Family Medical Leave (FMLA).

Claims with no conditional pay:
Your medical information is due: from the FDD
or today's date whichever is longer.  11-11-04

```
=====================================================================
Claim Number : A325033343-0001-07                   Date Loss : 11/19/2003
Client       : 1632      - SBC Communications, Inc.
Account      : 16320510 - F9 -Pacific Bell Telephone Company
Unit         : F9305     - PB/NB BCS
Claimant     : GLOVER, YVONNE D
=====================================================================
```

-------------------------- NOTES ------------------------------------

```
Event/Clmnt/Claim   Date         Tp Examiner
-----------------   ---------    -- -------------------------------
```

                               Your time away from work is unpaid while your
                               disability determination from SMAART is
                               pending.  It is important that we receive your
                               medical records timely to prevent the least
                               disruption in pay.  Once we review your medical
                               records your case manager will make a
                               disability benefit determination.  In the event
                               that your claim is approved you will ordinarily
                               receive your disability pay on your next
                               regularly scheduled paycheck.

                               You or your provider can fax these records:
                               (866) 581-9059 (Irving)

                               Claims without medical information supporting a
                               complete inability to perform your assigned job
                               duties by the medical due date will be denied.
                               We expect that you are not working, traveling
                               or attending school while receiving disability
                               benefits.

                               We will mail an information letter (and new
                               claims only a SMAART Disability Guide), which
                               will review the information we have covered.

                               For your convenience, would you like your
                               information packet emailed to your home email
                               account?
                               May I please have your email address?

                               Please remember to call SMAART to report any
                               changes or updates in your medical condition or
                               any return to work information and to sign a
                               Release of Medical information with your
                               provider. Feel free to contact our Customer
                               Service Team at anytime regarding your
                               disability benefits or your claim.

                               Are there any questions that I can answer for
                               you now?

                               Thank you for calling SMAART, I sincerely hope
                               you are feeling better.

                               [Time Note Created :10:47 AM ]
----------------------------------------------------------------------
A325033343-0001-07 11/10/2004 ST JFENNESS
                               BA calls deferred due to fax received 11/09/04

```
========================================================================
Claim Number : A325033343-0001-07                Date Loss : 11/19/2003
Client       : 1632        - SBC Communications, Inc.
Account      : 16320510    - F9 -Pacific Bell Telephone Company
Unit         : F9305       - PB/NB BCS
Claimant     : GLOVER, YVONNE D
========================================================================
```

```
------------------------------ NOTES ------------------------------
```

```
Event/Clmnt/Claim  Date       Tp Examiner
------------------ ---------- -- ----------------------------------
```

```
                   [Time Note Created :10:45 AM ]
------------------------------------------------------------------
A325033343-0001-07 11/09/2004 MD JFENNESS
                   no call to MD as no contact information has
                   been provided, CM notes a fax has been received
                   and once received on desk it will be reviewed.
                   [Time Note Created : 4:27 PM ]
------------------------------------------------------------------
A325033343-0001-07 11/09/2004 CM JFENNESS
                   call to EE on 775-250-8592(cell number) to go
                   over initial contact information, obtain MD
                   contact information etc. Left detailed message
                   asking for RTC so CSR can read script and then
                   CM can speak with EE.
                   [Time Note Created : 4:24 PM ]
------------------------------------------------------------------
A325033343-0001-07 11/09/2004 MD CLYOUNG
                   Fax from Dr. Harrell rcvd on 11/09/04.     2.21
                   [Time Note Created : 3:06 PM ]
------------------------------------------------------------------
A325033343-0001-07 11/08/2004 CK JPEREZ
                   Call Me Letter sent to EE, cc file.
                   [Time Note Created :10:33 AM ]
------------------------------------------------------------------
A325033343-0001-07 11/08/2004 CN CJACOB
                   From: ALVERA, SYLVIA E (PB)
                   [mailto:sa2728@sbc.com]
                   Sent: Friday, November 05, 2004 2:13 PM
                   To: Jacob, Catherine
                   Subject: RE: Yvonne Glover
                   Importance: High

                   I was informed by the claimant that the 775
                   250-8592 number is temporarily not working.
                   She has provided me with a different number 510
                   843-1539 which I shared with SMART.  The
                   claimant was just in to pick up her paycheck so
                   you may want to wait about an hour or so before
                   trying to contact her in order to give her time
                   to get back home.


                   Sylvia Alvera
                   Senior Database Administrator
                   BCS Sales Operations Support
                   925 824-7156 Office
                   510 446-0495 Pager
```

```
=================================================================
Claim Number : A325033343-0001-07                  Date Loss : 11/19/2003
Client      : 1632       - SBC Communications, Inc.
Account     : 16320510   - F9 -Pacific Bell Telephone Company
Unit        : F9305      - PB/NB BCS
Claimant    : GLOVER, YVONNE D
=================================================================
```

```
-------------------------- NOTES --------------------------------

Event/Clmnt/Claim  Date        Tp Examiner
-----------------  ----------  -- ------------------------------
```

```
                      [Time Note Created : 9:06 AM ]
---------------------------------------------------------------
A325033343-0001-07 11/08/2004 HR CJACOB
                      HR status update- ST disability
                      **** NOTE CREATED BY: jfenness ****
                      [Time Note Created : 7:36 AM ]
---------------------------------------------------------------
A325033343-0001-07 11/05/2004 CN CJACOB
                      From: Jacob, Catherine
                      Sent: Friday, November 05, 2004 2:03 PM
                      To: 'sa2728@sbc.com';
                      'jeremy.lau@libertymutual.com'
                      Subject: Yvonne Glover


                      Do either of you have a contact number for this
                      claimant?  The number we have is not in
                      service.

                      [Time Note Created : 2:03 PM ]
---------------------------------------------------------------
A325033343-0001-07 11/05/2004 EX CJACOB
                      From: Jacob, Catherine
                      Sent: Friday, November 05, 2004 2:03 PM
                      To: 'sa2728@sbc.com';
                      'jeremy.lau@libertymutual.com'
                      Subject: Yvonne Glover


                      Do either of you have a contact number for this
                      claimant?  The number we have is not in
                      service.

                      [Time Note Created : 2:03 PM ]
---------------------------------------------------------------
A325033343-0001-07 11/05/2004 MD CJACOB
                      Second contact: Unable to contact provider as
                      no contact information has been provided.
                      [Time Note Created : 2:02 PM ]
---------------------------------------------------------------
A325033343-0001-07 11/05/2004 CM CJACOB
                      TCT EE @ 775-250-8592 states the PCS # you have
                      dialed is temporarily not in service.
```