# EXHIBIT 1

PART 6

Click the "New" button
Choose the type of offset from the Offset drop down menu
Enter the weekly amount
Enter the "Inception" date.  (The date the payments begin)
Choose "weekly" from the "Frequency" drop down menu
Leave the "Expiration" date blank until you close the claim.
Update the Time Tracking screen
Options
Time Tracking

P00408

Last Update 05-12-04

Enter the SD payments in JURIS
Click "Payment" from the menu on the top row, 5th from the right
Choose "Authorization" from the Payment drop down box
Enter Pay Code "101"
Enter the From and Through dates
Click "Calculate"
Click "Create Authorization"

P00409

Verify that the authorization dates are correct, by checking the history screen.  Click the "History" button 8th from the right

63

## Step 13:    5 Day Call, Confirming ERTW Date/ Intent to RTW

| | |
|---|---|
| Summary: | This step acknowledges the diary set in the previous step, informing the CM that the ERTW date is approaching.  This step also contains the acceptable methods and documentation for contacting the employee to determine if he/ she will be returning to work on the ERTW date. |
| Due: | Five (5) days previous to the EE's ERTW date.  If that day is a Saturday, call on the previous Friday.  If that day is a Sunday, call on the following Monday. |
| Note Type: | MD or CM as appropriate |

I.    A diary for the claim notifies the CM to contact the employee and/or TPO regarding the approaching ERTW date

II.    Discuss the approaching ERTW date with the employee and/or TPO

III.    If the employee will RTW as planned

  A   Enter a JURIS Note documenting the details of the calls made to confirm the EE's intent to RTW

  B   Call or email the EE's Supervisor (CN) and report that the EE still expects to RTW on the ERTW date

  C   Set a diary for the RTW date to remind the CM to contact the employee's supervisor or General Time Reporter to verify the EE's RTW

  D   If the employee will NOT RTW as planned due to medical or mental health reasons

    1   Call the EE's Supervisor (CN) and report that the EE will not be returning to work on the ERTW date, CM is awaiting updated medical information

    2   Step 13 complete

    3   Proceed to Ongoing Step Process TBA

IV.    If direct contact is not successful

  A   Document the attempt in JURIS Notes

  B   Set a diary to attempt another contact the next day

  C   Call the next day

  D   If no contact, document the attempt in JURIS Notes

  E   After 2 attempts set a diary to follow up on the ERTW date

  F   Step 13 Complete

  G   Proceed to Step 14

64

P00411

**Step 14:    Confirm RTW:**
**Part A    Accommodated Duty (all plans)**

| | |
|---|---|
| Summary: | This step acknowledges the diary set in the previous step, informing the CM that the ERTW has occurred.  This step also contains the acceptable methods and documentation for contacting the employee or management to determine if he or she returned to work on the estimated RTW date with accommodations  (all plans) or partial hours (AIT, SNET, CDBP only). |
| Due: | The EE's ERTW date.  If that day is a Saturday or Sunday, call on the following Monday. |
| Note Type: | WK for actual RTW information, CN or CM as appropriate for all other information |

If return to work information is received from someone other than the EE or a representative of the department, verify the information with the EE or with a representative of the department before making adjustments in JURIS.

I.    A diary notifies you to call the Supervisor or General Time Reporter to confirm the employee's RTW status

II.    Call the employee's Supervisor or General Time Reporter to verify the employee RTW as planned (If the CM has not previously been notified.

III.    If you do not reach the Supervisor or General Time Reporter,
   A    Leave a VM requesting a call back to confirm that the EE has returned to work
   B    Set a diary to contact the supervisor again in 24 hours if there is no return call from the Supervisor or General Time Reporter
   C    Contact the employee if you are unable confirm RTW with the business

IV.    If the employee RTW as planned, complete the following:
   A    Enter a "WK" note in JURIS Notes detailing the accommodated duty and the expected duration
   B    Update JURIS Time Tracking Screen to restricted NTL, update the Partial Screen and update the Restriction Tab
   C    Update the JURIS status with terminated reason code
   D    Send restricted RTW email if not previously sent
   E    Advise the supervisor and the EE to notify you of the RTW full duty
   F    Set a diary to follow up on the RTW full duty
   G    After 4 weeks of restrictions refer the claim to a RTWS (Step 10)
   H    Step 14A Complete
   I    Proceed to Step 14C
   J    If the employee has not RTW as planned due to medical or mental health reasons

- 65 -
65

1   Enter a JURIS note with details of the call

2   Update the anticipated RTW in the JURIS Time Tracking Screen

3   Step 14 complete

4   Proceed to Step 8 (Denial)

P00413

- 67 -

67

P00414

- 68 -

68

P00415

- 69 -

69

P00416

## Step 14: Part B   Confirm RTW: Partial Disability

| | |
|---|---|
| Summary: | This step acknowledges the diary set in the previous step, informing the CM that the ERTW has occurred.  This step also contains the acceptable methods and documentation for contacting the employee or management to determine if he or she returned to work on the estimated RTW date partial days. |
| Due: | The EE's ERTW date.  If that day is a Saturday or Sunday, call on the following Monday. |
| Note Type: | WK for actual RTW information, CN or CM as appropriate for all other information |

If return to work information is received from someone other than the EE or a representative of the department, verify the information with the EE or with a representative of the department before making adjustments in JURIS.

I.     A diary notifies you to call the Supervisor or General Time Reporter to confirm the employee's RTW status

II.    Call the employee's Supervisor or General Time Reporter to verify the employee RTW as planned.

III.   If you do not reach the Supervisor or General Time Reporter,

   A  Leave a VM requesting a call back to confirm that the EE has returned to work

   B  Set a diary to contact the supervisor again in 24 hours if there is no return call from the Supervisor or General Time Reporter

   C  Contact the employee if you are unable confirm RTW with the business

IV.   If the employee RTW as planned, complete the following:

   A  Enter a "WK" note in JURIS Notes detailing the work schedule and the expected duration

   B  Update JURIS Time Tracking Screen to restricted, update the Partial Screen and update the Restriction Tab and update the Benefit Tab

   C  Send the restricted RTW email if it has not previously been sent

   D  Advise the supervisor and the EE to notify you of the RTW full duty

   E  Set a diary to follow up on the RTW full duty

   F  Step 14B Complete

   G  Proceed to Step 14C

   H  If the employee has not RTW as planned due to medical or mental health reasons

      1   Enter a JURIS note with details of the call

      2   Update the anticipated RTW in the JURIS Time Tracking Screen

      3   Step 14 complete, Proceed to Step 8 (Denial) or Ongoing Step Process (TBA)

- 70 -

P00417

- 71 -

71

P00418

## Step 14: Part C    Confirm RTW: Full Time

| | |
|---|---|
| **Summary:** | This step acknowledges the diary set in the previous step, informing the CM that the ERTW has occurred. This step also contains the acceptable methods and documentation for contacting the employee or management to determine if he or she returned to work on the estimated RTW date. |
| **Due:** | The EE's ERTW date. If that day is a Saturday or Sunday, call on the following Monday. |

| | |
|---|---|
| **Note Type:** | WK for actual RTW information, CN or CM as appropriate for all other information |

If return to work information is received from someone other than the EE or a representative of the department, verify the information with the EE or with a representative of the department before making adjustments to reflect the EE's RTW in JURIS.

I.   A diary notifies you to call the Supervisor or General Time Reporter to confirm the employee's RTW status

II.   Call the employee's Supervisor or General Time Reporter to verify the employee RTW as planned.

III.   If you do not reach the Supervisor or General Time Reporter,

   A   Leave a VM requesting a call back to confirm that the EE has returned to work

   B   Set a diary to contact the supervisor again in 24 hours if there is no return call from the Supervisor or General Time Reporter the next day

   C   Contact the employee if you are unable confirm RTW with the business

IV.   If the employee RTW full duty as planned, complete the following:

   A   Enter a "WK" note in JURIS Notes

   B   Update JURIS Time Tracking Screen

   C   Update the JURIS status with terminated reason code

   D   Send a closure email to the Supervisor

   E   Set a diary to close the claim in 24 hours

   F   Step 14C Complete

   G   Proceed to Step 16

   H   If the employee has not RTW as planned due to medical or mental health reasons

      1   Enter a JURIS note with details of the call

      2   Update the anticipated RTW in the JURIS Time Tracking Screen

      3   Call the supervisor to notify him or her that the EE's modified duty is over

      4   Step 14 complete

P00419

5   Proceed to Step 8 (Denial) or Ongoing Step Process (TBA) To Enter Full RTW Click New
     (Upper right hand corner)

Choose Normal from the Drop Down Menu

73

P00420

## Step 15          Supervisor Steps

| | |
|---|---|
| Summary: | This step contains the acceptable methods and documentation used to ensure that the Business Unit Manager (BUM) is providing and documenting appropriate and timely guidance on the claims management process of each claim. |

| Due: | |
|---|---|
| 11/16/23 Day | The 11th/16th/23rd day of the claim, day one is the day the claim is opened |
| 60 Day | The 60th day of the claim, day one is the day the claim is opened |
| Denial Review | Within 4 hours of receipt of the draft copy of the denial letter |
| Claim reports | Ongoing, daily |

| Note Type: | SR |
|---|---|

I.    The Claim assistant will set a 23-day and a 60-day diary for the Business Unit Manager

  A  The BUM will verify at the 23-day and the 60-day diary that the claim is being managed appropriately.  (BUMs may choose to use the Supervisor Diary Review Tool)

  B  The BUM is required to enter a note in JURIS to acknowledge that the claim was reviewed

  C  The BUM will advise the CM of any action needed on the claim through a JURIS note or the supervisor may speak one on one with the CM depending on the urgency of the issue.

II.   **The CM will forward all claim denial to the BUM**

  A  The BUM will review the denial letter and the denial decision

    1  For medical not being received the BUM is looking to see that due diligence was done by the CM to obtain the medical information

    2  For clinical denials the BUM is looking to see that the correct decision was made

    3  For all denials the BUM is looking to see that the letter is appropriately written, and easy to understand, and that it contains all required information

  B  The BUM will advise the CM of any action needed on the claim

  C  The BUM will return the letter to the CM with in 24 hours

III.  **The BUM will follow up on all claim reports**

P00421

| Step 16 | Claim Closing |
| --- | --- |

| | |
| --- | --- |
| **Summary:** | This step contains the acceptable methods and documentation to close a claim. |
| **Due:** | 24 hours after the last payment has been entered and RTW has been confirmed |
| | 30 days after a denial decision has been made |
| **Note Type:** | ST |

**I.    Closing Claim Due to EE RTW**

  A. The CM will receive a diary to close the claim

  B. Verify that you

     1   Entered a "WK" note in JURIS

     2   Update the Time Tracking Screen

     3   Entered an offset expiration date

     4   Set a diary to close the claim in 24 hours

     5   Sent the closure email to the supervisor and have a copy in the file

  C. Correct any deficiencies

  D. Wait 24 hours after entering RTW information in JURIS before continuing with this step.  Set a diary for 24 hours later.

  E. When the diary is due, update the claim status in JURIS to

     1   Status- closed

     2   Update Sub-status

     3   Update Reason

  F. Write the closed date on the outside of the file jacket and the word "CLOSED"

  G. Place the claim in the closed bin outside the CM's cube

**II.    Closing Claim Due to Denial**

  A   The CM will receive a Diary alerting him or her of the need to close the claim

  B   Verify that a hard copy of the denial letter is in the file

  C   If you have not been notified of the EE's RTW, verify the EE's work status.

  D   If appropriate

     1   Enter the RTW in the Time Tracking Screen

     2   Enter a "WK" note in JURIS

     3   Entered and offset expiration date if appropriate

     4   Set a diary to close the claim 24 hours after entering the RTW date

  E   Update the claim status in JURIS to

     1   Status- closed

     2   Sub-status- denied

     3   Reason- (enter as appropriate)

P00422

F   Write the closed date and the word "CLOSED" on the outside of the file jacket

G   Place the claim in the closed bin outside the CM's cube

H   Step 16 Complete, Claim management is complete unless medical information is received.  If medical information is received

I   Proceed to Step 8B VI.

P00423

Acknowledgement of Receipt

Please read the following information, then sign, date and return this form to your Manager.

<div style="border:1px solid black; padding:10px;">

I acknowledge that I have received a copy of the Case Management Step Process and that it is my responsibility to read and to become familiar with its contents.

I understand that this handbook may not contain all of the policies and procedures related to my employment with the company.  I also understand that this handbook may be modified if policies and procedures change.

</div>

**Acknowledged:**

_____
Colleague Name

_____
Colleague Signature

_____
Date

P00424

SMAART Quality Review Unit
P.O. Box 630528
Irving, TX 75063
Telephone: 1-866-BSMAART (1-866-276-2278)
Facsimile: 1-866-581-9059

January 26, 2005

RECEIVED

FEB - 2 2005

LEWIS, FEINBERG,
RENAKER & JACKSON

Teresa S. Renaker
Lewis, Feinberg, Renaker, & Jackson, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612-2509

Re:   Pacific Telesis Group Comprehensive Disability Benefits Plan (CDBP)
      Claim Number: A325033343-07
      Your Client:  Yvonne Glover

Dear Ms. Renaker:

Please be advised that after review of your client's disability claim, it has been determined that she is not eligible for a reconsideration of disability benefits under the Pacific Telesis Group Comprehensive Disability Benefits Plan (CDBP).

Page 2 of the Summary of Material Modifications (SMM) to the CDBP dated February 2002 states in relevant part:

'If your appeal is denied, it is final and not subject to further review by the named fiduciary. However, you may have further rights under the Employee Retirement Income Security Act of 1974 (ERISA) * * * *"

The SBC Medical Absence and Accommodations Resource Team (SMAART) Quality Review Unit (QRU), the named fiduciary, sent your client a letter dated January 19, 2005 communicating an appeal determination to uphold the denial of disability benefits from November 3, 2004 through her return to work.  She was also notified of the determination by telephone on November 19, 2004.

We received the enclosed correspondence on January 24, 2005 indicating your representation and request for the attached documentation.  Once the appeal determination is made by the SMAART QRU the decision is final and not subject to further review.

As you request in your letter, we are enclosing a copy of the claim file and electronic notes for your client's claim.  We are also attaching a copy of the administrative process per your request. Requests for copies of the plan and SBD can be made in writing to:

SBC Communications Inc.

P.O. Box 29690

San Antonio, Texas 78229

SBC Medical Absence & Accommodations Resource Team
As Administered by Sedgwick Claims Management Services

SMAART Quality Review Unit
P.O. Box 630528
Irving, TX 75063
Telephone: 1-866-BSMAART (1-866-276-2278)
Facsimile: 1-866-581-9059

You have a right to bring a lawsuit against the CDBP under Section 502(a) of the Employee Retirement Income Security Act of 1974 (ERISA) for denied benefits you believe are due to your client and the appeal has been denied.

Questions regarding your client's appeal may be referred to the SMAART QRU at 1-866-BSMAART (1-866-276-2278).

Sincerely,

Cam Reinhart
Manager, SMAART Quality Review Unit
SBC Medical Absence and Accommodations Resource Team (SMAART)

cc: File



HOME : Dystonia : Treatment : Patient : Healthcare : Research : Order : Events and
        Defined : Options : Support : Referrals : Programs : Materials : Symposiums

Forms of Dystonia

Classification

Causes

Diagnosis

Genetics

Prognosis

Related Disorders

Forms of Dystonia Links
FAQ

## Dystonia Defined



Dystonia is a neurological movement disorder characterized by involuntary muscle contractions, which force certain parts of the body into abnormal, sometimes painful, movements or postures. Dystonia can affect any part of the body including the arms and legs, trunk, neck, eyelids, face, or vocal cords.

If dystonia causes any type of impairment, it is because muscle contractions interfere with normal function. Features such as cognition, strength, and the senses, including vision and hearing are normal. While dystonia is not fatal, it is a chronic disorder and prognosis is difficult to predict.

It is the third most common movement disorder after Parkinson's Disease and Tremor, affecting more than 300,000 people in North America. Dystonia does not discriminate - affecting all races and ethnic groups.

**Brief History of Dystonia**

Dystonia, like many other chronic neurological disorders, was recognized as a distinct entity only relatively recently. Even before the term "dystonia" was coined, people with the syndrome were being reported explicitly in the literature.

In 1911, Hermann Oppenheim, an esteemed Berlin neurologist who wrote a leading textbook of neurology, was impressed with the variation in muscle tone seen in a neurologic syndrome that he had encountered in several young boys. He coined the term "dystonia" to indicate that "muscle tone was hypotonic at one occasion and in tonic muscle spasm at another, usually, but exclusively, elicited

upon volitional movements." The term was widely accepted and has been used by neurologists ever since, even though throughout time, the definition changes. In addition to alteration of muscle tone, Oppenheim also described twisted postures associated with the muscle spasms affecting limbs and trunk, bizarre walking with bending and twisting of the torso, rapid and sometimes rhythmic jerking movements, and progression of symptoms leading eventually to sustained fixed postural deformities.

In 1944, Ernst Herz, from analysis of cinematographic and eletromyographic recordings, regarded slow sustained postures as the best definition for dystonia.

In 1962, Derek Denny-Brown expanded upon this definition and defined dystonia as a fixed or relatively fixed attitude. One problem with using only sustained postures for the definition of dystonia is that it allows all types of abnormal postures to be called dystonia, such as fixed postures that could develop from a stroke. Another problem is that these definitions do not take into account the other types of abnormal movements seen in the disorder.

In February, 1984, a committee consisting of members of the Scientific Advisory Board of the Dystonia Medical Research Foundation met, deliberated, and developed the following definition: "dystonia is a syndrome of sustained muscle contractions, frequently causing twisting and repetitive movements, or abnormal postures." The committee consisted of Drs. André Barbeau, Donald B. Calne, Stanley Fahn, C. David Marsden, John H. Menkes, and G. Fred Wooten. This definition is still utilized.

This committee also proposed a classification scheme for all types of dystonia, recommending that there should be three classification schemes: by age at onset, by parts of body affected, and by etiology. With the advent of discovering different genetic types of dystonia, the etiologic classification was changed at the time of the 3rd International Dystonia Symposium in 1996. The main definition of dystonia will most likely remain the same, but the etiologic classification will change over time as new genetic forms are described.

The design and implementation of the Dystonia Foundation's website was made possible by a generous educational grant from the <u>Allergan</u> Foundation.

Copyright © 2004 Dystonia Medical Research Foundation.

NIDCD **National Institute on Deafness and Other Communication Disorders**
*Improving the lives of people who have communication disorders*
ONE OF THE NATIONAL INSTITUTES OF HEALTH

## Spasmodic Dysphonia

**On this page:**

- What is spasmodic dysphonia?
- What are the types of spasmodic dysphonia?
- What are the features of spasmodic dysphonia?
- Who is affected by spasmodic dysphonia?
- What causes spasmodic dysphonia?
- How is spasmodic dysphonia diagnosed?
- What treatment is available for spasmodic dysphonia?
- Where can I get additional information?

## What is spasmodic dysphonia?

Spasmodic dysphonia (or laryngeal dystonia) is a voice disorder caused by involuntary movements of one or more muscles of the larynx or voice box. Individuals who have spasmodic dysphonia may have occasional difficulty saying a word or two or they may experience sufficient difficulty to interfere with communication. Spasmodic dysphonia causes the voice to break or to have a tight, strained or strangled quality. There are three different types of spasmodic dysphonia.

Top

## What are the types of spasmodic dysphonia?

The three types of spasmodic dysphonia are adductor spasmodic dysphonia, abductor spasmodic dysphonia and mixed spasmodic dysphonia.

Top

## What are the features of spasmodic dysphonia?

In adductor spasmodic dysphonia, sudden involuntary muscle movements or spasms cause the vocal folds (or vocal cords) to slam together and stiffen. These spasms make it difficult for the vocal folds to vibrate and produce voice. Words are often cut off or difficult to start because of the muscle spasms. Therefore, speech may be choppy and sound similar to stuttering. The voice of an individual with adductor spasmodic dysphonia is commonly described as strained or strangled and full of effort. Surprisingly, the spasms are usually absent while whispering, laughing, singing, speaking at a high pitch or speaking while breathing in. Stress, however, often makes the muscle spasms more severe.

In abductor spasmodic dysphonia, sudden involuntary muscle movements or spasms cause the vocal folds to open. The vocal folds can not vibrate when they are open. The open position of the vocal folds also allows air to escape from the lungs during speech. As a result, the voices of these individuals often sound weak, quiet and breathy or whispery. As with adductor spasmodic dysphonia, the spasms are often absent during activities such as laughing or singing.

Mixed spasmodic dysphonia involves muscles that open the vocal folds as well as muscles that close the vocal folds and therefore has features of both adductor and abductor spasmodic dysphonia.

P00430

Top

## Who is affected by spasmodic dysphonia?

Spasmodic dysphonia can affect anyone. The first signs of this disorder are found most often in individuals between 30 and 50 years of age. More women appear to be affected by spasmodic dysphonia than are men.

Top

## What causes spasmodic dysphonia?

The cause of spasmodic dysphonia is unknown. Because the voice can sound normal or near normal at times, spasmodic dysphonia was once thought to be psychogenic, that is, originating in the affected person's mind rather than from a physical cause. While psychogenic forms of spasmodic dysphonia exist, research has revealed increasing evidence that most cases of spasmodic dysphonia are in fact neurogenic or having to do with the nervous system (brain and nerves). Spasmodic dysphonia may co-occur with other movement disorders such as blepharospasm (excessive eye blinking and involuntary forced eye closure), tardive dyskinesia (involuntary and repetitious movement of muscles of the face, body, arms and legs), oromandibular dystonia (involuntary movements of the jaw muscles, lips and tongue), torticollis (involuntary movements of the neck muscles), or tremor (rhythmic, quivering muscle movements).

In some cases, spasmodic dysphonia may run in families and is thought to be inherited. Research has identified a possible gene on chromosome 9 that may contribute to the spasmodic dysphonia that is common to certain families. In some individuals the voice symptoms begin following an upper respiratory infection, injury to the larynx, a long period of voice use, or stress.

Top

## How is spasmodic dysphonia diagnosed?

The diagnosis of spasmodic dysphonia is usually made based on identifying the way the symptoms developed as well as by careful examination of the individual. Most people are evaluated by a team that usually includes an otolaryngologist (a physician who specializes in ear, nose and throat disorders), a speech-language pathologist (a professional trained to diagnose and treat speech, language and voice disorders) and a neurologist (a physician who specializes in nervous system disorders). The otolaryngologist examines the vocal folds to look for other possible causes for the voice disorder. Fiberoptic nasolaryngoscopy, a method whereby a small lighted tube is passed through the nose and into the throat, is a helpful tool that allows the otolaryngologist to evaluate vocal cord movement during speech. The speech-language pathologist evaluates the patient's voice and voice quality. The neurologist evaluates the patient for signs of other muscle movement disorders.

Top

## What treatment is available for spasmodic dysphonia?

There is presently no cure for spasmodic dysphonia. Current treatments only help reduce the symptoms of this voice disorder. Voice therapy may reduce some symptoms, especially in mild cases. An operation that cuts one of the nerves of the vocal folds (the recurrent laryngeal nerve) has improved the voice of many for several months to several years but the improvement is often temporary. Others may benefit from psychological counseling to help them to accept and live with their voice problem. Still others may benefit from job counseling that will help them select a line of work more compatible with their speaking limitations.

P00431

Currently the most promising treatment for reducing the symptoms of spasmodic dysphonia is injections of very small amounts of botulinum toxin (botox) directly into the affected muscles of the larynx. Botulinum toxin is produced by the *Clostridium botulinum* bacteria. This is the bacterium that occurs in improperly canned foods and honey. The toxin weakens muscles by blocking the nerve impulse to the muscle. The botox injections generally improve the voice for a period of three to four months after which the voice symptoms gradually return. Reinjections are necessary to maintain a good speaking voice. Initial side effects that usually subside after a few days to a few weeks may include a temporary weak, breathy voice or occasional swallowing difficulties. Botox may relieve the symptoms of both adductor and abductor spasmodic dysphonia.

Top

## Where can I get additional information?

**American Academy of Otolaryngology-Head and Neck Surgery (AAO-HNS)**
One Prince Street
Alexandria, VA, 22314-3357
Voice: (703) 836-4444, 8:30 a.m. - 5 p.m., Eastern time
TTY: (703) 519-1585
Fax: (703) 683-5100
E-mail: webmaster@entnet.org
Internet: www.entnet.org

**American Speech-Language-Hearing Association (ASHA)**
10801 Rockville Pike
Rockville, MD, 20852
Voice: (301) 897-5700
Toll-free Voice: (800) 638-8255, 8:30 a.m. - 5 p.m., Eastern time
TTY: (301) 897-0157
Fax: (301) 571-0457
E-mail: actioncenter@asha.org
Internet: www.asha.org

**National Spasmodic Dysphonia Association, Inc. (NSDA)**
300 Park Blvd., Suite 350
Itasca, IL, 60143
Toll-free Voice: (800) 795-NSDA (6732)
Fax: (630) 250-4505
E-mail: NSDA@dysphonia.org
Internet: www.dysphonia.org

**American Academy of Neurology**
1080 Montreal Avenue
St. Paul, MN 55116
Voice: (612) 695-1940
Fax: (612) 695-2791
Internet: www.aan.com

**Dystonia Medical Research Foundation**
One East Wacker Drive, Suite 2430
Chicago, IL 60601-1905
Voice: (312) 755-0198
Voice: (800) 377-3978
Fax: (312) 803-0138
E-mail: dystonia@dystonia-foundation.org
Internet: www.dystonia-foundation.org

NIH Publication No. 97-4214
Contact information updated February 2002

For more information, contact the NIDCD Information Clearinghouse.

Top



Home || Contact Us || Privacy || Public Use || Accessibility || Free Publications

Page last updated: April 7, 2005

National Institute on Deafness and Other Communication Disorders
National Institutes of Health
31 Center Drive, MSC 2320
Bethesda, MD USA 20892-2320
E-mail: nidcdinfo@nidcd.nih.gov

  

P00433

**Trouble Sleeping?**
Free samples of a new, non-narcotic sleep aid.

**Panic Attack Treatment**
Natural formula acts fast to stop panic attacks for 83% of users.

Ads by

**PDR** *health*

disease overviews    health and wellness    drug information    clinical trials    product info & search

Brand name:

# Klonopin

Pronounced: KLON-uh-pin
Generic name: Clonazepam

---

## Why is this drug prescribed?

Klonopin is used alone or along with other medications to treat convulsive disorders such as epilepsy. It is also prescribed for panic disorder--unexpected attacks of overwhelming panic accompanied by fear of recurrence. Klonopin belongs to a class of drugs known as benzodiazepines.

---

## Most important fact about this drug

Klonopin works best when there is a constant amount in the bloodstream. To keep blood levels as constant as possible, take your doses at regularly spaced intervals and try not to miss any.

---

## How should you take this medication?

Take Klonopin exactly as prescribed. If you are taking it for panic disorder and you find it makes you sleepy, your doctor may recommend a single dose at bedtime.

*--If you miss a dose...*

If it is within an hour after the missed time, take the dose as soon as you remember. If you do not remember until later, skip the dose and go back to your regular schedule. Never take 2 doses at the same time.

*--Storage instructions...*

Store at room temperature away from heat, light, and moisture.

---

## What side effects may occur?

Side effects cannot be anticipated. If any develop or change in intensity, inform your doctor as soon as possible. Only your doctor can determine if it is safe for you to continue taking Klonopin. More common side effects in seizure disorders may include: Behavior problems, drowsiness, lack of muscular coordination

- *Less common or rare side effects in seizure disorders may include:*
  Abnormal eye movements, anemia, bed wetting, chest congestion, coated tongue, coma, confusion, constipation, dehydration, depression, diarrhea, double vision, dry mouth, excess hair, fever, fluttery or throbbing heartbeat, "glassy-eyed" appearance, hair loss, hallucinations, headache, inability to fall or stay asleep, inability to urinate, increased sex drive, involuntary rapid movement of the eyeballs, loss of or increased appetite, loss of voice, memory loss, muscle and bone pain, muscle weakness, nausea, nighttime urination, painful or difficult urination, partial paralysis, runny nose, shortness of breath, skin rash, slowed breathing, slurred speech, sore gums, speech difficulties, stomach inflammation, swelling of ankles and face, tremor, uncontrolled body movement or twitching, vertigo, weight

loss or gain

Klonopin can also cause aggressive behavior, agitation, anxiety, excitability, hostility, irritability, nervousness, nightmares, sleep disturbances, and vivid dreams.

- *Side effects due to rapid decrease or abrupt withdrawal from Klonopin may include:*
  Abdominal and muscle cramps, behavior disorders, convulsions, depressed feeling, hallucinations, restlessness, sleeping difficulties, tremors

- *More common side effects in panic disorder may include:*
  Allergic reaction, constipation, coordination problems, depression, dizziness, fatigue, inflamed sinuses or nasal passages, flu, memory problems, menstrual problems, nervousness, reduced thinking ability, respiratory infection, sleepiness, speech problems

- *Less common or rare side effects in panic disorder may include:*
  Abdominal pain/discomfort, abnormal hunger, acne, aggressive reaction, anxiety, apathy, asthma attack, bleeding from the skin, blood clots, bronchitis, burning sensation, changes in appetite, changes in sex drive, confusion, coughing, difficulty breathing, dizziness when standing, ear problems, emotional changeability, excessive dreaming, excitement, fever, flushing, fluttery or throbbing heartbeat, frequent bowel movements, gas, general feeling of illness, gout, hair loss, hemorrhoids, hoarseness, increased salivation, indigestion, infections, inflamed stomach and intestines, lack of attention, lack of sensation, leg cramps, loss of taste, male sexual problems, migraine, motion sickness, muscle pain/cramps, nightmares, nosebleed, overactivity, pain (anywhere in the body), paralysis, pneumonia, shivering, skin problems, sleep problems, sneezing, sore throat, swelling with fluid retention, swollen knees, thick tongue, thirst, tingling/pins and needles, tooth problems, tremor, twitching, upset stomach, urinary problems, vertigo, vision problems, weight gain or loss, yawning

## Why should this drug not be prescribed?

If you are sensitive to or have ever had an allergic reaction to Klonopin or similar drugs, such as Librium and Valium, you should not take this medication. Make sure your doctor is aware of any reactions you have experienced.

You should not take this medication if you have severe liver disease or the eye condition known as acute narrow-angle glaucoma.

## Special warnings about this medication

Klonopin may cause you to become drowsy or less alert; therefore, you should not drive or operate dangerous machinery or participate in any hazardous activity that requires full mental alertness until you know how this drug affects you.

If you have several types of seizures, this drug may increase the possibility of grand mal seizures (epilepsy). Inform your doctor if this occurs. Your doctor may wish to prescribe an additional anticonvulsant drug or increase your dose.

Klonopin can be habit-forming and can lose its effectiveness as you build up a tolerance to it. You may experience withdrawal symptoms--such as convulsions, hallucinations, tremor, and abdominal and muscle cramps--if you stop using this drug abruptly. Discontinue or change your dose only in consultation with your doctor.

## Possible food and drug interactions when taking this medication

Klonopin slows the nervous system and its effects may be intensified by alcohol. Do not drink while taking this medication.

If Klonopin is taken with certain other drugs, the effects of either could be increased, decreased, or altered. It is especially important to check with your doctor before combining Klonopin with the following:

Antianxiety drugs such as Valium
Antidepressant drugs such as Elavil, Nardil, Parnate, and Tofranil
Barbiturates such as phenobarbital
Carbamazepine (Tegretol)
Major tranquilizers such as Haldol, Navane, and Thorazine
Narcotic pain relievers such as Demerol and Percocet
Oral antifungal drugs such as Fungizone, Mycelex, and Mycostatin
Other anticonvulsants such as Dilantin, Depakene, and Depakote

P00435

Sedatives such as Halcion

## Special information if you are pregnant or breastfeeding

Avoid Klonopin if at all possible during the first 3 months of pregnancy; there is a risk of birth defects. When taken later in pregnancy, the drug can cause other problems, such as withdrawal symptoms in the newborn. If you are pregnant or plan to become pregnant, inform your doctor immediately. Klonopin appears in breast milk and could affect a nursing infant. Mothers taking this medication should not breastfeed.

## Recommended dosage

### SEIZURE DISORDERS

*Adults*

The starting dose should be no more than 1.5 milligrams per day, divided into 3 doses. Your doctor may increase your daily dosage by 0.5 to 1 milligram every 3 days until your seizures are controlled or the side effects become too bothersome. The most you should take in 1 day is 20 milligrams.

*Children*

The starting dose for infants and children up to 10 years old or up to 66 pounds should be 0.01 to 0.03 milligram--no more than 0.05 milligram--per 2.2 pounds of body weight daily. The daily dosage should be given in 2 or 3 smaller doses. Your doctor may increase the dose by 0.25 to 0.5 milligram every 3 days until seizures are controlled or side effects become too bad. If the dose cannot be divided into 3 equal doses, the largest dose should be given at bedtime. The maximum maintenance dose is 0.1 to 0.2 milligram per 2.2 pounds daily.

### PANIC DISORDER

*Adults*

The starting dose is 0.25 milligram twice a day. After 3 days, your doctor may increase the dose to 1 milligram daily. Some people need as much as 4 milligrams a day.

*Children*

For panic disorder, safety and effectiveness have not been established in children under age 18.

*Older Adults*

Klonopin tends to build up in the body if the kidneys are weak--a common problem among older adults. Higher doses of the drug also tend to cause more drowsiness and confusion in older patients. People over age 65 are therefore started on low doses of Klonopin and watched with extra care.

## Overdosage

Any medication taken in excess can have serious consequences. If you suspect an overdose, seek medical attention immediately.

- *The symptoms of Klonopin overdose may include:*
  Coma, confusion, sleepiness, slowed reaction time



**CA Rehab Locator**
Locate drug & alcohol rehab centers in CA.
Confidential.

**Resource Directory**
Social service guide. Counseling, emer
assist, housing and more

Ads by

**PDR** *health*

disease overviews | health and wellness | drug information | clinical trials | product info &
search

Brand name:

# Vicodin

*Pronounced: VY-koe-din*
*Generic ingredients: Hydrocodone bitartrate, Acetaminophen*
*Other brand names: Anexsia, Co-Gesic, Hydrocet, Lorcet, Lortab, Maxidone, Norco, Zydone*

---

## Why is this drug prescribed?

Return to top

Vicodin combines a narcotic analgesic (painkiller) and cough reliever with a non-narcotic analgesic for the relief of moderate to moderately severe pain.

## Most important fact about this drug

Return to top

Vicodin can be habit-forming. If you take this drug over a long period of time, you can become mentally and physically dependent on it, and you may find the drug no longer works for you at the prescribed dosage.

## How should you take this medication?

Return to top

Take Vicodin exactly as prescribed. Do not increase the amount you take or the frequency without your doctor's approval. Do not take this drug for any reason other than the one prescribed.

Do not give this drug to others who may have similar symptoms.

*--If you miss a dose...*

If you take Vicodin regularly, take the forgotten dose as soon as you remember. If it is almost time for your next dose, skip the one you missed and go back to your regular schedule. Do not take 2 doses at once.

*--Storage instructions...*

Store at room temperature in a tightly closed container, away from light.

## What side effects may occur?

Return to top

Side effects cannot be anticipated. If any develop or change in intensity, inform your doctor as soon as possible. Only your doctor can determine if it is safe for you to continue taking Vicodin.

- *More common side effects may include:*
  Dizziness, light-headedness, nausea, sedation, vomiting

If these side effects occur, it may help if you lie down after taking the medication.

- *Less common or rare side effects may include:*
  Allergic reactions, anxiety, blood disorders, constipation, decreased mental and physical capability, difficulty urinating, drowsiness, fear, hearing loss, itching, mental clouding, mood changes, restlessness, skin rash, slowed breathing, sluggishness

## Why should this drug not be prescribed?

Return to top

If you are sensitive to or have ever had an allergic reaction to hydrocodone or acetaminophen (Tylenol), you should not take this medication. Make sure your doctor is aware of any drug reactions you have experienced.

## Special warnings about this medication

Return to top

Vicodin may make you drowsy, less alert, or unable to function well physically. Do not drive a car, operate machinery, or perform any other potentially dangerous activities until you know how this drug affects you.

Use caution in taking Vicodin if you have a head injury. Narcotics tend to increase the pressure of the fluid within the skull, and this effect may be exaggerated by head injuries. Side effects of narcotics can interfere in the treatment of people with head injuries.

Use Vicodin with caution if you have a severe liver or kidney disorder, an underactive thyroid gland, Addison's disease (a disease of the adrenal glands), an enlarged prostate, or urethral stricture (narrowing of the tube carrying urine from the bladder).

Older adults and those in a weakened condition should be careful using this drug, since it contains a narcotic.

Narcotics such as Vicodin may interfere with the diagnosis and treatment of people with abdominal conditions.

Hydrocodone suppresses the cough reflex; therefore, be careful using Vicodin after an operation or if you have a lung disease.

High doses of hydrocodone may produce slowed breathing; if you are sensitive to this drug, you are more likely to experience this effect.

## Possible food and drug interactions when taking this medication

Return to top

Hydrocodone slows the nervous system. Alcohol can intensify this effect.

If hydrocodone is taken with certain other drugs, the effects of either may be increased, decreased, or altered. It is especially important to check with your doctor before combining Vicodin with the following:

Antianxiety drugs such as Valium and Librium
Antidepressant medications classified as "tricyclics," such as Elavil and Tofranil
Antihistamines such as Tavist
Drugs classified as MAO inhibitors, including the antidepressants Nardil and Parnate
Major tranquilizers such as Thorazine and Haldol
Other narcotic analgesics such as Demerol
Other central nervous system depressants such as Halcion and Restoril

## Special information if you are pregnant or breastfeeding

Return to top

The effects of Vicodin in pregnancy have not been adequately studied. Do not take this drug if you are pregnant or plan to become pregnant unless you are directed to do so by your doctor. Drug dependence occurs in newborns when the mother has taken this drug regularly prior to delivery. If you take it shortly before delivery, the baby's breathing may be slowed. Acetaminophen does, and hydrocodone may, appear in breast milk and could affect a nursing infant. If this medication is essential to your health, your doctor may advise you to discontinue breastfeeding your baby until your treatment is finished.

## Recommended dosage

Return to top

ADULTS

Your doctor will adjust the dosage according to the severity of the pain and the way the medication affects you.

The dosages given below are for Vicodin products only. If your doctor prescribes other brands, your daily dose may vary.

All forms of Vicodin are taken every 4 to 6 hours as needed for pain. The usual dose of Vicodin is 1 or 2 tablets, up to a maximum of 8 tablets per day. The usual dose of Vicodin HP is 1 tablet, up to a maximum of 6 tablets per day. For Vicodin ES, the usual dose is 1 tablet, up to a maximum of 5 tablets per day.

CHILDREN

The safety and effectiveness of Vicodin have not been established in children.

## Overdosage

Return to top

Any medication taken in excess can have serious consequences. A severe overdose of Vicodin can be fatal. If you suspect an overdose, seek emergency medical treatment immediately.

- *Symptoms of a Vicodin overdose include:*
  Blood disorders, bluish tinge to skin, cold and clammy skin, extreme sleepiness progressing to a state of unresponsiveness or coma, general feeling of bodily discomfort, heart problems, heavy perspiration, kidney problems, limp muscles, liver failure, low blood pressure, nausea, slow heartbeat, troubled or slowed breathing, vomiting

P00440



**Grandmas Arthritis Cure**
Grandson discovers product to heal grandmas arthritis in 15 min.

**Chronic Fatigue Treatment**
Most Effective Treatment Options For Chronic Fatigue Patients

Ads by

**PDR** *health*

Brand name:

# Feldene

*Pronounced: FELL-deen*
*Generic name: Piroxicam*

## Why is this drug prescribed?

Return to top

Feldene, a nonsteroidal anti-inflammatory drug, is used to relieve the inflammation, swelling, stiffness, and joint pain associated with rheumatoid arthritis and osteoarthritis (the most common form of arthritis). It is prescribed both for sudden flare-ups and for long-term treatment.

## Most important fact about this drug

Return to top

In a few patients on long-term therapy, Feldene can cause stomach ulcers and bleeding. Warning signs include severe abdominal or stomach cramps, pain or burning in the stomach, and black, tarry stools. Inform your doctor immediately if you develop any of these symptoms.

## How should you take this medication?

Return to top

To avoid digestive side effects, take Feldene with food or an antacid, and with a full glass of water. Never take it on an empty stomach.

Take this medication exactly as prescribed by your doctor. Avoid alcohol and aspirin while taking this drug.

---*If you miss a dose...*

If you forget to take a dose, take it as soon as you remember. If it is almost time for your next dose, skip the one you missed and go back to your regular schedule. Never take two doses at the same time.

---*Storage instructions...*

Store at room temperature. Protect from light and heat.

## What side effects may occur?

Return to top

Side effects cannot be anticipated. If any develop or change in intensity, inform your doctor as soon as possible. Only your doctor can determine if it is safe for you to continue taking Feldene.

- *More common side effects may include:*
  Abdominal pain or discomfort, anemia, constipation, diarrhea, dizziness, fluid retention, gas, general feeling of ill health, headache, heartburn, itching, loss of appetite, nausea, rash, ringing in ears, sleepiness, stomach ulcers or bleeding, stomach upset, vertigo, vomiting

- *Less common or rare side effects may include:*
  Severe allergic reactions, angioedema (swelling of lips, face, tongue and throat), anxiety, asthma, belching, black stools, blood in the urine, blurred vision, bruising, colicky pain, coma, confusion, congestive heart failure, convulsions, depression, dream abnormalities, drowsiness, dry mouth, eye irritations, fainting, fatigue, fever, flu-like symptoms, hair loss, hallucinations, hearing loss, heart attack, hepatitis, high or low blood pressure, hives, inability to sleep, infection, inflammation in the mouth or digestive tract, joint pain, labored breathing, low or high blood sugar, nervousness, nosebleed, rapid or irregular heartbeat, rectal bleeding, serum sickness (fever, painful joints, enlarged lymph nodes, skin rash), skin allergy to sunlight, skin eruptions, Stevens-Johnson syndrome (blisters in the mouth and eyes), sweating, swollen or inflammed eyes, tingling or burning feeling, tremors, urinary problems, vertigo, vomiting blood, weakness, weight loss or gain, worsening of angina, yellow eyes and skin.

## Why should this drug not be prescribed?

Return to top

If you are sensitive to or have ever had an allergic reaction to Feldene, aspirin, or similar drugs, or if you have had asthma attacks caused by aspirin or other drugs of this type, you should not take this medication. If you develop breathing difficulties or allergic symptoms after taking Feldene, seek emergency treatment immediately.

## Special warnings about this medication

Return to top

The chances that Feldene will cause a stomach ulcer or bleeding are dramatically higher if you've had such problems previously. Severe stomach reactions are also more likely among older adults, those in poor health, smokers, heavy drinkers, and people taking steroids or blood thinners.

If you have heart disease, or high blood pressure, or other conditions that cause fluid retention, use this drug with caution. Feldene can increase water retention.

Feldene has been known to damage the kidneys, and is not recommended for people with advanced kidney disease. Feldene can also cause liver damage. If you develop warning signs of liver dysfunction such as fatigue, itchiness, yellow skin or eyes, a flu-like feeling, and pain in the upper right abdomen, stop taking Feldene and see your doctor immediately.

Drugs such as Feldene may cause eye disturbances in some people. If you develop visual problems, notify your eye doctor.

## Possible food and drug interactions when taking this medication

Return to top

If Feldene is taken with certain other drugs, the effects of either could be increased, decreased, or altered. It is especially important to check with your doctor before combining Feldene with the following:

Anticoagulants (blood thinners such as Coumadin)
Aspirin
Blood pressure medications known as ACE inhibitors, including Accupril, Altace, Mavik, Prinivil, and Zestril
Furosemide (Lasix)
Lithium (Lithobid, Lithonate)
Methotrexate (Rheumatrex)
Thiazide-type water pills such as HydroDIURIL

## Special information if you are pregnant or breastfeeding

Return to top

Feldene is not recommended for use in nursing mothers or pregnant women. If you are pregnant or plan to become pregnant,

inform your doctor immediately.

## Recommended dosage

Return to top

ADULTS

*Rheumatoid Arthritis and Osteoarthritis:*
The usual dose is 20 milligrams a day in one dose. Your doctor may want you to divide this dose into smaller ones. You will not feel Feldene's full effects for 7 to 12 days, although some relief of symptoms will start to occur soon after you take the medication.

CHILDREN

The safety and effectiveness of Feldene have not been established in children.

## Overdosage

Return to top

Any medication taken in excess can have serious consequences. If you suspect an overdose, seek medical attention immediately.

- *Symptoms of Feldene overdose may include:*
  Drowsiness, nausea, stomach pain, vomiting



**Treat Migraine Headaches**
Learn about a migraine treatment option.

**The latest migraine info.**
Learn about a medicine for fast, multisymptom relief.

Ads by

**PDR**health

disease overviews   health and wellness   drug information   clinical trials   product info & search

*Brand name:*

# Soma

*Pronounced: SOE-muh*
*Generic name: Carisoprodol*

## Why is this drug prescribed?

Return to top

Soma is used, along with rest, physical therapy, and other measures, for the relief of acute, painful muscle strains and spasms.

## Most important fact about this drug

Return to top

Soma alone will not heal your muscles. You need to follow the program of physical therapy, rest, or exercise that your doctor prescribes. Do not attempt any more physical activity than your doctor recommends, even though Soma temporarily makes it seem feasible.

## How should you take this medication?

Return to top

Take Soma exactly as prescribed by your doctor.

*--If you miss a dose...*

Take it as soon as you remember if only an hour or so has passed. If you do not remember until later, skip the dose you missed and go back to your regular schedule. Do not take 2 doses at once.

*--Storage instructions...*

Store at room temperature in a tightly closed container.

## Soma side effects

Return to top

Side effects cannot be anticipated. If any develop or change in intensity, inform your doctor as soon as possible. Only your doctor can determine if it is safe for you to continue taking Soma.

- *Side effects may include:*
  Agitation, depression, dizziness, drowsiness, facial flushing, fainting, headache, hiccups, inability to fall or stay asleep, irritability, light-headedness upon standing up, loss of coordination, nausea, rapid heart rate, stomach upset, tremors,

vertigo, vomiting

Allergic reactions usually seen between the first and fourth doses of Soma in patients who have never taken this drug before include: itching, red welts on the skin, and skin rash. A more severe allergic reaction may include symptoms such as asthmatic attacks, dizziness, fever, low blood pressure, shock, stinging of the eyes, swelling due to fluid retention, and weakness.

## Why should this drug not be prescribed?

Return to top

If you are sensitive to or have ever had an allergic reaction to Soma or drugs of this type, such as meprobamate (Miltown), you should not take this medication. Make sure your doctor is aware of any drug reactions you have experienced.

Unless you are directed to do so by your doctor, do not take this medication if you have porphyria (an inherited blood disorder).

## Special warnings about this medication

Return to top

In rare cases, the first dose of Soma may cause unusual symptoms that appear within minutes or hours of taking the medication. Symptoms reported include: agitation, confusion, disorientation, dizziness, double vision, enlargement of pupils, extreme weakness, exaggerated feeling of well-being, lack of coordination, speech problems, temporary loss of vision, and temporary paralysis of arms and legs. These symptoms usually subside within a few hours. If you experience any of them, contact your doctor immediately.

Soma may impair the mental or physical abilities you need to drive a car or operate dangerous machinery. Do not participate in hazardous activities until you know how this drug affects you.

If you have a history of drug dependence, make sure your doctor is aware of it before you start taking this medication.

Withdrawal symptoms, including abdominal cramps, chilliness, headache, insomnia, and nausea, have occurred in people who suddenly stop taking Soma.

Take this drug cautiously if you have any kidney or liver problems.

## Possible food and drug interactions when taking this medication

Return to top

Soma may intensify the effects of alcohol. Be careful drinking alcoholic beverages while you are taking this medication.

If Soma is taken with certain other drugs, the effects of either could be increased, decreased, or altered. It is especially important to check with your doctor before combining Soma with the following:

Antidepressant drugs such as Elavil, Tofranil, and Nardil
Major tranquilizers such as Haldol, Stelazine, and Thorazine
Sedatives such as Nembutal and Halcion
Tranquilizers such as Librium, Valium, and Xanax

## Special information if you are pregnant or breastfeeding

Return to top

The effects of Soma during pregnancy have not been adequately studied. If you are pregnant or plan to become pregnant, inform your doctor immediately. This drug appears in breast milk and could affect a nursing infant. If this medication is essential to your health, your doctor may advise you to discontinue breastfeeding until your treatment is finished.

P00446

## Recommended dosage

<u>Return to top</u>

ADULTS

The usual dosage of Soma is one 350-milligram tablet, taken 3 times daily and at bedtime.

CHILDREN

The safety and effectiveness of this drug have not been established in children under 12 years of age.

## Overdosage

<u>Return to top</u>

A severe overdose of Soma can be fatal. If you suspect an overdose, seek medical help immediately.

- *Symptoms of Soma overdose may include:*
  Breathing difficulty, coma, shock, stupor

