# EXHIBIT 7

PART 1

# Agreement for Administration of Disability Claims under SBC Disability Plans and Administration of SBC's Job Accommodation Process

Between

Sedgwick Claims Management Services, Inc.

And

SBC COMMUNICATIONS INC.

Agreement No. 00018118

PROPRIETARY INFORMATION

The Information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting companies.

DEF000352

Agreement No. 00018118

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

## TABLE OF CONTENTS

**Section**
**Page**
ARTICLE 1 — INTRODUCTION ........................................................................................... 3
   1.1   Effective Date .............................................................................................. 3
   1.2   Scope of Agreement ................................................................................... 3
   1.3   Incorporation of Attachments and Plan(s) ................................................. 3
ARTICLE 2 — DEFINITIONS .............................................................................................. 6
ARTICLE 3 — GENERAL PROVISIONS ............................................................................ 6
   3.1   Amendments and Waivers .......................................................................... 6
   3.2   Assignment ................................................................................................. 6
   3.3   Cancellation and Termination ..................................................................... 6
       3.3.1   Cancellation ................................................................................... 6
       3.3.2   Termination .................................................................................... 7
       3.3.3   Partial Cancellation and Termination ............................................ 7
   3.4   Compliance with Laws ................................................................................ 7
   3.5   Conflict of Interest ...................................................................................... 7
   3.6   Consent to Jurisdiction ............................................................................... 7
   3.7   Construction and Interpretation .................................................................. 8
   3.8   Cumulative Remedies ................................................................................. 8
   3.9   Delivery, Performance, and Acceptance ................................................... 8
   3.10  Dispute Resolution ..................................................................................... 8
       3.10.1  Exclusive Procedure ..................................................................... 8
       3.10.2  Negotiation Between Executives ................................................... 9
       3.10.3  Non-binding Mediation ................................................................... 9
       3.10.4  Litigation ........................................................................................ 9
       3.10.5  Confidential Negotiations ............................................................... 9
       3.10.6  Obligation to Continue Performance ............................................. 9
   3.11  Entire Agreement ....................................................................................... 9
   3.12  Force Majeure ............................................................................................ 10
   3.13  Governing Law ........................................................................................... 10
   3.14  Indemnity .................................................................................................... 11
   3.15  Information of SBC ...................................................................................... 11
   3.16  Information of Supplier ................................................................................ 11
   3.17  Infringement ............................................................................................... 12
   3.18  Insurance .................................................................................................... 13
   3.19  Invoicing and Payment ............................................................................... 13
   3.20  Licenses and Patents ................................................................................. 13
   3.21  Limitation of Liability ................................................................................... 13
   3.22  Liquidated Damages ................................................................................... 13
   3.23  Minority Business Enterprise/Woman Business Enterprise/Disabled
       Veteran Business Enterprise (MBE/WBE/DVBE) and Exhibit ................... 14
   3.24  MBE/WBE/DVBE Cancellation Clause ..................................................... 15
   3.25  Non-Exclusive Market ................................................................................ 15
   3.26  Notices ....................................................................................................... 16
   3.27  Publicity ...................................................................................................... 16
   3.28  Records and Audits .................................................................................... 17
   3.29  Severability ................................................................................................. 17
   3.30  Survival of Obligations ............................................................................... 17
   3.31  Taxes ......................................................................................................... 18
   3.32  Term of Agreement ....................................................................................

## TABLE OF CONTENTS

**PROPRIETARY INFORMATION**
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

i

DEF000353

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

**Section**

**Page**

3.33 Services Warranty; Price Warranty; No Litigation Warranty ....... 18
3.34 Crisis Management ....... 19
3.35 Project Management ....... 19
3.36 Reporting ....... 19
3.37 Training ....... 19
**ARTICLE 4 ADDITIONAL PROVISIONS ....... 20**
4.1 Access ....... 20
4.2 Amendments to Laws ....... 20
4.3 Banking Arrangements ....... 20
4.4 Continuation and Transition Services ....... 21
    4.4.1 Continuation of Existing Claim Services ....... 21
    4.4.2 Transfer Assistance ....... 21
4.5 Fiduciary Status ....... 21
4.6 Independent Contractor ....... 22
4.7 Practice of Medicine ....... 23
4.8 Nonassumption of Liabilities ....... 23
4.9 Claimant Complaints ....... 23
4.10 Plan(s) Documents ....... 23
    4.10.1 Furnishing of Plan(s) Documents ....... 23
    4.10.2 Changes in Plan(s) Documents ....... 23
    4.10.3 Furnishing Other Information ....... 23
4.11 Protection of Information and Data ....... 23
    4.11.1 Data Security ....... 24
    4.11.2 Disaster Recovery ....... 24
    4.11.3 Off-Site Storage ....... 24
    4.11.4 Return of Information and Data ....... 25
4.12 Software ....... 26
4.13 Supplier's Name and Marks ....... 26
4.14 Supplier Subsidiaries ....... 26
4.15 Ultimate Responsibility ....... 26

Attachment A — Service Requirements
Appendix A-1 — Disability Claims Administration Services
Appendix A-2 — Job Accommodation Administration Services
Attachment B — Service Fees
Attachment C — Key Performance Service Measurements, with Exhibits A, B and C
Appendix C-1 — Customer Service Claim Audit Form
Appendix C-2 — ICD 9 Categories
Appendix C-3 — SMAART Employee Customer Service Survey
Attachment D — List of Plans
Attachment E — Job Accommodation Process (hard copy only)
Attachment F — Implementation Timeline
Attachment G — Quality Assurance
Exhibit A — Executive Orders and Associated Regulations
Exhibit B-1 — M/WBE-DVBE Participation Plan
Exhibit B-2 — M/WBE-DVBE Result Reports

**PROPRIETARY INFORMATION**
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

ii

SBC Communications Inc.                                   Agreement No. 00018118
Sedgwick Claims Management Services, Inc.

## Article 1—INTRODUCTION

### 1.1 Effective Date

This Agreement, effective on the date when signed by the last Party ("Effective Date") through June 30, 2004 (the "Term") is between Sedgwick Claims Management Services, Inc., an Illinois corporation (hereinafter referred to as "Supplier"), and SBC COMMUNICATIONS INC., a Delaware corporation (hereinafter referred to as "SBC").

### 1.2 Scope of Agreement

Subject to the terms and conditions of this Agreement, Supplier shall provide to SBC the Services described in Attachment A. SBC shall pay Supplier for Services rendered under this Agreement in accordance with Attachment B. Supplier shall perform the Services in accordance with the Key Performance Service Measurements set forth in Attachment C. If Supplier fails to meet any such performance standard, the compensation paid to Supplier shall be adjusted as specified in Attachment C.

### 1.3 Incorporation of Attachments and Plan(s) Attached to this Agreement are the following individual documents:

| | |
|---|---|
| Attachment A | Service Requirements |
| Appendix A-1 | Disability Claims Administration Services |
| Appendix A-2 | Job Accommodation Administration Services |
| Attachment B | Service Fees |
| Attachment C | Key Performance Service Measurements |
| Appendix C-1 | Customer Service Claim Audit Form |
| Appendix C-2 | ICD 9 Categories |
| Appendix C-3 | SMAART Employee Customer Service Survey |
| Attachment D | List of Plan(s) |
| Attachment E | Job Accommodation Process |
| Attachment F | Implementation Timeline |
| Attachment G | Quality Assurance |
| Exhibit A | Executive Orders and Associated Regulations |
| Exhibit B-1 | M/WBE-DVBE Participation Plan |
| Exhibit B-2 | M/WBE-DVBE Result Reports |

All such documents and all the Plan(s) are hereby incorporated and made a part of this Agreement. Although the parties intend that this Agreement and the Attachments shall be interpreted in a manner which is mutually consistent, to the extent any provision in this document conflicts with any provision in the Attachment(s), the Attachment(s) provision shall control and the Plan(s) as shown on Attachment D prevail over other Attachment(s).

## Article 2—DEFINITIONS

**2.1** "Accepted" means the act and "Acceptance" means the occurrence of the act by which SBC accepts the Services provided by Supplier.

**2.2** "Affiliate" means (1) a company, whether incorporated or not, which owns, directly or indirectly, a majority interest in either party (a "parent company"), and (2) a company, whether incorporated or not, in which a 25% or greater interest is owned, either directly or indirectly, by: (i) either party or (ii) a parent company.

---

**PROPRIETARY INFORMATION**
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

3

SBC Communications Inc.                                    Agreement No. 00018118
Sedgwick Claims Management Services, Inc.

2.3 "Agreement" shall mean this Agreement for claims administration under SBC's disability Plans, including clinical management and return to work advocacy and for administration of SBC's job accommodation process, Agreement No. 00018118, effective on the Effective Date and applying retroactively to July 1, 2001.

2.4 "ASO Fee" means Administrative Services Only fee, a monthly fee charged by Supplier for performance of all or part of the Services hereunder.

2.5 "Business Days" means Monday through Friday, fifty-two (52) weeks a year, excluding the following observed holidays: New Year's Day; Memorial Day; Independence Day; Labor Day; Thanksgiving Day; Day After Thanksgiving; and Christmas Day

2.6 "Cancel" means the act and "Cancellation" means the occurrence of the act by which either party puts an end to this Agreement for breach by the other and its effect is the same as that of "Termination" and, except as otherwise provided for herein, the canceling party also retains any remedy for breach of the whole Agreement or any unperformed balance.

2.7 "Claimant" means (a) an individual who makes a claim for disability benefits under or against the Plans, regardless of whether the individual has satisfied the applicable Plan's requirements with respect to eligibility, election to participate and contributions, if any, required for Plan participation; or (b) an individual who requests a job accommodation due to a disability, regardless of whether the individual has satisfied the disability requirements, as defined by state and/or federal laws, for such accommodation and/or regardless of whether the accommodation would be reasonable under state and/or federal laws. The term "customer" shall be synonymous with "Claimant" in this Agreement.

2.8 "Claimant Service Center" refers to a service center operated by Supplier or provided by Supplier which allows Claimants to obtain certain Plan(s) information, and to the extent applicable to each Plan(s) and Claimant, to effect certain Plan(s) disability claim transactions.

2.9 "Contract Month" means each full or partial calendar month that this Agreement remains in effect, commencing on the effective date.

2.10 "Contract Quarter" means each full or partial calendar quarter that this Agreement is in effect, commencing on the effective date. Contract Quarters shall begin on the first days of January, April, July and October.

2.11 "Contract Year" means each full twelve (12) month period that this Agreement remains in effect commencing on the effective date.

2.12 "Covered Benefit(s)" means the benefit(s) provided under the Plan(s) with respect to which Supplier has been given responsibility to provide Services in accordance with the terms of this Agreement.

2.13 "Covered Employee" means, for purposes of determining Service Fees, any current or former employee of any Affiliate participating in the Plan(s), who has been determined by SBC or the Affiliate to be eligible to participate in the Plan(s).

2.14 "ERISA" means the Employee Retirement Income Security Act of 1974, as amended from time to time, and the temporary and final regulations in effect thereunder issued by the Secretaries of Labor and the Treasury.

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000356

SBC Communications Inc.                                      Agreement No. 00018118
Sedgwick Claims Management Services, Inc.

2.15  "Extranet" means securely interconnected internal, company-owned networks (Intranet) between SBC and Supplier, used to communicate Information to employees and improve business processes by use of secured internal communications (electronic mail), file transfers (e.g. data feeds and reports), remote system management and Internet-enabled processes.

2.16  "Harmful Code" means computer viruses, worms, trap doors, time bombs, undocumented passwords, disabling code (which renders Software unusable until a patch or new password is provided), or any similar mechanism or device.

2.17  "Information" means all ideas, discoveries, concepts, know-how, trade secrets, techniques, designs, specifications, drawings, sketches, models, manuals, samples, tools, computer programs, technical information, and other confidential business, customer or data, whether written, oral or otherwise. "Information" includes "Personally Identifiable Information."

2.18  "Key Performance Service Measurements" shall mean the individual Service requirements by which Supplier's performance under this Agreement is measured.

2.19  "Laws" shall have the meaning specified in the section called "Compliance with Laws."

2.20  "Liability" means all losses, damages, expenses, costs, penalties, fines, fees, including reasonable attorneys' fees, whether or not arising from or incurred in connection with a third party claim or cause of action related to performance or omission of acts under this Agreement.

2.21  "Personally Identifiable Information" means anything which describes, locates or indexes Information about the compensation, disability, vocational qualifications, age, background, personal attributes, medical history, or other personal or employment-related information of a Claimant.

2.22  "Plan" means a document as identified in Attachment D. Any one of these Plan(s) may be referred to individually as a "Plan"

2.23  "Program Material" or "Documentation" means all documentation, including, but not limited to, user instructions and training materials.

2.24  "SBC Eligibility Service Center" refers to the facility that processes eligibility and enrollment data and otherwise functions as a benefit office with respect to SBC benefit plans.

2.25  "SBC Staff" refers to the SBC staff and SBC Disability Operations staff assigned to interface with Supplier in connection with the Services being provided hereunder.

2.26  "Service(s)" means the services required by Attachment A and any and all other labor or service provided in connection with this Agreement, including but not limited to, any incidental provision of Software and Software maintenance.

2.27  "Software" means the computer programs incidentally provided by Supplier under or in connection with this Agreement. Software also includes all associated Program Material.

2.28  "Terminate" means the act and "Termination" means the occurrence of the act by which either party, pursuant to the provisions or powers of this Agreement or laws and regulations, puts an end to this Agreement placed under this Agreement other than for breach. On "Termination" all executory obligations are discharged, but any right based on breach of performance survives except as otherwise provided herein.

---

PROPRIETARY INFORMATION
The Information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

5

DEF000357

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

Agreement No. 00018118

2.29   "Voice Response System" means a system provided by Supplier to Participants allowing account access to make inquiries and/or to complete transactions in accordance with Plan(s) provisions.

Article 3—GENERAL PROVISIONS

### 3.1 Amendments and Waivers

This Agreement may be amended or modified only by a written document signed by the authorized representatives of both parties. No course of dealing or failure of either party to strictly enforce any term, right, or condition of this Agreement shall be construed as a general waiver or relinquishment of such term, right, or condition. A waiver by either party of any default shall not be deemed a waiver of any other default.

### 3.2 Assignment

Neither SBC nor Supplier may assign, delegate, or otherwise transfer its rights or obligations under this Agreement except with the prior written consent of the other party, which consent will not be unreasonably withheld; provided, however, SBC will have the right to assign this Agreement to any Affiliate, without securing the consent of Supplier and both Supplier and SBC may assign its right to receive money due hereunder. Any such attempted assignment or transfer not consented to in writing will be void. It is expressly agreed that any assignment of money will be void if (a) the assignor fails to give the other party hereto at least thirty (30) days prior written notice, or (b) such assignment imposes or attempts to impose upon the other party hereto additional costs or obligations (in addition to the payment of such money) or attempts to preclude SBC from dealing solely and directly with Supplier in all matters pertaining to this Agreement or (c) denies, alters or attempts to alter any of the rights of other party hereto.

### 3.3 Cancellation and Termination

#### 3.3.1 Cancellation

If either party fails to cure a material default under this Agreement within thirty (30) days after written notice, then, in addition to all other rights and remedies, the party not in default may Cancel this Agreement. Notwithstanding anything else in this Agreement, if the material default is a breach of the Compliance with Laws Section of this Agreement, the party not in default may, upon providing written notice, Cancel the Agreement immediately.

#### 3.3.2 Termination

Either party may Terminate this Agreement in whole or in part, at any time, upon prior written notice to the other party, as follows: SBC may terminate this agreement upon one hundred eighty days' prior written notice to Supplier, and Supplier may terminate this Agreement upon one year's prior written notice to SBC. In such event, or if Supplier Cancels this Agreement as a result of SBC's failure to cure a material default, SBC shall pay Supplier its prorated monthly fee up to and including the date of termination and any actual and direct costs incurred to provide the Services provided to SBC through the effective date of such action. In the event that SBC terminates the Agreement prior to June 30, 2004 and Supplier has incurred lease obligations for SBC's Program that extend beyond the date of early termination, SBC agrees to reimburse and make whole Supplier for any rental payments made or to be made for equipment or space under such leases with respect to the period from the date of early termination through June 30, 2004 ("assumed rent"), except for that portion of such assumed rent that Supplier could reasonably reduce by redeploying such space and equipment to the service of Supplier's other accounts, when possible. However, if Supplier is able, pursuant to the terms of its lease agreements, to free itself

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

6

Agreement No. 00018118

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

of its obligations by paying early termination charges in some lesser amount than the amount that SBC would be called upon to pay as assumed rent, then SBC's obligation will be reduced to such lesser amount. If requested, Supplier agrees to substantiate such costs with proof reasonably satisfactory to SBC. In no event shall SBC's liability under this section 3.3.2 exceed the service fees set forth in Attachment B, for the Services provided hereunder. The foregoing statement of SBC's liability states the entire liability of SBC and Supplier's sole remedy for SBC's Termination for convenience, or Supplier's Cancellation for material default.

### 3.3.3 Partial Cancellation and Termination

Where a provision of this Agreement or the applicable Laws permit SBC to Terminate or Cancel the Agreement, such Termination or Cancellation may, at SBC's option, be either complete or partial. In the case of a partial Termination or Cancellation SBC may, at its option, accept a portion of the Services and pay Supplier for such portion of Services at the price shown in Attachment B.

### 3.4 Compliance with Laws

Supplier shall comply with all applicable federal, state, county, and local rules, including without limitation, all statutes, laws, ordinances, regulations and codes ("Laws") relating to the obligations that Supplier has undertaken to perform under this Agreement. Supplier's obligation to comply with all Laws, includes the procurement of permits, certificates, approvals, inspections, and licenses, when needed, in the performance of this Agreement. Supplier further agrees to comply with all applicable Executive and Federal regulations as set forth in "Executive Orders and Associated Regulations," a copy of which is attached as Exhibit A and by reference made a part of this Agreement. Supplier warrants that performance of the Services called for by this Agreement shall not violate any contract of Supplier with third parties, or any third party rights in any United States patent, trademark, service mark, trade secret, or copyright. Supplier shall not use, publish, or release to third parties any Personally Identifiable Information in violation of any Laws respecting privacy. Supplier shall defend, indemnify, and hold SBC harmless from and against any Liability that may be sustained by reason of Supplier's negligent or willful failure to comply with this section. Upon request by SBC, Supplier will provide information regarding its interpretation of the application of and effect of state or federal laws or regulations upon the services provided by Supplier.

### 3.5 Conflict of Interest

Supplier represents and warrants that no officer, employee, contractor or agent of the Plan(s), SBC or Affiliate of SBC has been or will be employed, retained, paid a fee, or otherwise has received or shall receive any personal compensation or consideration by or from Supplier or any of Supplier's officers, employees, contractors or agents in connection with the obtaining, arranging or negotiation of this Agreement or other documents entered into or executed in connection herewith.

### 3.6 Consent to Jurisdiction

Each party agrees that all suits, actions, alternative dispute resolution, and other legal proceedings arising out of or relating to this Agreement, including any action seeking to interpret the provisions of this Agreement, shall be brought in the courts of the State of Texas or of the United States of America located in the State of Texas. The parties hereby consent, each for itself and its Affiliates, to the jurisdiction of such court in any such suit, action or proceeding and waives any objection which it or they may have to the laying of venue and any claim that such suit, action or proceeding has been brought in an inconvenient forum.

---

**PROPRIETARY INFORMATION**

The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000359

SBC Communications Inc.                                    Agreement No. 00018118
Sedgwick Claims Management Services, Inc.

### 3.7  Construction and Interpretation

3.7.1 The language of this Agreement shall in all cases be construed simply, as a whole and in accordance with its fair meaning and not strictly for or against any party. The parties agree that this Agreement has been prepared jointly and has been the subject of arm's length and careful negotiation. Each party has been given the opportunity to independently review this Agreement with legal counsel and other consultants, and each party has the requisite experience and sophistication to understand, interpret, and agree to the particular language of the provisions. Accordingly, in the event of an ambiguity in or dispute regarding the interpretation of this Agreement, the drafting of the language of this Agreement shall not be attributed to either party.

3.7.2 Article, section, or paragraph headings contained in this Agreement are for reference purposes only and shall not affect the meaning or interpretation of this Agreement. The use of the word "include" shall mean "includes, but is not limited to". The singular use of words shall include the plural use and vice versa. Except as otherwise specified, the prices and charges set forth in Attachment B include the price for all related materials or services necessary for SBC to use the Services for their intended purpose, as well as all other Supplier obligations under this Agreement.

### 3.8  Cumulative Remedies

Except as specifically identified as a party's sole remedy, any rights of Cancellation, Termination, liquidated damages, or other remedies prescribed in this Agreement are cumulative and are not exclusive of any other remedies to which the injured party may be entitled. Neither party shall retain the benefit of inconsistent remedies.

### 3.9  Delivery, Performance, and Acceptance

Services performed by Supplier shall be deemed to be Accepted by SBC when Services are performed in strict accordance with this Agreement and to SBC's reasonable satisfaction. Payments, including progress payments, if any, shall not be construed as Acceptance of Services performed up to the time of such payments. SBC shall notify Supplier of any Services considered to be unsatisfactory. Supplier shall, at no charge to SBC, take prompt action to correct such unsatisfactory Services. If such unsatisfactory Services have not been corrected within a reasonable time (not to exceed ten (10) Business Days from date of notification or as otherwise agreed by the parties), SBC may, in addition to all other rights and remedies provided by law or this Agreement, Cancel this Agreement.

### 3.10     Dispute Resolution

#### 3.10.1 Exclusive Procedure

Any dispute arising out of or relating to this Agreement shall be resolved in accordance with the procedures specified in this Section 3.10, which shall be the sole and exclusive procedures for the resolution of any such disputes. Notwithstanding anything to the contrary herein, the parties recognize and agree that each party retains the right to cancel or terminate this Agreement at any time pursuant to paragraph 3.3.

#### 3.10.2 Negotiation Between Executives

Before resorting to other remedies available to them, the parties shall attempt in good faith to resolve any dispute arising out of or relating to this Agreement promptly by negotiation between executives who have authority to settle the controversy and who are at a higher level of management than the persons with direct responsibility for administration of this Agreement. Any party may give the other party written notice of any dispute not resolved in the normal course of business. Within fifteen (15) days after delivery of the

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000360

notice, the receiving party shall submit to the other a written response. The notice and the response shall include (a) a statement of each party's position and a summary of arguments supporting that position, and (b) the name and title of the executive who will represent that party and of any other person who will accompany the executive. Within thirty (30) days after delivery of the disputing party's notice, the executives of both parties shall meet at a mutually acceptable time and place, and thereafter as often as they reasonably deem necessary, to attempt to resolve the dispute. All reasonable requests for information made by one party to the other will be honored.

### 3.10.3  Non-binding Mediation

If the dispute has not been resolved by negotiation as provided herein, the parties shall endeavor to settle the dispute by mediation under the then current Center for Public Resources ("CPR") Model Procedure for Mediation of Business Disputes. The neutral third party will be selected from the CPR Panel of Neutrals, with the assistance of CPR, unless the parties agree otherwise.

### 3.10.4  Litigation

If a dispute has not been resolved by non-binding means as provided herein within ninety (90) days of the initiation of such procedures, either party may initiate litigation; provided, however, that if one party has requested the other to participate in a non-binding procedure and the other has failed to participate, the requesting party may initiate litigation before the expiration of the ninety (90) day period.

### 3.10.5  Confidential Negotiations

All negotiations pursuant to this section 3.10 are confidential and shall be treated as compromise and settlement negotiations for purposes of applicable rules of evidence.

### 3.10.6  Obligation to Continue Performance

Each party is required to continue to perform its obligations under this contract pending final resolution of any dispute arising out of or relating to this Agreement.

### 3.11  Entire Agreement

The terms contained in this Agreement, including all Attachments, Exhibits, and subordinate documents attached to or referenced in this Agreement, constitute the entire integrated Agreement between Supplier and SBC with regard to the subject matter.  This Agreement will supersede all prior oral and written communications, agreements, and understandings of the parties, if any, with respect hereto.

### 3.12  Force Majeure

3.12.1  Neither party shall be deemed in default of this Agreement to the extent that any delay or failure in the performance of its obligations results from any cause beyond its reasonable control and without its fault or negligence, such as acts of God, acts of civil or military authority, embargoes, epidemics, war, riots, insurrections, fires, explosions, earthquakes, floods, unusually severe weather conditions, or strikes ("Force Majeure").

3.12.2  If any Force Majeure condition affects Supplier's ability to perform, Supplier shall give immediate notice to SBC and SBC may elect either to: (1) Terminate the Agreement or any part thereof, (2) suspend the Agreement, in whole or in part, for the duration of the Force Majeure condition, and resume performance once the Force Majeure condition ceases, or (3) extend the term of the Agreement up to the length of time the Force Majeure condition endured.  Unless SBC gives written

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000361

SBC Communications Inc.                                    Agreement No. 00018118
Sedgwick Claims Management Services, Inc.

notice within thirty (30) days after being notified of the Force Majeure condition, the option to suspend the Agreement as provided in (2) shall be deemed selected.

### 3.13  Governing Law

This Agreement and performance hereunder shall be governed by the laws of the State of Texas exclusive of its choice of laws provisions to the extent such laws have not been preempted by ERISA and other applicable federal law.

### 3.14  Indemnity

3.14.1  SUPPLIER SHALL INDEMNIFY, DEFEND, AND HOLD HARMLESS SBC (INCLUDING ITS AGENTS, EMPLOYEES, OFFICERS, DIRECTORS AND BENEFIT PLAN) FROM AND AGAINST ANY AND ALL LIABILITY FOR ANY

(A)  BODILY INJURY TO OR DEATH OF ANY PERSON,

(B)  DAMAGE TO ANY PROPERTY, INCLUDING THEFT,

(C)  CIVIL FINES AND PENALTIES,

(D)  DAMAGES ARISING FROM SUPPLIER'S OBLIGATIONS UNDER THE SECTION ENTITLED "COMPLIANCE WITH LAWS"

INCURRED, RESULTING FROM, OR ARISING OUT OF THE NEGLIGENT ACTS OR OMISSIONS OF THE SUPPLIER (INCLUDING ANY OF ITS AGENTS, OR SUBCONTRACTORS BUT EXCEPTING THE NEGLIGENCE OR MISCONDUCT OF SBC OR ITS EMPLOYEES) IN FURNISHING THE SERVICES, PROVIDED THAT SUCH LIABILITY DOES NOT ARISE OUT OF OR RELATE TO SBC's OWN ACTIONS OR OMISSIONS OR ORAL OR WRITTEN INSTRUCTIONS. PROCEDURES OR FORMS SUPPLIED BY SBC. SUPPLIER SHALL NOT BE RESPONSIBLE FOR MISTAKES OF JUDGMENT OR OTHER ACTIONS TAKEN IN GOOD FAITH (INCLUDING BENEFITS ERRONEOUSLY PAID) UNLESS SUCH ERROR RESULTS DIRECTLY FROM A NEGLIGENT ACT.

3.14.2  If Supplier is named as a party to any litigation or proceeding, or is the subject of any claim or demand because of its actions on behalf of SBC, SBC agrees to indemnify, defend, and hold Supplier harmless from any and all losses, damages, costs, judgments and expenses (including attorneys fees and costs) with respect to any such litigation, proceeding, claim or demand, unless and until a finding is entered to the effect that Supplier failed to exercise such reasonable care in the performance of its obligations hereunder.

3.14.3  If SBC's access to Supplier's on-line data management system and the data contained therein includes the ability to add and modify certain claims data, then Supplier shall not be required to verify, or otherwise be responsible for, the accuracy of data added or modified by SBC.

3.14.4  Each party agrees to notify the other within a reasonable time of any written claims or demands against it for which the demanding party believes the other party is responsible under this Article. The party providing defense and indemnification shall (a) keep the other party fully informed as to the progress of such defense, and (b) afford the other party, at its own expense, an opportunity to participate in the defense or settlement of any such claim.

3.14.5  It is understood and agreed that if SBC retains administration of a claim, SBC will indemnify, defend, and hold Supplier harmless from the losses, damages, costs, judgments and expenses (including attorneys fees and costs) as a result of any litigation or proceeding, fines, penalties,

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000362

SBC Communications Inc.                                    Agreement No. 00018118
Sedgwick Claims Management Services, Inc.

revocation of license, or any other state regulatory investigation or action arising against Supplier from SBC's acts or omissions in administering such claim.

3.14.6   The terms and conditions of this section shall survive any termination of the Agreement.

### 3.15   Information of SBC

Any Information furnished to Supplier (whether by SBC, by a Claimant, or by the treating physician of a Claimant) in connection with this Agreement, including Information provided under a separate Non Disclosure Agreement in connection with discussion prior to executing this Agreement, shall remain SBC's property. Unless such Information was previously known to Supplier free of any obligation to keep it confidential, or has been or is subsequently made public by SBC or a third party, without violating a confidentiality obligation, it shall be kept confidential by Supplier, shall be used only in performing under this Agreement, and may not be used for other purposes except as may be agreed upon between Supplier and SBC in writing. Supplier is granted no rights or license to such Information. All copies of such Information, in written, graphic or other tangible form, shall be returned to SBC upon the earlier of (i) SBC's request or (ii) upon Termination, Cancellation, or expiration of this Agreement. SBC acknowledges and agrees that Supplier may disseminate any Information in response to a subpoena or other court order. Supplier will provide timely notice of such subpoena or court order to SBC.

### 3.16   Information of Supplier

Any Information furnished to SBC under this Agreement shall remain Supplier's property, except that any compilation Supplier may make of Information obtained under Section 3.15 (Information of SBC) shall be the property of SBC and Supplier. Except for such compilations, no Information furnished by Supplier to SBC in connection with this Agreement shall be considered to be confidential or proprietary to either party unless it is conspicuously marked as confidential or proprietary. If Supplier furnishes SBC with any of its own proprietary or confidential Information which is conspicuously so marked, SBC shall use the same degree of care to prevent its disclosure to others as SBC uses with respect to its own proprietary or confidential.

### 3.17   Infringement

3.17.1   Supplier agrees to indemnify and hold SBC harmless from and against any Liability (including increased damages for willful infringement) that may result by reason of any infringement, or claim of infringement, of any U.S. patent, trademark, service mark copyright, or any misappropriation of any trade secret of third party, arising from the Services furnished to SBC, except to the extent that such claim arises from Supplier's compliance with SBC's detailed instructions.

3.17.2   Supplier represents and warrants that it has made reasonable independent investigation to determine the legality of its right to provide the Services as specified in this Agreement.

3.17.3   If an injunction or order is obtained against SBC's use of any Service, or, if, in Supplier's opinion, any Service is likely to become the subject of a claim of infringement or misappropriation, Supplier will, at its expense:

(a)   Procure for SBC the right to continue using the Service; or

(b)   After consultation with SBC, modify the Service to make it a substantially similar, functionally equivalent, non-infringing Service. If it is not possible to achieve either result allowed under clause (a) or (b), in addition to SBC's other rights, SBC may Cancel the Agreement and require Supplier to refund any charges paid by SBC.

---

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

11

DEF000363

SBC Communications Inc.                                        Agreement No. 00018118
Sedgwick Claims Management Services, Inc.

   3.17.4  In no event will SBC be liable to Supplier for any charges after the date that SBC no longer uses any Service because of actual or claimed infringement or misappropriation.

   3.17.5  Supplier agrees to defend or settle, at its own expense, any action or suit for which it is responsible under this section. SBC agrees to notify Supplier promptly of any claim of infringement and cooperate in every reasonable way to facilitate the defense. Supplier shall afford SBC, at its own expense, an opportunity to participate on an equal basis with Supplier in the defense or settlement of any such claim.

   3.18     Insurance

   3.18.1  With respect to performance of this Agreement, and in addition to Supplier's obligation to indemnify, Supplier agrees to maintain, at all times during the term of this Agreement, the following minimum insurance coverages and limits and any additional insurance and/or bonds required by law:

        (a) Workers' Compensation insurance with benefits afforded under the laws of the state in which the Services are to be performed and Employers Liability insurance with minimum limits of $100,000 for Bodily Injury-each accident, $500,000 for Bodily Injury by disease-policy limits and $100,000 for Bodily Injury by disease-each employee.

        (b) Commercial. General Liability insurance with minimum limits of: $2,000,000 General Aggregate limit; $1,000,000 each occurrence sub-limit for all bodily injury or property damage incurred in any one occurrence; $1,000,000 each occurrence sub-limit for Personal Injury and Advertising; $2,000,000 Products/Completed Operations Aggregate limit, with a $1,000,000 each occurrence sub-limit for Products/Completed Operations. Fire Legal Liability sub-limits of $300,000 are required for lease agreements. SBC and its Affiliated companies will be named as an Additional Insured on the Commercial General Liability policy.

        (c) If use of a motor vehicle is required, Automobile Liability insurance with minimum limits of $1,000,000 combined single limits per occurrence for bodily injury and property damage, which coverage shall extend to all owned, hired, and non-owned vehicles.

        (d) SBC requires that companies affording insurance coverage have a B+ VII or better rating, as rated in the A.M. Best Key rating Guide for Property and Casualty Insurance Companies.

   3.18.2  A certificate of insurance stating the types of insurance and policy limits provided the Supplier must be received prior to commencement of any work. If a certificate is not received, Supplier hereby authorizes SBC, and SBC has the right, but not the duty, to obtain insurance on behalf of Supplier as specified in this section. SBC will either invoice Supplier for the costs incurred to so acquire insurance or will reduce by an applicable amount any amount owed to Supplier.

   3.18.3  The cancellation section on the certificate of insurance will read as follows:

"Should any of the above described policies be canceled or materially changed, the issuing company will endeavor to mail 30 days written notice to the certificate holder."

   3.18.4  In lieu of any or all of the above insurance, Supplier may be self-insured. In such event, Supplier shall provide documentation of the amount of self-insurance and of fiscal responsibility to SBC. Such documentation shall include, but not be limited to, a letter satisfactory to SBC, which shall provide coverage equivalent to the provisions of this section and shall be signed by an officer of Supplier. SBC may subsequently require updated documentation and/or assurance of fiscal responsibility. If

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000364

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.                    Agreement No. 00018118

Supplier subsequently becomes insured, Supplier shall notify SBC and comply with all the provisions of this Section.

### 3.19    Invoicing and Payment

3.19.1    Supplier shall render invoices monthly, in advance, in a form acceptable to both parties, for all Services performed. SBC shall pay Supplier within thirty (30) calendar days following receipt of the invoice and appropriate supporting documentation (e.g., applicable SBC Billing Detail and SBC Summary Report). SBC shall pay Supplier in accordance with the service fees set forth in Attachment B within thirty (30) days of the date of receipt of the invoice. In either case, Sedgwick CMS will provide SBC with an additional grace period of 15 days including written advanced notification before incurring any late payment fees. Payment for Services not conforming to the Agreement, and portions of any invoice in dispute, may be withheld by SBC until such dispute has been resolved or such nonconformity has been corrected. If SBC disputes any invoice rendered or amount paid, SBC shall so notify Supplier. The parties shall use their best efforts to resolve such dispute expeditiously. Invoices received by SBC from Supplier or invoices inquiries by SBC more than one (1) year after the performance of Services are untimely and neither party shall have an obligation to pay or adjust such invoices.

3.19.2    All claims for money due or to become due from SBC will be subject to deduction by SBC for any setoff or counterclaim for money due or to become due from Supplier, whether under this Agreement or otherwise. Any undisputed amount due SBC that is not so applied against Supplier's invoices for any reason shall be paid to SBC by Supplier within thirty (30) days after written demand by SBC.

### 3.20    Licenses and Patents

No licenses, express or implied, under any patents, copyrights, trademarks, or other intellectual property rights are granted by SBC to Supplier under this Agreement. No license, express or implied, under any patents, copyrights, trademarks, or other intellectual property rights are granted by Supplier to SBC under this Agreement.

### 3.21    Limitation of Liability

SBC will not be liable for consequential, incidental, special, or punitive damages, or for loss of revenue or profit in connection with the performance or failure to perform this Agreement regardless whether such liability arises from breach of contract, tort, or any other theory of liability.

### 3.22    Liquidated Damages

3.22.1    Upon discovery of any information indicating a reasonable certainty that Services will not be performed before the scheduled date, Supplier shall notify SBC and provide information relating to the estimated length of delay. The parties shall work jointly toward resolution of a plan to resolve the delayed performance.

3.22.2    The adjustments provided in Attachment C, including adjustments for delay, are stipulated liquidated damages for any failure to meet the Key Service Performance Measurements. No payments, progress or otherwise, made by SBC to Supplier after any scheduled date shall constitute a waiver of liquidated damages.

### 3.23    Minority Business Enterprise/Woman Business Enterprise/Disabled Veteran Business Enterprise (MBE/WBE/DVBE) and Exhibit

PROPRIETARY INFORMATION
The Information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000365

Agreement No. 00018118

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

3.23.1  Supplier commits to support SBC's corporate goals for the participation of M/WBE and DVBE firms (as defined in the Section entitled "MBE/WBE/DVBE Cancellation Clause, as follows: 15% annual MBE participation; 5% WBE participation, 1.5% annual DVBE participation.  Effective March 1, 2003, Supplier's support of SBC's corporate goals shall include the development, implementation, and maintenance of a Supplier diversity program as described in the attached Supplier Participation Plan. The Supplier's specific goals are further set forth in the attached Exhibit B-1.  These goals apply to all annual expenditures pursuant to this Agreement with Supplier.

3.23.2  Attached hereto and incorporated herein as Exhibit B1 is Supplier's completed Participation Plan outlining its M/WBE-DVBE goals and specific and detailed plans to achieve those goals.  Supplier will submit an updated Participation Plan annually by the first week in January.  Supplier will submit M/WBE-DVBE Result Reports quarterly by the end of the first week following the close of each quarter, using the form attached hereto and incorporated herein as Exhibit B2.  Participation Plans and Results Reports will be submitted to SBC's Prime Supplier Results Manager.

## 3.24  MBE/WBE/DVBE Cancellation Clause

3.24.1  Supplier agrees that falsification or misrepresentation of, or failure to report a disqualifying change in, the MBE/WBE/DVBE status of Supplier or any subcontractor utilized by Supplier, or Supplier's failure to comply in good faith with any MBE/WBE/DVBE utilization goals established by Supplier; or Supplier's failure to cooperate in any investigation conducted by SBC, or by SBC's agent, to determine Supplier's compliance with this section, will constitute a material breach of this Agreement.  In the event of any such breach, SBC may, at its option, Cancel this Agreement upon twenty (20) day's notice.  Supplier acknowledges and agrees that SBC's right to cancel is absolute and unconditional, and SBC shall not be subject to liability, nor shall Supplier have any right to suit for damages, as a result of such cancellation.

3.24.2  For Services under this Agreement for Plan(s) of Pacific Bell, Pacific Bell Directory, Pacific Bell Information Services, Pacific Bell Communications, and any other entity operating principally in California (collectively "California Affiliates"), Minority and Women Business Enterprises (MBEs/WBEs) are defined as businesses which satisfy the requirements of paragraph 3.24.3. below and are certified as MBEs/WBEs by the California Public Utilities Commission Clearinghouse ("CPUC-certified").  For Services under this Agreement for Plan(s) of entities that are not a California Affiliate, MBEs/WBEs are defined as businesses, which satisfy the requirements of, paragraph 3.24.3. below and are either CPUC-certified or are certified as MBEs/WBEs by a certifying agency recognized by SBC.

3.24.3  MBEs/WBEs must be at least fifty-one percent (51%) owned by a minority individual or group or by one or more women (for publicly-held businesses, at least fifty-one percent (51%) of the stock must be owned by one or more of those individuals), and the MBEs/WBEs' management and daily business operations must be controlled by one or more of those individuals, and these individuals must be either U.S. citizens or legal aliens with permanent residence status.  For the purpose of this definition, minority group members include male or female Asian Americans, Black Americans, Filipino Americans, Hispanic Americans, Native Americans (i.e., American Indians, Eskimos, Aleuts and Native Hawaiians), Polynesian Americans, and multi-ethnic (i.e., any combination of MBEs and WBEs where no one specific group has a fifty-one percent (51%) ownership and control of the business, but when aggregated, the ownership and control combination meets or exceeds the fifty-one percent (51%) rule).  "Control" in this context means exercising the power to make policy decisions. "Operate" in this context means actively involved in the day-to-day management of the business and not merely acting as officers or directors.

3.24.4  For Services under this Agreement for Plan(s) of California Affiliates, Disabled Veteran Business Enterprises (DVBEs) are defined as business concerns that satisfy the requirements of paragraph 3.24.5. below and are certified as DVBEs by the California State Office of Small and Minority

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000366

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

Agreement No. 00018118

Business (OSMB). The DVBE must be a resident of the State of California, and must satisfy the requirements of paragraph 3.24.5 below. For Services under this Agreement for Plan(s) of entities that are not a California Affiliate, DVBEs are defined as any business concern that satisfies the requirements of paragraph 3.24.5. below and is either a defined DVBE for purchases by California Affiliates, or is certified as a DVBE by a certifying agency recognized by SBC.

3.24.5  The DVBE must be (1) a sole proprietorship at least fifty-one percent (51%) owned by one or more disabled veterans; or (2) a publicly-owned business in which at least fifty-one percent (51%) of the stock is owned by one or more disabled veterans; or (3) a subsidiary which is wholly owned by a parent corporation, but only if at least fifty-one percent (51%) of the voting stock of the parent corporation is owned by one or more disabled veterans; or (4) a joint venture in which at least fifty-one percent (51%) of the joint venture's management and control and earnings are held by one or more disabled veterans. In each case, the management and control of the daily business operations must be by one or more disabled veterans. A disabled veteran is a veteran of the military, naval or air service of the United States with a service-connected disability. "Management and control" in this context means exercising the power to make policy decisions and actively involved in the day-to-day management of the business and not merely acting as officers or directors.

### 3.25  Non-Exclusive Market

It is expressly understood and agreed that this Agreement does not grant Supplier an exclusive privilege to provide to SBC any services of the type described in this Agreement. It is, therefore, understood that SBC may contract with other suppliers for the procurement or trial of comparable services and that SBC may itself perform the type of services described here.

### 3.26  Notices

Except as otherwise provided in this Agreement, all notices or other communications hereunder shall be deemed to have been duly given when made in writing and either 1) delivered in person, or 2) when received, if provided by an overnight or similar delivery service, or 3) when received, if deposited in the United States Mail, postage prepaid, return receipt requested, and addressed as follows:

To Supplier:
David A. North, President and CEO
Sedgwick Claims Management Services, Inc.
1100 Ridgeway Loop Road
Memphis, TN 38120

With a copy to
General Counsel
Sedgwick Claims Management Services, Inc.
1100 Ridgeway Loop Road
Memphis, TN 38120

To SBC:
Jeff Mains, Executive Director, Retirement and Disability Operations
SBC Communications Inc.
8000 IH-10 West, Room 8-H-80
San Antonio, TX 78230

With a copy to
SBC Procurement:
Executive Director, Procurement
SBC Services, Inc.
2600 Camino Ramon, Room 4E451
San Ramon, CA 94583

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

15

DEF000367

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

Agreement No. 00018118

The address to which notices or communications may be given by either party may be changed by written notice given by such party to the other pursuant to this paragraph entitled "Notices".

### 3.27 Publicity

Supplier shall not use SBC's name or any language, pictures, or symbols which could, in SBC's judgment, imply SBC's identity or endorsement by SBC or any of its employees in any (a) written, electronic, or oral advertising or presentation or (b) brochure, newsletter, book, electronic database, or other written material of whatever nature, without SBC's prior written consent (hereafter the terms in this section (a) and (b) shall be collectively referred to as "publicity matters"). Supplier will submit to SBC for written approval, prior to publication, all publicity matters that mention or display SBC's name and/or marks or contain language from which a connection to said name and/or marks may be inferred or implied.

### 3.28 Records and Audits

3.28.1 Supplier will maintain complete and accurate records related to the Services provided by Supplier to SBC, including records of all claims, case notes and amounts billable to and payments made by SBC in accordance with generally accepted accounting principles and practices, uniformly and consistently applied in a format that will permit audit;

3.28.2 In the event Supplier provides Extranet services and other relative information under this Agreement, SBC shall have the right at any time to monitor and/or audit any Extranet servers used for this purpose.

3.28.3 Supplier agrees that SBC shall have the right to conduct on its own, or through its third party accredited representatives, full and comprehensive inspections or audits of Supplier, and any of Supplier's subcontractors or suppliers for the services used in the performance of Services hereunder. SBC's audit rights shall extend to the areas described in paragraph 3.27.4 below and shall apply regardless of whether the applicable aspect of Service to be audited is performed by Supplier or by any of Supplier's subcontractors or suppliers.

3.28.4 SBC reserves the right to audit the following: 1) Supplier's administration of the SBC's Plan(s), including payments issued to Claimants under the Plan(s), compliance with Plan provisions and compliance with ERISA; 2) all aspects of Supplier's claims processing and payment procedures as they relate to SBC's Program, including but not limited to the details of plan provisions and online tools defining benefit used in administering claims (this may include an audit of the claims journey from the date Supplier first receives a claim through the date that Supplier renders a claim payment to the participant, facility, or provider); 3) handling of inquiries and provision of information concerning the Plan, 4) Supplier's loading, quality checks, updating, and use of eligibility data; 5) billing or other transactional detail; 6) Supplier's tracking and calculation of other performance measurements, and any systems used in conjunction therewith; 7) Supplier's handling of Claimant appeals: receipt, processing, investigation, and response; 8) Supplier's implementation and/or transition activities; 9) Supplier's database records; 10) performance monitoring of Supplier or its subcontractors, 11) Supplier's quality assurance program; 12) fees or other charges invoiced by, or paid to, Supplier; 13) any other aspect relevant to Supplier's performance of Services, including, but not limited to, administration of SBC's job accommodations process.

3.28.5 Should SBC request an audit whether on Supplier's premises, the premises of Supplier's subcontractors, or otherwise, Supplier, or its subcontractor, shall make available all pertinent records, data, information, and files to SBC to facilitate an expeditious and thorough audit. SBC will not be held responsible for reasonable time or miscellaneous costs incurred by Supplier or its subcontractor

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

16

DEF000368

SBC Communications Inc.                                    Agreement No. 00018118
Sedgwick Claims Management Services, Inc.

in association with any audit including, but not limited to, the costs associated with providing sample audit reports, preparation for the audit, systems access, or space. SBC will be responsible for all other costs associated with any audit. All audits conducted on Supplier's premises or the premises of Supplier's subcontractors, shall be during normal business hours. SBC shall provide at least thirty (30) days advance notice in writing when it desires to perform an audit under this Agreement.

3.28.6  Supplier will maintain complete and accurate records related to the Services provided hereunder in accordance with generally accepted accounting principles and practices, uniformly and consistently applied in a format that will permit audit. Supplier will retain such records and reasonable billing detail in accordance with all applicable laws and the requirements of this Agreement.

3.28.7  In the event of an audit or inquiry concerning disputed charges, or payments made to Supplier, Supplier will provide reasonable supporting documentation to SBC as soon as possible but no later than thirty (30) calendar days after receipt of written notification by SBC of such dispute.

3.28.8  Supplier may require SBC's representatives to enter into a nondisclosure agreement with reasonable and customary terms in connection with any inspection or audit. SBC's audit rights as expressed above in this Section entitled "Record and Audits" expressly survive the expiration, Termination or Cancellation of this Agreement.

### 3.29    Severability

If any provision or any part of provision of this Agreement shall be invalid or unenforceable, such invalidity or non-enforceability shall not invalidate or render unenforceable any other portion of this Agreement. In such event, the entire Agreement will be construed as if it did not contain the particular invalid or unenforceable provision(s) and the rights and obligations of the Supplier and SBC will be construed and enforced accordingly.

### 3.30    Survival of Obligations

Obligations and rights in connection with this Agreement which by their nature would continue beyond the Termination, Cancellation or expiration of this Agreement, including those in the sections entitled "Compliance With Laws," "Infringement," "Indemnity," "Publicity," "Records and Audits," "Severability," "Information," "Independent Contractor," and "Warranty," will survive the Termination, Cancellation, or expiration of this Agreement.

### 3.31    Taxes

3.31.1  Supplier may invoice SBC the amount of any federal excise taxes or state or local sales taxes imposed upon the sale of Material or provision of Services as separate items, if applicable, listing the taxing jurisdiction imposing the tax. Installation or labor charges must be separately stated. SBC agrees to pay all applicable taxes to Supplier, which are stated on and at the time the Material or Service invoice is submitted by Supplier. Supplier agrees to remit taxes to the appropriate taxing authorities.

3.31.2  Supplier agrees to pay, and to hold SBC harmless from and against, any penalty, interest, additional tax, or other charge that may be levied or assessed as a result of the delay or failure of Supplier, for any reason, to pay any tax or file any return or information required by law, rule or regulation or by this Agreement to be paid or filed by Supplier. Supplier agrees to pay and to hold SBC harmless from and against any penalty or sanction assessed as a result of Supplier doing business with any country subject to U.S. trade restrictions.

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

17

DEF000369

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

Agreement No. 00018118

3.31.3  Upon SBC's request, the parties shall consult with respect to the basis and rates upon which Supplier shall pay any taxes for which SBC is obligated to reimburse Supplier under this Agreement. If SBC determines that in its opinion any such taxes are not payable or should be paid on a basis less than the full price or at rates less than the full tax rate, Supplier shall make payment in accordance with such determinations and SBC shall be responsible for such determinations. If collection is sought by the taxing authority for a greater amount of taxes than that so determined by SBC, Supplier shall promptly notify SBC. Supplier shall cooperate with SBC in contesting such determination, but SBC shall be responsible and shall reimburse Supplier for any tax, interest, or penalty in excess of its determination. If SBC desires to contest such collection, SBC shall promptly notify Supplier. If SBC determines that in its opinion it has reimbursed Supplier for sales or use taxes in excess of the amount which SBC is obligated to reimburse Supplier, SBC and Supplier shall consult to determine the appropriate method of recovery of such excess reimbursements. Supplier shall credit any excess reimbursements against tax reimbursements or other payments due from SBC if and to the extent Supplier can make corresponding adjustments to its payments to the relevant tax authority. At SBC's request, Supplier shall timely file any claims for refund and any other documents required to recover any other excess reimbursements, and shall promptly remit to SBC all such refunds (and interest) received.

3.30.4  If any taxing authority advises Supplier that it intends to audit Supplier with respect to any taxes for which SBC is obligated to reimburse Supplier under this agreement, Supplier shall (1) promptly so notify SBC, (2) afford SBC an opportunity to participate on an equal basis with Supplier in such audit with respect to such taxes and (3) keep SBC fully informed as to the progress of such audit. Each party shall bear its own expenses with respect to any such audit, and the responsibility for any additional tax, penalty or interest resulting from such audit shall be determined in accordance with the applicable provisions of this Section. Supplier's failure to comply with the notification requirements of this section shall relieve SBC of its responsibility to reimburse Supplier for taxes only if Supplier's failure materially prejudiced SBC's ability to contest imposition or assessment of those taxes.

### 3.32  Term of Agreement

This Agreement shall become effective on the Effective Date, and, unless Terminated or Canceled as provided in this Agreement per paragraph 3.3 Termination and Cancellation, shall remain in effect until June 30, 2004. If Supplier should fail to perform its obligations then SBC may elect to cancel the Agreement of any part thereof. The term of this Agreement shall expire on June 30, 2004, whether or not the Effective Date has been extended as provided above. This agreement is effective on the Effective Date, but shall apply retroactively to July 1, 2001.

### 3.33  Services Warranty; Price Warranty; No Litigation Warranty

3.33.1  Supplier warrants to SBC that any Services provided hereunder will be performed with care, skill and diligence in accordance with applicable standards currently recognized in Supplier's profession or industry and to SBC's satisfaction. If Supplier fails to meet applicable professional standards, Supplier will, without additional compensation, promptly correct or revise any errors or deficiencies in the Services furnished hereunder.

3.33.2  Supplier warrants that the prices or fees set forth or incorporated via reference in this Agreement are not less favorable than those currently extended to its other customers for the same or similar services, during the term hereof.

3.33.3  Supplier represents and warrants that: There are no actions, suits, or proceedings, pending or threatened, which will have a material adverse effect on Supplier's ability to fulfill its obligations under this Agreement; it will immediately notify SBC if, during the term of this Agreement, Supplier becomes aware of any action, suit, or proceeding, pending or threatened, which may have a material adverse effect on Supplier's ability to fulfill the obligations under this Agreement; it has all

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

18

DEF000370

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

Agreement No. 00018118

necessary skills, rights, financial resources, and authority to enter into this Agreement and to provide or license the Services, including that the Services will not infringe any U.S. patent, trademark, service mark, copyright, or other intellectual property; no consent, approval, or withholding of objection is required from any entity, including any governmental authority with respect to the entering into or the performance of this Agreement; the Services will be provided free of any lien or encumbrance of any kind; it will be fully responsible and liable for all acts, omissions, and work performed by any of its representatives, including any subcontractor; that all representatives, including subcontractors, will strictly comply with the provisions specified in this Agreement; and it will comply with the terms of this Agreement, including those specified in the Attachments and Exhibits.

3.33.4   All warranties will survive acceptance of Services, payment and use.  These warranties will be in addition to all other warranties, express, implied, or statutory.  Supplier will defend, indemnify, and hold SBC harmless for a breach of these warranties.

3.33.5   If at any time during the term of this Agreement SBC believes there is a breach of any warranty, SBC will notify Supplier setting forth the nature of such claimed breach.  Supplier shall promptly investigate such claimed breach and shall either 1) provide information reasonably satisfactory to SBC that no breach of warranty in fact occurred or 2) at no additional charge to SBC, promptly use its best efforts to take such action as may be required to correct such breach.

3.33.6   If a breach of warranty has not been corrected within a commercially reasonable time, or if two or more breaches of warranty occur in any sixty- (60) day period, SBC may Cancel this Agreement.

### 3.34   Crisis Management

Supplier and SBC will maintain a fully documented Crisis Management Plan dealing with both natural and manmade disasters.  This Crisis Management Plan will include reactions to any adverse publicity in which SBC is involved.

### 3.35   Project Management

Both parties will provide a project management team for any reasonable purpose that the parties agree upon.  Project management functions should include identification of tasks, responsibility assignment, tracking of progress and reporting of status/results in regards to SBC's program.

### 3.36   Reporting

Reports regarding SBC's claims data in Supplier's computer system(s) will be designed with input and approval from SBC.  SBC will have the reasonable ability to suggest changes to requested reports without additional charge for programming.  Ad hoc reports should be done in a timely manner.

### 3.37   Training

Supplier will provide all necessary training to its employees and sub-contractors in order to meet its obligations under the contract.  SBC will be able to provide input and/or participate in training as requested.

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000371

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

Agreement No. 00018118

### Article 4-ADDITIONAL PROVISIONS

#### 4.1  Access

##### 4.1.1    Plant and Work Rules

Each party's employees and agents will, while on the premises of the other or at any other location while performing Services under this Agreement for SBC, comply with all SBC rules and policies, including its "Code of Business Conduct", a copy of which is available upon request and  which prohibits the possession of any weapon or implement that might be used as a weapon on SBC properties.  Either party will have the right to have the other party remove and replace personnel that in its opinion are not conforming to its rules or policies.

##### 4.1.2    Releases Void

Neither party shall require waivers or releases of any personal rights from representatives of the other in connection with visits to its premises and no such releases or waivers shall be pleaded by either party in any action or proceeding.

#### 4.2  Amendments to Laws

Any reference to a section of ERISA or other Laws, or to any regulation or administrative pronouncement thereunder, shall be deemed to include a reference to any amendment thereof and any successor provision thereto.

#### 4.3  Banking Arrangements

4.3.1 SBC shall establish and maintain a demand deposit account ("SBC Account") in its name at Bank of America. This bank account will be funded monthly by SBC based on the total dollar amount of benefit payments issued by Supplier and communicated as such to SBC.  SBC will provide SBC Account information and payment instructions to Supplier.  Long Term Disability payments issued by Supplier shall be payable through the SBC Account. The SBC Account will be set up for positive pay and be able to receive either Federal Wire or automated clearinghouse (ACH) electronic payments.  Supplier shall be responsible for reconciling the SBC Account monthly.

4.3.2 As of January 1, 2003, SBC will initially fund the SBC Account based on an estimate jointly developed by SBC and Supplier to cover the first month's Long Term Disability payments. Thereafter, funding will occur as outlined in 4.3.1 above.

4.3.3 It is expressly understood that Supplier shall not be required to advance its own funds to pay losses, benefits or expenses pursuant to the fulfillment of its obligations hereunder.  The Supplier will have no obligation to pay claims if there are no available funds in the SBC Account.

4.3.4 Supplier shall provide to SBC a report of outstanding checks on the SBC Account forty-five (45) calendar days after the close of the month under report.  Supplier shall utilize this amount to reconcile the outstanding balance in the SBC Account.  Every six (6) months, Supplier shall place in house stop payment on checks outstanding over six (6) months old and provide this summary to SBC in order to true up the SBC Account.

4.3.5 At expiration, Cancellation or Termination of this Agreement, Supplier agrees to keep the SBC Account open for a period determined by SBC.  The period shall be coterminous with any claims run-out period specified in the SBC benefit Plan(s) under which benefit payments are made, or as otherwise agreed to by SBC and Supplier.

**PROPRIETARY INFORMATION**
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

20

DEF000372

SBC Communications Inc.                                     Agreement No. 00018118
Sedgwick Claims Management Services, Inc.

4.3.6 Supplier shall provide SBC a statistical summary recap report (5) five business days prior to last day of the month that will summarize SBC's liability for payroll taxes, wage garnishments, direct deposits and net of checks. Taxes and wage garnishments will be impounded the day before check issue date.

### 4.4  Continuation and Transition Services

#### 4.4.1 Continuation of Existing Claim Services

In the event of Cancellation, Termination or expiration of this Agreement, Supplier shall continue to furnish Services for all claims incurred by, or first arising with respect to, any Claimant on or before the effective date of said Termination or expiration provided that SBC shall continue to fund payment of such claims and payment of any service fees, if applicable.  Such claims shall be serviced by Supplier, through and including final disposition by a court or otherwise, on the same terms and conditions (including, without limitation, payment for such claims by SBC) as shall be in effect as of 11:59 p.m. Central Standard Time (or Daylight Time, if applicable) on the day before the said effective date of Cancellation, Termination or expiration; provided, however, that SBC may notify Supplier in writing that such Services are not required, in which case all of the obligations hereunder shall cease when the Agreement is Cancelled or Terminated or expires.

#### 4.4.2  Transfer Assistance

Upon Cancellation, Termination or expiration of this Agreement, Supplier shall provide any reasonable assistance which may be requested by SBC ("Transfer Assistance") to allow SBC and the succeeding provider of the Services to continue uninterrupted Services to the Claimants.  Such Transfer Assistance shall be provided at reasonable and customary hourly rates, as mutually agreed by the parties.  Supplier shall attempt to provide SBC with an itemized estimate of transfer activities required and associated costs at least twenty (20) calendar days after request by SBC or otherwise as agreed to by the parties.

### 4.5      Fiduciary Status

Supplier shall carry out its duties and responsibilities hereunder in accordance with the provisions of applicable Laws. In addition, to the extent that the provision by Supplier of Services would constitute it a fiduciary under the Employee Retirement Income Security Act of 1974 ("ERISA"), Supplier shall comply with all applicable fiduciary provisions of ERISA, including but not limited to Section 3(16)(A) of ERISA and as the named fiduciary for the review of denied claims under this Agreement within the meaning of Section 503(2) of ERISA.  No guidelines or directions duly issued to Supplier by SBC shall operate or be interpreted to relieve Supplier of any fiduciary responsibility.

### 4.6      Independent Contractor

Supplier hereby represents and warrants to SBC that:

4.6.1      Supplier is engaged in an independent business and will perform all obligations under this Agreement as an independent contractor;

4.6.2      Supplier's personnel performing Services shall be considered solely the employee personnel of Supplier and not employees or agents of SBC;

4.6.3      Supplier has and retains the right to exercise full control of and supervision over the performance of the Services and full control over the employment, direction, assignment, compensation, and discharge of all personnel performing the Services;

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000373

SBC Communications Inc.                                     Agreement No. 00018118
Sedgwick Claims Management Services, Inc.

4.6.4    Supplier is solely responsible for all matters relating to compensation, including payment of premium pay for overtime, of all Suppliers' personnel who perform Services. Supplier will pay all employee compensation and related taxes and benefits from its own accounts, without regard to any dispute concerning SBC's liability for payment to Supplier under any invoice related to any Service performed by Supplier;

4.6.5    Supplier is solely responsible for all matters relating to compliance with all employer obligations to withhold employee taxes, pay employee and employer taxes, and file payroll tax returns and information returns under local, state, and federal income tax laws, unemployment compensation insurance and state disability insurance tax laws, and social security and Medicare tax laws, and all other payroll tax laws or similar laws (all collectively hereinafter referred to as "payroll tax obligations") with respect to all Supplier personnel providing Services. If any federal, state, or local authority including but not limited to taxing authority may claim that SBC or any subsidiary of SBC is or may be liable for any payroll, payroll tax, or benefit plan obligations, including the payment of interest or penalties, with respect to any such Supplier personnel, then Supplier shall:

(a)  cooperate fully in SBC's defense of such claim; and

(b)  disclose its income tax returns, payroll tax returns, information returns and transmittals, and associated payment deposits records, canceled checks and instruments, and other such documents reasonably necessary to enable SBC to perfect its defense of such claims; and

(c)  execute and deliver such powers of attorney or other consents as may be necessary to enable SBC to obtain copies of such returns and other documents from the taxing and other authorities that are appropriate or helpful in order to prove compliance with tax and other legal requirements.

(d)  indemnify and hold SBC harmless from any cost, loss damage or expense, including taxes as well as any interest or penalties;

4.6.6    Supplier is and will respond as the employer of all Supplier personnel, exclusive of SBC, for purposes of any federal, state, or local taxes, benefits and unemployment insurance law. Supplier will indemnify and hold SBC harmless from any claim that SBC's reserve account should be taxed to provide unemployment compensation to any Supplier personnel or former Supplier personnel based upon Services provided to SBC under this Agreement;

4.6.7    If any Supplier personnel makes a claim for employee benefits under any SBC employee benefit plan or for workers' compensation against SBC, then Supplier will indemnify and hold harmless SBC from any such claim, including any and all costs and expenses, including interest and penalties;

4.6.8    Supplier's employee benefit plans and self-employed benefit plans will credit Supplier's personnel with all time worked on SBC assignments and all compensation earned on SBC assignments for plan participation purposes, vesting purposes, and benefit accrual purposes, on the same basis as Supplier credits time worked on other assignments; and

4.6.9    Supplier will be responsible for its own acts and those of Supplier's personnel during the performance of Supplier's obligations under this Agreement.

### 4.7   Practice of Medicine

It is understood and agreed that neither Supplier nor SBC is engaged in the practice of medicine. It is further understood and agreed that the provision of medical care is not part of Supplier's Services under this Agreement.

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000374

SBC Communications Inc.                                    Agreement No. 00018118
Sedgwick Claims Management Services, Inc.

### 4.8    Nonassumption of Liabilities

Unless otherwise provided herein, Supplier shall not assume or become liable for any of the existing or future obligations, liabilities, or debts of SBC or the Plan(s). Unless otherwise provided herein, SBC does not assume or become liable for any of the existing or future obligations, liabilities, or debts of Supplier.

### 4.9    Claimant Complaints

In addition to its obligations to administer the disability benefit claims procedure, claims review procedure and job accommodation requests as provided in the Statement of Services, Attachment A, Supplier shall cooperate with SBC in resolving any Claimant complaint related to performance of the Services. Supplier shall promptly notify SBC of any written complaints received that threaten or may result in litigation in the best judgement of the Supplier. SBC shall bring to the attention of appropriate Supplier officials all Claimant complaints involving Supplier. Supplier shall investigate such complaints and use its best efforts to resolve them in a fair and equitable manner. Supplier shall notify SBC, promptly, in writing, of any action taken or proposed concerning the resolution of such complaints.

### 4.10    Plan(s) Documents

#### 4.10.1    Furnishing of Plan(s) Documents

SBC agrees to furnish Supplier with such additional Plan(s) documents as may be reasonably necessary for Supplier to provide the Services hereunder, and to deliver promptly to Supplier true and complete copies of every amendment and supplement to such documents (including, without limitation, any amendment or supplement to any Plan(s) or any statement of additional information in respect thereof, as applicable). SBC shall notify Supplier whenever it obtains knowledge of any inaccuracy in any of the aforementioned documents, which may affect Supplier's duties hereunder.

#### 4.10.2    Changes in Plan(s) Documents

SBC shall provide Supplier with reasonable advance notice of any change in any Plan(s), which would materially affect the Services or require any amendment to the terms of this Agreement. To the extent that any such change increases Supplier's responsibilities hereunder or the cost or time required to provide the Services, Supplier shall be entitled to advance notice of such change at the earliest practicable date for the parties to establish an implementation schedule, and to reasonable additional fees which shall be agreed upon between the parties prior to Supplier being required under this Agreement to implement such change. Supplier shall provide SBC with reasonable advance notice of any change, which would affect SBC's responsibilities under this Agreement. To the extent that any such change increases SBC's responsibilities under the terms of this Agreement, and results in a corresponding decrease in Supplier's duties and costs in providing its services, SBC shall be entitled to a reduction in fees which shall be agreed upon between the parties prior to SBC implementation of any such change.

#### 4.10.3    Furnishing Other Information

SBC shall furnish to Supplier Information identifying Claimants by name and the effective date of their eligibility for disability benefits under the Plans and shall otherwise assist Supplier in determining a Claimant's eligibility for disability benefits and/or reasonable job accommodation. Such Personally Identifiable Information shall be provided in a form satisfactory to both parties. SBC shall furnish to Supplier such other information as may reasonably be required by Supplier in order to provide the Services.

### 4.11    Protection of Information and Data

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

23

DEF000375

SBC Communications Inc.                                         Agreement No. 00018118
Sedgwick Claims Management Services, Inc.

### 4.11.1    Data Security

Supplier shall establish and maintain reasonable safeguards against the destruction, loss, alteration, and improper disclosure of information, data, and records received from SBC, using at a minimum the same precautions that Supplier uses in maintaining its own information, data, and records. Supplier shall be responsible for retaining duplicate copies of data or materials delivered to SBC and for taking such other precautions as it deems necessary in the event such data or materials are lost or destroyed, regardless of cause.

a.    In connection with SBC's use of Supplier's data management system, SBC is responsible for the use and security of any SBC identification codes or other special identifying or system security features. SBC is also responsible for taking appropriate steps to protect the use of such security features. SBC will not disclose its identifying password or other security features and will take reasonable care to make sure that its identifying password or other security features are not obtained or misused by a third party.

b.    SBC assumes full responsibility for maintaining the accuracy and completeness of all data entered by SBC directly into Supplier's data management system where entry of such data is not under the direct and sole control of Supplier. SBC access to Supplier's data management system and the data contained therein includes the ability to add and modify certain claims data. Supplier shall not be required to verify, or otherwise be responsible for the accuracy of data added or modified by SBC.

c.    SBC shall take reasonable precautions to protect any data management system equipment supplied to SBC and owned, leased or licensed by Supplier. SBC agrees not to perform maintenance, repair work, alterations or modifications of any nature whatsoever, to any supplier owned data management system equipment, unless specifically directed to do so in writing by Supplier.

### 4.11.2    Disaster Recovery

Supplier shall provide for full recovery of SBC records and operational recovery of all Services under this Agreement within twenty-four (24) hours in the event of a disaster. Upon execution of this Agreement, Supplier shall provide SBC with a written disaster recovery plan satisfactory to SBC, outlining in detail the resources and procedures necessary to accomplish said disaster recovery and provide SBC with a written copy whenever the disaster recovery plan is revised.

### 4.11.3    Off-Site Storage

Supplier shall provide and maintain a secure "off-site" storage area, which shall contain a daily backup of all computer files generated by operations and copies of all Software and any specialized hardware necessary for full performance of the Services under this Agreement. The Software shall be maintained so as to be identical to that used in Supplier's operation. The security, environmental protection and all other aspects of the off-site storage area shall be reasonably satisfactory to SBC. SBC or its representatives shall have access to the off-site storage area at any time upon request.

### 4.11.4    Return of Information and Data

Within sixty (60) calendar days, or as otherwise agreed to by the parties, following the Cancellation, Termination or expiration of this Agreement, Supplier shall return all SBC Information to SBC Staff in the format in which Supplier maintains it. Supplier shall maintain ownership of its work papers generated hereunder except for any SBC Information contained therein. Within sixty (60) calendar days or as otherwise agreed to by the parties, following the Cancellation, Termination or expiration of this Agreement, Supplier shall also deliver to SBC Staff, in a mutually agreeable format designated by SBC,

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000376

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

the most current account history extract and any other records that SBC may reasonably require for the administration of the Plan(s), so as to provide uninterrupted Services to Participants.

### 4.12    Software

#### 4.12.1    Software License

Supplier hereby grants SBC and its agents, employees, and affiliates receiving Services hereunder a non-exclusive, irrevocable, royalty-free perpetual license to use the Software delivered hereunder, including all releases, patches, fixes, corrections, enhancements and improvements and updates thereto. SBC and its Affiliates may use as many copies of the Software as are needed to receive and use the Services, including all Information and data processed or delivered in connection with the Services. SBC may also retain copies of the Software for backup and archival purposes. In the event Supplier should cease or fail to maintain the Software, Supplier grants to SBC, its agents, employees, and Affiliates an irrevocable non-exclusive perpetual license, without charge, to use such source code, specifications, documentation and other technical information as may be required for the purpose of maintaining the Software and providing network compatibility.   Supplier shall deliver such source code to SBC when Supplier ceases to maintain the Software. All licenses granted in this Section and the obligation to deliver source code shall survive the Cancellation, Termination, or expiration of this Agreement.

a.       SBC represents and agrees that it will use access to Supplier's on-line data management system hereunder only for the administration of its Plan(s) and the discharges of its retained fiduciary obligations with respect to the Plan(s) and only in accordance with applicable laws and regulations. SBC will not utilize the data management system provided by Supplier to perform claims administration services for any third party organization nor allow any third party to use the data management system provided by Supplier for any reason without the prior written consent of Supplier.

b.       Other than in accordance with the procedures set forth in paragraph 4.12.1 above, SBC will not attempt to gain access to the source code for Supplier's proprietary on-line data management system or other software accessed through the data management system or other software, reverse engineer, modify or make copies of any Supplier data management system or other software, and any other documentation provided as part of the Services.

c.       Upon termination or expiration of this Agreement, Supplier will provide SBC with a data tape in a mutually agreed upon format and any related documentation, including a data dictionary, that SBC requires to use the data tape. The data file will include all Claimant identification information, claim file financial information and, if requested, examiner electronic notes for SBC's claims. SBC will immediately return to Supplier all Supplier documentation, manuals, data management equipment and data management system software, and any other documentation concerning the data management then in SBC's possession, at the sole cost of the Supplier.

#### 4.12.2    Software Warranties

Supplier warrants that all Software, including third party software, provided by Supplier hereunder shall be free of Harmful Code and shall be materially free of defect and perform in accordance with the published specifications of the Supplier of third part.  Supplier warrants that it has all rights and licenses necessary to enable to perform its obligations under this Section.

### 4.13 Supplier's Name and Marks

Notwithstanding anything else in this Agreement, SBC may include information about this Agreement and the Services provided hereunder, including a listing of Supplier's name, address, telephone number and a description of its facilities and Services, in documents provided to Participants, and is hereby authorized

PROPRIETARY INFORMATION
The Information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000377

SBC Communications Inc.                                    Agreement No. 00018118
Sedgwick Claims Management Services, Inc.

to do so by Supplier. Further, SBC or its authorized agents shall have the right to use the name of Supplier to otherwise carry out the terms of this Agreement. Except for the foregoing use, neither SBC nor its authorized agents may prominently feature, promote or otherwise single out Supplier in any written, electronic or oral advertisement, promotional or publicity material without the prior written approval of Supplier. Except with respect to continuation services, SBC shall cease any and all use of Suppliers name, symbol, trademark or service mark for which consent is otherwise required immediately upon the Cancellation, Termination or expiration of this Agreement.

### 4.14  Supplier Subsidiaries

Any of the Services to be performed by Supplier under this Agreement may be performed by Supplier or any of its subsidiaries without prior written approval by SBC. Any reference in this Agreement to Supplier shall include its directors, officers and employees as well as the directors, officers and employees of any of its subsidiaries and Supplier shall be responsible and liable for all performance or failure to perform by such subsidiaries in connection with this Agreement.

### 4.15  Ultimate Responsibility

It is understood that, except as delegated to Supplier herein or as may otherwise be agreed to in writing between SBC and Supplier, SBC retains ultimate responsibility for offering the Plan(s) and is the administrator and plan sponsor of the Plan(s) under ERISA sections 3(16)(A) and (B), respectively. Supplier shall have no responsibility to provide funds to pay benefits under the Plan(s) or the expenses of the Plan(s). SBC shall conduct all enrollment activity and inquiries at its own expense. SBC shall remain solely responsible for the design, preparation and maintenance of all Plan(s) documents and for filing all required Plan(s) reports and notices with government agencies and, except as specified in Attachment A, for providing the Claimants of each Plan(s) with information and reports required by applicable law or regulation, and for all other duties and responsibilities imposed by ERISA on the Plan(s) sponsor and the Plan(s) administrator.

(Signature Page follows)

PROPRIETARY INFORMATION

The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

26

DEF000378

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

Agreement No. 00018118

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed by their respective duly authorized representatives on the date shown below.

**SBC Communications Inc.**

By: _____

Name: Maureen Merkle

Title: President, SBC Services, Inc.
For and on Behalf of SBC Communications Inc.

Date: ___4/9/03___

**Sedgwick Claims Management Services, Inc.**

By: _____

Name: Paul J. Posey, Jr.

Title: General Counsel and Secretary

Date: ___4-14-03___

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

27

DEF000379

Agreement No. 00018118

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

## Attachment A

### Service Requirements

SBC maintains certain disability benefit plans listed in Attachment D to this Agreement (SBC's "Plans", or "Plan(s)", or "Plan").  Supplier shall provide Disability Claims Administration services, as more particularly provided below, necessary to approve or deny claims for short-term disability (including sickness and/or accident disability) and long-term disability benefits ("Disability Claims") under SBC's Plans and to review denied Disability Claims on appeal as the plan fiduciary for such purposes under the Plans, as defined by ERISA.

SBC has established a Job Accommodation Process, provided as Attachment E to this Agreement, by which it provides reasonable job accommodations to individuals in need of temporary or permanent job accommodations unrelated to a Disability Claim.  Supplier shall provide Job Accommodation Administration services, as more particularly provided below, necessary to certify and administer requests for job accommodations (Job Accommodation Requests) under SBC's Job Accommodation Process. These services are separate and apart from Supplier's Disability Claims Administration services.

1.  <u>Services to Be Performed by Supplier:</u>

    A.  Disability Claims Administration.  During the term of this Agreement, Supplier shall:

        (1)  Review all Disability Claims and process each such claim in accordance with applicable Plan documents, internal guidelines, and applicable statutory and administrative regulations;

        (2)  Conduct an investigation of each Disability Claim under subparagraph (1) above to the extent deemed necessary by Supplier in the performance of its obligations as the plan fiduciary under the Plans;

        (3)  Arrange for independent investigators, appraisers, or medical or other experts to the extent deemed necessary by Supplier in connection with processing any Disability Claim;

        (4)  Utilize SBC-owned bank account(s) to pay benefits and expenses, if any, under the Plan(s) on each approved Disability Claim;

        (5)  Maintain a file for each Disability Claim, which shall become the property of SBC and which shall be available for review by SBC during normal business hours upon 24 hours' prior written notice;

        (6)  Assist SBC's counsel, if requested, in preparing the defense of litigated cases arising out of Disability Claims, negotiating settlements, and pursuing subrogation or contribution actions. Supplier shall discuss case history with such attorney, provide a copy of the file to such attorney, and explain the way in which the Plan at issue works and SBC's Plans, policies, and procedures to such attorney. Supplier shall appear and testify in court as a subject matter expert witness on SBC's Plans, policies, and procedures if requested by SBC or its attorney;

        (7)  Use Supplier's data management system ("JURIS") to furnish to SBC information reports either monthly, quarterly or annually as requested by SBC as provided in the monthly reports binder;

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000380

SBC Communications Inc.                                          Agreement No. 00018118
Sedgwick Claims Management Services, Inc.

(8)    Annually prepare, file, and distribute to participants federal, state, and local 1099 information returns under SBC's tax identification number(s), when SBC has provided all required IRS authorizations, for vendor payments issued by Supplier on bank accounts owned by SBC, but not for payment authorizations when Supplier does not issue the checks; and

(9)    For any denied Disability Claims that are subsequently appealed, Supplier shall perform the function of reviewing and making a final determination of all such appeals in accordance with ERISA.

Supplier's services set forth above shall include those more particularly provided in Disability Claims Administration Services attached as Appendix A-1 to this Attachment A.

B.    Job Accommodation Administration.  During the term of this Agreement, Supplier shall:

(1)    Review all Job Accommodation Requests unrelated to a Disability Claim and process each such request in accordance with SBC's Job Accommodation Process and the Job Accommodation Administration services more particularly set forth in Appendix A-2 to this Attachment A;

(2)    Conduct an investigation of each Job Accommodation Request under subparagraph (1) above to the extent deemed necessary by Supplier in certifying and administering accommodations under the SBC Job Accommodation Process;

(3)    Arrange for independent investigators, appraisers, or medical or other experts to the extent deemed necessary by Supplier in connection with processing Job Accommodation Requests;

(4)    Maintain a file, separate from any Disability Claim file that may exist with Supplier's Claims Administration staff, for each Job Accommodation Request, which shall become the property of SBC and which shall be available for review by SBC during normal business hours upon 24 hours' prior written notice;

(5)    Assist SBC's attorney, if requested, in preparing the defense of litigated cases and negotiating settlements arising out of Job Accommodation Requests. Supplier shall discuss case history with such attorney, provide a copy of the file to such attorney, and, in conjunction with the SBC Associate Director, Job Accommodations, explain the way SBC's Job Accommodation Process works to such attorney.  Supplier shall assist the SBC Associate Director, Job Accommodations, should such associate director be required, at the request of SBC or its attorney, to appear in court as the subject matter expert witness on SBC's Job Accommodation Process and related policies and procedures; and

(6)    Use Supplier's data management system ("JURIS") to furnish to SBC information reports either monthly, quarterly or annually as requested by SBC as provided in the monthly reports binder.

2.    <u>Obligations of SBC:</u>

A.    SBC shall pay to Supplier a service fee which, in the initial term of this Agreement, shall

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

29

DEF000381

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

be computed and payable as shown in Attachment B, attached hereto and made a part of this Agreement, plus applicable taxes, if any.

B.    SBC shall deposit funds for payment of Disability Claims, and related Plan expenses, if applicable, for each Disability Claim, in a bank account or accounts (the "SBC Account") established by and belonging to SBC. Except as provided otherwise herein with respect to Supplier's check writing and monthly reconciliation responsibilities, SBC shall have full responsibility for the care, custody and control of the SBC Account. SBC shall be responsible for providing sufficient funds to enable Supplier to write checks on the SBC Account for use in the payment of SBC's Disability Claims and related Plan expenses. Such funds shall be provided at the inception of this Agreement and replenished promptly from time to time thereafter.

C.    Supplier shall not have discretion to redeem, compromise, or settle any Disability Claim or Job Accommodation Request for any amount.

D.    Whether or not marked as such, and without regard to the media in which such records are stored, "Confidential Information" shall mean:

(1)    any business or technical information pertaining to Supplier or to third parties, which is furnished, disclosed or made available by Supplier to SBC, including, without limitation, specifications, prototypes, software, financial data, marketing plans, financial data and personnel statistics; and

(2)    medical records, reports and information, as well as any other non-medical records, reports or information pertaining to Claimants.

SBC agrees to protect Confidential Information received hereunder with the same degree of care that such party exercises with its own confidential Information (but in no event less than reasonable care) and to limit access and disclosure of Confidential Information only to their employees, agents and contractors who have a "need to know," and who agree to maintain confidentiality in accordance with this section. Supplier shall be entitled to retain claims administration information and to forward claims administration information to government agencies to the extent required by law for the proper performance of the services set forth herein. Supplier will provide timely notice to SBC of such furnishing of claims administration Information to governmental agencies, as is appropriate.

3.    **Geographic Limitations:**

This Agreement shall cover all of SBC's operations in all of SBC's locations.

4.    **Practice Of Law:**

It is understood and agreed that Supplier will not perform, and SBC will not request performance of, any services that may constitute the unauthorized practice of law.

5.    **Network Security/Confidentiality:**

If SBC's access to JURIS requires a network connection (the "Network Connection") between SBC's wide area network and Supplier's wide area network, Supplier and SBC shall take

**PROPRIETARY INFORMATION**
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

30

DEF000382

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

reasonable and customary precautions to prevent unauthorized access to or use of the Network Connection through their respective networks. The parties agree, however, that each party is responsible for the security of its own network. Neither party shall be liable to the other for unauthorized access to the Network Connection, so long as the accused party shall have taken reasonable and customary precautions to prevent such unauthorized access.

**PROPRIETARY INFORMATION**
The Information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000283