# EXHIBIT 7

PART 2

SBC Communications Inc.                                    Agreement No. 00018118
Sedgwick Claims Management Services, Inc.

## Appendix A-1
## to
## Attachment A

### Disability Claims Administration Services

### I.    Introduction

Supplier administers Disability Claims under SBC's Plans as follows:

| CMS Servicing Office | Effective |
|---|---|
| Chicago, IL | 8/1/96 |
| Irving, TX | 4/1/01 |

### II.    Account Coordination

On behalf of SBC, this service program will be coordinated by:

> Ms. Lisa Trevino
> SBC Communications, Inc.
> SBC Disability Operations
> Forum Building
> 8000 IH10 West, Room 8-H-03
> San Antonio, TX 78230
> 

On behalf of Supplier, this service program will be coordinated by:

> Mr. Bradley Johnson
> Sedgwick Claims Management Services, Inc.
> 175 West Jackson, 7th Floor
> Chicago, IL 60604

Each party reserves the right to change its designated representative during the term of the Agreement.

### III.    Call Center Service Schedule

The Call Center* services performed by Supplier include but are not limited to the following:

- Supplier shall provide to SBC a dedicated toll free number owned by the Supplier to be used by SBC and its employees to access the Supplier telephonic claims intake center during the term of the Agreement between SBC and Supplier regarding Claims Administration;
- Disability claim intake;
- Verify demographics based on pre-populated data from data feed;
- Collect all information necessary to make calls-outs to the treating providers;
- Inform callers (employees, supervisors) regarding key processes and next steps;
- Send email to supervisor notifying them regarding the employee's reported absence/claim;

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000384

Agreement No. 00018118

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

- Track all calls, including purpose/reason code for call and information/direction provided to employees (beginning October 1, 2001) who are absent on the first day they are eligible for benefits, but no claim has been made once Supplier is notified that the employee is past his/her waiting period;

- Answer questions from employees and supervisors via a live representative or e-mail;

- Serve as a referral resource regarding other SBC employee benefits; and

- Provide a dedicated Employee Advocate Group (EAG) contact during all hours of operation.

\* IVR to be maintained by Supplier for routing based on employee Social Security number and type of Disability Claim.

IV.    **Disability Case Management Services**

The Disability Case Management services performed by Supplier's Disability Case Managers include, but are not limited to, the following:

- Supplier shall coordinate medical releases with employees and doctors;

- Verify Plan eligibility;

- Send out an initial letter to the employee via us mail or e-mail within 24 hours of receiving a new Disability Claim;

- Coordinate state disability application process with employee, state or SDI vendor;

- Segregate and adjudicate "Fast Track" short-term disability (including sickness and/or accident disability) claims based on diagnosis and/or procedure codes (e.g., uncomplicated pregnancy, and cholecystectomy);

- Make short-term disability (STD) (including sickness and/or accident disability) determinations;

- Provide SBC payroll with daily benefit calculations as required, benefit start and stop dates, partial disabilities, and appropriate benefit offsets;

- Manage offsets by Plan, feeding the payroll system data, which is required for accurate payment;

- Advocate for return to work (RTW), as appropriate:

  - Inform treating provider of SBC's transitional work program;

  - Provide treating provider with employee's job demands.

  - Obtain any temporary restrictions or functional limitations with durations of each;

  - Discuss specific RTW opportunities with treating provider;

  - Contact supervisor or departmental representative to discuss temporary accommodation.

  - Obtain treating provider's concurrence with return to transitional work plan;

  - Send e-mail to SBC RTW Administration System if transitional work assignment not available per first level supervisor; and

  - Coordinate case with SBC Associate Director, Job Accommodations, with respect to any permanent restrictions that department indicates it cannot accommodate;

- Communicate disability duration decisions to departments via e-mail within 24 hours of the decision;

- Coordinate with Social Security and SBC Pension Plan Administrators to assure continuity and accuracy of wage replacement benefits;

- Coordinate with other SBC vendors to assure continuity and accuracy of benefits;

- Make long-term disability (LTD) determinations prior to the expiration of 52 weeks, as applicable;

- Issue LTD payments and prepare and issue W2 forms;

**PROPRIETARY INFORMATION**
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

33

DEF000385

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

Agreement No. 00018118

- Clinically triage all non-Fast Track cases to appropriate level of case management;
- Obtain and use clinical information from treating providers, telephonically and/or in writing;
- Determine the appropriateness of the length of disability and appropriateness of treatment in accordance with established industry and Plan guidelines; and
- Approve or deny claims, as appropriate based on the terms and conditions of the applicable Plan, its definition of disability, its exclusions, and the clinical information.

## V. Return to Work Advocacy

Supplier shall perform Return to Work (RTW) Advocacy services through Supplier's Disability Claims Case Managers as provided in paragraph IV. above or otherwise through Supplier's RTW Specialists or Vocational Rehabilitation Counselors, including, but are limited to, the following:

*If not performed through Supplier's Disability Claims Managers, Supplier through its Return to Work Specialists shall:*

- Advocate RTW, as appropriate, and, more specifically:
  - Inform the attending physician of SBC's transitional work program;
  - Provide the attending physician with the employee's job demands;
  - Obtain any temporary restrictions or functional limitations with duration of each;
  - Discuss specific RTW opportunities with attending physician ;
  - Contact supervisor or departmental representative to discuss temporary accommodation;
  - Obtain attending physician concurrence with return to transitional work plan;
  - Send e-mail to SBC RTW Administration System to report if no transitional work assignment is available per first level supervisor; and
  - Coordinate case with SBC Associate Director, Job Accommodations, with respect to any permanent restrictions that department indicates it cannot accommodate;
- Participate in multi-specialty case conferences for action plan development;
- Accept a referral on cases in which the employee has been on disability (A) when there is a question or concern about either (i) an employee's ability to safely physically or mentally manage the proposed temporary accommodation or (ii) an employee's ability to perform essential job functions, or (B) when supervisor requests assistance in designing accommodated duty;
- Assess an employee's needs for technical or workstation modification when an employee is on disability;
- Intervene to negotiate creative solutions with department to enable transitional work within SBC return to work policies, whenever a supervisor reports that no temporary job accommodation is available;
- Inform employee of expected RTW date and transitional work plan;
- Document approved transitional work plan;
- Provide vocationally related accommodation resources; and
- Manage all job accommodations of greater than four weeks in duration.

If not performed through Supplier's Disability Claims Managers, Supplier through its Vocational Rehabilitation Counselors shall conduct transferable skills analysis and labor market survey for long-term disability benefits "any occupation" determination, as needed.

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

34

DEF000386

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

Agreement No. 00018118

**Appendix A-2**
**to**
**Attachment A**

**Job Accommodation Administration Services**

**I.      Introduction**

Supplier is administering Job Accommodation Requests under SBC's Job Accommodation Process as follows:

| CMS Servicing Office | Effective |
|---|---|
| Chicago, IL | 11/14/01 |

**II.      Account Coordination**

On behalf of SBC, these services will be coordinated by:

Ms. Carla Putnam
SBC Communications, Inc.
HR Operations
220 N. Meridian St., Room 982
Indianapolis, IN 46204

On behalf of Supplier, these services will be coordinated by:

Mr. Bradley Johnson
Sedgwick Claims Management Services, Inc.
175 West Jackson, 7th Floor
Chicago, IL 60604

Each party reserves the right to change its designated representative during the term of the Agreement.

**III.      Call Center Service Schedule**

The Call Center services performed by Supplier include but are not limited to the following:

- Supplier shall provide to SBC a dedicated toll free number owned by the Supplier to be used by SBC and its employees to access the Supplier telephonic claims intake center during the term of the Agreement between SBC and Supplier regarding Job Accommodations Administration;
- Job Accommodations claim intake;
- Verify demographics based on pre-populated data from data feed;
- Collect all information necessary to make calls-outs to the treating providers;
- Inform callers (employees, supervisors) regarding key processes and next steps;
- Send email to supervisor notifying them regarding the employee's reported Job Accommodation Request;

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

35

DEF000387

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

- Answer questions from employees and supervisors via a live representative or e-mail.
- Serve as a referral resource regarding SBC employee benefits; and
- Provide a dedicated Employee Advocate Group (EAG) contact during all hours of operation.

\* IVR to be maintained by Supplier for routing based on employee Social Security number and type of Job Accommodation Request.

## IV.    Job Accommodation Administration Services

The Job Accommodation Administration services are performed by Supplier's Job Accommodation Consultants, through whom Supplier shall provide certification and administration of Job Accommodation Requests not related to a Disability Claims due to: an individual's temporary restrictions over a period greater than ten (10) days; an individual's permanent restrictions; or an individual's self-identification as a person with a disability who needs reasonable accommodation to perform the essential functions of his or her job. Supplier's Job Accommodation Administration services include, but are not limited to, the following:

- Supplier shall forward packet to such an employee, advising such employee of accommodation process and need for medical documentation within ten (10) days for temporary restrictions and 30 days for permanent restrictions and self-identification;
- Contact and inform supervisor that an accommodation request has been made; .
- Review medical information received and contact employee and treating provider as appropriate to obtain clarifying information and allow for interactive dialogue among all parties;
- Refer cases to Supplier's physician advisors for review where medical information does not appear to support accommodation requests;
- Communicate to supervisor (via e-mail or voice) and employee what restrictions were clarified and duration of same;
- Determine if restrictions can be provided and if applicable, follow work status with employee, supervisor and treating provider, as appropriate, that results in release to full duty or determination that restrictions are permanent;
- Refer all cases where permanent restrictions have been clarified and department is unable to accommodate to SBC Associate Director, Job Accommodations;
- Notify employee and supervisor when medical information does not arrive in time allotted;
- Notify employee when medical information received does not substantiate (a) a qualified disability as defined by federal and/or state laws and/or (b) the accommodation requested is not deemed reasonable as defined under federal and/or state laws and that additional medical and other information is necessary; and
- Notify SBC Associate Director, Job Accommodations, of any case activity involving SBC EEO organization or an EEOC office.

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000388

Agreement No. 00018118

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

## Attachment B - Service Fees

I.    One Time Charges

A.    Fees

SBC agrees to pay Sedgwick CMS the following fees as one time charges for implementation of the disability program:

Program Implementation
Systems Implementation
**Total One-time Implementation Charges**



| Admin/Program Mgmt | 2001 January - June Amount |
| --- | --- |
| Item | |
| 1 Wages/Salaries* | |
| 2 Benefits* | |
| 3 Employee Related* | |
| 4 Facilities* | |
| 5 Other* | |
| Total Administrative/Program Management | |

Other Items:
Ameritech IDMS Credit
ICMS
Ongoing Systems
ICMS Savings
Ongoing Systems Savings
Incentive Reduction
Operations Credit



**Early Start Up – Total Invoice**

1* Includes Salaries and bonuses
2* Includes payroll and non payroll related employee benefits
3* Includes travel and related, training and recruiting
4* Includes telecom, postage, office supplies, office equipment, occupancy, depreciation, IT equipment
5* Includes misc. other expenses, Juris usage, Insurance, national and regional support, profit

B.    Invoicing

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

37

DEF000389

SBC Communications Inc.                                    Agreement No. 00018118
Sedgwick Claims Management Services, Inc.

The Program Implementation fee shall be invoiced in seven equal installments in the amount of ██████ each. This fee is for program implementation services rendered from November 1, 2000 through May 31, 2001 and will be invoiced at the beginning of each month of that period.

The Systems Implementation fee shall be invoiced in seven equal installments in the amount of ██████ each. This fee is for systems implementation services rendered from November 1, 2000 through May 31, 2001 and will be invoiced at the beginning of each month of that period.

The Early Start Up fee shall be invoiced in two installments, the first installment of ██████ and the second installment ██████. This fee is for the early start up of the disability program from January 1, 2001 through June 30, 2001 and will be invoiced in October and December respectively.

> C.    Credits

Total Administrative/Program Management

Sedgwick CMS is providing SBC with a credit for the delay made at SBC's request in the transition of the Southwest Region to Sedgwick CMS for claims management. This credit will be in the amount of ██████ for the period beginning June 1, 2001 and ending March 31, 2002 as a result in the delay in transitioning the Southwest Region to Sedgwick CMS. Initially the total administrative and program management fees were ██████ however as a result of the delay there was a credit of ██████ realized in the total administrative and program management fees of ██████ as shown in the Early Start Up fees.

Ameritech IDMS Credit

Sedgwick CMS is providing SBC with the a credit in the amount of ██████ for the final true-up of the Ameritech Corporation Integrated Disability Management (IDMS) claims administration program ending on June 30, 2001. SBC acknowledges that this credit is being given on SBC's disability claims administration fee in return for release of any and all claims that SBC may have against Sedgwick CMS for the final true up of the Ameritech Corporation Integrated Disability Management Program which ended on June 30, 2001.

II.    Program Parameters

If SBC direct workflows require a significant change to staffing or in the event of material changes to state or federal laws impact the staffing requirements or workflow within the Dedicated Units, Sedgwick CMS and SBC shall discuss and agree upon the appropriate staffing modifications. After new staffing levels have been mutually agreed upon, Sedgwick CMS shall submit to SBC a revised budget that reflects such modifications. Sedgwick CMS and SBC shall negotiate a mutually agreeable revised estimated annual fee based on the revised budget.

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000390

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

Agreement No. 00018118

III.    Continuing Service Fees and Invoices

SBC agrees to pay Sedgwick CMS the following service fees for Administration of Disability Claims under SBC Disability Plans and Administration of SBC's Job Accommodation Process, as provided in Attachment A. The invoices below include the following: salaries, bonuses, payroll and non payroll related employee benefits, travel, training, recruiting, telecom, postage, office supplies, office equipment, occupancy, depreciation, information technology equipment, JURIS usage, insurance, and national and regional support.

SBC acknowledges that all fees are due and payable within forty-five (45) days of the invoice. Sedgwick CMS will provide SBC with an additional grace period of 15 days including written advanced notification before incurring any late payment fees. Any and all past due fees will incur interest at the rate of 1.5% per month, unless otherwise prohibited by law. SBC acknowledges that in the event Sedgwick CMS undertakes collection proceedings for any outstanding fees, then SBC will reimburse Sedgwick CMS for all costs associated with such collection action, including a reasonable attorney fee and court cost.

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

39

DEF000391

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

Agreement No. 00018118

A.  For the period beginning July 1, 2001 – June 30, 2002



| Item | July – August 2001 Monthly Amount | September – October 2001 Monthly Amount | November – December 2001 Monthly Amount | January – February 2002 Monthly Amount | March 2002 Monthly Amount | April – June 2002 Monthly Amount |
|---|---|---|---|---|---|---|
| 1 Wages/Salaries | | | | | | |
| 2 Benefits | | | | | | |
| 3 Employee Related | | | | | | |
| 4 Facilities | | | | | | |
| 5 Other | | | | | | |
| Total Admin/Program Mgmt | | | | | | |
| **Other Items:** | | | | | | |
| AIT Credit | | | | | | |
| ICMS | | | | | | |
| Ongoing Systems | | | | | | |
| ICMS Savings | | | | | | |
| Ongoing Systems Savings | | | | | | |
| Incentive Reduction | | | | | | |
| Operations Credit | | | | | | |
| Total Invoice | | | | | | |

1 Includes Salaries and bonuses
2 Includes payroll and non payroll related employee benefits
3 Includes travel and related, training and recruiting
4 Includes telecom, postage, office supplies, office equipment, occupancy, depreciation, IT equipment
5 Includes misc. other expenses, Juris usage, insurance, national and regional support, profit

B.  For the period beginning July 1, 2002 – June 30, 2003

July – September    October – December    January – March    April – June

1

RESTRICTED PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000392

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

Agreement No. 00018118



| Item | 2002 Monthly Amount | 2002 Monthly Amount | 2003 Monthly Amount | 2003 Monthly Amount |
|---|---|---|---|---|
| 1 Wages/Salaries | | | | |
| 2 Benefits | | | | |
| 3 Employee Related | | | | |
| 4 Facilities | | | | |
| 5 Other | | | | |
| Total Admin/Program Mgmt | | | | |
| **Other Items:** | | | | |
| AIT Credit | | | | |
| ICMS | | | | |
| Ongoing Systems | | | | |
| ICMS Savings | | | | |
| Ongoing Systems Savings | | | | |
| Incentive Reduction | | | | |
| Operations Credit | | | | |
| **Total Invoice** | | | | |

1 Includes Salaries and bonuses
2 Includes payroll and non payroll related employee benefits
3 Includes travel and related, training and recruiting
4 Includes telecom, postage, office supplies, office equipment, occupancy, depreciation, IT equipment
5 Includes misc. other expenses, Juris usage, insurance, national and regional support, profit

2

RESTRICTED PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000393

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

Agreement No. 00018118

C. For the period beginning July 1, 2003 – June 30, 2004

| Item | July – September 2003 Monthly Amount | October – December 2003 Monthly Amount | January – March 2004 Monthly Amount | April – June 2004 Monthly Amount |
|---|---|---|---|---|
| 1 Wages/Salaries | | | | |
| 2 Benefits | | | | |
| 3 Employee Related | | | | |
| 4 Facilities | | | | |
| 5 Other | | | | |
| Total Admin/Program Mgmt | | | | |
| Other Items: | | | | |
| AT Credit | | | | |
| ICMS | | | | |
| Ongoing Systems | | | | |
| ICMS Savings | | | | |
| Ongoing Systems Savings | | | | |
| Operations Credit | | | | |
| Total Invoice | | | | |

1 Includes Salaries and bonuses
2 Includes payroll and non payroll related employee benefits
3 Includes travel and related, training and recruiting
4 Includes telecom, postage, office supplies, office equipment, occupancy, depreciation, IT equipment
5 Includes misc. other expenses, Juris usage, insurance, national and regional support, profit

RESTRICTED PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

3

DEF000394

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

## Attachment D

### List of Plan(s)

SBC Disability Income Plan

SBC Disability Benefits Plan

Pacific Telesis Group Comprehensive Disability Benefits Plan

SNET Disability Benefits Plan

Ameritech Sickness and Accident Disability Benefit Plan

Ameritech Long Term Disability Plan

Southwestern Bell Corporation Sickness and Accident Disability Benefit Plan

RESTRICTED PROPRIETARY INFORMATION

The Information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

1

DEF000395

SBC Communications Inc.                                          Agreement No. 00018118
Sedgwick Claims Management Services, Inc.

### Attachment F

### Implementation Timeline

Sedgwick CMS has been the disability claims administer for all Ameritech companies' since August 1, 1996.

| Company Code | Acronym | Name |
|---|---|---|
| **Short Term Disability New Claims 4/23/01** | | |
| **Short Term Disability Takeover Claims 5/7/01** | | |
| F1 | PBI | Pacific Bell Internet Services |
| F7 | PBIS | Pacific Bell Information Services |
| F8 | NB | Nevada Bell Telephone Company |
| F9 | PB | Pacific Bell Telephone Co. |
| FH | HC | Pacific Bell Telesis Group |
| G9 | PTSS | Pacific Telesis Shares Services |
| V9 | ASI-SBC | SBC Advanced Solutions, Inc. – Pacific Region only |
| T8 | SBCSI - PB | SBC Services, Inc. – Pacific Region only |
| **All Long Term Disability New and Takeover Claims 7/1/01. (This may include inactive companies not listed above.)** | | |

| |
|---|
| **Short Term Disability New and Takeover Claims 6/4/01** |
| All SNET companies transitioned from the SNET Medical Department to Sedgwick CMS. |
| **All Long Term Disability New and Takeover Claims 7/1/01. (This may include inactive companies.)** |

| Company Code | Acronym | Name |
|---|---|---|
| **Short Term Disability New and Takeover Claims 6/18/01** | | |
| F5 | PBD | Pacific Bell Directory |
| FX | DGA | PBD Holdings dba Digital Graphics ADvantage |
| RY | SBCTI | SBC Telecom, Inc. |
| V9 | ASI-SBC | SBC Advanced Solutions, Inc. – Southwest Region only |
| Y9 | SBC-OPS | SBC Operations, Inc. |
| T8 | SBCSI | SBC Services, Inc. – Southwest Region only |
| **All Long Term Disability New and Takeover Claims 7/1/01. (This may include inactive companies not listed above.)** | | |

RESTRICTED PROPRIETARY INFORMATION

The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

2

DEF000396

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

Agreement No. 00018118

## Attachment F

## Implementation Timeline (continued)

| Short Term Disability New Claims 3/11/02 | | |
|---|---|---|
| Short Term Disability Takeover Claims 3/25/02 | | |
| Company Code | Acronym | Name |
| T6 | SBIS | Southwestern Bell Internet Services, Inc. |
| V2 | SBC-GMS | SBC Global Management Support, LLC |
| V3 | SWBT | Southwestern Bell Telephone Company |
| VE | SBT | Southwestern Bell Telecommunications, Inc. |
| VH | SBC-MSI | SBC Management Services, L.P. |
| VM | SBYP | Southwestern Bell Yellow Pages, Inc. |
| VT | SBCTRI | SBC Technology Resources, Inc |
| WB | SBVS | Southwestern Bell Video Services, Inc. |
| YP | MSI-USA | SBC Management Services USA, Inc. |
| R4 | SBCI | SBC International, Inc. |
| R7 | SMSI | Southwestern Bell Messaging Service, Inc. |
| RN | SBLD | Southwestern Bell Communication Services, Inc. |
| RU | SBCI-MSI | SBC International-Management Services, Inc. |
| RP | SBA | Southwestern Bell Advertising L.P. |
| RX | SWBAG | Southwestern Bell Advertising Group, Inc. |
| All Long Term Disability New and Takeover Claims 4/1/02.  (This may include inactive companies not listed above.) | | |

RESTRICTED PROPRIETARY INFORMATION

The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

3

DEF000397

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

Agreement No. 00018118

### Attachment G
### Quality Assurance

This Exhibit supplements the section in the Agreement entitled "Records and Audits". Its focus is on the quality control programs and processes used by Supplier or by any of its subcontractors in the performance of Services for SBC.

a. Supplier represents and warrants that its processes to render Services hereunder are controlled and adequate to deliver Services in conformance with the requirements of this Agreement.

b. Supplier has evaluated its subcontractors and suppliers and has determined that they are providing adequate levels of process control to deliver Services in conformance with the requirements of this Agreement. Supplier shall disclose to SBC a list of its subcontractors and suppliers performing Services in connection with this Agreement.

c. If at any time during the term of this Agreement, Supplier or Supplier's subcontractors or suppliers do not exhibit adequate process control, Supplier agrees that at no additional charge to SBC, Supplier shall provide to SBC a quality plan for corrective action. Elements to be detailed in the Quality Plan include (at a minimum):

- A schedule for achieving adequate process control.

- Identification of subcontractors or suppliers, their process control or quality system certification status and schedule for improving process control or gaining certification.

- Designation of Supplier's quality representative and of the senior executive with quality responsibility.

d. If Supplier conducts an audit of its subcontractors or suppliers, Supplier shall promptly submit to SBC upon SBC's request, copies of the audit or other review results, management goals, objectives and corrective action plans as they relate to the applicable subcontractor or supplier's performance of Services.

e. As stated in the section entitled "Records and Audits" of this Agreement, SBC reserves the right to audit Supplier, and any of its subcontractors or suppliers performing Services for SBC. Additionally, in the event of recurrent material Service deficiencies that are material to the program and remain uncorrected, SBC may require Supplier, at Supplier's expense, to undertake improvement initiatives requiring the intervention of a third party quality consultant for the purpose of auditing, tracking and reporting on Supplier's (or its subcontractor's) plan to achieve conformance with the requirements stated in this Agreement. Both parties will mutually agree upon which third party quality consultant will be selected. Periodically as agreed, status of activities and initiatives shall be submitted to both parties for review. Unresolved issues will be documented and reported to the appropriate level of management within both companies responsible to resolve the issue.

f. Supplier further agrees that it will, at SBC's request:

(i) Maintain and make available to SBC or SBC's agent the data, including all information and reports about Supplier's quality and process control procedures that demonstrate that Service and associated material meets the specified quality and reliability requirements.

RESTRICTED PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

4

DEF000398

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

(ii)   For purposes of reviewing Supplier's or its subcontractor's quality control program or processes: provide SBC or SBC's agent, access to Supplier's or its subcontractor's premises, and to Supplier's or its subcontractor's test equipment, facilities, data and specifications and with personnel and sufficient working space to enable SBC or SBC's agent to perform said source inspection and/or process surveillance,

RESTRICTED PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000399

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

Agreement No. 00018118

## Exhibit A - Executive Orders and Federal Regulations

Work under this Agreement may be subject to the provisions of certain Executive Orders, federal laws, state laws and associated regulations governing performance of this Agreement including, but not limited to: Executive Order 11246, Executive Order 11625, Executive Order 11701 and Executive Order 12138, Section 503 of the Rehabilitation Act of 1973, as amended, and the Vietnam Era Veteran's Readjustment Assistance Act of 1974. To the extent that such Executive Orders, federal laws, state laws and associated regulations apply to the Services provided by Supplier under this Agreement, and only to that extent, Supplier agrees to comply with the provisions of all such Executive Orders, federal laws, state laws and associated regulations, as now in force or as may be amended in the future, including, but not limited to, the following:

1. **EQUAL EMPLOYMENT OPPORTUNITY DUTIES AND PROVISIONS OF GOVERNMENT CONTRACTORS**

   In accordance with 41 C.F.R.§60-1.4(a), the parties incorporate herein by this reference the regulations and contract clauses required by that section, including, but not limited to, Supplier's agreement that it will not discriminate against any employee or applicant for employment because of race, color, religion, sex or national origin.

2. **AGREEMENT OF NON SEGREGATED FACILITIES**

   In accordance with 41 C.F.R.§60-1.8, Supplier agrees that it does not and will not maintain or provide for its employees any facilities segregated on the basis of race, color, religion, sex or national origin at any of its establishments, and that it does not, and will not, permit its employees to perform their services at any location, under its control, where such segregated facilities are maintained. The term "facilities" as used herein means waiting rooms, work areas, restaurants and other eating areas, time clocks, rest rooms, washrooms, locker rooms and other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation, and housing facilities provided for employees; provided that separate or single-user restrooms and necessary dressing or sleeping areas shall be provided to assure privacy between the sexes.

3. **AGREEMENT OF FILING**

   Supplier agrees that it will file, per current instructions, complete and accurate reports on Standard Form 100 (EEO-1), or such other forms as may be required under 41 C.F.R.§60-1.7(a).

4. **TREATMENT OF HANDICAPPED PERSONS AND DISABLED VETERANS, VETERANS OF THE VIETNAM ERA.**

   In accordance with 41 C.F.R.§60-250.20, and 41 C.F.R.§60-741.20, the parties incorporate herein by this reference the regulations and contract clauses required by those provisions to be made a part of government contracts and subcontracts.

5. **SMALL, SMALL DISADVANTAGED AND WOMEN-OWNED SMALL BUSINESS SUBCONTRACTING PLAN.**

   The subcontractor will adopt a plan similar to the plan required by 48 CFR Ch. 1 at 52.219-9.

RESTRICTED PROPRIETARY INFORMATION

The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000400

SBC Communications Inc.                                                Agreement No. 00018118
Sedgwick Claims Management Services, Inc.

### Exhibit B-1 – Prime Supplier MBE/WBE/DVBE Participation Plan

YEAR REPORTING: Year beginning March 1, 2003

PRIME SUPPLIER NAME:    Sedgwick Claims Management Services, Inc.
ADDRESS:                175 West Jackson, 7th Floor
                        Chicago, IL 60604

COMPANY E-MAIL:
TELEPHONE NUMBER:       (312) 356-1922

DESCRIBE GOODS OR SERVICES BEING PROVIDED UNDER THIS AGREEMENT:
SBC Disability Claims Administration services, as specifically identified in Appendix A

DESCRIBE YOUR M/WBE-DVBE OR SUPPLIER DIVERSITY PROGRAM AND THE
PERSONNEL DEDICATED TO THAT PROGRAM: Sedgwick Claims Management Services,
Inc. will make a good faith effort to create and implement a supplier diversity program designed
to increase the current level of activity between Sedgwick Claims Management Services and
MBE/WBE/DVBE. Effective March of 2003 the supplier will review all program expenses
incurred during the prior 12 months in order to determine if any current suppliers qualify as
MBE/WBE/DVBE as defined under this contract. Once this analysis is completed the supplier
will report back to SBC with their findings. The supplier will then evaluate the expenditures
under this contract in order to determine possible future opportunities to increase the level of
MBE/WBE/DVBE supplier diversity on the program.

THE FOLLOWING, TOGETHER WITH ANY ATTACHMENTS, IS SUBMITTED AS AN
MBE/WBE/DVBE PARTICIPATION PLAN.

1. GOALS

A. WHAT ARE YOUR MBE/WBE/DVBE PARTICIPATION GOALS?

| | |
|---|---|
| MINORITY BUSINESS ENTERPRISES (MBEs) | 0.5% |
| WOMAN BUSINESS ENTERPRISES (WBEs) | 0.5% |
| DISABLED VETERAN BUSINESS ENTERPRISES (DVBEs) | 0.5% |

B. WHAT IS THE ESTIMATED ANNUAL VALUE OF THIS CONTRACT WITH:

| | |
|---|---|
| Ameritech | _____ |
| Nevada Bell | _____ |
| Pacific Bell | _____ |
| Southern New England Telephone | _____ |
| Southwestern Bell | _____ |
| Ameritech Data Services (ADS) | _____ |
| SBC Advanced Solutions (ASI) | _____ |
| SBC Long Distance | _____ |
| SBC Telecom (National/Local) | _____ |
| Other SBC Affiliate | _____ |
| Total Across all SBC including Affiliates | ████████████████████ |

RESTRICTED PROPRIETARY INFORMATION                                        7
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary
companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000401

SBC Communications Inc.                                  Agreement No. 00018118
Sedgwick Claims Management Services, Inc.

*Note: Indicate dollar award(s) as it applies to this contract (i.e. Pacific Bell, SWBT, and/or Affiliate).*

C. WHAT ARE THE DOLLAR AMOUNTS OF YOUR PROJECTED MBE/WBE/DVBE PURCHASES?

MINORITY BUSINESS ENTERPRISES (MBEs)  To be determined
WOMAN BUSINESS ENTERPRISES (WBEs)  To be determined
DISABLED VETERAN BUSINESS
ENTERPRISES (DVBEs)  To be determined

SEE MBE/WBE/DVBE CANCELLATION CLAUSE IN AGREEMENT FOR DEFINITIONS OF MBE, WBE, AND DVBE.

2.  LIST THE PRINCIPAL GOODS AND SERVICES TO BE SUBCONTRACTED TO MBE/WBE/DVBEs OR DELIVERED THROUGH MBE/WBE/DVBE VALUE-ADDED RESELLERS.

At the current time an analysis of the possible goods and services to be subcontracted needs to be completed. At the current time it is not expected that Sedgwick CMS will be able to subcontract the core services provided under this contract to a MBE/WBE/DVBE. Possible opportunism are being reviewed in the areas of supplies, equipment, some support services and external training. The most significant value of this contract is the direct supplier case management staff provided under this contract.

### DETAILED PLAN FOR USE OF MBE/WBE/DVBEs AS SUBCONTRACTORS, DISTRIBUTORS, VALUE-ADDED RESELLERS

For every product and service you intend to use, provide the following information. (attach additional sheets if necessary)

| Company Name | Classification (MBE/WBE/DVBE) | Products/Services to be provided | $ Value | Date to Begin |
|---|---|---|---|---|
| TBD | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

3.  SUPPLIER AGREES THAT IT WILL MAINTAIN ALL NECESSARY DOCUMENTS AND RECORDS TO SUPPORT ITS EFFORTS TO ACHIEVE ITS MBE/WBE/DVBE PARTICIPATION GOAL(S).  SUPPLIER ALSO ACKNOWLEDGES THE FACT THAT IT IS

RESTRICTED PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000402

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

RESPONSIBLE FOR IDENTIFYING, SOLICITING AND QUALIFYING MBE/WBE/DVBE
SUBCONTRACTORS, DISTRIBUTORS AND VALUE-ADDED RESLLERS.

4. THE FOLLOWING INDIVIDUAL, ACTING IN THE CAPACITY OF MBE/WBE/DVBE
COORDINATOR FOR SUPPLIER, WILL:

A. ADMINISTER THE MBE/WBE/DVBE PARTICIPATION PLAN

B. SUBMIT SUMMARY REPORTS

C. COOPERATE IN ANY STUDIES OR SURVEYS AS MAY BE REQUIRED, IN ORDER TO
DETERMINE THE EXTENT OF COMPLIANCE BY THE SUPPLIER WITH THE
PARTICIPATION PLAN

NAME: Brad Johnson
TITLE: Regional Manager
TELEPHONE NUMBER:
AUTHORIZED SIGNATURE:

DATE:

RESTRICTED PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

9

DEF000403

SBC Communications Inc.                                    Agreement No. 00018118
Sedgwick Claims Management Services, Inc.

## Exhibit B-2 – MBE/WBE/DVBE Results Report

# M/WBE-DVBE QUARTERLY RESULTS REPORT
## FOR THE FOLLOWING SBC AFFILIATE:

*Note:* *Subcontracting Results should reflect ONLY M/WBE-DVBE dollars directly traceable to sales DURING TH REPORT QUARTER.*

*Results must be reported individually for each SBC subsidiary.*

THIS SUMMARY REPORT SHOULD BE E-MAILED TO:       SBCSD@msg.pacbell.com

Authorized signed copy should be mailed to:
PRIME SUPPLIER PROGRAM MANAGER
2600 CAMINO RAMON,  ROOM 1E050
SAN RAMON, CA  94583       FAX # (925)867-4414

*Note: Questions and/or requests for assistance may be referred to the Prime Supplier Program Manager at SBCSD@msg.pacbell.com*

1. REPORTING COMPANY:

| | 2. CONTRACT/ WORK ORDER NUMBER: | 3. REPORT QUARTER: |

Company Name:
Address:
City, State, Zip:
Contact Name:
Title:
E-mail:
Date:
Telephone:

(If available)

This report reflects the utilization of Minority Business Enterprise Woman Business Enterprise/Disabled Veterans Enterprise participation for period _____ through _____

(Please indicate dates)

Signature:

| 4. | | | | 5. | | Actual for Quarter | | |
|---|---|---|---|---|---|---|---|---|
| | | Annual Goal | | | | MBE | WBE | DVBE |
| | MBE | WBE | DVBE | | | | | |
| Percent of Total Sales | | | | Dollars paid by Prime Supplier to Subcontractors | | | | |
| | | | | Total Dollars Paid to Prime Supplier by SBC | | | | |

DEF000404

Attachment C.

# Sedgwick CMS 2003-2004

## Key Performance Service Measurements (KPSM)



**Sedgwick CMS**

1

**PROPRIETARY INFORMATION**

The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000405

# Key Performance Service Measurements Overview

| | |
|---|---|
| 1. Customer Service Quality – CS Call Stats – Service Level | $ [redacted] |
| 2. Customer Service Quality – Abandon Rate | $ [redacted] |
| 3. Customer Service Audit | $ [redacted] |
| 4. STD Initial Timely Decision (new and successive relapses) | $ [redacted] |
| 5. STD Subsequent Decision | $ [redacted] |
| 6. STD Timely Decisions for immediate relapse cases | $ [redacted] |
| 7. Timeliness of ERISA Appeal Decisions | $ [redacted] |
| 8. Timeliness of Acknowledgement letter sent on ERISA appeals | $ [redacted] |
| 9. Overturned denials due to case management error | $ [redacted] |
| 10. Accuracy of Medical Diagnostic Coding (MDC) | $ [redacted] |
| 11. Timeliness of Offsets for STD Cases | $ [redacted] |
| 12. Timeliness of Decisions on Cases w/Physician Advisor Review | $ [redacted] |
| 13. Timely Initial LTD Decisions | $ [redacted] |
| 14. Timeliness of Subsequent LTD payments | $ [redacted] |
| 15. Accuracy of LTD payment calculation | $ [redacted] |
| 16. Client Audit | $ [redacted] |
| 17. Timeliness of Operational Reports | $ [redacted] |
| 18. Timeliness of Promis Feed | $ [redacted] |
| 19. SBC Employee Satisfaction | $ [redacted] |
| **Total Dollars** | $ [redacted] |

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

# Key Performance Service Measurements

3

| | Total Dollars at risk | Total Dollars at risk | Total Dollars at risk | Total Dollars at risk |
|---|---|---|---|---|
| | | | | |
| | | | | |

For the purpose of this document STD includes AD cases where applicable

All metrics will be reported monthly in the operational report

**PROPRIETARY INFORMATION**

The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000407

# #1 Key Performance Service Measurement

Sedgwick

*Measure Name:* Customer Service Quality - CS Call Stats - Service Level

*Measurement:* A time specified in seconds within which customer services representatives should answer calls.

*Measurement Criteria:* A calls must be answered with 30 seconds after reaching the Customer Service Queue (does not include abandon calls).

*Data Source:* CenterVue Supervisor (Call System Reports)

Opportunities: Total # incoming calls referred to a CSR Queue

Defects: # Of incoming calls answered after 30 seconds

*Quarterly Measurement*

*Dollars at risk:* ████

| | | |
|---|---|---|
| Target | 90% or above | 0% |
| Below Target | 87 - 89.99% | 10% |
| Needs Improvement | 85% - 86.99% | 25% |
| Unacceptable | < 85% | 100% |

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000408

# #2 Key Performance Service Measurement

**Sedgwick**

***Measure Name:*** Customer Service Quality - CS Call Stats - Abandon Rate

***Measurement:*** An abandoned call is one in which the caller hangs up before receiving an answer. A call must queued to the Customer Service Queue.

***Measurement Criteria:*** Measure the number of calls where the caller hangs up before receiving an answer once in the Customer Service Queue.

***Data Source:*** CenterVue Supervisor (Call system reports)

- Opportunities: Total # of incoming calls offered to the CS Queue
- Defects: # of hang-ups in which an answer is not given.
- Abandons 10 seconds or less will not be included in opportunities or defects
- (Defects/Opportunities) X 100 = Percent Abandon

***Quarterly Measurement***

***Dollars at risk:***



| | | |
|---|---|---|
| Target | 3% or less | 0% |
| Below Target | 3.1 – 3.5% | 10% |
| Needs Improvement | 3.6% - 4% | 25% |
| Unacceptable | > 4% | 100% |

**PROPRIETARY INFORMATION**
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

5

# #3 Key Performance Service Measurement

**Sedgwick**

*Measure Name:* Customer Service Audit

*Measurement:* A measure aimed at ensuring delivery of excellent service to callers.

*Opportunities:* All call audits completed within the reporting quarter.

*Defects:* Call audits that do not achieve a score of "meets expectations" for that reporting quarter.

*Measurement Criteria:* 95% or greater of the calls audited within the reporting quarter must achieve a "meets expectations" score.

*Data Source:* Call Audit Tool

*Quarterly Measurement*

*The audit tool is mutually agreed upon and maybe updated from time to time as appropriate. All updates must be mutually agreed upon.*

*Appendix C-1 – Call Audit Tool*

*Dollars at risk:* ▮▮▮▮

| | | |
|---|---|---|
| Target | 95% or above | 0% |
| Below Target | 93% - 94.99 | 10% |
| Needs Improvement | 91% - 92.99% | 25% |
| Unacceptable | <91% | 100% |

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

6

DEF000410

# #4 Key Performance Service Measurement

**Sedgwick**

*Measure Name:* STD Timely Initial Decisions for new and successive relapse cases (a relapse where the waiting period applies)

*Measurement:*
A measure of the time to make an initial decision from the greater of the benefit start date or the employee report date.

*Opportunities:* # of initial decisions made within the reporting quarter excluding the cases that were referred to the Physician Advisor.

*Timely:* The decision must be made the day after conditional pay ends (14 days or 21 days for AiT).

*Data Source:* Juris Report – TBN

*Quarterly Measurement*

*Dollars at risk:*



| Target | TBD | 0% |
|---|---|---|
| Below Target | | 10% |
| Needs Improvement | | 25% |
| Unacceptable | | 100% |

This is to be measured but not scored for First and Second Quarter in order to determine the baseline and performance goals. The goal will be determined and implemented no later than 7/1/03.

In the event that conditional pay is changed or goes away we will re-visit and establish new timely measurement

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

7

# #5 Key Performance Service Measurement

**Sedgwick**

**Measure Name:** STD Timely Subsequent decisions

**Measurement:** Measures all STD claims that require a subsequent decision to ensure that it is completed the day following the benefit end date.

**Opportunities:** All subsequent STD decisions made within the reporting quarter excluding cases that were referred to the physician advisor.

**Timely:** The decision must be made the day after the benefit approved end date.

**Data Source:** Juris Report ~ TBN

*Quarterly Measurement*

**Dollars at risk:** 

| | TBD | 0% |
|---|---|---|
| Target | | |
| Below Target | | 10% |
| Needs Improvement | | 25% |
| Unacceptable | | 100% |

*This is to be measured but not scored for First and Second Quarter  In order to determine the baseline and performance goals. The goal will be determined and implemented no later than 7/1/03.*

8

**PROPRIETARY INFORMATION**
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000412

Sedgwick

# #6 Key Performance Service Measurement

**Measure Name:** STD Timely decisions for immediate relapse (A relapse where the waiting period does not apply).

**Measurement:** Measures all STD claims that is a immediate relapse to ensure timely decisions.

**Opportunities:** All decisions for STD immediate relapses made within the reporting quarter excluding cases that were referred to the physician advisor.

**Timely:** The decision must be made on or before the 12th calendar day. (9 days for the employee to obtain medical and 3 days for the case manager to review)

**Data Source:** Juris Report – TBN

**Quarterly Measurement**

**Dollars at risk: $** ▆▆▆



| | TBD | 0% |
|---|---|---|
| Target | | |
| Below Target | ▆▆▆ | 10% |
| Needs Improvement | ▆▆▆ | 25% |
| Unacceptable | | 100% |

*This is to be measured but not scored for First and Second Quarter  in order to determine the baseline and performance goals.  The goal will be determined and implemented no later than 7/1/03.*

**PROPRIETARY INFORMATION**
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

6

DEF000413

# #7 Key Performance Service Measurement

## Sedgwick

**10**

***Dollars at risk:*** ▓▓▓

| | | |
|---|---|---|
| Target | 100% | 0% |
| Below Target | 99% | 10% |
| Needs Improvement | 98% | 25% |
| Unacceptable | <98% | 100% |

***Measure Name:*** Timeliness of ERISA Appeal Decisions

***Measurement:*** A measure aimed at ensuring ERISA Appeal decisions are made within ERISA time frames.

***Opportunities:*** All ERISA appeal decisions made within the reporting quarter.

***Defects:*** Any ERISA appeal decision made outside of ERISA time frames.

***Measurement Criteria:*** 100% of all ERISA appeal decisions are made within ERISA time frames for the reporting quarter.

***Quarterly Measurement***

***Data Source:*** Appeals Data Base

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000414

# #8 Key Performance Service Measurement

**Sedgwick**

11

***Measure Name:*** Timeliness of Acknowledgement letter sent on ERISA appeals

***Measurement:*** A measure aimed at ensuring that acknowledgement letters are sent out on time.

***Opportunities:*** All Acknowledgement letters sent in the reporting quarter.
***Defects:*** Any Acknowledgement letter not sent within two business days.

***Measurement Criteria:*** 98% of all acknowledgement letters are sent within two business days for the reporting period.

***Quarterly Measurement***

***Date Source:*** Appeals Data Base

***Dollars at risk:***

| | |
|---|---|
| Target | 98% or above | 0% |
| Below Target | 96% - 97.99% | 10% |
| Needs Improvement | 94% - 95.99% | 25% |
| Unacceptable | < 94% | 100% |

**PROPRIETARY INFORMATION**
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000415

# #9 Key Performance Service Measurement

Sedgwick

**Dollars at risk:** ████

| | | |
|---|---|---|
| Target | .5% or less | 0% |
| Unacceptable | .6% or greater | 100% |

*Measure Name:* Overturned Denials due to case management error

*Measurement:* A measure aimed at ensuring accuracy of denial decisions.

*Opportunities:* All appeals for the year.

*Defects:* Any denial overturned due to case management error.

*Measurement Criteria:* Only .5% or less of all appeals received are overturned as a result of case management error.

*Annual Measurement*

*Date Source:* Appeals Data Base Quarterly Report Reason #2 and #3

*Case Management Error is defined as:*

A case manager makes a clear procedural error which results in the Appeals Specialist reversing the denial.

12

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000416

Sedgwick

# #10 Key Performance Service Measurement

**Dollars at risk:** ▬

| | | |
|---|---|---|
| Target | 98% or above | 0% |
| Below Target | 93% - 97.99% | 10% |
| Needs Improvement | 91% - 92.99% | 25% |
| Unacceptable | <91% | 100% |

*Measure Name:* Accuracy of Medical Diagnostic coding (MDC)

*Measurement:* A measure aimed at ensuring STD cases are coded within the correct clinical grouping as defined by the MDC.

*Opportunities:* All STD cases audited in the year.

*Defects:* Any STD case that is not coded within the correct clinical grouping as defined by the MDC.

*Annual Measurement*

*Date Source:* STD Case Audits

**Appendix C-2 – ICD 9 grouping**

13

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000417

DEF000418

# #11 Key Performance Service Measurement

**Sedgwick**

**Measure Name:** Timeliness of offsets on STD cases

**Measurement:** A measure aimed at ensuring that SDI and/or WC offsets are entered on time on appropriate STD cases to prevent overpayments.

**Opportunities:** All STD cases where the employee resides in a state that requires a SDI offset and/or a WC case that requires an offset and a payment was issued during the reporting quarter.

**Defects:** Any STD case with a payment issued during the reporting month where the SDI and/or WC offset was not entered resulting in an overpayment.

**Quarterly Measurement**

**Date Source:** Ellink Report/Juris Report

**Dollars at risk:** ▮

| | | |
|---|---|---|
| Target | 99% or above | 0% |
| Below Target | 97% - 98.99% | 10% |
| Needs Improvement | 95% - 96.99% | 25% |
| Unacceptable | <95% | 100% |

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

14

DEF000419

# #12 Key Performance Service Measurement

## Sedgwick

**Measure Name:** Timeliness of decisions on cases sent to the Physician Advisor Review

**Measurement:** A measures all STD cases referred to the Physician Advisor to ensure that a decision is made within 5 days of the referral.

**Opportunities:** All STD cases referred to the physician advisor during the quarter.

**Defects:** Any STD case where the decisions to approve, extend or deny benefits was not made with days of the referral to the physician advisor.

*Quarterly Measurement*

**Date Source:** Physician Advisor Data Base/Juris Report

*Dollars at risk:* █████



| | TBD | |
|---|---|---|
| Target | | 0% |
| Below Target | | 10% |
| Needs Improvement | | 25% |
| Unacceptable | | 100% |

*This is to be measured but not scored for First and Second Quarter in order to determine the baseline and performance goals. The goal will be determined and implemented no later than 7/1/03.*

PROPRIETARY INFORMATION

The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

15