# EXHIBIT 7

PART 3

# #13 Key Performance Service Measurement

## Sedgwick

**Measure Name:** Timely Initial LTD Decisions

**Measurement:** A measure aimed at ensuring that LTD initial decisions are made 5 business days prior to the STD end of benefits.

**Opportunities:** All the initial LTD Decisions made in the reporting quarter.

**Defects:** Any initial LTD Decisions that are not made within 5 business days of the STD end of benefits. Except for the situations below.

**Exceptions:**

• STD denials overturned in the 12th month of STD or later, the decision must be made within 30 days from the overturn date.

• Relapses that occur in 12th month of STD, the decision must be made within 30 days of the relapse notification.

• PTG cases with a binding IME is required. The decision must be made within 30 days from the date of the examination.

**Quarterly Measurement**

**Date Source:** Juris Report/LTD Data Base

**Dollars at risk:** ▬▬▬

| | | | |
|---|---|---|---|
| Target | 98% or above | 0% | |
| Below Target | 96% - 97.99% | 10% | |
| Needs Improvement | 94% - 95.99% | 25% | ▬▬ |
| Unacceptable | <94% | | |

PROPRIETARY INFORMATION

The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

16

DEF000420

Case 3:07-cv-02652-CRB    Document 45-12    Filed 01/11/2008    Page 3 of 46

# #14 Key Performance Service Measurement

## Sedgwick

**Measure Name:** Timeliness of Subsequent LTD Payments

**Measurement:** A YTD measure aimed at ensuring that subsequent LTD payments are made on time.

**Opportunities:** All subsequent LTD payments made in the reporting quarter.

Excludes any cases that were terminated due to no updated medical received and then re-opened.

**Defects:** Any LTD subsequent payments not issued on the scheduled date (The last business day of the month).

**Measurement Criteria:** 99% of all LTD subsequent payments are made on the scheduled date (the last business day of the month) for the reporting quarter.

**Quarterly Measurement**

**Data Source:** ADP Report

**Dollars at risk:** ▬

| | | |
|---|---|---|
| Target | 99% or above | 0% |
| Below Target | 98% – 98.99% | 10% |
| Needs Improvement | 97% – 97.99% | 25% |
| Unacceptable | <97% | 100% |

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000421

05/25/2006  09:20   2102226931

# #15 Key Performance Service Measurement

**Sedgwick**

**Measure Name:** Accuracy of LTD payment calculation

**Measurement:** A YTD measure aimed at ensuring all LTD payment calculations are correct.

**Opportunities:** All LTD cases audited in the reporting quarter.

**Defects:** Any LTD case audited during the month with an ongoing case manager error in the benefit calculation.

**Quarterly Measurement**

**Date Source:** LTD Internal Audit

**Dollars at risk:** ▮▮▮

| | | |
|---|---|---|
| Target | 98% or above | 0% |
| Below Target | 95% - 97.99% | 10% |
| Needs Improvement | 93% - 94.99% | 25% |
| Unacceptable | <93% | 100% |

**PROPRIETARY INFORMATION**

The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000422

# #16 Key Performance Service Measurement

Sedgwick

**Measure Name:** Client Audit preventative/corrective action plans.

**Measurement:** To ensure that preventative/corrective actions are completed within the timeframes mutually agreed upon.

**Data Source:** Preventative/Corrective action plans as a result of the SBC Client Audit.

**Dollars at risk:** ▉▉▉▉

Preventative/corrective Action Plans developed as a result of the audit with timeframes that are mutually agreed upon.

**PROPRIETARY INFORMATION**

The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

19

DEF000423

# #17 Key Performance Service Measurement

Sedgwick

**Measure Name:** Timeliness of Operational Reporting package.

**Measurement:** A monthly measure aimed at ensuring that the monthly operational reporting package is delivered on time.

**Opportunities:** Monthly Operational Reporting package.

**Timely:** Any monthly operational reporting package delivered to SBC within three business days of the scheduled delivery date.

**Annual Measurement**

**Data Source:** Report Log

Monthly reports are to be delivered on the 15th day of each month SBC's receipt of reports can either be the paper copy or electronic copy.

**Dollars at risk:** 



|  | Target | Unacceptable |
|---|---|---|
|  | 100% | <99% |
|  | 0% | 100% |

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

20

DEF000424

# #18 Key Performance Service Measurement

## Sedgwick

**Measure Name:** Timeliness of Promis feed.

**Measurement:** A measure aimed at ensuring that the feed from Juris is sent to the internet mailbox on time for each day scheduled.

**Opportunities:** All scheduled daily feeds sent from Juris to internet mailbox within the reporting year.

**Timely:** The data feed must be sent by Juris to the internet mailbox by x time for each scheduled day.

**Annual Measurement**

**Data Source:** Promis feed report created by Juris Support

*Dollars at risk:* ▮

| | | |
|---|---|---|
| Target | 98% or above | 0% |
| Below Target | 94% - 97.99% | 10% |
| Needs Improvement | 92% - 93.99% | 25% |
| Unacceptable | <92% | 100% |

PROPRIETARY INFORMATION

The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

21

# #19 Key Performance Service Measurement

**Sedgwick**

**Measure Name:** SBC Employee Satisfaction

**Measurement:** A measure aimed at ensuring SBC employee satisfaction for the service delivered by SMAART.

**Measurement Criteria:** Surveys would be sent out on a representative sample population of employees for STD.

**Date Source:** Employee Satisfaction Survey

A response rate of 20% is required for this metric.

**Appendix C-3 – SMAART Customer Service Survey**

**Dollars at risk:** ▪▪▪▪▪

Sedgwick will commit to a survey on a sample size for STD cases

The first surveys will be sent out in 2/03 while we continue to tweak the process

A baseline will be determined and targets set by 7/1/03

**PROPRIETARY INFORMATION**

The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

22

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

Agreement No. 00018118
Attachment C, Appendix C-1

## Customer Service Claim Audit Form

| | N | M | E | NA | Comments |
|---|---|---|---|---|---|
| Customer Service Representative | | | | | Carla |
| Auditor | | | | | |
| Date of Call | | | | | |
| Claim/ Social Security number | | | | | |
| Type of Claim: (FI, SD, AD, WC) | | | | | |
| **Willingness to Serve – 6.25 points each** | | | | | |
| Expresses gratitude for calling SMAART, identify yourself and offer assistance | | | | | |
| Expresses a willingness to serve | | | | | |
| Accurately answers all questions | | | | | |
| Listens actively and attentively with out interruption | | | | | |
| Notifies what action SMAART will take | | | | | |
| Offers assistance and transfers only when necessary | | | | | |
| Announces call | | | | | |
| Offers additional assistance before disconnect | | | | | |
| Expresses appreciation for calling SMAART | | | | | |
| Acknowledges/ responds to caller's concerns | | | | | |
| Accepts ownership for actions | | | | | |
| Uses caller's name | | | | | |
| Establishes rapport with caller | | | | | |
| Limits use of hold/ dead air | | | | | |
| Avoids the use of jargon and acronyms | | | | | |
| Uses conversational tone, speaks clearly, pace, diction, volume, tone, and avoids reading a script | | | | | |
| **Accuracy – 14.29 points each** | | | | | |
| Confirms the caller's demographics | | | | | |
| Offers accurate/complete information | | | | | |
| Correct claim type opened (SD, AD, WC, JA) | | | | | |
| Gathers or confirms needed information, such as home telephone, doctor's, and supervisor contact | | | | | |
| Completes script and effectively calculates and communicates benefit schedule, medical due date, and next steps | | | | | |
| Collects detailed medical/ treatment information | | | | | |
| Documentation in the system supports the call | | | | | |
| **Problem Solving 25 points each** | | | | | |
| Asks investigative questions | | | | | |
| Demonstrates on understanding of the issues and clarifies when necessary | | | | | |
| Presents solutions/ alternatives | | | | | |
| Correct Action Taken | | | | | |

1.

**PROPRIETARY INFORMATION**

The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000427

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

Agreement No. 00018118
Attachment C, Appendix C-1

## Customer Service Claim Audit Form

| Totals: | | | | | | | |
|---------|---|---|---|---|---|---|---|

**Overall Comments:**

_____

_____

_____

_____

**Total Points Earned**                     **Follow-up Date**
Score = Total Possible Points =              **Follow-up Level** _____

DEF000428

2.

**PROPRIETARY INFORMATION**
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

Agreement No. 00018116
Attachment C, Appendix C-2

SBC Communications Inc.
Sedgwick

## ICD 9 Categories

| Index | ICD 9 Code | Premis Category | Purposed Category |
|---|---|---|---|
| 1 | 001-139 | Infectious Disease | Infectious Disease |
| 140 | 140-239 | Tumors | Tumors |
| 240 | 240-278 | Endocrine | Endocrine |
| 279 | 279-279 | Blood Disorder | Blood Disorder |
| 280 | 280-289 | Blood Disorder | Blood Disorder |
| 290 | 290-319 | Mental/Subtance | Mental/Subtance |
| 320 | 320-359 | Neurological | Neurological |
| 360 | 360-379 | Eye Disease | Eye Disease |
| 380 | 380-389 | ENT | ENT |
| 390 | 390-459 | CV Disease | Circulatory Disease |
| 460 | 460-478 | ENT | Respiratory Disease |
| 480 | 480-513 | Respiratory Infection | Respiratory Disease |
| 514 | 514-519 | Lung Disease | Respiratory Disease |
| 520 | 520-529 | Oral Disease | Oral Disease |
| 530 | 530-579 | Gastrointestinal | Gastrointestinal |
| 580 | 580-594 | Renal Disease | Renal Disease |
| 595 | 595-608 | GU Disease | GU Disease |
| 610 | 610-611 | Breast Disease | Breast Disease |
| 614 | 614-629 | Pelvic Disease | Pelvic Disease |
| 630 | 630-677 | Pregnancy | Pregnancy |
| 680 | 680-709 | Dermatologic | Skin Diseases |
| 710 | 710-720 | Muskl Disease | Musculoskeletal |
| 721 | 721-724 | Back/Spine | Back/Spine |
| 725 | 725-740 | Muskl Disease | Musculoskeletal |
| 741 | 741-779 | Developmental | Congenital Abnormalities |
| 780 | 780-799 | Symptoms | Symptoms |
| 800 | 800-848 | Fractures/Sprains | Fractures/Sprains |
| 850 | 850-869 | Trauma | Trauma |
| 990 | 990-989 | Toxic Exposure | Toxic Exposure |
| 990 | 990-995 | Trauma | Trauma |
| 996 | 996-997 | Null | Trauma |
| 998 | 998-998 | Infectious Disease | Trauma |
| 999 | 999-999 | Null | Trauma |

| 280 | 290-302 | Mental Disorders |
|---|---|---|
| 303 | 303-305 | Substance Abuse Disorders |
| 306 | 306-319 | Mental Disorders |

| 630 | 630-649 | complication pregnancy |
|---|---|---|
| 650 | 650-659 | normal pregnancy |
| 660 | 660-677 | complication pregnancy |

### 3 categories:

| 630 | 630-649 | complication pregnancy |
|---|---|---|
| 650 | 650-651 | normal pregnancy |
| 652 | 652-669.5 | complication pregnancy |
| 669.7 | 669.7 | Cesarean Delivery |
| 669.8 | 669.8-677 | complication pregnancy |

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000429

Agreement No. 00018118
Attachment C, Appendix C-3

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

# SMAART
## Employee Customer Service Survey

SMAART's goal is to provide exemplary customer service to those employees who have received benefits through the disability benefit plan. Therefore, it is important for us to know how you feel about the services that are provided in order to assess and improve our customer service. Please take a few minutes of your time to complete this survey. This survey is confidential.

**Instructions:** *For the following statements, please circle the number that best indicates how strongly you agree or disagree with each statement. If a statement doesn't apply to you, please circle "N/A."*

**Questions:**

| | Strongly Disagree | | | | | | Strongly Agree | N/A |
|---|---|---|---|---|---|---|---|---|
| 1. When my disability began, I knew to contact both my supervisor and the SMAART center. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | N/A |
| 2. The Customer Service Representative I spoke with was knowledgeable about my disability benefits. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | N/A |
| 3. The Customer Service Representative I spoke with clearly explained how my medical treatment/related treatment affected my benefits. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | N/A |
| 4. The benefits I received under the disability plan were both timely and accurate. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | N/A |
| 5. My calls were returned within 1 business day. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | N/A |
| 1. The information provided by SMAART was accurate. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | N/A |
| 2. When contacting SMAART I was treated in a courteous manner. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | N/A |
| 3. The SMAART representatives I spoke with offered helpful information throughout the claim. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | N/A |
| 4. The Case Manager/Return-to-Work Specialist provided assistance in helping me to successfully return to work. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | N/A |
| 5. I was notified of my disability status in a timely manner. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | N/A |
| 6. Overall, I was satisfied with the services provided during my claim. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | N/A |

Optional Name: _____

Best Time to Call: _____

Telephone Number: _____

SMAART sincerely appreciates your response. We wish you a healthy and safe recovery and return to work.

1.

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000430

Attachment E

TEMPORARY NON-DISABILITY-RELATED ACCOMMODATION WORKFLOW



DEF000431

PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC,
Supplier, their Affiliates and subsidiary companies, and their third party representatives,
except under written Agreement by the contracting company.



PROPRIETARY INFORMATION
The information contained in this Agreement is not for use or disclosure outside SBC,
Supplier, their Affiliates and subsidiary companies, and their third party representatives,
except under written Agreement by the contracting company.

DEF000432

05/25/2006   09:25   2162226551

Agreement Number 00018118-01
Amendment 1

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

## First Amendatory Agreement

This First Amendatory Agreement (this Amendatory Agreement), effective on the date when signed by the last Party ("Effective Date"), and amending Agreement No. 00018118, is by and between Sedgwick Claims Management Services, Inc., an Illinois corporation ("Supplier") and SBC Communications Inc., a Delaware corporation ("SBC"), each of which may be referred to in the singular as "Party" or in the plural as "Parties."

### WITNESSETH

WHEREAS, Supplier and SBC entered into Agreement No. 00018118, effective on April 14, 2003, (the "Agreement"); and

WHEREAS, Supplier and SBC desire to amend the Agreement as hereinafter set forth.

Now, THEREFORE, in consideration of the premises and the covenants hereinafter contained, the Parties hereto agree as follows:

Attachment B, Fee Schedule, III. Continuing Service Fees and Invoices, C. For The Period beginning July 1, 2003 – June 30, 2004, is amended as to the Total Monthly Invoice Amounts, as stated in Attachment 1 to this Amendment.

The terms and conditions of Agreement No. 00018118 in all other respects remain unmodified and in full force and effect.

IN WITNESS WHEREOF, the Parties have caused this Amendatory Agreement to Agreement No. 00018118 to be executed, which may be in duplicate counterparts, each of which will be deemed to be an original instrument, as of the date the last Party signs.

Sedgwick Claims Management Services, Inc.                SBC Communications Inc.

By: _____

Printed Name

Title: General                                          , For and On

Date: ___4/18/03___                     Date: ___11 NOVEMBER 2003___

**Proprietary Information**
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and their third party representatives, except under written Agreement by the contracting Parties.

1

05/25/2006  09:25   2162226931

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

**AMENDMENT 1
ATTACHMENT 1**

Effective July 1, 2003, Attachment B, Fee Schedule, III. Continuing Service Fees and Invoices, C. For The Period Beginning July 1, 2003 – June 30, 2004, Total Invoice Amounts, to the Agreement shall be modified to reflect the following revised billing schedule and budget for the period beginning July 1, 2003 and ending June 30, 2004:

Agreed Upon Total Fee for the Period



Monthly Invoice

Billing Schedule:

July, 2003
August, 2003
September, 2003
October, 2003
November, 2003
December, 2003
January, 2004
February, 2004
March, 2004
April, 2004
May, 2004
June, 2004

Total for Period

**Proprietary Information**
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and their third party representatives, except under written Agreement by the contracting Parties.

2

DEF000434

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

Agreement Number 00018118-02
Amendment 2

Amendment No. 2

to

Agreement No. 00018118

Between

Sedgwick Claims Management Services, Inc.

And

SBC Communications Inc.

**Proprietary Information**
The information contained in this agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and their third party representatives, except under written Agreement by the contracting Parties.

1

DEF000435

Agreement Number 00018118-02
Amendment 2

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

## SECOND AMENDATORY AGREEMENT

This Second Amendatory Agreement, effective on the date when signed by the last Party ("Effective Date"), and amending Agreement No. 00018118, is by and between Sedgwick Claims Management Services, Inc., an Illinois corporation ("Supplier") and SBC Communications Inc., a Delaware corporation ("SBC"), each of which may be referred to in the singular as "Party" or in the plural as "Parties", as previously amended by a First Amendatory Agreement (collectively the "Agreement").

### WITNESSETH

WHEREAS, Supplier and SBC entered into Agreement No. 00018118, effective on April 14, 2003, (the "Agreement"); and

WHEREAS, Supplier and SBC desire to amend the Agreement as hereinafter set forth.

Now, THEREFORE, in consideration of the premises and the covenants hereinafter contained, the Parties hereto agree as follows:

1.   Paragraph 1.1 shall be modified to reflect that the Agreement is effective through June 30, 2007.

2.   Paragraph 3.3.2 shall be modified to reflect that if the Agreement is terminated prior to June 30, 2007, then the early termination provisions of the Agreement with respect to the period from the date of early termination through June 30, 2007 shall apply.

3.   Paragraph 3.26 shall be modified to reflect a new name and address for SBC notice, as follows:

4.   Paragraph 3.32 shall be modified to reflect that the Agreement shall remain in effect until June 30, 2007, unless it is Terminated or Cancelled pursuant to the terms of the Agreement.

5.   Attachment B, Fee Schedule, III., Continuing Service Fees and Invoices, is amended to include the service fees for the period beginning July 1, 2004 and ending June 30, 2007 as stated in Attachment 1 to this Amendment.

6.   Supplier shall perform the tasks set forth in Attachment 2 to this Agreement for the time periods specified in that Attachment 2.

7.   Attachment A, Service Requirements, is amended to include FMLA eligibility determination services for the Midwest region effective June 1, 2003. When an employee's claim for disability benefits is denied, Sedgwick CMS will determine if the employee has remaining FMLA entitlement. If so, Sedgwick CMS will request from the employee a FMLA-4 Medical Certification for evaluation. Sedgwick CMS will then determine, in accordance with FMLA regulations, whether the employee is eligible for FMLA. Sedgwick CMS will track the results of the FMLA services. There will not be increases to the fees since the program was able to reallocate existing resources to perform the services for the Midwest FMLA services.

Proprietary Information
The information contained in this agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and their third party representatives, except under written Agreement by the contracting Parties.

2

DEF000436

Agreement Number 00018118-02
Amendment 2

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

The terms and conditions of Agreement No. 00018118, including those terms and conditions set forth in Amendment 1, in all other respects remain unmodified and in full force and effect.

**IN WITNESS WHEREOF**, the Parties have caused this Amendment to Agreement No. 00018118 to be executed, which may be in duplicate counterparts, each of which will be deemed to be an original instrument, as of the date the last Party signs.

Sedgwick Claims Management Services, Inc.          SBC Communications Inc.

By: ▮

Printed Name

Title: ▮                                           ., For and On
                                                    1c.
Date: _3/5/04_____            Date: _____7/1/04_____

**Proprietary Information**
The information contained in this agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and their third party representatives, except under written Agreement by the contracting Parties.
3

DEF000437

Agreement Number 00018118-02
Amendment 2

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

**AMENDMENT 2**
**ATTACHMENT 1**

Attachment B to the Agreement shall be modified to add the following billing schedules and budgets for the annual periods beginning July 1, 2004 and ending June 30, 2007:

1. Agreed upon Fee for the period
7/1/04 through 6/30/05

| Billing Schedule | Short Term Disability (STD) Allocation | Long Term Disability (LTD) Allocation | Job Accommodations Allocation | Total Monthly Invoice |
|---|---|---|---|---|
| July, 2004 | | | | |
| August, 2004 | | | | |
| September, 2004 | | | | |
| October, 2004 | | | | |
| November, 2004 | | | | |
| December, 2004 | | | | |
| January, 2005 | | | | |
| February, 2005 | | | | |
| March, 2005 | | | | |
| April, 2005 | | | | |
| May, 2005 | | | | |
| June, 2005 | | | | |
| Total for the period | | | | |

2. Agreed upon Fee for the period
7/1/05 through 6/30/06

| Billing Schedule | Short Term Disability (STD) Allocation | Long Term Disability (LTD) Allocation | Job Accommodations Allocation | Total Monthly Invoice |
|---|---|---|---|---|
| July, 2005 | | | | |
| August, 2005 | | | | |
| September, 2005 | | | | |
| October, 2005 | | | | |
| November, 2005 | | | | |
| December, 2005 | | | | |
| January, 2006 | | | | |
| February, 2006 | | | | |
| March, 2006 | | | | |
| April, 2006 | | | | |
| May, 2006 | | | | |
| June, 2006 | | | | |
| Total for the period | | | | |

**Proprietary Information**
The information contained in this agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and their third party representatives, except under written Agreement by the contracting Parties.

4

DEF000438

Agreement Number 00018118-02
Amendment 2

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

3.  Agreed upon Fee for the period
7/1/06 through 6/30/07

| Billing Schedule | Short Term Disability (STD) Allocation | Long Term Disability (LTD) Allocation | Job Accommodations Allocation | Total Monthly Invoice |
|---|---|---|---|---|
| July, 2006 | | | | |
| August, 2006 | | | | |
| September, 2006 | | | | |
| October, 2006 | | | | |
| November, 2006 | | | | |
| December, 2006 | | | | |
| January, 2007 | | | | |
| February, 2007 | | | | |
| March, 2007 | | | | |
| April, 2007 | | | | |
| May, 2007 | | | | |
| June, 2007 | | | | |
| Total for the period | | | | |

The allocations set forth herein are for administrative purposes only and may not represent the actual pricing of each specific item given that costs such as (but not limited to) support and program management are distributed across each line of business and if one line of business was reduced or eliminated a increase would likely occur in the other lines of business

**Proprietary Information**
The information contained in this agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and their third party representatives, except under written Agreement by the contracting Parties.

5

DEF000439

Agreement Number 00018118-02
Amendment 2

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

# AMENDMENT 2
## ATTACHMENT 2

The current disability plan service delivery model, Generation I, has matured since the transition to SMAART in 2001. This 'Generation I' disability model will be enhanced with changes referred to as Generation II and III.

## Generation II

Supplier shall implement the following Short Term Disability Case Management Model Enhancements by July 1, 2004:

- Refocus case management to three levels, as follows:
  - Level I- Fast Track. Cases assigned to Fast Track are those with defined disability timeframes with no expected complications, thus requiring less costly case management resources.
  - Level II - Non-Clinical Case Management
  - Level III - Clinical Case Management which includes Registered Nurses (RN), Licensed Vocational Nurse (LVN), Licensed Clinical Social Workers (LCSW), and Vocational Rehabilitation Specialists (Return to Work (RTW) Specialist).

- Expand Fast Track to include:
  - All surgical cases. In the event that the disability case exceeds the optimum and is no longer appropriate for Fast Track case management the case will be transferred to a higher level of case management.
  - All cases with no impact by additional case management. These cases include terminal illnesses and catastrophic cases.

- Implement Level III focused case management approach, which includes:
  - Clinically complex cases with multiple co-morbidities assigned to an RN or LVN
  - Mental health cases assigned to an LCSW or Psychiatric RN
  - Functionally complex cases, for example back/neck, fractures/sprains, musculoskeletal, and neurological, assigned to a RTW Specialists.

- Evaluate cases throughout the duration of the claim to reassign cases as needed to the appropriate level of case management, for example:
  - Cases beyond optimum duration will move out of Fast Track to level II or III.
  - Cases that cannot be impacted by case management level II or III will be transferred to Fast Track.
  - Implement a consultation process with a resource for Fast Track from case management level III or the Business Unit Managers to ensure the appropriate cases are moved out of Fast Track.

## Generation III

Supplier shall implement the following Short Term Disability Technology Enhancements by July 1, 2005:

- A process known as Auto-adjudication whereby cases with a defined disability timeframe and with no expected complications will be approved systematically with little to no manual intervention by a case manager. The cases will be approved for the minimum duration and will be re-evaluated for ongoing benefit determinations as needed.
- Streamline disability claims record handling by implementing desktop faxing and imaging of all disability claims files including medical, e-mail notifications, and correspondence to and from claimants.
- E-mails and letters automated to be systematically sent from JURIS without requiring manual intervention
- Expand the current IVR to provide disability claim status.

**Proprietary Information**
The information contained in this agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and their third party representatives, except under written Agreement by the contracting Parties.

6

Agreement Number 00018118-02
Amendment 2

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

Generation II and III enhancements are dependent upon the following assumptions:

- Supplier will have ability to place other colleagues in Irving, Texas SMAART Operation office space as staffing reductions occur and the space becomes available.
- If claim volumes change by 7% for a period of 3 months or greater, staffing will be re-evaluated to determine if there is an impact to the program costs at which time SBC and the Supplier will meet to discuss and agree upon any changes.
- Any cost as a result of severance in implementing Generation II and III are not included in the pricing and will not be billed to SBC.
- SBC will not be charged for the start-up costs associated with implementing changes to the IVR, desktop faxing, or scanning.
- On-going scanning charges are included in Supplier's pricing as outlined in Attachment 1.

**Proprietary Information**
The information contained in this agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and their third party representatives, except under written Agreement by the contracting Parties.

7

DEF000441

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

## Third Amendatory Agreement

This Third Amendatory Agreement, effective on the date when signed by the last Party ("Effective Date"), and amending Agreement No. 00018118, is by and between Sedgwick Claims Management Services, Inc., an Illinois corporation ("Supplier") and SBC Communications Inc., a Delaware corporation ("SBC") (each of which may be referred to in the singular as "Party" or in the plural as "Parties") as previously amended by First and Second Amendatory Agreements (collectively the "Agreement")

### WITNESSETH

WHEREAS, Supplier and SBC entered into Agreement No. 00018118, effective on April 14, 2003, (the "Agreement"); and

WHEREAS, certain Affiliates of SBC are permissibly self-insured for workers' compensation under the laws of the states in which they do business; and

WHEREAS, SBC desires to engage Supplier to provide third party administrative services with respect to the permissibly self-insured obligations of such Affiliates, and Supplier desires to provide such services on the terms hereinafter set forth; and

WHEREAS, certain Affiliates of SBC are insured under workers' compensation insurance, commercial general liability insurance, and business automobile liability insurance programs of American International Group, Inc. ("AIG"); and

WHEREAS, Supplier will also provide certain third party administrative services in connection with those certain insured programs; and

WHEREAS, SBC and Supplier desire to make certain arrangements with respect to the third party administration of such insured programs; and

WHEREAS, Supplier and SBC desire to amend the Agreement for the foregoing purposes, among others, as hereinafter set forth.

Now, THEREFORE, in consideration of the premises and the covenants hereinafter contained, the Parties hereto agree as follows:

1. Paragraph 1.2 shall be modified to reflect that, effective June 1, 2004, Supplier shall provide Liability Claims Administration Services, as set forth in Appendix A-3 to Attachment A, and, effective July 1, 2004, Supplier shall provide Worker's Compensation Claims Administration Services, as set forth in Appendix A-3 to Attachment A, and Managed Care Services, as set forth in Appendix A-4 to Attachment A, both of which are attached and incorporated into this Agreement, under the terms and conditions of the Agreement.

**Proprietary Information**
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

1

DEF000442

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

2. Paragraph 3.18.1 shall be amended as follows:
   a. The current sub-section (d) of the Agreement, regarding insurance coverage rating requirements, shall be renumbered as a new sub-section (e).
   b. The current sub-section (d) shall be replaced with the following new language: "(d) Professional Liability insurance with minimum limits of ████████ general aggregate."

3. Paragraph 3.26 shall be amended to add a new name and address for SBC notice, regarding Worker's Compensation Claims and Liability Claims Administration Services, and Managed Care Service, as follows:

4. Appendix A-1 to Attachment A, Section II., Account Coordination, is amended as to the Account Coordination contact information for the Supplier. The service program will be coordinated for the Supplier by:

5. Attachment B, Fee Schedule, III., Continuing Service Fees and Invoices, is amended to include Liability Claims Service beginning June 1, 2004 and Worker's Compensation Claims and Managed Care Services fees for the period beginning July 1, 2004 and ending May 31, 2007 for these services, as stated in Attachment B to this Amendment, which is attached and incorporated into the Agreement.

6. Attachment B-1, Fee Schedule for Administration of Disability Claims under SBC Disability Plans and Administration of SBC's Job Accommodation Process, for services beginning July 1, 2004 and ending June 30, 2007, which is attached and incorporated into this agreement.

7. Attachment C, Key Performance Services Measurements (KPSMs), is amended in its entirety and to include KPSMs for Worker's Compensation Claims Administration Services, as stated in Attachment C, and identified in Exhibit D to Attachment C, both of which are attached and incorporated into this Agreement.

The terms and conditions of Agreement No. 00018118, including those terms and conditions set forth in Amendments 1 and 2, in all other respects remain unmodified and in full force and effect.

**Proprietary Information**
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

2

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

IN WITNESS WHEREOF, the Parties have caused this Amendatory to Agreement No.
00018118 to be executed, which may be in duplicate counterparts, each of which will be deemed
to be an original instrument, as of the date the last Party signs.

Sedgwick Claims Management Services,              SBC Communications Inc.

**Proprietary Information**

The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates
and subsidiary companies, and their third party representatives, except under written Agreement by the
contracting company.

3

DEF000444

05/25/2006  09:25      2102226931                    SBC
                                                     ᵀ/ᵁ ᵁ₁
AUG 27 2004 00-11-18    Case 3:07-cv-03652-SCRB   Document 45-12    Filed 01/11/2008    Page 27 of 46

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

# ATTACHMENT A

## APPENDIX A-3

## SCOPE OF CLAIMS ADMINISTRATION SERVICES

1. **Services to Be Performed by Supplier:**  Supplier agrees to perform the following services:

    A.    With regard to CLAIMS ADMINISTRATION, Supplier shall:

        (1)    During the term of this Agreement, review all claim and loss reports received from SBC (Client) that are required to be reviewed under this agreement, and process each such claim or loss report in accordance with applicable statutory and administrative regulations;

        (2)    Conduct an investigation of each Qualified Claim under subparagraph (1) above to the extent deemed necessary by Supplier in the performance of its obligations hereunder;

        (3)    Arrange for independent investigators, appraisers, or medical or other experts to the extent deemed necessary by Supplier in connection with processing any Qualified Claim;

        (4)    Pay benefits, expenses, and adjust or settle each Qualified Claim, but only if, in the sole judgment of Supplier, such payment would be prudent for Client and the anticipated amount thereof does not exceed the limit of authority given to Sedgwick CMS by Client, or as Client specifically approves or directs such action in a writing which is agreed to by Supplier;

        (5)    Maintain a file for each Qualified Claim which shall become the property of Client (for self-insured claims) or Insurer (for insured claims) and which shall be available for review by Client or Insurer, respectively, during normal business hours upon three (3) days prior written notice;

        (6)    Notify SBC Risk Management of each Qualified Claim with values that may exceed Client's retention, providing such insurers with necessary information on the current status of those claims, unless relieved of this obligation by Client pursuant to paragraph 2A;

**Proprietary Information**
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

4

Agreement Number 00018118-03
Amendment 3

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

(7) Assist Client's counsel, if requested, in preparing the defense of litigated cases arising out of Qualified Claims, negotiating settlements and pursuing subrogation or contribution actions;

(8) Maintain a current estimate of the expected total cost of each Qualified Claim which is based on facts known at the estimation date, but is not trended or actuarially developed;

(9) Use Supplier's data management system ("JURIS©") to furnish to Client selected loss and information reports either monthly, quarterly or annually which are entitled:

   a) Claim and Expense Report (monthly)
   b) Transaction Register (monthly)
   c) Loss Analysis Report (quarterly)
   d) State Reports (as needed)
   e) Required reports for AIG
   f) Required reports for bank reconciliation
   g) Monthly Operational Report

These reports shall contain information such as each Qualified Claim date, condensed claim description, payments made, estimated future costs and total expected costs of all Qualified Claims, as well as summary and other data deemed relevant by Supplier, but not IBNR (incurred but not reported) claims or actuarially developed loss values;

(10) Annually report federal, state and local 1099 information under Client's tax identification number(s), when Client has provided all required IRS authorizations, for vendor payments issued by Supplier on bank accounts owned by Sedgwick CMS, but not for payment authorizations when Supplier does not issue the checks;

(11) Return to Client, at Client's sole expense, all files for Client's self-insured Qualified Claims that have been closed for over one year at which time claim files will be purged to SBC archives which currently is maintained by Iron Mountain.

(12) Supplier will continue to calculate the Excess Credits as requested by SBC for claims in California. Upon completion, the excess credit calculations will be sent to the client for review and approval. The excess credits will be completed at no additional cost to the client for the length of the contract.

**Proprietary Information**
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

5

DEF000446

Agreement Number 000001848305
Amendment 3

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

B.   Supplier may subcontract various services to be provided under this Agreement. It is understood, however, that Supplier will be responsible for the performance of all services to be provided to Client hereunder in accordance with this Agreement, including any subcontracted services.

C.   Supplier will provide managed care services as set forth in the attached Appendix A-4, Scope of Sedgwick Managed Care Services.

D.   Supplier shall provide the following Call Center Services:

(1)   Provide to the Client a toll free number owned by Supplier to be used by Client and its employees to access the Supplier telephonic claims intake center during the term of the Agreement between Client and Supplier regarding a claims administration program for Client's Program.

(2)   Shall fill out the appropriate form as required by an applicable program or statute.

(3)   Provide a copy of the form via fax, or electronically to the Supplier office responsible for managing the loss, as necessary.

Client agrees that:

(1)   Client shall provide Supplier in a timely manner information to facilitate distribution of report copies by Supplier.

(2)   Client shall pay to Supplier a Call Center Service fee which, in the initial term of this Agreement, shall be computed and payable as shown in Exhibit B, attached hereto and made a part hereof, plus applicable taxes, if any.

2.   **Obligations of Client:**

A.   Client shall provide Supplier in a timely manner with excess retention level or umbrella insurance information for the policy years necessary for proper notification of applicable Qualified Claims to SBC Risk Management. Should Client fail to provide such information, Supplier shall be relieved of any obligation to provide any notification to SBC Risk Management.

B.   Client shall pay to Supplier a service fee which, in the initial term of this Agreement, shall be computed and payable as shown in Exhibit B, attached hereto and made a part of this Agreement, plus applicable taxes, if any.

6

**Proprietary Information**
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000447

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

C.  Client shall at all times provide funds adequate for the payment of Qualified Claims, including allocated loss adjustment expenses. For purposes of this Agreement, allocated loss adjustment expenses shall mean all costs, charges or expenses incurred by Supplier, its agents or its employees which are properly chargeable to a Qualified Claim including, without limitation, court costs, fees and expenses of attorneys, fees and expenses of subcontracted adjusters, investigators, appraisers, medical cost containment service providers (including those provided by Sedgwick Managed Care, if applicable), experts and witnesses, call center fees, fees for obtaining diagrams, reports, documents, index bureau filings and re-filings, and photographs.

D.  Client shall deposit funds for payment of Qualified Claims, including allocated loss adjustment expenses, in a bank account or accounts (collectively the "Claim Account") established by and belonging to Supplier. Supplier shall have full responsibility for the care, custody and control of the Claim Account, but Client shall be responsible for providing sufficient funds to enable Supplier to write checks on the Claim Account for use in the payment of Client's Qualified Claims.

## SBC Funded Account:

Supplier automatically processes a 1031 Wire Drawdown to debit a Client owned bank account on a daily basis representing the total of all checks that cleared the bank account overnight the previous business day. The bank account is funded on a cleared check basis one day in arrears.

## SBC - AIG Captive Account:

Supplier automatically processes an ACH Debit to an AIG owned bank account on a daily basis representing the total of all checks issued two business days prior.

It is expressly understood that Supplier shall not be required to advance its own funds to pay losses or allocated loss adjustment expenses for any Qualified Claim hereunder. It is further understood that if Client fails to promptly provide funds sufficient to allow required payments to be made timely, Supplier will have no obligation to perform any further services and may terminate this Agreement upon three (3) days prior written notice to Client.

E.  Supplier shall have full discretion to make individual payments within their authority level of ▮▮▮▮▮▮ for allocated loss adjustment expenses on any Qualified Claim and shall not need the approval of Client to make such payments. This amount may be changed at any time by Client upon ten (10) days prior written notice to Supplier. It is agreed that Supplier shall have full authority and control in all matters pertaining to the payment, processing, investigation and administration of Qualified Claims within the limit established by this paragraph.

7

Proprietary Information
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000448

Agreement Number 00018118-03
Amendment 3

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

F.    Supplier shall have full discretion to redeem, compromise or settle any Qualified
      Claim for an amount not to exceed ███████ of new payments and shall not need
      the approval of Client to consummate such redemption, compromise or
      settlement. This amount may be changed at any time by Client upon ten (10) days
      prior written notice to Supplier. Failure of Supplier to settle a Qualified Claim
      within such limit, however, shall not subject Supplier to any liability whatsoever
      in the event of an adverse judgment entered by any court or the settlement of such
      Qualified Claim for an amount in excess of such limit.

G.    Should Client fail to make timely payments of any service fees due Supplier or
      should Client in any other way breach this Agreement, Supplier shall then have
      the right to refuse to perform any further services. If Supplier elects to exercise
      its rights under this paragraph, in addition to all other legal or equitable remedies,
      Supplier will have the right to its full minimum fee, if any, as well as any other
      fees for which Supplier may be eligible, and may collect such fees from any loss
      fund that may be in Supplier's care, custody and control.

3.    <u>Covered Jurisdictions:</u>

Supplier shall provide claims services for all operations of Client in all of the United
States except worker's compensation claims in Washington, West Virginia, Wyoming
and North Dakota.

4.    <u>Services To Be Performed Upon Termination:</u>

A.    Supplier will continue to process Client's Qualified Claims remaining open at the
      termination or expiration of this Agreement, if any, provided that Client shall
      continue to make adequate funds available for the payment of such Qualified
      Claims, including any allocated loss adjustment expenses and pay information
      technology and data tape fees.

B.    If Supplier is required by Client's insurer to adjust Client's insured Qualified
      Claims after termination or expiration of this Agreement, Client or Insurer shall
      continue to fund claims payments and allocated loss adjustment expenses as
      otherwise provided herein, plus ███████ er month for each data tape required by
      Insurer, unless otherwise agreed by Client and Supplier in a writing signed by
      authorized officers of each party.

C.    Upon termination or expiration of this Agreement, Supplier shall deliver, at
      Client's sole cost, the hard copy files Supplier has maintained for Qualified
      Claims (but not including any computer hardware, firmware, software or other
      proprietary information of Supplier), except those Supplier has agreed in writing
      to continue to process or files that are owned by Insurer; provided, however, that
      Supplier or its agents, employees or attorneys shall continue to be entitled to
      inspect all such files and make copies or extracts therefrom. If Client does not
      agree to accept such files, they will be retained or destroyed at Supplier's option

8

Proprietary Information
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates
and subsidiary companies, and their third party representatives, except under written Agreement by the
contracting company.

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

and Client shall have no recourse against Supplier for failure to retain them. Upon request and for the prevailing fees at the time of termination, Supplier will also provide, pursuant to a written agreement with Client, its standard data file(s) containing the computer data for the Qualified Claim files stored on Supplier's computer system(s).

5. __Practice Of Law:__

It is understood and agreed that Supplier will not perform, and Client will not request performance of, any services which may constitute the unauthorized practice of law.

6. __State Specific Requirements:__

A. With respect to Idaho claims, if any other provision of this agreement provides for period of storage of Idaho claims by Supplier for less than six years from claim closure, then it is agreed that the claim files for Idaho claims will be retained by Client for an additional period such that the files are retained for a total of at least six years following claim closure.

B. With respect to Kentucky claims, in order to comply with the requirements set forth in administrative regulation 803 KAR 25:021 Sec 3 (4), Supplier agrees to adjust any and all claims for a period of sixty (60) days following an order from the commissioner finding the self-insured employer in default unless a substitute service organization has been procured.

C. With respect to Michigan workers compensation claims, it is agreed pursuant to the State of Michigan Workers Compensation Act of 1969 and Administrative Rules (R 408.43m (7)) that Supplier will administer all claims with dates of injury or disease within the contract term until their conclusion unless the service company is relieved of that responsibility in writing by the bureau. In the event that Supplier is required to administer claims pursuant to this section, Client shall pay Supplier' standard fees for any such additional service.

7. __Claims Administration Support Centers:__

A. Supplier will administer the workers compensation claims for Client as follows:

| State | CMS Office | Effective |
|---|---|---|
| AL, MS, TN, KY | Memphis | 7-1-04 |
| IA, IL, IN, MI, MN, KS, MO, WI | Chicago | 7-1-04 |
| CA, CO, AZ | Riverside | 7-1-04 |
| FL | Lake Mary | 7-1-04 |
| GA | Atlanta | |

Proprietary Information
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

9

Agreement Number 00018118-03
Amendment 3

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

| | | |
|---|---|---|
| HI | subcontractor | 7-1-04 |
| CT, NY, NJ, MA, RI | Rochester | 7-1-04 |
| MD, DE, PA, VA and District of Columbia | Baltimore | 7-1-04 |
| NV | Las Vegas | 7-1-04 |
| NM | Albuquerque | 7-1-04 |
| NC, SC | Columbia | 7-1-04 |
| OR | Portland | 7-1-04 |
| TX, LA, OK, AR | Irving | 7-1-04 |
| OH | Columbus | 7-1-04 |

B.    Supplier will administer all of the Auto Liability and General Liability claims for Client in its Chicago office.

C.    All Qualified Claims will be reported through the Supplier Chicago intake center during the core hours of 7 a.m. to 7 p.m. Central Time Monday through Friday. All after hour claim reporting will be to Supplier's national call reporting center in Memphis, Tennessee.

8.    <u>Account Coordination:</u>

On behalf of Client, this service program will be coordinated by:

On behalf of Supplier, this service program will be coordinated by:

Each party reserves the right to change its designated representative during the term of the Agreement, and will notify the other party of such change immediately.

Proprietary Information
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000451

Agreement Number 00018118-03
Amendment 3

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

9.    Solicitation

Neither party shall hire any employee of the other party during the term of this Agreement nor for the one (1) year period beginning on the date this Agreement expires or is terminated for any reason without the other party's written consent.

**Proprietary Information**
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

11

DEF000452

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

## ATTACHMENT A

## APPENDIX A-4

## SCOPE OF SEDGWICK MANAGED CARE SERVICES

Through contractual arrangements with subcontractors, Supplier, through its managed care division ("Sedgwick Managed Care"), provides a full range of medical management services to its clients. Client recognizes and agrees that delivery of various of these services are being provided pursuant to separate agreements between the subcontractor and Supplier and that Supplier receives a portion of the charges for managed care services. Invoices for these services will be paid as allocated expenses on individual claims, unless otherwise agreed between Client and Supplier. Notwithstanding the foregoing, Client agrees and understand that payments may cover amounts Supplier is obligated to pay subcontractors. The contractual obligation to pay subcontractors remains at all time the sole obligation of Supplier.

Client has chosen the following managed care services for workers compensation claims, as defined herein:

1.      General Managed Care Services:

A.      Provider Fee Management - The Sedgwick Managed Care bill review process reviews bills against up-to-date and accurate mandated state fee schedules or the usual and customary ("UCR") data base, whichever is appropriate, to reveal excessive, duplicate, or inappropriate charges.

B.      Preferred Provider Organization ("PPO") Networks - Sedgwick Managed Care will provide access and channeling to regional PPO networks under the Sedgwick Managed Care program in conjunction with the Provider Fee Management service.

C.      Hospital Bill Review - Hospital or outpatient non-PPO bills will be reviewed by a nurse for possible errors or excessive charges relative to the patient's medical diagnosis at Supplier's or Client's request.

D.      Out of Network Bill Review - Bills from out of network health care providers will be reviewed for possible errors or excessive or inappropriate charges relative to the patient's medical diagnosis at Supplier's or Client's request. This service will also include Prompt Pay Negotiation activity as appropriate.

E.      Field Case Management - Sedgwick Managed Care will assign appropriate cases for field medical and vocational management services.

12

Proprietary Information
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000453

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

Agreement Number 00018118-03
Amendment 3

F.   Utilization Review, which includes the following components:

    (1)   Prospective Review - a review prior to treatment or admission conducted by an experienced registered nurse to validate or negotiate the necessity, setting, frequency, intensity and duration of care delivery.

    (2)   Concurrent Review - during the course of treatment, a review of treatment and planned procedures and establishment of target completion dates.

    (3)   Peer Review - physician-to-physician contact to resolve treatment and diagnosis questions.

G.   Pharmacy Services – Cardless program made available to Client's employees whereby a network of pharmacies, local to employer sites/employee residences will provide prescription medications related to the work related injury with no out of pocket expenses to the employee.

H.   Care 30 and Early Assessment services are described below and are included in the pricing and staffing of the Program as of July 1, 2004. In the event that the staffing for either of these services changes, then the fees shall be modified accordingly.

2.   CARE30/Telephonic Case Management

Sedgwick Managed Care will provide a telephonic medical case management program in which nurse case managers receive early notice of a worker's injury and telephonically manage the appropriate cases. Other elements of the CARE30 Management program include:

A.   The management phase includes ongoing return to work ("RTW") and treatment plan management and negotiation. The treating physician will be contacted within forty-eight (48) hours to assess/determine the treatment and RTW plan, including any negotiation required to approve the treatment plan. The Client may also be contacted to assess/determine RTW opportunities. By continuing to contact the injured worker, the provider, and the Client, case management is best able to facilitate early RTW and appropriate treatment.

B.   The Supplier claims professional will make initial contacts to determine compensability. The case will be triaged based on preset triggers and/or the claims professional's judgment to determine if the case will be sent to Sedgwick Managed Care.

C.   Throughout the CARE30 process, telephone contact will be made with the provider, employee, and Client. Status reports will be provided, within seventy-two (72) hours, to the claims professional via documentation in JURIS© as significant events (e.g., surgery, treatment plan updates, RTW status, etc.) occur in a case, and no less often than every thirty (30) days.

13

Proprietary Information
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000454

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

If, at the end of thirty (30) days, the case has not closed, the nurse case manager will contact the claims professional with a recommendation. At that time, the case will either:

(1) Close based on a decision by the claims professional.
(2) Continue with case management on a month-to-month basis until closure and/or RTW and/or maximum medical improvement (MMI).
(3) Be referred for Field Case Management.

Documentation of this contact will be transmitted electronically to JURIS©.

D. Supplier claims offices will receive standard, open, closed, referred, and savings reports. All information collected will allow for insured level, by office reporting. Client customized communication reports may carry an additional charge to be borne directly by Client. If this is the case, these charges will be detailed in a separate document to be agreed upon in writing between the parties.

B. Also included in the CARE30 product model are any required Prospective Utilization Review or Concurrent Utilization Review necessary to meet individual claim or statutory requirements. These product components are described below:

(1) Prospective Utilization Review is a utilization review prior to treatment or admission conducted by an experienced registered nurse that can validate or negotiate the necessity, setting, frequency, intensity, and duration of care delivery.

(2) Concurrent Utilization Review is the process of using experienced registered nurses to review planned procedures and treatments to optimize patient recovery in line with accepted clinical practice.

(3) Prospective and Concurrent Utilization Review services may also include the use of physician advisor review such as for cases that are complicated and warrant physician review to resolve treatment or diagnosis questions.

3.  Early Assessment

The Sedgwick Managed Care Early Assessment program involves contact with the injured worker, treating physician and, if appropriate and necessary, Client, to determine treatment and return to work ("RTW") plans as outlined below.

A. In the evaluation and recommendation phase, Sedgwick Managed Care will receive demographic and initial claims professional contact information and open the case. The treating physician will be contacted within forty-eight (48) hours to assess/ determine the treatment and RTW plan, including any negotiation required to approve the treatment plan. The Client may also be contacted to assess/determine RTW opportunities.

14

Proprietary Information
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000455

Agreement Number 00018118-03
Amendment 3

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

B. Status reports will be provided, within seventy-two (72) hours to the claims professional via documentation in JURIS© as significant events (e.g., surgery, treatment plan updates, RTW status, etc.) occur in a case, and no less often than every thirty (30) days.

C. Sedgwick Managed Care will provide standard, open, closed, referred, and savings reports to Supplier claims offices and to Client. All information collected will ensure insured level reporting, by office. Client customized communication reports may carry an additional charge to be borne directly by Client. If this is the case, these charges will be detailed in a separate document to be agreed upon in writing between the parties.

D. Continued telephonic case management will proceed on any cases in which managed care activities can assist in resolving medical or RTW issues at the discretion of the Supplier claims professional. These activities require regular contact with the injured worker, treating physician or therapist, and Client, as appropriate.

15

**Proprietary Information**
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

DEF000456

AUG 27 2004 08:23 FR SBC SERVICES        925 551 2007 TO

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

## ATTACHMENT B

## SERVICE FEES FOR CLAIMS SERVICES

Client shall pay the following fees for worker's compensation claims received and services provided by Supplier from July 1, 2004 through May 31, 2007, and for liability claims received and liability-related services provided by Supplier from June 1, 2004 through May 31, 2007:

1.  **Per Claim Fees.**

    A.  For new claims received from California, Hawaii and Alaska, Client shall pay Supplier:

        

        1)
        2)                                             nt Only Claim
        3)
        4)                                             im
        5)
        6)

    B.  For new claims received from all other covered jurisdictions, Client shall pay Supplier:

        1)
        2)                                             ent Only Claim
        3)
        4)                                             aim
        5)
        6)                                             t

    C.  For Lost Time Takeover Claims received from any jurisdiction, Client shall pay _____ per claim.

    D.  For purposes of this Agreement, a "Lost Time Claim" shall mean any Qualified Claim:

        -   for which a payment is made under the indemnity portion (i.e. not medical and not expense) of the Qualified Claim; or
        -   the time lost from work exceeds the state prescribed waiting period, except California where time lost from work exceeds 7 days; or
        -   for which an application for adjudication of a claim or hearing notice is received or otherwise involves litigation or communication from or to a petitioner's attorney; or
        -   where paid medical costs exceed _____; or
        -   denied claims that otherwise would have been classified as Lost Time Claim; or

**Proprietary Information**
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

16

DEF000457

Agreement Number 00018118-03
Amendment 3

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

- involving serious fracture, lacerated tendon or severe nerve damage; or
- which must be reported to an excess insurer; or
- involving restricted work activity with full or partial exceeding 7 work days; or
- involving a fatality; or
- any claim for which subrogation is investigated or pursued; or
- Any Cumulative Trauma claim assigned to a Lost Time Examiner will be billed at the Lost Time Claim rate, even if the employee has not lost time.

**E.** For purposes of this Agreement, a "Medical Only Claim" shall mean any new Qualified Claim which is not a Lost Time Claim or an Incident Only Claim.

**F.** For purposes of this Agreement, an "Incident Only Claim" shall mean an event that does not require investigation and/or management by a Supplier claims representative and for which there is no lost time from work and no reserve established.

**G.** For purposes of this Agreement, a "Tail Claim" shall mean any Lost Time Claim that is open in JURIS© as of May 31, 2007.

**H.** For the purposes of this Agreement, a "Takeover Claim" shall mean any claim opened by an entity other than Supplier.

**I.** Client acknowledges that any liability claimant which files both a property damage claim and a bodily injury claim, or any combination thereof, will cause Client to incur the above stated fee for administration of each claim filed by that claimant. Further, any event which creates liability claims filed by multiple claimants or multiple claims filed by the same claimant will incur the above stated fee for administration of each claim filed by each individual claimant.

**J.** Supplier will debit Client's Claim Account around the 10th business day of the month for the amount of the per claim fees based on the total amount of claims reported during the prior month to Supplier. Supplier will provide to Client a list of all claims reported during the month sorted by SBC operating company broken down between liability, Incident Only Reports, Medical Only Claims and Lost Time Claims. Claims which have been converted to either a Medical Only or Lost Time Claim will also be included in the report. In order to facilitate payment of all fees, Supplier will establish a claim within JURIS© of which all Service payments will be authorized from during the last business day of the month.

Supplier will also debit Client's account on a monthly basis for 1/12 of the annual Miscellaneous fees under Sections 2 and 3 below, including Program Management, Return-to-work, ICMS Software Call Center fees, annual systems costs additional staffing.

Proprietary Information
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

17

DEF000453

Agreement Number 00018718-03
Amendment 3

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

K.    Client acknowledges that the per claim fees set forth in this Section 1 are based on the assumption that Client will forward to Supplier all qualified claims within the applicable time period in a covered jurisdiction. In the event that Client does not forward to Supplier all such claims, Supplier may in its discretion adjust the per claim fees accordingly.

L.    Should Client elect to not renew the contract past May 31, 2007, Client may elect to transfer all open Tail Claims to another vendor. Should Client elect this option, Supplier will credit Client ███████ per open Lost Time Claim open at the time the claim is transferred. Open Lost Time Claims will be identified on the day the files are actually shipped to a third party, based on an open claims report generated from JURIS© on the date the files are shipped.

2.    **Miscellaneous Charges**

A.    Client shall pay Supplier an annual Program Management Fee in the amount of ███████ which will be debited in 12 annual installments from Client's bank account.

B.    Client shall pay Supplier an annual Return to Work Fee in the amount of ███████ which will be debited in 12 annual installments from Client's bank account.

C.    Client shall pay Supplier an annual ICMS Fee in the amount of ███████, which will be debited in 12 annual installments from Client's bank account.

D.    Client shall pay Supplier ███████ per report taken in the Supplier Call Center. This per report fee will be charged to the appropriate Qualified Claim file as an allocated loss adjustment expense.

E.    Client shall pay Supplier an annual SBC Staffing fee in the amount of ███████ for two additional colleagues, which will be debited in 12 annual installments from Client's bank account. This fee includes all covered benefits paid by the Supplier under Suppliers current benefit plan. One colleague will be domiciled in San Antonio at the SBC Home office on Houston Street and one person will be housed at the Suppliers location near Riverside CA. Any allocated expenses associated with these two colleagues which have been approved by the Client, will be reimbursed by the Client, including any bonus authorized and approved by the Client.

3.    **Information Technology Charges**

A.    JURIS© Access Fees - Client shall pay Supplier ███████ per JURIS© user, per year, for all JURIS© users in excess of the first seven.

18

**Proprietary Information**
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

B. Data File Charges – Client shall pay _____ per data tape provided to Client or a third party.

C. Ongoing Systems – Client shall pay Supplier an annual ongoing systems management fee in the amount of _____ which will be debited in 12 annual installments from Client's bank account.

## 4. Sedgwick Managed Care Charges

Client shall pay Supplier an annual fee in the amount of $ _____ to provide telephonic case management and utilization review. Client acknowledges that this $ _____ fee will be assessed as an allocated loss expense to each Lost Time and Medical Only claim on a pro rated basis as stated in section 1.J. above.

Supplier shall give Client a credit in the amount of $ _____ which will be applied against the first year of the medical case management fees for this Agreement. The fee for the first year of this Agreement for medical case management without the credit is $ _____ The fee for the first year of this Agreement for medical case management is _____ This fee will be charged as an allocated expense against each claim file reported. Supplier shall invoice Client _____ per month for this service, which is one-twelfth of the annual fee of _____, the reduced first year fee. On or about the tenth business day of each month, an allocated expense will be charged against all lost time and medical only cases reported during the prior month. The individual claim allocation will be determined by dividing _____ by the total number of claims reported in the prior month. This fee will appear as an allocated expense on the claim.

The following managed care fees will be billed to the appropriate Qualified Claim file on an as incurred basis:

| *Managed Care Services* | *Fees* |
|---|---|
| Provider Fee Management * | $  |
|    State Fee Scheduling | $ |
|    Usual, Customary and Reasonable (UCR) | |

\* Exception states for State Fee Scheduling line rates are Kentucky (4 line header) and Texas (4 line header). In some jurisdictions there may be additional nurse/physician advisor charges to line rates.

Preferred Provider Organization (PPO) Networks 

Hospital Bill Review (Non-PPO)

Out of Network Bill Review

Proprietary Information
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

19

DEF000460

Agreement Number 00018118-03
Amendment 3

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

**Field Case Management**



** Exceptions to hourly rates are Alaska ( per hour), California ( per hour), Hawaii ( per hour) and New York City Boroughs ( per hour). There are applicable fee schedules for certain services in CA, GA, KS and LA.

**Peer Review (Physician to Physician)**



**Pharmacy Services**

**California UR Fees:**

Physician Review of denied UR treatment

Overflow UR review:

Supplier will provide UR review for all California claims utilizing existing Care 30 nurses dedicated to the Client. Should the UR volume exceed the capacity of the existing Care 30 nurses, the UR reviews will be completed by the supplier's centralized UR team in Memphis. This process will be considered as overflow. Prior to initiating the overflow process Supplier will notify Client. Supplier will not charge Client for any UR reviews completed by the centralized unit which could have been completed by the dedicated Care 30 team had they been fully staffed.

5.  **Fees for Services Provided for the Period Beginning on June 1, 2005 and Ending on May 31, 2006**

Client acknowledges and agrees that for the period beginning on June 1, 2005 and ending on May 31, 2006, Supplier's fees shall increase by the amount of the Consumer Price Index-U, U.S. City Average, for all items published in March 2005 by the Bureau of Labor Statistics, U.S. Department of Labor, plus _____ over all fees charged for the July 1, 2004 through May 31, 2005 period for all services set forth in the Agreement except medical case management. The fee for medical case management for the period beginning on June 1, 2005 and ending on May 31, 2006, Supplier's fees shall increase by the amount of the Consumer Price Index-U, U.S. City Average, for all items published in March 2005 by the Bureau of Labor Statistics, U.S. Department of Labor, plus _____. The parties agree that the maximum amount of fee increase shall be _____ percent _____ and the minimum amount of increase shall be _____ percent.

**Proprietary Information**

The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

20

DEF000461

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

6. **Fees for Services Provided for the Period Beginning on June 1, 2006 and Ending on May 31, 2007**

Client acknowledges and agrees that for the period beginning on June 1, 2006 and ending on May 31, 2007, Supplier's fees shall increase by the amount of the Consumer Price Index-U, U.S. City Average, for all items published in March 2006 by the Bureau of Labor Statistics, U.S. Department of Labor, ███████████████) over fees charged for the June 1, 2005 through May 31, 2006 period for all services set forth in the Agreement. The parties agree that the maximum amount of fee increase shall be ███████ percent ████ and the minimum amount of increase shall be ██ percent ████

7. **Terms and Conditions**

Client acknowledges that all fees are due and payable within thirty (30) days of the invoice. Any and all past due fees will incur interest at the rate of ███ per month, unless otherwise prohibited by law. Client acknowledges that in the event Supplier undertakes collection proceedings for any outstanding fees, then Client will reimburse Supplier for all costs associated with such collection action, including a reasonable attorney fee and court cost.

The parties acknowledge that the above fees apply to the first contract service year of this three year Agreement, and that the parties will attempt to agree upon fees for the second and third contract service years ninety (90) days prior to the beginning of the applicable contract service year.

**Proprietary Information**

The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and subsidiary companies, and their third party representatives, except under written Agreement by the contracting company.

21

DEF000462

Agreement Number 00018118-03
Amendment 3

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

# ATTACHMENT B-1

## FEE SCHEDULE FOR ADMINISTRATION OF DISABILITY CLAIMS UNDER SBC DISABILITY PLANS AND ADMINISTRATION OF SBC'S JOB ACCOMMODATION PROCESS

Attachment B-1 is a Fee Schedule for Administration of Disability Claims under SBC Disability Plans and Administration of SBC's Job Accommodation Process for the annual periods beginning July 1, 2004 and ending June 30, 2007:

1. Agreed upon Fee for the period 7/1/04 through 6/30/05

| Billing Schedule |
| --- |
| July, 2004 |
| August, 2004 |
| September, 2004 |
| October, 2004 |
| November, 2004 |
| December, 2004 |
| January, 2005 |
| February, 2005 |
| March, 2005 |
| April, 2005 |
| May, 2005 |
| June, 2005 |
| Total for the period |

2. Agreed upon Fee for the period 7/1/05 through 6/30/06

| Billing Schedule |
| --- |
| July, 2005 |
| August, 2005 |
| September, 2005 |
| October, 2005 |
| November, 2005 |
| December, 2005 |
| January, 2006 |
| February, 2006 |

22

**Proprietary Information**
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and their third party representatives, except under written Agreement by the contracting Parties.

DEF000463

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

Agreement Number 00048118-03
Amendment 3

| | |
|---|---|
| March, 2006 | |
| April, 2006 | |
| May, 2006 | |
| June, 2006 | |
| Total for the period | |

3.  Agreed upon Fee
7/1/06 through 6/30/0

| | |
|---|---|
| Billing Schedule | |
| July, 2006 | |
| August, 2006 | |
| September, 2006 | |
| October, 2006 | |
| November, 2006 | |
| December, 2006 | |
| January, 2007 | |
| February, 2007 | |
| March, 2007 | |
| April, 2007 | |
| May, 2007 | |
| June, 2007 | |
| Total for the period | |

The allocations set forth herein are for administrative purposes only and may not represent the actual pricing of each specific item given that costs such as (but not limited to) support and program management are distributed across each line of business and if one line of business was reduced or eliminated a increase would likely occur in the other lines of business.

23

**Proprietary Information**
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and their third party representatives, except under written Agreement by the contracting Parties.

DEF000464