# EXHIBIT 7

PART 4

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

# ATTACHMENT C

## KEY PERFORMANCE SERVICE MEASUREMENTS FOR

## WORKER'S COMPENSATION CLAIMS ADMINISTRATION

This Performance Agreement, represented by the Key Performance Service Measurements (KPSMs) described below and identified in Exhibit D, which is attached, only cover the service period July 1, 2004 through May 31, 2005. The KPSMs are subject to renegotiation at the end of each contract year. The KPSMs for the previous contract year apply to the following year if not renegotiated.

The Supplier and Client agree to the key performance criteria, parameters, amount at risk, frequency of measurement and distribution, measurement and scoring, definitions outlined in the paragraphs below and Performance Table included in Exhibit D to this Attachment C. The Performance Agreement contains both performance guarantee and gain share provisions as described in the Performance Table.

The Performance Agreement is subject to compliance with regulatory requirements. In the event any change in regulation, statute, ordinance or procedure occurs, the parties will determine how and if such change affects these KPSMs. In such case, this Attachment will be modified to reflect compliance with such regulatory requirement.

### Key Performance Criteria

The following criteria are the subject of the performance agreement: Investigation, Supervision, File Documentation, Communication, Reserving, Medical and Expense Management, Subrogation and Managed Care Savings.

All criteria are subject to only those activities within the direct control of Sedgwick CMS. A complete description of the criteria appears in the Parameters and Definitions paragraphs below, as well as the Performance Table attached as Exhibit D.

### Parameters

This Performance Agreement applies to Lost Time and Medical Only workers compensation claims administered by Sedgwick CMS, subject to the specific criteria element application described below.

The following criteria elements apply to new claims with a report date after July 1, 2004.

| Investigation | Supervision | Reserving |
|---|---|---|
| Initial Employee Contact | Quality of Instruction at Set Up | Initial Timely Reserve |
| Insured Contact | | Reserve Rational |
| Medical Contact | **Communication** | |
| EE Contact | Initial Email to Supervisor | **File Documentation** |
| Investigation | Initial Email to Employee | Data Integrity |
| Timeliness | | |

24

**Proprietary Information**

The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and their third party representatives, except under written Agreement by the contracting Parties.

DEF000465

SBC Communications Inc.                          Agreement Number 00018118-03
Sedgwick Claims Management Services, Inc.                        Amendment 3

The following criteria elements apply to claims with activity on or after July 1, 2004.

**Investigation**          **Supervision**                    **File Documentation**
Employee Contact Rapport   Ongoing Guidance and Direction     Quality
Diary Resolution
Plan of Action
Data Time Tracking
                                                              **Reserves**
**Communication**                                             Reserve Reflects Exposure
RTW Notification                                              Changes Timely
TWP Escalation to Carla Putnam

                                    **Subrogation**        **Managed Care Savings**
**Medical and Expense Management**  Subrogation Identified  All Elements
Medical Management                  Subrogation Pursued
Bills Paid Timely
Litigation Management
Regulatory and Statutory Compliance

**Risk and Reward**

The maximum dollar amount at risk will be ███████. The maximum amount for reward is
███████. The Addendum is divided into two evaluation periods. Each period has a risk
exposure of ███████ and a gain opportunity of ███████. Each criteria is subject to a
specific amount at risk and reward as noted in the Performance Table/Exhibit 1. The sum of all
the criteria amounts equals the maximum potential amount at risk or reward.

**Frequency of Measurement and Distribution**

The Performance Agreement covers two semi-annual evaluation periods. The measurement for the
July 1, 2004 through December 31, 2004 period will take place between February 1, 2005 and
February 15, 2005. The managed care criteria are not subject to the initial evaluation. The
measurement for the January 1, 2005 through May 31, 2005 period will take place between July 1,
2005, and July 15, 2005. The managed care criteria will be included in the second measurement.

The results of the semi-annual evaluations will be posted once the parties agree on the final SBC
internal audit results and, in the second evaluation period, the requisite managed care report covering
the entire period from July 1, 2004 through May 31, 2005.

The results of the audits will be presented to Sedgwick CMS within ten days of completion. Any
rebuttals or questions will be submitted to SBC Risk Management within fourteen days with a final
resolution of all issued completed within thirty days of receipt of the audit results.

                                                                                    25

**Proprietary Information**
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and
their third party representatives, except under written Agreement by the contracting Parties.

SBC Communications Inc.
Sedgwick Claims Management Services, Inc.

Agreement Number 00018118-03
Amendment 3

Payment of any penalty or reward shall be made by February 15, 2005 for the first evaluation and July 15, 2005 for the second evaluation.

## Measurement and Scoring

Each criteria element is scored individually subject to the specifications described in the Performance Table. The sum of the respective element scores equal the criteria score.

The results are based on two semi-annual audits conducted by the SBC Risk Management Department except for the managed care savings which is derived from savings reports for savings experienced during the contract period July 1, 2004 through May 31, 2005.

Should a question arise on a particular claim, Sedgwick CMS will have an opportunity to resolve the question based on the measurement criteria of the gain share agreement. If resolution cannot be reached, the claim will be eliminated from the sample and another claim will be chosen at random as a substitute. Disputed claims will not be included in the calculation of Sedgwick CMS' performance results.

Measurements specific to each criteria are found in the Performance Table/Exhibit D.

**Proprietary Information**
The information contained in this Agreement is not for use or disclosure outside SBC, Supplier, their Affiliates and their third party representatives, except under written Agreement by the contracting Parties.

** TOTAL PAGE.27 **

DEF000467

Agreement # 00018118-03

Amendment 3
Attachment C

# Sedgwick CMS 2004-2007

## Key Performance Service Measurements (KPSM)



Sedgwick CMS

1

DEF000468

# Key Performance Service Measurements Overview

| Performance measures (Measurements) | Amount Dollars at risk | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer Service Quality – CS Call Stats – Service Level | | | | | | | | | | | | | | | | |
| Customer Service Quality – Abandon Rate | | | | | | | | | | | | | | | | |
| Customer Service Audit | | | | | | | | | | | | | | | | |
| STD Initial Timely Decision (new and successive relapses) | | | | | | | | | | | | | | | | |
| STD Subsequent Decision | | | | | | | | | | | | | | | | |
| STD Timely Decisions for immediate relapse cases | | | | | | | | | | | | | | | | |
| Timeliness of ERISA Appeal Decisions | | | | | | | | | | | | | | | | |
| Timeliness of Acknowledgement letter sent on ERISA appeals | | | | | | | | | | | | | | | | |
| Overturned denials due to case management error | | | | | | | | | | | | | | | | |
| Accuracy of Medical Diagnostic Coding (MDC) | | | | | | | | | | | | | | | | |
| Timeliness of Offsets for STD Cases | | | | | | | | | | | | | | | | |
| Timeliness of Decisions on Cases with a Physician Advisor Review | | | | | | | | | | | | | | | | |
| Timely Initial LTD Decisions | | | | | | | | | | | | | | | | |
| Timeliness of Subsequent LTD payments | | | | | | | | | | | | | | | | |
| Accuracy of LTD payment calculation | | | | | | | | | | | | | | | | |
| Client Audit | | | | | | | | | | | | | | | | |
| Timeliness of Operational Reports | | | | | | | | | | | | | | | | |
| Timeliness of Promis Feed | | | | | | | | | | | | | | | | |
| SBC Employee Satisfaction | | | | | | | | | | | | | | | | |
| Total Dollars | | | | | | | | | | | | | | | | 2 |

DEF000469

## Assessment of Penalties

The assessment of penalties will be completed at the end of 12 months for each contract year beginning 7/1/2003, the date the KPSM become effective. If any penalties are payable to SBC a separate check will be issued by Sedgwick CMS in the full amount of the penalty in August following the end of each contract year.

## Measurements

All key performance service measurements will be reported on a monthly basis to both SBC and Sedgwick CMS via the monthly operational report.

Quarterly reviews of the KPSM will be established in the month following the quarter end.

Quarterly Measurements will be a roll up of the entire quarter. The annual dollars for the metric will be split into one fourths. For example if the annual amount is ████ each the maximum penalty for each quarter is ████ if the metric does not meet or exceed the target.

Annual Measurements is a roll up of 12 months at the beginning of each contract year (e.g. 7/1/200X through 6/30/200X).

3.

DEF000470

The following metrics are assessed on a quarterly basis:

| Metric Name | Quarterly Amount | Total Amount |
|---|---|---|
| Customer Service Quality – CS Call Stats – Service Level | | |
| Customer Service Quality – CS Call Stats – Abandon Rate | | |
| Customer Service Quality – Customer Service Audit | | |
| STD Timely Initial Decisions for new and successive relapse cases | | |
| STD Timely Subsequent Decisions | | |
| STD Timely Decisions for immediate relapse | | |
| Timeliness of ERISA Appeal Decisions | | |
| Timeliness of Acknowledgement letter sent on ERISA appeals | | |
| Timeliness of offsets on STD cases | | |
| Timeliness of decisions on cases sent to the Physician Advisor Review | | |
| Timely Initial LTD Decisions | | |
| Timeliness of Subsequent LTD Decisions | | |
| Accuracy of LTD Payment calculations | | |

DEF000471

The following metrics are assessed on an annual basis:

| Metrics | Annual Amount |
|---|---|
| Overturned Denials due to case management | |
| Accuracy of Medical Diagnostic coding (MDC) | |
| Client Audit preventative/corrective actions are completed within the timeframes mutual agreed upon | |
| Timeliness of Operational Package | |
| Timeliness of Promis Feed | |

DEF000472

# Key Performance Service Measurements

## Sedgwick

**Dollars at risk:** ████████

| Rating | Customer Service Level | Dollars at risk |
|--------|------------------------|-----------------|
| Target | ████████ | ████████ |
| Below Target | ████████ | ████████ |
| Needs Improvement | ████████ | ████████ |
| Unacceptable | ████████ | ████████ |

*Measure Name:* Customer Service Quality - CS Call Stats - Service Level

*Measurement:* A time specified in seconds within which customer services representatives should answer calls.

*Measurement Criteria:* A calls must be answered with 30 seconds after reaching the Customer Service Queue (does not include abandon calls).

*Data Source:* CenterVue Supervisor (Call System Reports)

Opportunities: Total # incoming calls referred to a CSR Queue

Defects: # Of incoming calls answered after 30 seconds

*Quarterly Measurement*

DEF000473

# Key Performance Service Measurement

**Sedgwick**

**Dollars at risk:** ▮▮▮

| | ▮▮▮▮▮▮ | ▮▮▮▮▮▮ |
|---|---|---|
| Target | ▮▮▮ | ▮▮▮ |
| Below Target | ▮▮▮ | ▮▮▮ |
| Needs Improvement | ▮▮▮ | ▮▮▮ |
| Unacceptable | ▮▮▮ | ▮▮▮ |

**Measure Name:** Customer Service Quality - CS Call Stats - Abandon Rate

**Measurement:** An abandoned call is one in which the caller hangs up before receiving an answer. A call must be queued to the Customer Service Queue.

**Measurement Criteria:** Measure the number of calls where the caller hangs up before receiving an answer once in the Customer Service Queue.

**Data Source:** CenterVue Supervisor (Call system reports)

• Opportunities: Total # of incoming calls offered to the CS Queue
• Defects: # of hang-ups in which an answer is not given.
• Abandons 10 seconds or less will not be included in opportunities or defects
• (Defects/Opportunities) X 100 = Percent Abandon

*Quarterly Measurement*

DEF000474

# Key Performance Service Measurements

**Sedgwick**

**Measure Name:** Customer Service Audit

**Measurement:** A measure aimed at ensuring delivery of excellent service to callers.

**Opportunities:** All call audits completed within the reporting quarter.

**Defects:** Call audits that do not achieve a score of "meets expectations" for that reporting quarter.

**Measurement Criteria:**  or greater of the calls audited within the reporting quarter must achieve a "meets expectations" score.

**Date Source:** Call Audit Tool

**Quarterly Measurement**

The audit tool is mutually agreed upon and maybe updated from time to time as appropriate. All updates must be mutually agreed upon.

**Exhibit A – Call Audit Tool**

*Dollars at risk:* ▆▆▆



| | | Dollars Lost |
|---|---|---|
| Target | | |
| Below Target | | |
| Needs Improvement | | |
| Unacceptable | | |

8

DEF000475

# Key Performance Service Measurement

## Sedgwick

*Dollars at risk:*



| Rating | STD Timely Decisions | Dollars at risk |
|---|---|---|
| Target | | |
| Below Target | | |
| Needs Improvement | | |
| Unacceptable | | |

**Measure Name:** STD Timely Initial Decisions for new and successive relapse cases (a relapse where the waiting period applies)

**Measurement:**
A measure of the time to make an initial decision from the greater of the benefit start date or the employee report date.

**Opportunities:** # of initial decisions made within the reporting quarter excluding the cases that were referred to the Physician Advisor (PA).

**Timely:** The decision must be made the day after conditional pay ends (14 days or 21 days for AIT).

**Data Source:** Sedgwick Data Warehouse

**Quarterly Measurement**

Any case sent to the PA will be deleted from this report and measured under the "Timeliness of decisions on cases sent to the Physician Advisor (PA) Review". Sedgwick will query the PA data base and reconcile the two reports.

Revised 8-11-03

9

DEF000476

# Key Performance Service Measurements

## Sedgwick

*Dollars at risk:*

| Rating | Subsequent Timely Decisions | Dollars at risk |
|---|---|---|
| Target | | |
| Below Target | | |
| Needs Improvement | | |
| Unacceptable | | |

*Measure Name:* STD Timely Subsequent decisions

*Measurement:* Measures all STD claims that require a subsequent decision to ensure that it is completed the day following the benefit end date.

*Opportunities:* All subsequent STD decisions made within the reporting quarter excluding cases that were referred to the physician advisor.

*Timely:* The decision must be made the day after the benefit approved end date.

Exception: Cases moved out of Fast track – decision must be made within 5 days from referral from fast track specialist to case manager

*Date Source:* Subsequent Timely Decision Report. A statistically correct sample of the defects will be reviewed to determine the accurate defect rate. This rate will then be applied to the entire monthly report.

*Quarterly Measurement*

Revised 10-10-03

10

DEF000477

# Key Performance Service Measurements

Sedgwick

**Measure Name:** STD Timely decisions for immediate relapse (A relapse where the waiting period does not apply) and/or cases without conditional pay.

**Measurement:** Measures all STD claims that is a immediate relapse to ensure timely decisions.

**Opportunities:** All decisions for STD immediate relapses made within the reporting quarter excluding cases that were referred to the physician advisor.

**Timely:** The decision must be made on or before the 12th calendar day. (9 days for the employee to obtain medical and 3 days for the case manager to review)

**Date Source:** Juris Report

**Quarterly Measurement**

**Juris Report** – Generate a report of all open cases with no waiting period and reconcile against the initial timely decision report to separate out the opportunities. The query will be set up in Excel with a formula that the decision needs to be made the day after the 12th day.

Dollars at risk: 

| Rating | STD Timely decision for Immediate Relapse | Dollars at risk |
|---|---|---|
| Target | | |
| Below Target | | |
| Needs Improvement | | |
| Unacceptable | | |

11

Revised 8-11-03

DEF000478

# Key Performance Service Measurements

Sedgwick

12

**Dollars at risk:** ■

| Rating | Timely ERISA Appeal Decisions | Dollars at Risk |
|---|---|---|
| Target | | |
| Below Target | | |
| Needs Improvement | | |
| Unacceptable | | |

*Measure Name:* Timeliness of ERISA Appeal Decisions

*Measurement:* A measure aimed at ensuring ERISA Appeal decisions are made within ERISA time frames.

*Opportunities:* All ERISA appeal decisions made within the reporting quarter.

*Defects:* Any ERISA appeal decision made outside of ERISA time frames.

*Measurement Criteria:* 100% of all ERISA appeal decisions are made within ERISA time frames for the reporting quarter.

*Quarterly Measurement*

*Date Source:* Appeals Data Base

DEF000479

# Key Performance Service Measurements

## Sedgwick

**Dollars at risk:** ▮

13

| | Timely Acknowledgement Letters | Dollars at risk |
|---|---|---|
| Target | ▮ | ▮ |
| Below Target | ▮ | ▮ |
| Needs Improvement | ▮ | ▮ |
| Unacceptable | ▮ | ▮ |

Revised 8-11-03

*Measure Name:* Timeliness of Acknowledgement letter sent on ERISA appeals

*Measurement:* A measure aimed at ensuring that acknowledgement letters are sent out on time.

*Opportunities:* All Acknowledgement letters sent in the reporting quarter.
*Defects:* Any Acknowledgement letter not sent within two business days.

*Measurement Criteria:* ▮ if all acknowledgement letters are sent within two business days for the reporting period.

*Quarterly Measurement*

*Date Source:* Appeals Data Base/Juris

DEF000480

# Key Performance Service Measurements

Sedgwick

**Dollars at risk:** ███



| | Dollars potentially at risk (denial management) | Dollars potentially at risk (denial management) |
|---|---|---|
| Passing | | |
| Target | | |
| Unacceptable | | |

**Measure Name:** Overturned Denials due to case management error

**Measurement:** A measure aimed at ensuring accuracy of denial decisions.

**Opportunities:** All appeals for the year.

**Defects:** Any denial overturned due to case management error.

**Measurement Criteria:** Only or less of all appeals received are overturned as a result of case management error.

███

**Annual Measurement**

**Date Source:** Appeals Data Base Quarterly Report Reason #2 and #3

**Case Management Error is defined as:**

A case manager makes a clear procedural error which results in the Appeals Specialist reversing the denial.

DEF000481

# Key Performance Service Measurements

**Sedgwick**

15

**Measure Name:** Accuracy of Medical Diagnostic coding (MDC)

**Measurement:** A measure aimed at ensuring STD cases are coded within the correct clinical grouping as defined by the MDC.

**Opportunities:** All STD cases audited in the year.

**Defects:** Any STD case that is not coded within the correct clinical grouping as defined by the MDC.

**Annual Measurement**

**Date Source:** STD Case Audits

Exhibit B – ICD 9 grouping

**Dollars at risk:**

| Rating | Percentage of STD Cases correctly coded within MDC grouping | Dollars at risk: |
|---|---|---|
| Target | | |
| Below Target | | |
| Needs Improvement | | |
| Unacceptable | | |

DEF000482

# Key Performance Service Measurements

**Sedgwick**

**Measure Name:** Timeliness of offsets on STD cases

**Measurement:** A measure aimed at ensuring that State Disability Insurance (SDI) and/or Workers' Compensation (WC) offsets are entered on time on appropriate STD cases to prevent overpayments.

**Opportunities:** All STD cases where the employee resides in a state that requires a SDI offset and/or a WC case that requires an offset and a payment was issued during the reporting quarter.

**Defects:** Any STD case with a payment issued during the reporting month where the SDI and/or WC offset was not entered resulting in an overpayment.

**Quarterly Measurement**

**Date Source:** Elink Report/Juris Report

Sedgwick will generate a report out of Juris weekly of all cases paid that week with an offset (SDI or WC). Reconcile with eLink overpayment with reason of "SDI offset not withheld" or "WC offset not withheld". Sedgwick will review Juris to determine if an offset was entered at the time of payment. If offset entered prior to payment there is no defect.

**Dollars at risk:**

| | | |
|---|---|---|
| Percentage of dollars at risk on STD cases | | |
| Target | | |
| Below Target | | |
| Needs Improvement | | |
| Unacceptable | | |

Revised 8-11-03

16

DEF000483

# Key Performance Service Measurements

## Sedgwick

**Measure Name:** Timeliness of decisions on cases sent to the Physician Advisor (PA) Review

**Measurement:** A measures all STD cases referred to the Physician Advisor to ensure that a decision is made within 5 days of the referral.

**Opportunities:** All STD cases referred to the physician advisor during the quarter.

**Defects:** Any STD case where the decisions to approve, extend or deny benefits was not made with days of the referral to the physician advisor.

*Quarterly Measurement*

**Date Source:** Physician Advisor Data Base/Juris Report

Sedgwick will generate a report in Juris and PA database for a list of cases sent to the PA and their referral date. Sedgwick will generate a report from the miscellaneous field in Juris with the PA decision date. Sedgwick will then reconcile the reports, if greater than 5 days this would be a defect.

*Dollars at risk:* ▉▉

| | Timeliness of Decision within 5 days of Referral | Timeliness of Decision within 5 days of Referral |
|---|---|---|
| Target | ▉▉▉▉ | ▉▉▉▉ |
| Below Target | ▉▉▉▉ | ▉▉▉▉ |
| Needs Improvement | ▉▉▉▉ | ▉▉▉▉ |
| Unacceptable | ▉▉▉▉ | |

Revised 8-11-03

17

DEF000484

# Key Performance Service Measurements

## Sedgwick

*Measure Name:* Timely Initial LTD Decisions

*Measurement:* A measure aimed at ensuring that LTD initial decisions are made 5 business days prior to the STD end of benefits.

*Opportunities:* All the initial LTD Decisions made in the reporting quarter.

*Defects:* Any Initial LTD Decisions that are not made within 5 business days of the STD end of benefits. Except for the situations below.

**Exceptions:**

•STD denials overturned in the 12th month of STD or later, the decision must be made within 30 days from the overturn date.

•Relapses that occur in 12th month of STD, the decision must be made within 30 days of the relapse notification.

•PTG cases with a binding IME is required. The decision must be made within 30 days from the date of the examination.

*Quarterly Measurement*

*Date Source:* Juris Report/LTD Data Base

**Dollars at risk:**



| [illegible] | | |
|---|---|---|
| Target | | |
| Below Target | | |
| Needs Improvement | | |
| Unacceptable | | |

18

DEF000485

# Key Performance Service Measurements

## Sedgwick

**Measure Name:** Timely Initial LTD Decisions

**Measurement:** A measure aimed at ensuring that LTD Initial decisions are made 5 business days prior to the STD end of benefits.

**Opportunities:** All the Initial LTD Decisions made in the reporting quarter.

**Defects:** Any Initial LTD Decisions that are not made within 5 business days of the STD end of benefits. Except for the situations below.

**Exceptions:**

• STD denials overturned in the 12th month of STD or later, the decision must be made within 30 days from the overturn date.

• Relapses that occur in 12th month of STD, the decision must be made within 30 days of the relapse notification.

• PTG cases with a binding IME is required. The decision must be made within 30 days from the date of the examination.

**Quarterly Measurement**

Date Source: Juris Report/LTD Data Base

Dollars at risk:

| | | |
|---|---|---|
| Target | | |
| Below Target | | |
| Needs Improvement | | |
| Unacceptable | | |

DEF000486

# Key Performance Service Measurements

## Sedgwick

**Measure Name:** Timeliness of Subsequent LTD Payments

**Measurement:** A YTD measure aimed at ensuring that subsequent LTD payments are made on time.

**Opportunities:** All subsequent LTD payments made in the reporting quarter.

Excludes any cases that were terminated due to no updated medical received and then re-opened.

**Defects:** Any LTD subsequent payments not issued on the scheduled date (The last business day of the month).

**Measurement Criteria:** ███ of all LTD subsequent payments are made on the scheduled date (the last business day of the month) for the reporting quarter.

*Quarterly Measurement*

**Date Source:** Juris Report

*Dollars at risk:* ███

| | ███ | Dollars at risk |
|---|---|---|
| Target | | |
| Below Target | | |
| Needs Improvement | | |
| Unacceptable | | |

19

Revised 8-11-03

DEF000487

# Key Performance Service Measurements

Sedgwick

20

*Dollars at risk:* ▮

| Rating | Accuracy of LTD Payment calculation | |
|---|---|---|
| Target | | |
| Below Target | | |
| Needs Improvement | | |
| Unacceptable | | |

*Measure Name:* Accuracy of LTD payment calculation

*Measurement:* A YTD measure aimed at ensuring all LTD payment calculations are correct.

*Opportunities:* All LTD cases audited in the reporting quarter.

*Defects:* Any LTD case audited during the month with an ongoing case manager error in the benefit calculation.

*Quarterly Measurement*

*Date Source:* LTD Internal Audit

DEF000488

Sedgwick.

# Key Performance Service Measurements

**Dollars at risk:**

▆▆▆▆▆

Preventative/corrective Action Plans developed as a result of the audit with timeframes that are mutually agreed upon.

*Measure Name:* Client Audit preventative/corrective action plans.

*Measurement:* To ensure that preventative/corrective actions are completed within the timeframes mutually agreed upon.

*Date Source:* Preventative/Corrective action plans as a result of the SBC Client Audit.

21

DEF000489

# Key Performance Service Measurements

Sedgwick

22

**Measure Name:** Timeliness of Operational Reporting package.

**Measurement:** A monthly measure aimed at ensuring that the monthly operational reporting package is delivered on time.

**Opportunities:** Monthly Operational Reporting package.

**Timely:** Any monthly operational reporting package delivered to SBC within three business days of the scheduled delivery date.

**Annual Measurement**

**Date Source:** Report Log

Monthly reports are to be delivered on the 15th day of each month SBC's receipt of reports can either be the paper copy or electronic copy.

*Dollars at risk.*

| Service | Timeliness of Monthly Operational Reporting package | Dollars at risk |
|---|---|---|
| Target | ▮▮▮ | ▮▮▮ |
| Unacceptable | ▮▮▮ | ▮▮▮ |

DEF000490

# Key Performance Service Measurements

Sedgwick

23

*Dollars at risk:*

| Rating | Timely Promis Dollars at Risk | |
|---|---|---|
| Target | | |
| Below Target | | |
| Needs Improvement | | |
| Unacceptable | | |

Revised 8-11-03

*Measure Name:* Timeliness of Promis feed.

*Measurement:* A measure aimed at ensuring that the feed from Juris is sent to the internet mailbox on time for each day scheduled.

*Opportunities:* All scheduled daily feeds sent from Juris to internet mailbox within the reporting year.

*Timely:* The data feed must be sent by Juris to the internet mailbox by x time for each scheduled day.

*Annual Measurement*

*Date Source:* Promis feed report created by Juris Support

Opportunities the number of working days in the month

Defect – number of notifications that the report was late.

Sedgwick will report out monthly in the operations report beginning 7/03.

DEF000491

# Key Performance Service Measurements

## Sedgwick

*Measure Name:* SBC Employee Satisfaction

*Measurement:* A measure aimed at ensuring SBC employee satisfaction for the service delivered by SMAART.

*Measurement Criteria:* Surveys would be sent out on a representative sample population of employees for STD.

*Data Source:* Employee Satisfaction Survey

A response rate of ▓▓▓ If the response rate is not reached no penalties will apply.

Exhibit C – SMAART Customer Service Survey

Quarterly Measurement

This measure will be re-evaluated in 10/03 to determine if the response rate and targets are appropriate. If the targets or response rate is changed, 7/03 through 10/03 will be measured as stated and the changes would be effective 11/1/03 forward.

*Dollars at risk:* ▓▓▓

| Category ▓▓▓ Question ▓▓▓ ▓▓▓ | | | | |
|---|---|---|---|---|
| Customer Service 2, 3, 7, 8 – | ▓ | ▓ | ▓ | ▓ |
| Delivery 4, 5, 6, 9, 10 – ▓ | ▓ | ▓ | ▓ | ▓ |
| Overall Satisfaction 11 | ▓ | ▓ | ▓ | ▓ |

Revised 8-11-03

24

DEF000492

Agreement # 00018118-03

Amendment 3

Attachment C –

Exhibit D

# Performance Table

## July 1, 2004 through May 31, 2005

Sedgwick CMS

Revised 3-1-04

DEF000493

# Key Performance Service Measurements Overview

| Performance Measurements (in US Dollars) | Risk | Incentive |
|---|---|---|
| **Semi-annual client audit and Managed Care Savings** | | |
| Semi-annual audit: Subsection 1 - Investigation | | |
| Semi-annual audit: Subsection 2 - Supervision | | |
| Semi-annual audit: Subsection 3 - File Documentation | | |
| Semi-annual audit: Subsection 4 - Communication | | |
| Semi-annual audit: Subsection 5 - Reserving | | |
| Semi-annual audit: Subsection 6 - Medical and Expense Management | | |
| Semi-annual audit: Subsection 7 - Subrogation | | |
| Managed Care Savings - Key Measurement # 8 | | |
| **Total Dollars** | | |

Revised 3-1-04

DEF000494

3

# Key Performance Service Measurements



| Total Dollars at risk for first semi-annual audit | Total Dollars at risk for second semi-annual audit | Total annual Dollars at Risk/Incentive |
| --- | --- | --- |
| At Risk | At Risk | At Risk |
| Incentive | Incentive | Incentive |

- **Key Performance Service Measurements will be based on the following:**
- Semi-annual audits will be conducted by SBC Risk Management using a mutually agreed upon audit tool and sample size.
- Any disputes on specific files which cannot be resolved will be discarded and replaced with another randomly selected file.
- The time frame for claims audited will not overlap the timeframes for previously audited cases
- Any Performance bonus paid to Sedgwick CMS will be used to reward and recognize the Claims Management Staff

Revised 3-1-04

DEF000495

# Key Performance Service Measurement # 1

## Sedgwick

**Measure Name:**

**Semi-annual client audit:**
**Subsection - Investigation**

**Measurement:** ▓▓ each

- Initial EE contact
- Insured Contact
- Medical contact
- Investigation

**Measurement Criteria:**

All contacts will be completed within 24 hours of case assignment (each contact measured and scored separately)

Investigation completed within 7 business days of case assignment with appropriate decision on compensability.

**Measurement:**

Semi – annual audit by SBC Risk Management

*Dollars at risk:* ▓▓ semi-annually
*Incentive Dollars:* ▓▓ semi-annually



| Rating | | |
|--------|---|---|
| Exceeds Target | | |
| Target | | |
| Below Target | | |
| Needs Improvement | | |

Revised 3-1-04

DEF000496

# Key Performance Service Measurement # 2          Sedgwick

**Measure Name:**

Semi-annual audit:
Subsection – Supervision

**Measurement:**  each

•Quality of Instruction at set-up

•Ongoing Guidance and Direction

**Measurement Criteria:.**

Appropriate supervisory direction given to the examiner based on experience level of examiner and complexity of case.

On going supervisory direction was appropriate based on experience level of examiner and complexity of case.

**Data Source:**

Semi–annual audit by SBC Risk Management

*Dollars at risk:*
*Incentive Dollars:*

| Ratio | Supervision<br>(Percentage of Incentive<br>Dollars at RISK) | Supervision<br>(Percentage of Incentive<br>Dollars at RISK) |
|---|---|---|
| Above Target | | |
| Target | | |
| Below Target | | |
| Needs<br>Improvement | | |

Revised 3-1-04

DEF000497

# Key Performance Service Measurement # 3

## Sedgwick

*Dollars at risk:*
Incentive Dollars:

| Rating | Time Documentation | Dollars at Risk |
|---|---|---|
| Exceeds Target |  | |
| Target | | |
| Below Target | | |
| Needs Improvement | | |

*Measure Name:*

Semi-annual audit;
Subsection-- Diary Management

*Measurement:* each

•Timeliness
•Quality
•Diary/Resolution
•Data Integrity- Time Tracking
•Plan of Action

*Measurement Criteria:*

Diaries acted upon within
7calendar days.

Diary text should reflect activities
that have been taken.

Frequency will be based on facts
and severity of case,

Time tracking coding accurate

Plan of Action in file is current and
provides future action to be taken.

*Date Source:*

Semi-annual audit by SBC Risk
Management

Revised 3-1-04

DEF000498

# Key Performance Service Measurement #4

Sedgwick

**Measure Name:**

Semi-annual audit:

Subsection – Communication

**Measurement:**
- Initial email to Supervisor-
- Initial email to Employee-
- RTW notification to supervisor
- TWP Escalation timely to Carla Putnam

**Measurement Criteria:**

Initial email sent to supervisor and employee within 24 hours of case reported

RTW notification sent to supervisor within 24 hours of notification that employee has RTW

Timely escalation of TWP cases to Carla Putnam by RTW specialist.

**Date Source:**

Semi-annual audit by SBC Risk Management

**Dollars at risk:**
**Incentive Dollars:**

| Rating | (Ideal Units by Position) | (Points this Rating) |
|---|---|---|
| Exceeds Target | | |
| Target | | |
| Below Target | | |
| Needs Improvement | | |

Revised 3-1-04

7

DEF000499

# Key Performance Service Measurement # 5

Sedgwick

*Measure Name:*

Semi-annual audit:

Subsection = Reserving

*Measurement:*
- Initial reserve timely
- Reserve Rational
- Subsequent changes timely
- Reserves reflect exposure

*Measurement Criteria:*

Initial reserve appropriate and timely based on information available.

Reserve Rational documented.

Reserves updated based on new information available.

Current reserve on file reflects appropriate exposure based on available information.

*Data Source:*

Semi-annual audit by SBC Risk Management

*Dollars at risk:*
*Incentive Dollars:*

| Rating | █████ | |
|---|---|---|
| Exceeds Target | | |
| Target | | |
| Below Target | | |
| Needs Improvement | | |

Revised 3-1-04

DEF000500

8

# Key Performance Service Measurement # 6    Sedgwick

**Measure Name:**

Semi-annual audit:

Subsection – Medical and Expense Management

**Measurement:**( see below)
- Medical Management
- Bills Paid Timely
- Litigation Management

**Measurement Source:**

Initial steps taken to educate medical providers on case management objectives.

Ongoing medical management demonstrated in file by Nurse.

Bills paid with 21 days

Appropriate legal referral to defense counsel.

On going litigation management demonstrated by Case Examiner

**Date Source:**

Semi-annual audit by SBC Risk Management

*Dollars at risk:*
*Incentive Dollars:*



Revised 3-1-04

DEF000501

# Key Performance Service Measurement #7

Sedgwick

**Measure Name:**

Semi-annual audit:

Subsection - Subrogation

**Measurement:**

• Subrogation identified

• Recovery pursued

**Measurement Criteria:**

Subrogation potential properly
identified and documented.

Appropriate steps taken for
recovery against third party.

Lien sent timely as applicable.

Appropriate follow up until
resolution.

**Date Source:**

Semi-annual audit by SBC
Risk Management

*Dollars at risk:*
*Incentive Dollars:*

| Rating | Subsection Dollars at risk | Policy Dollars at risk/Incentive |
|---|---|---|
| Exceeds Target | | |
| Target | | |
| Below Target | | |
| Needs Improvement | | |

Revised 3-1-04

10

DEF000502

# Key Performance Service Measurement # 8

## Sedgwick

**Dollars at risk:** ▮▮▮▮▮▮▮▮▮
**Incentive Dollars:**

| ▮▮▮▮▮▮▮ | ▮▮▮▮▮▮ (savings over 10%) | Savings under 10% |
|---|---|---|
| Exceeds Target | ▮▮▮ | ▮▮▮ |
| Target | ▮▮▮ | ▮▮▮ |
| Below Target | ▮▮▮ | ▮▮▮ |
| Needs Improvement | ▮▮▮ | ▮▮▮ |

**Measure Name:**
Managed Care

**Measurement:** ▮▮▮
Fee Schedule savings
U & C Savings
PPO Savings
Negotiated Savings
Specialty U & C Savings

**Measurement Criteria:**
*Year end 2003 over 2004 /2005*
*Managed care savings results*

**Date Source:**
Year end 2004 savings
Managed Care savings report

July 1,2004 through May 31,
2005 Managed Care Savings
Report.

NOTE: These dates coincide
with the contract period.

Revised 3-1-04

11

DEF000503