# EXHIBIT 8

LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
FORREST E. FANG (State Bar No. 122805)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1

RECEIVED

JAN 0 9 2008

LEWIS, FEINBERG, LEE
RENAKER & JACKSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE GLOVER,<br><br>       Plaintiff,<br><br>vs.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br><br>       Defendant. | Case No. C07-02652 CRB<br><br>**DEFENDANT AT&T UMBRELLA BENEFIT PLAN NO. 1'S AMENDED RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, INTERROGATORY NUMBER 1** |

ASKING PARTY:         PLAINTIFF YVONNE GLOVER

ANSWERING PARTY:   DEFENDANT AT&T UMBRELLA BENEFIT PLAN NO. 1

SET NO.:                      ONE

    AT&T Umbrella Benefit Plan No. 1 ("defendant") hereby amends its response to Plaintiff Yvonne Glover's first set of interrogatories as follows:

<u>INTERROGATORY NO. 1:</u>

    If YOU contend that THE PLAN was amended to give SEDGWICK the discretion to interpret the terms of THE PLAN, state the basis for this contention.

---

DEFENDANT AT&T UMBRELLA BENEFIT PLAN NO. 1'S AMENDED RESPONSE TO
PLAINTIFF'S FIRST SET OF INTERROGATORIES, INTERROGATORY NUMBER 1
Case No. C07-02652 CRB

1

AMENDED RESPONSE TO INTERROGATORY NO. 1:

Defendant objects to this interrogatory on the following grounds:

1. The request is vague, ambiguous and uncertain regarding the term "THE PLAN was amended."

2. Defendant objects to the extent the request calls for information protected by the attorney work product doctrine.

3. It is argumentative and calls for a legal conclusion.

Subject to and without waiving its foregoing objections, defendant responds as follows:

Defendant does not contend that the Pacific Telesis Group Comprehensive Disability Benefits Plan was amended to give SEDGWICK the discretion to interpret the terms of the Plan.

Dated: January 7, 2008                    LAFAYETTE & KUMAGAI LLP

                                          _____
                                          SUSAN T. KUMAGAI
                                          Attorneys for Defendant
                                          AT&T UMBRELLA BENEFIT PLAN NO. 1

ATT\Glov\Disc\amd-rsp-sprog.doc

DEFENDANT AT&T UMBRELLA BENEFIT PLAN NO. 1'S AMENDED RESPONSE TO
PLAINTIFF'S FIRST SET OF INTERROGATORIES, INTERROGATORY NUMBER 1
Case No. C07-02652 CRB

Yvonne Glover v. AT&T Umbrella Benefit Plan No. 1
United States District Court, Northern District of California
Case No. C07-02652 CRB

## VERIFICATION

I, the undersigned, certify and declare that I have read the foregoing DEFENDANT AT&T UMBRELLA BENEFIT PLAN NO. 1'S AMENDED RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, INTERROGATORY NUMBER 1, and know the contents.

I am employed by AT&T Services, Inc., a subsidiary of AT&T Inc., in the position of Sr. Benefits Consultant, and am authorized to make this verification on behalf of defendant AT&T Umbrella Benefit Plan No. 1, and I make this verification for that reason. I am informed and believe and on that ground allege that the matters stated in the document described above are true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 7, 2008, at San Antonio, Texas.

_____
NANCY WATTS

N:\Documents\ATT\Glov\Disc\verif-amend-sprogs.doc

VERIFICATION

## PROOF OF SERVICE

I declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 100 Spear Street, Suite 600, San Francisco, California, 94105

On January 8, 2008, I served the document named below on the parties in this action as follows:

**DEFENDANT AT&T UMBRELLA BENEFIT PLAN NO. 1'S AMENDED RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, INTERROGATORY NUMBER 1**

____ (BY MAIL) I caused each and such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California. I am readily familiar with the practice for the collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

  X  (BY PERSONAL SERVICE) I personally served each document listed above on the addressee (s) noted below.

____ (BY FACSIMILE) I caused to be sent via facsimile at the facsimile number listed below, a copy of each document to the addressee(s) noted below

____ (BY OVERNIGHT MAIL) I caused to be delivered to an overnight courier service each such envelope to the addressee noted below.

Teresa S. Renaker
Lindsay E. Nako
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612

*Attorneys for Plaintiff Yvonne Glover*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on    January 8, 2008    , at San Francisco, California.

*Linda L. Rich* (signature)
Linda L. Rich

DEFENDANT AT&T UMBRELLA BENEFIT PLAN NO. 1'S AMENDED RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, INTERROGATORY NUMBER 1
Case No. C07-02652 CRB