Teresa S. Renaker – CA State Bar No. 187800
Lindsay Nako – CA State Bar No. 239090
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
trenaker@lewisfeinberg.com
lnako@lewisfeinberg.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YVONNE GLOVER, | Case No. 07-02652-CRB |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| AT&T UMBRELLA BENEFIT PLAN NO. 1, | Date:       February 29, 2008 |
| Defendant. | Time:       10:00 a.m. |
| | Courtroom: 8 |
| | Judge:      Hon. Charles R. Breyer |

Having reviewed Plaintiff's Motion for Summary Judgment and the materials submitted in support of and in opposition thereto, and being fully informed, the Court hereby orders as follows:

1. The Courts reviews the decision to deny Plaintiff Yvonne Glover's benefits under the subject Plan *de novo* because the entity on which the Pacific Telesis Group Comprehensive Disability Benefit Plan document conferred discretion did not make a determination on Ms. Glover's claim for benefits.

2. Under *de novo* review, Plaintiff is entitled to short-term disability benefits because she has a sickness, injury, or other medical condition, which prevents her from engaging in her normal occupation or employment, or such other occupation or employment as she may be assigned in accordance with her former employer's normal practices.

1        3. Under *de novo* review, Plaintiff is entitled to long-term disability benefits through the date of judgment herein because she remained disabled and did not return to work at the end of the fifty-two week period for which short-term disability benefits were payable.

OR, ALTERNATIVELY

        1. The administrator abused its discretion in denying Plaintiff's claim for short-term disability benefits because its decision conflicts with the plan terms and is based on erroneous findings of fact. *Taft v. Equitable Life Assur. Soc'y,* 9 F.3d 1469, 1471-73 (9th Cir. 1994). Therefore, Plaintiff is entitled to all short- and long-term disability benefits available under the terms of the Plan through the date of judgment herein.

IT IS SO ORDERED.

Dated: _____        _____
                                       HON. CHARLES R. BREYER
                                       United States District Judge