1

LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)

2

SUSAN T. KUMAGAI (State Bar No. 127667)
FORREST E. FANG (State Bar No. 122805)

3

100 Spear Street, Suite 600
San Francisco, California 94105

4

Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605

5

6

Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  YVONNE GLOVER, | Case No. C07-02652 CRB |
| 11          Plaintiff, | |
| 12  vs. | **[proposed] ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| 13  AT&T UMBRELLA BENEFIT PLAN NO. 1, | **[Fed. R. Civ. P. 56]** |
| 14 | |
| 15          Defendant. | Date:        February 29, 2008<br>Time:        10:00 a.m.<br>Courtroom:   8 |
| 16 | Judge:       Hon. Charles R. Breyer |

17    Plaintiff YVONNE GLOVER's ("plaintiff") Motion for Summary Judgment came on

18  regularly for hearing and was heard on February 29, 2008, in Courtroom 8 of this Court, the

19  Honorable Charles R. Breyer, presiding. Teresa Renaker of Lewis, Feinberg, Lee, Renaker &

20  Jackson, P.C. appeared on behalf of plaintiff. Susan T. Kumagai of Lafayette & Kumagai LLP

21  appeared on behalf of defendant AT&T UMBRELLA BENEFIT PLAN NO. 1.

22    After fully considering the pleadings, documents and arguments of counsel, and GOOD

23  CAUSE APPEARING THEREFORE,

24    IT IS HEREBY ORDERED that plaintiff's Motion for Summary Judgment is denied.

25

26  DATED: _____, 2008

27                                          _____
                                            CHARLES R. BREYER

28                                          JUDGE, UNITED STATES DISTRICT COURT

1