Teresa S. Renaker – CA State Bar No. 187800
Lindsay Nako – CA State Bar No. 239090
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
trenaker@lewisfeinberg.com
lnako@lewisfeinberg.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YVONNE GLOVER,<br><br>    Plaintiff,<br><br>    vs.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br><br>    Defendant. | Case No. 07-02652-CRB<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:        February 29, 2008<br>Time:       10:00 a.m.<br>Courtroom: 8<br>Judge:      Hon. Charles R. Breyer |

Having reviewed Defendant's Motion for Summary Judgment and the materials submitted in support of and in opposition thereto, and being fully informed, the Court hereby orders as follows:

1. The Courts reviews the decision to deny Plaintiff Yvonne Glover's benefits under the subject Plan *de novo* because the entity on which the Pacific Telesis Group Comprehensive Disability Benefit Plan document conferred discretion did not make a determination on Ms. Glover's claim for benefits.

2. Under *de novo* review, genuine issues of material fact preclude summary judgment for Defendant as to Ms. Glover's eligibility for benefits.

OR, ALTERNATIVELY

1. Under abuse of discretion review, genuine issues of material fact exist precluding

1  summary judgment for Defendant as to whether the denial of Ms. Glover's claim was an abuse of
2  discretion.
3  OR, ALTERNATIVELY
4      1.   Plaintiff's request for additional discovery pursuant to Fed. R. Civ. Proc. 56(f) is
5  granted. The hearing on the motions is continued so that Plaintiff may take the depositions of
6  Nancy Watts and Tanya Warner. The depositions shall be completed within 30 days. The parties
7  may submit supplemental opposition briefs within 45 days of this Order.
8
9  IT IS SO ORDERED.
10
11 Dated: _____          _____
                                            HON. CHARLES R. BREYER
12                                          United States District Judge