Teresa S. Renaker – CA State Bar No. 187800
Lindsay Nako – CA State Bar No. 239090
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
trenaker@lewisfeinberg.com
lnako@lewisfeinberg.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YVONNE GLOVER,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br><br>    Defendant. | Case No. 07-02652-CRB<br><br>**DECLARATION OF LINDSAY NAKO PURSUANT TO FED. R. CIV. P. 56(f)**<br><br>Date:         February 29, 2008<br>Time:        10:00 a.m.<br>Courtroom:  8<br>Judge:       Hon. Charles R. Breyer |

I, Lindsay Nako, declare as follows:

1. I am an attorney with Lewis, Feinberg, Lee, Renaker & Jackson, P.C., which is counsel for Plaintiff Yvonne Glover in this action. I have personal knowledge of the facts contained in this declaration and, if called to testify, will testify as set forth below.

2. This Declaration is submitted in support of Plaintiff's Opposition to Defendant AT&T Umbrella Benefit Plan No. 1's ("Defendant") Motion for Summary Judgment.

3. In support of its Motion for Summary Judgment, Defendant filed the Declarations of Tonya Warner and Nancy Watts ("Warner and Watts Declarations").

4. Neither Ms. Warner nor Ms. Watts were listed as individuals likely to have information regarding the present action in Defendant's Initial Disclosures, pursuant to Fed. R. Civ. P. 26(a), nor were Defendant's Initial Disclosures supplemented pursuant to Fed. R. Civ. P. 26(e)(1).

5. Ms. Glover had no knowledge of Ms. Warner or Ms. Watts prior to January 11, 2008.

6. The Warner and Watts Declarations contain legal and factual conclusions about the present matter, such as statements regarding the claims review process (generally and with regard to Ms. Glover's claim for benefits in particular) and the financial relationship between Defendant and Segwick Claims Management Services, Inc. (*See* Warner Dec., ¶¶ 7, 9, 12; Watts Dec. ¶¶ 4, 7, 8, 10, 11, 22.)

7. Their declarations indicate that Ms. Warner and Ms. Watts possess evidence as to material facts in this matter bearing on the pending motions for summary judgment. As a result, Plaintiff cannot present facts essential to justify her opposition without taking the depositions of Ms. Warner and Ms. Watts.

8. Defendant's failure to disclose Ms. Warner and Ms. Watts prevented Ms. Glover from seeking additional discovery regarding their knowledge of the matters discussed in their declarations.

9. Therefore, Ms. Glover respectfully requests a brief continuance to enable her to take the depositions of Ms. Warner and Ms. Watts, if justly ordered by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of February, 2008, at Oakland, California.

                                        /s/
                                  Lindsay Nako