LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
FORREST E. FANG (State Bar No. 122805)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE GLOVER,<br><br>                    Plaintiff,<br><br>vs.<br><br>AT&T UMBRELLA BENEFIT PLAN NO.<br>1,<br><br>                    Defendant. | Case No.  C07-02652 CRB<br><br>**[proposed] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[Fed. R. Civ. P. 56]**<br><br>Date:          February 29, 2008<br>Time:          10:00 a.m.<br>Courtroom:  8<br>Judge:         Hon. Charles R. Breyer |

Defendant AT&T UMBRELLA BENEFIT PLAN NO. 1's ("defendant") Motion for

Summary Judgment came on regularly for hearing and was heard on February 29, 2008, in

Courtroom 8 of this Court, the Honorable Charles R. Breyer, presiding.  Susan T. Kumagai of

Lafayette & Kumagai LLP appeared on behalf of defendant.  Teresa Renaker of Lewis, Feinberg,

Lee, Renaker & Jackson, P.C. appeared on behalf of plaintiff YVONNE GLOVER.

After fully considering the pleadings, documents and arguments of counsel, and GOOD

CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED that defendant's Motion for Summary Judgment is granted.

DATED: _____, 2008

                                            _____
                                            CHARLES R. BREYER
                                            JUDGE, UNITED STATES DISTRICT COURT

1