**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **February 29, 2008**

**C-07-02652 CRB**

 **YVONNE GLOVER  v.  SBC COMMUNICATIONS INC**

Attorneys:  Lindsay Nako                                    Forrest Fang                    

 Teresa Reanker                                  Gary Lafayette                

Deputy Clerk: **BARBARA ESPINOZA**                    Reporter: **Belle Ball**

| PROCEEDINGS: | RULING: |
|---|---|
| 1.  P's Motion for Summary Judgment | Submitted |
| 2. | |
| 3. | |

**ORDERED AFTER HEARING:**

_____

_____

(X) ORDER TO BE PREPARED BY:    Plntf _____  Deft _____  Court  X  

(  ) Referred to Magistrate Judge For: _____

(  ) CASE CONTINUED TO _____      for _____

Discovery Cut-Off _____    Expert Discovery Cut-Off _____
Plntf to Name Experts by _____    Deft to Name Experts by _____
P/T Conference Date _____  Trial Date _____  Set for _____ days
                    Type of Trial:  (  )Jury    (  )Court

Notes: _____

_____

_____