IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE GLOVER,<br><br>    Plaintiff,<br><br>  v.<br><br>SBC COMMUNICATIONS INC,<br><br>    Defendant.<br>_____/ | No. C 07-02652 CRB<br><br>**JUDGMENT** |

    Having granted summary judgment to Defendant, judgment is hereby entered against Plaintiff Yvonne Glover and in favor of Defendant SBC Communications.

    **IT IS SO ORDERED.**

Dated: March 3, 2008

                                     CHARLES R. BREYER<br>
                                     UNITED STATES DISTRICT JUDGE