Teresa S. Renaker – CA State Bar No. 187800
Lindsay Nako – CA State Bar No. 239090
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
trenaker@lewisfeinberg.com
lnako@lewisfeinberg.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YVONNE GLOVER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br><br>　　　　　Defendant. | Case No. 07-02652-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e)**<br><br>Date:　　　　April 18, 2008<br>Time:　　　　10:00 a.m.<br>Courtroom:　8<br>Judge:　　　Hon. Charles R. Breyer |

　　　　Having reviewed Plaintiff's Motion to Amend or Alter Judgment and the materials submitted in support of and in opposition thereto, as well as the pleadings and other documents in the Court's file on this matter, and being fully informed, the Court hereby orders as follows:

　　　　The Court amends its March 3, 2008, judgment to reflect the presence of four voting members on the Pacific Telesis Group Comprehensive Disability Benefit Plan Claims Review Committee.  Therefore, *de novo* review applies because the Claims Review Committee's discretionary authority was not properly exercised.

　　　　Under *de novo* review, summary judgment is GRANTED to Plaintiff and DENIED to Defendant as Plaintiff is entitled to short-term disability benefits because she has a sickness, injury, or other medical condition, which prevents her from engaging in her normal occupation or

1  employment, or such other occupation or employment as she may be assigned in accordance with
2  her former employer's normal practices.
3
4  IT IS SO ORDERED.
5
6  Dated: _____     _____
7                                              HON. CHARLES R. BREYER
                                                United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28