LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| YVONNE GLOVER,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br><br>Defendant. | Case No. C07-02652 CRB<br><br>DECLARATION OF TONYA WARNER IN SUPPORT OF DEFENDANT AT&T UMBRELLA BENEFIT PLAN NO. 1'S OPPOSITION TO MOTION TO ALTER JUDGMENT MOTION FOR SUMMARY JUDGMENT<br><br>[Fed. R. Civ. P. 59(e)]<br><br>Date:        April 18, 2008<br>Time:       10:00 a.m.<br>Courtroom: 8<br>Judge:      Hon. Charles R. Breyer |
|---|---|

I, TONYA WARNER, hereby declare as follows:

1.     I am an employee of Sedgwick Claims Management Services ("Sedgwick"), which is an independent third-party Claims Administrator for the Pacific Telesis Group Comprehensive Disability Benefits Plan ("Disability Plan"). I have worked in disability claims administration for Sedgwick for nine years. My current job title is Client Performance Manager with the Quality Review Unit and I am a member of the Claims Review Committee ("CRC").

2.     Under Section 9.1 of the Disability Plan, the Plan Administrator designated Sedgwick employees holding certain job titles to the Employees' Benefit Claim Review

DECLARATION OF TONYA WARNER IN SUPPORT OF DEFENDANT AT&T UMBRELLA BENEFIT PLAN NO. 1'S OPPOSITION TO PLAINTIFF'S MOTION TO ALTER JUDGMENT
Case No. C07-02652 CRB

1

Committee ("CRC"). The CRC reviewed appeals from denied cases. These job titles included: (1) manager of the Quality Review Unit, (2) ERISA specialist, (3) Appeals specialist, and (4) Clinical Appeals Specialist.

3. Although the CRC includes four job titles, not all four are assigned to work on any one specific appeals file. The "Appeals Specialist" and the "Clinical Appeals Specialist" perform the same function in that they review and manage an appeal. Although a "Clinical Appeals Specialist" generally can handle any appeal file, he/she is assigned those appeals involving mental health claims. The standard operating practice for handling a participant's appeal file is for either a Clinical Appeals Specialist or an Appeals Specialist, but not both.

4. In 2005, the CRC included Appeals Specialist Heidi Lasser, Manager of QRU, Cam Reinhart and ERISA Specialist Doreen Ongayo. The Juris Notes relating to Yvonne Glover's appeal of denial of short term disability indicate that these three CRC members handled plaintiff's appeal and that Heidi Lasser was the Appeal Specialist. Ms. Lasser would have handled Ms. Glover's file because it was not considered a mental health claim. There was nothing unusual about how Ms. Glover's appeal was handled and no irregularity.

I have read the above and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 27th day of March 2008, at Chicago, Illinois.

_____
TONYA WARNER

DECLARATION OF TONYA WARNER IN SUPPORT OF DEFENDANT AT&T UMBRELLA BENEFIT PLAN NO. 1'S OPPOSITION TO PLAINTIFF'S MOTION TO ALTER JUDGMENT
Case No. C07-02652 CRB

2