LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
DENNIS W. HAYASHI (State Bar No. 87077)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:  (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE GLOVER,<br><br>       Plaintiff,<br><br>vs.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br><br>       Defendant. | Case No.  C07-02652 CRB<br><br>STIPULATION ON DEFENDANT'S REVISED BILL OF COSTS |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the Plaintiff agrees to pay in full Defendant's Revised Bill of Costs subject to, and after hearing of, Plaintiff's pending Motion to Alter or Amend Judgment.

Dated: March 31, 2008                          LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

_____
TERESA S. RENAKER, ESQ.
Attorneys for Plaintiff
YVONNE GLOVER

STIPULATION ON DEFENDANT'S REVISED BILL OF COSTS
(Case No. C07-02652 CRB)

1

Dated: March ___, 2008

LAFAYETTE & KUMAGAI LLP

/s/ Susan T. Kumagai

SUSAN T. KUMAGAI
Attorneys for Defendant
AT&T UMBRELLA BENEFIT
PLAN NO. 1

STIPULATION ON DEFENDANT'S REVISED BILL OF COSTS
(Case No. C07-02652 CRB)

2